AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, et al.<br>*Plaintiff*s<br>v.<br>QATAR CHARITY; QATAR NATIONAL BANK AND MASRAF AL RAYAN<br>*Defendant*s | Case No. 20-cv-2578 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                              .

Date:   06/10/2020

/s/ Susan M. Davies
*Attorney's signature*

Susan M. Davies
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York  10601

*Address*

sdavies@fbrllp.com
*E-mail address*

(914) 278-5103
*Telephone number*

(917) 591-5245
*FAX number*