AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Force, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-2578 |
| Qatar Charity, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS.

Date: 06/10/2020

/s/ Robert J. Tolchin
*Attorney's signature*

Robert J. Tolchin (RT-3713)
*Printed name and bar number*

The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
*Address*

rtolchin@berkmanlaw.com
*E-mail address*

(718) 855-3627
*Telephone number*

*FAX number*