# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2066 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: JBonner@fbrllp.com

July 16, 2020

**Via ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Force, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
      **1:20-cv-02578-BMC**

Dear Judge Cogan:

     We are co-counsel for the Plaintiffs in the above-captioned action.  I write to request adjournment *sine die* of the Initial Status Conference currently scheduled for July 22, 2020 at 12:30 p.m.

     The complaint in this action was filed on June 10, 2020.  It alleges claims pursuant to the Anti-Terrorism Act, 18 U.S.C. §§ 2331-2339D, for wrongful death, personal injury and related torts against three Qatari entities—a purported charity and two banks—for providing financing and material support to two terrorist organizations whose victims include the Plaintiffs.

     We are currently in the process of obtaining Arabic translations of the complaint and summonses, and determining the most expeditious method for service on the defendants in Qatar.

     There have been no prior requests for adjournment of the Initial Status Conference.  No other dates have been scheduled in this action.

                                Respectfully submitted,

                                James P. Bonner