UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE; ROBBI FORCE; KRISTIN ANN FORCE; RINA ARIEL individually, as personal representative of the ESTATE OF H.Y.A. (a minor), and as guardian of S.R.A. and K.A. (minors); AMICHAI ARIEL individually, as personal representative of the ESTATE OF H.Y.A. (a minor), and as the guardian of S.R.A. and K.A. (minors); ELI M. BOROCHOV; SHARI MAYER BOROCHOV; RONEN STEVEN BOROCHOV; DEVORA SUE BOROCHOV; JOSEF S. BOROCHOV; SHIRA NECHAMA BOROCHOV; AVRAHAM M. BOROCHOV; ABRAHAM RON FRAENKEL, individually, as personal representative of the ESTATE OF Y.N.F. (minor), and as guardian of A.H.H.F., A.L.F., N.E.F., N.S.F., and S.R.F. (minors); RACHEL DEVORA SPRECHER FRAENKEL, individually, as personal representative of the ESTATE OF Y.N.F. (minor), and as guardian of A.H.H.F., A.L.F., N.E.F., N.S.F., and S.R.F. (minors); TZVI AMITAY FRAENKEL; YEHUDAH GLICK, individually and as guardian of S.G. (minor); YAFFA GLICK individually and as guardian of S.G. (minor); NERIA DAVID GLICK; SHLOMO GLICK; HALLEL GLICK; MICAH LAKIN AVNI, individually, as personal representative of the ESTATE OF RICHARD LAKIN, and as guardian of Y.L, R.A., and V.A. (minors); MANYA LAKIN, individually, as personal representative of the ESTATE OF RICHARD LAKIN, and as guardian of D.A.B. (minor); RITA AVNI, individually and as guardian of E.A., R.A., and V.A. (minors); SHACHAR BOTEACH; SHMUEL ELIMELECH BRAUN individually and as personal representative of the ESTATE OF C.Z.B. (minor); CHANA BRAUN individually and as personal representative of the ESTATE OF C.Z.B. (minor); SHIMSON SAM HALPERIN; SARA HALPERIN; MURRAY BRAUN; ESTHER BRAUN; MENACHEM MENDEL RIVKIN, individually and as guardian of S.S.R., M.M.R., R.M.R., S.Z.R., and S.R. (minors); BRACHA RIVKIN, individually and as guardian of S.S.R., M.M.R., R.M.R., S.Z.R., and S.R. (minors); YOAV GOLAN; ROTEM SHOSHANA GOLAN; YEHUDIT GOLAN; MATAN GOLAN; CICI

Case No. 1:20-cv-2578-BMC

JACOBSON; EDDY JACOBSON; RAPHAEL ("RAFI")
LISKER, individually and as guardian of D.Z.L. (minor);
SHOSHANA LISKER, individually and as guardian of
D.Z.L (minor); JONATHAN ISSAC LISKER; AVITAL
KEREM LISKER; TAMAR PENINA LISKER; NOAM
MICHAEL SHAMBA, individually and as guardian of
H.S., T.M.S., O.S., M.S., N.E.S. and N.S. (minors);
YANA SHAMBA, individually and as guardian of H.S.,
T.M.S., O.S., M.S., N.E.S. and N.S. (minors),

        Plaintiffs,

      -against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,

        Defendants.

------------------------------------------------------------------- X

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)

  The United States District Court for the Eastern District of New York, presents its compliments to the Appropriate Judicial Authority of the State of Qatar, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

  This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of the State of Qatar effect service of process upon the below named defendant, which is an entity incorporated under Qatari law:

Masraf Al Rayan
Grand Hamad Street, Street # 119
Building # 78, Room 5
Doha,
Qatar

The documents to be served are as follows: (1) a certified copy of the Amended Summons in a Civil Case issued by the Clerk of the United States District Court for the Eastern District of New York on September 10, 2020, and an Arabic language translation of same; and (2) a certified copy of the Complaint filed in the United States District Court for the Eastern District of New York on June 10, 2020, and an Arabic language translation of same.

This Request for Judicial Assistance is brought by the Plaintiffs, who are United States citizens who seek monetary damages from Defendant Masraf Al Rayan pursuant to the following United States laws: 18 United States Code Sections 2333(a) and (d), 2339A and 2339B, and Section 2b of the Justice Against Sponsors of Terrorism Act. The Plaintiffs allege that Defendant conspired with others to provided material support to organizations designated by the United States Government as Foreign Terrorist Organizations, which organizations killed and injured Plaintiffs and their family members in terrorist attacks.

This Court states that it shall provide similar assistance to the Appropriate Judicial Authority of the State of Qatar.

This Court states that it shall compel Plaintiffs to reimburse the State of Qatar for the expenses it incurs in the execution of this International Judicial Assistance (Letters Rogatory).

Dated: September ____, 2020

_____
Brian M. Cogan
Judge, United States District Court
Eastern District Of New York