# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 MAIN STREET • SUITE 515 • WHITE PLAINS • NEW YORK • 10601
TEL: 908-516-2066 • FAX: 908-516-2049 • WEB: WWW.FBRLLP.COM

EMAIL: JBonner@fbrllp.com

April 5, 2021

<u>Via ECF</u>

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Force, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
      1:20-cv-02578-BMC

Dear Judge Cogan:

     We are co-counsel for the Plaintiffs in the above-captioned action.  I write to request a further adjournment of the Initial Status Conference, currently scheduled for April 8, 2021 at 10:00 a.m.

     The United States Department of State is still in the process of executing the Letters Rogatory issued by the Court on September 17, 2020 for service on all defendants.  The Department of State has advised us that service of letters rogatory takes up to one year.

     The Initial Status conference has been adjourned four times previously at Plaintiffs' request, from July 20, 2020, September 18, 2020, October 27, 2020, and February 4, 2021.  No other dates have been scheduled in this action.

                                      Respectfully submitted,

                                      James P. Bonner