# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-516-2066 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: JBonner@fbrllp.com

October 5, 2021

**Via ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  *Force, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
     1:20-cv-02578-BMC

Dear Judge Cogan:

We are co-counsel for the Plaintiffs in the above-captioned action.  I write to request a further adjournment of the Initial Status Conference, currently scheduled for October 7, 2021 at 10:00 a.m., on the grounds that the Defendants, all located in Qatar, have not yet been served.

On September 17, 2020, the Court issued letters rogatory for service on all Defendants. The letters rogatory, together with necessary translations and consular fees for their transmittal were delivered to the United States Department of State ("DOS") on September 30, 2020. However, we recently learned that DOS ceased transmitting letters rogatory to foreign authorities in approximately July 2020 due to the COVID-19 pandemic, and only resumed such transmission in late July 2021.  We anticipate, therefore, that it may be several more months before service is effectuated on the Defendants.

The Initial Status conference has been adjourned six times previously at Plaintiffs' request, from July 20, September 18, and October 27 of 2020, and February 4, April 8, and July 6 of this year.  No other dates have been scheduled in this action.

Respectfully submitted,

*/s/ James P. Bonner*

James P. Bonner