# FLEISCHMAN BONNER & ROCCO LLP
## ATTORNEYS AT LAW

81 Main Street • Suite 515 • White Plains • New York • 10601
Tel: 908-516-2066 • Fax: 908-516-2049 • Web: WWW.FBRLLP.COM

Email: SDavies@fbrllp.com

November 23, 2021

**VIA ECF**

Donald C. Palmer
Clerk of Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Force, et al. v. Qatar Charity, Qatar National Bank and Masraf al Rayan*,
1:20-cv-02578-BMC
**Proof of Delivery of Documents Served Under Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2)**

Dear Mr. Palmer:

On November 5, 2021, in response to our request, your office dispatched via Federal Express an Amended Summons and a copy of the complaint in this action, each in the original English together with a certified Arabic translation, to each of the three Defendants in this action.

According to the Federal Express website, two of these three envelopes were delivered as follows:

| Addressee | Federal Express Tracking No. | Delivery Date | Federal Express Tracking Summary Attached Hereto As |
|---|---|---|---|
| Qatar National Bank<br>Qatar National Bank Building<br>Al Corniche Street<br>Doha, Qatar | 775062115917 | November 8, 2021 | Exhibit 1 |
| Masraf Al Rayan<br>Grand Hamad Street,<br>Street #119<br>Building #78, Room 5<br>Doha, Qatar | 775062139682 | November 8, 2021 | Exhibit 2 |

Thank you for your assistance in this matter.

Respectfully submitted,

/s/ Susan M. Davies

Attachments: Exhibits 1-2