IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Qatar Charity, Qatar National Bank and Masraf Al Rayan, <br><br> Defendants. | **FRCP 7.1 DISCLOSURE STATEMENT OF MASRAF AL RAYAN** <br><br> No. 1:20-cv-02578-BMC |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Masraf Al Rayan states that Masraf Al Rayan is a corporate party with no parent corporations. No publicly held corporation(s) owns 10% or more of Masraf Al Rayan's stock.

Date: November 29, 2021

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Carolina A. Fornos*
    Carolina A. Fornos
    31 West 52nd Street
    New York, NY 10019-6131
    Phone: (212) 858-1558
    carolina.fornos@pillsburylaw.com

*Attorney for Defendant Masraf Al Rayan*