IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et. al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>Qatar Charity, Qatar National Bank and Masraf Al Rayan,<br><br>      Defendants. | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>Case No. 1:20-cv-02578-BMC |

      PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this Motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Pillsbury Winthrop Shaw Pittman LLP and a member in good standing of the Bar of the State of Florida, as an attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Masraf Al Rayan.  This Motion is being filed without consenting to personal jurisdiction or service of process and Masraf Al Rayan reserves all rights to assert the defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, lack of standing, failure to state a claim upon which relief can be granted, and any other defenses to the purported claims alleged in the Complaint. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: November 29, 2021        Respectfully submitted,

<div style="margin-left:50%">

*/s/ Aryeh L. Kaplan*
Aryeh L. Kaplan
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Phone: (786) 913-4883
Email: aryeh.kaplan@pillsburylaw.com

</div>