# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**ARYEH LEV KAPLAN**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 2, 2008**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this NOVEMBER 19, 2021.

_____
Clerk of the Supreme Court of Florida



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida            )

County of Leon            )            In Re:   0060558
Aryeh Lev Kaplan
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Ave Ste 3100
Miami, FL 33131-3089

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 2, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 15th day of **November**, 2021.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-159638