UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Stuart Force, et al.

                            Plaintiff(s),

v.

Qatar Charity, et al.

                            Defendant(s).

20-cv-02578-BMC

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Markenzy Lapointe, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Florida.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 172601
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 20-cv-02578-BMC for Defendant Masraf Al Rayan.

Date 11/29/21
Miami, FL

Signature of Movant
Firm Name Pillsbury Winthrop Shaw Pittman LLP
Address 600 Brickell Avenue, Suite 3100
Miami, FL 33131
Email markenzy.lapointe@pillsburylaw.com
Phone 1-786-913-4805

NOTARIZED

ANA GONZALEZ
MY COMMISSION # GG 948005
EXPIRES: April 19, 2024
Bonded Thru Notary Public Underwriters

Sworn to and subscribed to before me on this 29th day of November, 2021.

Notary Public at Large, State of Florida

My Commission Expires: 04/19/2024