AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Stuart Force, et al., *Plaintiff* ) ) | |
| v. ) | Case No. 1:20-cv-2578 (BMC) |
| Qatar Charity, et al., *Defendant* ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qatar National Bank (Q.P.S.C.) ("Qatar National Bank" or "QNB").

This Notice of Appearance is being filed while contesting service of process as ineffective and noting a lack of personal jurisdiction over Qatar National Bank. QNB reserves all rights to assert all defenses to the claims alleged in the Complaint.

Date: 11/29/2021

/s/ Michael McGovern
*Attorney's signature*

Michael McGovern
*Printed name and bar number*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
*Address*

michael.mcgovern@ropesgray.com
*E-mail address*

(212) 841-8860
*Telephone number*

*FAX number*