UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE; ROBBI FORCE; KRISTIN ANN FORCE; RINA ARIEL individually, as personal representative of the ESTATE OF H.Y.A. (a minor), and as guardian of S.R.A. and K.A. (minors); AMICHAI ARIEL individually, as personal representative of the ESTATE OF H.Y.A. (a minor), and as the guardian of S.R.A. and K.A. (minors); ELI M. BOROCHOV; SHARI MAYER BOROCHOV; RONEN STEVEN BOROCHOV; DEVORA SUE BOROCHOV; JOSEF S. BOROCHOV; SHIRA NECHAMA BOROCHOV; AVRAHAM M. BOROCHOV; ABRAHAM RON FRAENKEL, individually, as personal representative of the ESTATE OF Y.N.F. (minor), and as guardian of A.H.H.F., A.L.F., N.E.F., N.S.F., and S.R.F. (minors); RACHEL DEVORA SPRECHER FRAENKEL, individually, as personal representative of the ESTATE OF Y.N.F. (minor), and as guardian of A.H.H.F., A.L.F., N.E.F., N.S.F., and S.R.F. (minors); TZVI AMITAY FRAENKEL; YEHUDAH GLICK, individually and as guardian of S.G. (minor); YAFFA GLICK individually and as guardian of S.G. (minor); NERIA DAVID GLICK; SHLOMO GLICK; HALLEL GLICK; MICAH LAKIN AVNI, individually, as personal representative of the ESTATE OF RICHARD LAKIN, and as guardian of Y.L, R.A., and V.A. (minors); MANYA LAKIN, individually, as personal representative of the ESTATE OF RICHARD LAKIN, and as guardian of D.A.B. (minor); RITA AVNI, individually and as guardian of E.A., R.A., and V.A. (minors); SHACHAR BOTEACH; SHMUEL ELIMELECH BRAUN individually and as personal representative of the ESTATE OF C.Z.B. (minor); CHANA BRAUN individually and as personal representative of the ESTATE OF C.Z.B. (minor); SHIMSON SAM | Case No. 20-cv-2578 (BMC) |

HALPERIN; SARA HALPERIN; MURRAY BRAUN; ESTHER BRAUN; MENACHEM MENDEL RIVKIN, individually and as guardian of S.S.R., M.M.R., R.M.R., S.Z.R., and S.R. (minors); BRACHA RIVKIN, individually and as guardian of S.S.R., M.M.R., R.M.R., S.Z.R., and S.R. (minors); YOAV GOLAN; ROTEM SHOSHANA GOLAN; YEHUDIT GOLAN; MATAN GOLAN; CICI JACOBSON; EDDY JACOBSON; RAPHAEL ("RAFI") LISKER, individually and as guardian of D.Z.L. (minor); SHOSHANA LISKER, individually and as guardian of D.Z.L (minor); JONATHAN ISSAC LISKER; AVITAL KEREM LISKER; TAMAR PENINA LISKER; NOAM MICHAEL SHAMBA, individually and as guardian of H.S., T.M.S., O.S., M.S., N.E.S. and N.S. (minors); YANA SHAMBA, individually and as guardian of H.S., T.M.S., O.S., M.S., N.E.S. and N.S. (minors),

    Plaintiffs,

        v.

QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,

    Defendants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar National Bank (Q.P.S.C.) ("Qatar National Bank" or "QNB"), through its undersigned counsel, certifies as follows:

1. Qatar National Bank has no parent corporation and no public corporation owns 10% or more of the shares of QNB.

Dated: November 29, 2021
      New York, New York

                                      Respectfully submitted,

                                      */s/ Michael G. McGovern*
                                      Michael G. McGovern
                                      **ROPES & GRAY LLP**
                                      1211 Avenue of the Americas
                                      New York, New York 10036-8704
                                      Telephone: (212) 596-9000
                                      Facsimile: (212) 596-9090
                                      michael.mcgovern@ropesgray.com

                                      *Counsel for Defendant Qatar National Bank (Q.P.S.C.)*