AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Stuart Force, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-2578-BMC |
| Qatar Charity, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Masraf Al Rayan.

Date: 11/30/2021

/s/ Markenzy Lapointe
*Attorney's signature*

Markenzy Lapointe
*Printed name and bar number*

600 Brickell Avenue, Suite 3100
Miami, FL 33131
*Address*

markenzy.lapointe@pillsburylaw.com
*E-mail address*

(786) 913-4805
*Telephone number*

(786) 913-4901
*FAX number*

**This limited Notice of Appearance is being filed without consenting to service of process or personal jurisdiction. Masraf Al Rayan reserves all rights to assert the defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, lack of standing, failure to state a claim upon which relief can be granted, and any other defenses to the claims alleged in the Complaint.