AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Stuart Force, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-2578 (BMC) |
| Qatar Charity, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Qatar National Bank

Date: 12/08/2021

/s/ Mary E. Brust
*Attorney's signature*

Mary E. Brust
*Printed name and bar number*

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
*Address*

Mary.Brust@ropesgray.com
*E-mail address*

(212) 596-9522
*Telephone number*

*FAX number*