UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

    Stuart Force, et al.

        v.

    Qatar Charity, et al.

----------------------------------------------------------X

        1:20-cv-2578-BMC

        NOTICE OF MOTION
        TO ADMIT COUNSEL
        PRO HAC VICE

TO:    Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Brittany G. Norfleet__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Ropes & Gray LLP__ and a member in good standing of the bar(s) of the State(s) of __New York__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Defendant Qatar National Bank__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 12/08/2021

Respectfully submitted,

\_\_\_/s/ Brittany G. Norfleet_____
Signature of Movant
Firm Name __Ropes & Gray LLP__
Address __1211 Avenue of the Americas__
           __New York, NY 10036__
Email __brittany.norfleet@ropesgray.com__
Phone __212-596-9228__