# Lang, Paul G.

**From:** ManagingClerks
**Subject:** FW: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, December 08, 2021 1:50 PM
To: Norfleet, Brittany <Brittany.Norfleet@ropesgray.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

[EXTERNAL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

   Account Number: 6945653
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $150.00
   Tracking Id: ANYEDC-15097852
   Approval Code: 127679
   Card Number: ************2001
   Date/Time: 12/08/2021 01:50:26 ET

NOTE: This is an automated message. Please do not reply