AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Stuart Force, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.   1:20-cv-02578-BMC |
| Qatar Charity, et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qatar Charity                                                                                                                                                                 .

* This Notice of Appearance does not constitute consent to service of process or personal jurisdiction. Furthermore, Qatar Charity expressly reserves the right to raise all available defenses to the claims alleged in the Complaint in the above-captioned matter.

Date:        1/3/2022

/s/ John M. Hillebrecht
_Attorney's signature_

John M. Hillebrecht
_Printed name and bar number_

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
_Address_

john.hillebrecht@us.dlapiper.com
_E-mail address_

(212) 335-4500
_Telephone number_

(212) 335-4501
_FAX number_