# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et al.*,<br><br>                  Plaintiffs,<br><br>   v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>                  Defendants. | Civil Action No. 1:20-cv-2578-BMC |

## RULE 7.1. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Qatar Charity through its undersigned counsel, certifies as follows:

1. Qatar Charity has no parent corporation, and no public corporation owns 10% or more of the shares of Qatar Charity.

Dated: January 3, 2022
       New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ John M. Hillebrecht*
    John M. Hillebrecht

Kevin Walsh  
Jessica A. Masella  
Michael G. Lewis  
1251 Avenue of the Americas  
New York, New York 10020-1104  
Tel.: 212.335.4500  
Fax: 212.335.4501  
John.Hillebrecht@us.dlapiper.com  
Kevin.Walsh@us.dlapiper.com  
Jessica.Masella@us.dlapiper.com  
Michael.Lewis@us.dlapiper.com  