UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et al.*,<br><br>         Plaintiffs,<br><br>- against -<br><br>QATAR CHARITY, *et al.*,<br><br>         Defendants. | 1:20-cv-02578 (BMC)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(b)(2), 12(b)(5), AND 12(b)(6) BY DEFENDANT MASRAF AL RAYAN**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Masraf Al Rayan ("MAR") will move this Court at such time set by the Court, before the Honorable Brian M. Cogan, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY, 11201, for an order pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and/or 12(b)(6) of dismissal with prejudice of all claims brought by Plaintiffs Stuart Force, *et al.* against MAR in the Complaint filed on June 10, 2020 (ECF No. 1).

Dated: February 14, 2022
   New York, New York

                   PILLSBURY WINTHROP SHAW PITTMAN LLP

                   By: */s/ Carolina A. Fornos*
                      Carolina A. Fornos
                      Pillsbury Winthrop Shaw Pittman LLP
                      31 West 52nd Street
                      New York, NY 10019-6131
                      Tel.: (212) 858-1000
                      Fax: (212) 858-1500

                      Aryeh L. Kaplan (*pro hac vice*)
                      Markenzy Lapointe (*pro hac vice*)
                      Pillsbury Winthrop Shaw Pittman LLP
                      600 Brickell Avenue, Suite 3100
                      Miami, FL 33131
                      Tel.: (786) 913-4900
                      Fax: (786) 913-4901
                      *Counsel for Defendant Masraf Al Rayan*