IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK and MASRAF AL RAYAN,<br><br>*Defendants*. | Case No. 20-cv-2578 (BMC)<br><br>Oral Argument Requested |

## QATAR NATIONAL BANK'S NOTICE OF
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rule 12 of the Federal Rules of Civil Procedure, and upon Qatar National Bank's Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Complaint, Defendant Qatar National Bank Q.P.S.C. ("QNB") hereby moves this Court for an order dismissing the Complaint, and for such other and further relief as this Court may deem just and proper. QNB will appear before the Honorable Brian M. Cogan, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order entered by the Court on January 28, 2022, Plaintiffs shall serve their opposition on QNB by February 28, 2022, and QNB shall serve its reply on Plaintiffs by March 7, 2022.

Dated: February 14, 2022                              Respectfully submitted,

                                                      */s/ Michael G. McGovern*
                                                      Michael G. McGovern

1

                                          Douglas Hallward-Driemeier
                                          **ROPES & GRAY LLP**
                                          1211 Avenue of the Americas
                                          New York, New York 10036-8704
                                          Telephone: (212) 596-9000
                                          Facsimile: (212) 596-9090
                                          michael.mcgovern@ropesgray.com
                                          douglas.hallward-driemeier@ropesgray.com

                                          *Counsel for Defendant Qatar National Bank (Q.P.S.C.)*