UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE, individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>QATAR CHARITY, *et al.*,<br><br>       Defendants. | Civil Action No. 1:20-CV-02578<br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANT QATAR CHARITY'S
MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Qatar Charity's Motion to Dismiss, the Declaration of Michael G. Lewis and exhibits attached thereto, all prior pleadings and proceedings in this case, all matters of which this Court may take judicial notice, and such other matters presented at any hearing on this Motion, Defendant Qatar Charity will move this Court before the Honorable Brian M. Cogan, United States District Court Judge, at the United States Courthouse, 225 Cadman Plaza East, Courtroom 8D S, Brooklyn, New York 11201, on March 7, 2022, or as soon thereafter as counsel may be heard, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), dismissing the Complaint with prejudice and for such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 14, 2022<br>New York, New York | **DLA PIPER LLP (US)** |
|  | By:  */s/ John M. Hillebrecht*<br>      John M. Hillebrecht<br>      Kevin Walsh<br>      Jessica Masella |
|  | 1251 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 335-4500<br>Fax: (212) 335-1501<br>Email: John.Hillebrecht@us.dlapiper.com<br>           Kevin.Walsh@us.dlapiper.com<br>           Jessica.Masella@us.dlapiper.com |
|  | *Counsel for Defendant Qatar Charity* |