# EXHIBIT 2

  PAKISTAN

**CONTRACT NO:  391-I-00-10-01153-00**

# M&E SERVICES: KP/ FATA Reconstruction Programs






## MONTHLY PROGRESS REPORT # 46

**June 2014**



**AL-KASIB GROUP OF ENGINEERING SERVICES**

G-1/34, Street 3, Phase 2, Hayatabad Peshawar, Khyber Pakhtunkhwa Pakistan
Tel: 0092 91 5823117-8  Fax: 0092 91 5823145  Email: ages@ages.com.pk



executed at some of these sites were formally reported to the concerned quarters for corrective measures, but nothing had been done in this regards.

### 5.5.  IRRIGATION SCHEMES IN SWAT

Works on 17 schemes had been completed. While work on the remaining two schemes is near to completion (99 percent completed).

**Note:**  AGES is doing detailed monitoring of Excelsior College and Sangota Public School at the request of USAID.



Monitoring & Evaluation Services: KP / FATA Reconstruction Programs
Contract No. 391-I-00-10-01153-00

## 6. CONSULTANT'S ACTIVITIES DURING THE REPORTING PERIOD

- Ensured that construction works were carried out in accordance with the agreed-upon design and specifications in the FARA and PILs. Furthermore, implemented proper quality control procedures and other agreed protocols in the QAP at sites to ensure quality (See Annexure, I).

- Construction problems/issues and their resolutions related to schools, bridges, roads, WatSan schemes and BHUs at the sites were directly reported by the DTL and/or the concerned C/E to the PD, PU/ C&W, PHED, TMA, PKHA, C&W Dept and Planing Officer Malakand PaRRSA for quick corrective actions. All these reports are sent to USAID through the Team Leader.

- Site visit reports prepared by the field staff and construction activities reported with progress photos.

- Monitoring of other donors funded sub-projects; activities were carried out.

- Regular monitoring of 12 contracts for Sangota school and Excelsior college (GoKP funded). Supervision of the boundary wall also continued. Revised estimates for six packages of Excelsior College, Swat was finalized and submitted to PaRRSA for their vetting and preparation of T. S by the C&W Depart. The revised estimates for the six (6) packages of the Sangota Public School have also been completed and handed over to PaRRSA/C&W for approval of T. S which is still awaited. As per decision of USAID/PaRRSA, AGES has withdrawn its supervisory staff from both Excelsior college and Sangota Public School effective July 1st, 2014. Site visits and briefing have been conducted with the focal person Mr. Khayam nominated by PaRRSA, besides drawings in soft, last IPCs, Photographs and other relevant information have been handed over to him.

- Revised TS and revised PC-1s for the completed and ongoing 82 schools of FARA, I, II, PIL 09 & PIL 17 were finalized and handed over to PD PU/C&W for finalizing the final bills and /or running bills. The revised estimates for another 23 schools of PIL 09 & 17 were finalized and handed over to the PD PU/C&W Office remaining estimates are underway, which are going to be finalized soon. Updated approval status of TS is not clear.

- AGES staff exclusively assigned for Kot Barang Road, and Selay Patey Bridge carried out the monitoring on the daily basis of this sub-project. Regular site visits were made by the senior staff of AGES.

- Regular monitoring duties were carried out by exclusively assigned staff for both Khwaza Khela and Mingora Bridges. All missing design inputs were provided by AGES' Structural Engineer.

- Visits were paid to Munda Headwork for random monitoring of construction activities.

- Construction schedules based on ideal conditions for all schools, BHUs, Bridges and WatSan prepared in MS Project are being updated regularly.

- A draft for a database program for a quick generation of information had been prepared in Microsoft Access for all sectors of the Project, which was shared with all the