# EXHIBIT 22

[logo:]
Qatar Charity
Qatar Charity

# Qatar Charity's Annual Financial Report for 2013

Issue No.: 0
February 2014

☐  Statement of the Chief Executive Officer

…                                                    To the Esteemed / Chairman and Members of
                                                     the Board of Directors

Qatar Charity

Peace be upon you and Allah's mercy and blessings…

On behalf of myself and everyone who works at Qatar Charity, I am pleased to offer your sincere gratitude and appreciation for your support and guidance, which had the greatest impact, after the assistance of Almighty Allah, on raising the level of work at all directive, supervisory and executive levels as well as the level of the projects, programs, activities and services that Qatar Charity provides. This was abundantly clear in the Organization's performance during 2013 and the results it achieved on both the local and international level, which led to raising its status, enhancing and achieving the aspirations of its members, and earning the trust of all those dealing with it, including government agencies in Qatar, particularly the Ministry of Social Affairs and the Qatari Ministry of Foreign Affairs, as well as donors, and local and international partners.

Accordingly, we are pleased to submit to you the summary annual report on the Organization's performance, as well as its financial statements and its business results for the fiscal year ended 31 December 2013. We note that a committee has been formed to prepare the Organization's comprehensive annual report, and that it will be prepared in a professional manner and in a form befitting Qatar Charity.

We have attempted to ensure that the report is brief, focused, and comprised of two main parts:

1 -   The part related to the performance of the Organization and its various departments.
2 -   The part related to the Organization's financial statements and business results.

These accomplishments would not have been achieved without success from Almighty Allah first and then determination and effort by all Qatar Charity employees, on both the local and international levels, whom we consider the essential element in supporting the wheel of progress and prosperity.

In conclusion, I am pleased, on behalf of all Qatar Charity employees, to express our deepest gratitude and appreciation to His Highness Sheikh / Tamim bin Hamad bin Khalifa Al Thani, the Emir of Qatar - may Allah protect him. We also extend our most sincere gratitude and appreciation to His Excellency Mr. / Nasser bin Abdullah Al-Humaidi, the Minister of Labor and Social Affairs and to all employees at the Ministry of Social Affairs. In addition, Qatar Charity's management appreciates all of the sincere efforts by the government agencies in the State of Qatar, which have helped and supported Qatar Charity, whose objectives prioritize achieving the Qatar National Vision 2030, and whose targeted purpose stipulates the implementation of development and humanitarian initiatives in order to achieve global security and provide aid. Moreover, we thank all executives, employees, collaborators and volunteers for their continuous and loyal efforts and giving to achieve the goals of Qatar Charity, their protection of its gains and interests, and for increasing its prestige and competitiveness. We ask Almighty Allah to bless these efforts, and look forward to Qatar Charity continuing to develop its performance and enhance its capabilities to support the social development system. We also ask Almighty Allah to make the 2014 fiscal year even better than the previous one.

**Yousef bin Ahmed Al-Kuwari**
**Chief Executive Officer**

Qatar Charity

Qatar Charity        [logo:]        Together…  towards        Issued in February
                                    distinguished institutional    2014 A.D.        Page 2 of 46
                                    work

**[logo:]**

**Qatar Charity**

**Qatar Charity**

# Qatar Charity in Brief

- ☐ **Origin and development**
- ☐ **Vision**
- ☐ **Message**
- ☐ **Logo**
- ☐ **Values**
- ☐ **Objectives**
- ☐ **Fields**
- ☐ **Strategy**

☐ **Qatar Charity - A dream that has become a reality**

**Qatar Charity:** Qatar Charity is a non-governmental organization, founded in 1992 for the development of Qatari society and other needy communities. It works in the fields of sustainable development, reducing poverty, and disaster relief and emergency response. Qatar Charity endeavors to serve all needy people and communities regardless of their color, sex, religion, race or nationality. It has been in a consultative status with the United Nations Economic and Social Council since 1997. It is also a member of the General Founding Conference of the Arab Network for Non-Governmental Organizations in Cairo since 1999. Qatar Charity is considered one of the largest charitable organizations in the Gulf.

**Its Vision**

The model of a leading and distinguished Islamic institution that combines integrity, creativity and professionalism in the field of development and humanitarian aid.

**Its Message**

Support the capabilities of the neediest groups to achieve human dignity and social justice in cooperation with partners.

**Its Motto**

**Change their lives**

**Its Values**

☐ **Humanity** ☐ **Non-discrimination** ☐ **Impartiality** ☐ **Independence** ☐ **Professionalism** ☐ **Cooperation**

**Its Objectives**

According to its bylaws, the Organization works to achieve the following objectives and purposes:

1. Effectively contributing to the human development of poor peoples through the following three areas: Education, health and income - with priority given to families, women and children.

2. Contributing as a development agency in achieving social development according to the priorities specified by the international community, through its competent United Nations bodies, such as combating poverty, caring for children, and protecting families, etc., within the limits of the Organization's capabilities.

3. Prioritizing the achievement of sustainable and integrated development for the benefit of the targeted peoples in accordance with the requirements of the sectoral policies and development

priorities set by the governments of the countries concerned, within the limits of the Organization's capabilities, with a commitment to protecting and preserving the environment.

4. Providing relief to the victims of natural disasters and armed conflicts.

5. Prioritizing the impact and results of the programs, projects and activities accomplished by the Organization for the benefit of the targeted groups to ensure its contribution in improving the living conditions of these groups.

6. Using the conditional and unconditional donations, sadaqa and Zakat as well as the various funding sources to highlight the model of Arab Islamic cooperation, which derives its values from the Muslim faith, which calls on the people of the world to get to know each other and cooperate for the good of all humanity and development of the Earth, honors mankind, and focuses on everything that materially and spiritually enhances this world and the Hereafter.

7. Engaging in responsible, effective and transparent coordination, cooperation and partnerships with all governments, international organizations and other specialized institutions working in the field of social development in order to achieve the aforementioned objectives.

## Its Fields and Activities

1) Sponsoring, housing, caring for, as well as financially, socially and culturally supporting orphans, particularly those who have lost their parents due to wars and disasters, from birth to the age of eighteen years, within the limits of the sponsorship, as well as establishing schools, mosques, and Quran memorization centers for this purpose whenever the need arises.

2) Providing aid and health care to the families of orphans and widows who have lost their breadwinner and kin, particularly those affected by drought, famine, natural disasters and wars, as well as helping needy families that support orphans.

3) Establishing charitable projects by building schools, educational facilities and cultural institutes, fulfilling their needs, constructing mosques, digging wells, and implementing water projects in the various countries of the world to help needy Muslims and others, as a way of translating the wishes of the honorable benefactors and fulfilling their requirements.

4) Caring for the human and productive development of the needy affected by disasters, wars and famines, providing them with relief and assistance in Muslim countries and others, working on the development of civil society, and enabling it to be self-reliant.

5) Activating knowledge, developing needy societies in Muslim countries and others within the framework of the comprehensive civilizational revival Islam project through religious education and awareness, focusing on teaching the Arabic language as well as the recitation and memorization of the Qur'an, setting up special centers for that, sponsoring preachers, teachers, and memorization instructors, and utilizing scientific knowledge to improve and develop the social reality.

6) Cooperating and coordinating with voluntary charitable organizations and institutions, international and regional institutions, and the United Nations organizations that seek to achieve

similar goals, benefiting from their programs to acquire new experiences and skills, and training their workers in relief work to confront disasters and mitigate their harms.

☐ **Qatar Charity's Strategic Objectives**

Through its work, Qatar Charity works to achieve the following strategic objectives:

1. Contribute to achieving the national strategic objectives of the development sectors wherein Qatar Charity works.

2. Enhance Qatar Charity's role in the countries wherein it works as an effective development partner, and build strong relationships with the various actors so the Organization can derive the requisite support therefrom to serve its general objectives.

3. Develop the work in a set of integrated priority strategic areas, because the Organization has considerable advantages in the places where it operates locally and abroad.

4. Develop creative solutions in the development and humanitarian fields, and produce the best practices in their fields in order to raise Qatar Charity's profile as a specialized organization.

☐ **Qatar Charity's General Objectives**

To achieve its strategic objectives, Qatar Charity seeks to achieve the following general objectives:

1. Be aware of international and local development issues, and actively participate in national consultations related to Qatar Charity's fields of work.

2. Study local and foreign development and humanitarian needs, and prepare proposals for intervention projects to contribute to meeting the development needs in the targeted areas.

3. Implement development and humanitarian programs and projects in accordance with the highest recognized professional standards.

4. Strengthen cooperation and partnership relationships with the various stakeholders in the various initiatives, programs and projects that the Organization implements or to whose implementation it contributes.

5. Strengthen public relations efforts to improve the image of Qatar Charity and serve its objectives.

6. Mobilize the financial and technical resources at the local and international levels to serve Qatar Charity's programs and projects locally and abroad.

[logo:]
Qatar Charity
Qatar Charity

# Summary Management Report

## Qatar Charity's Harvest for 2013

☐ **The Most Important Accomplishments During 2013**

1. Revenues from donations grew by 11% in 2013 as compared to 2012. Indeed, they totaled QAR 645 million in 2013 as compared to QAR 581 million in 2012.

2. Payments for projects and sponsorships grew by 11% in 2013 as compared to 2012. Indeed, they totaled QAR 526 million in 2013 as compared to QAR 474.6 million in 2012.

3. Administrative expenses decreased by 2% in 2013 as compared to 2012. Indeed, they totaled QAR 37.7 million in 2013 as compared to QAR 38.6 million in 2012. This was a result of the policy of allocating operating expenses to the activities and projects in application of the cost accounting system in the allocation of direct costs.

4. The Qatarization rate grew by 26% in 2013 as compared to 2012.

5. Several regulations, policies and organizational guides related to the Organization and its field offices were issued.

6. The number of sponsees grew to 62,416 worldwide, a 9% increase as compared to 2012 wherein the number of sponsees was 57,199.

⚜ **Continuous growth**

**(Annual Financial Report for 2013)** Qatar Charity

✦ **Continuous development**

**1 -  Human Resources:**

The human element is one of the most important pillars at Qatar Charity. Indeed, the human element is the real pillar on which modern systems and real management are based to achieve their goals. Thus, the task of human resources management has become to recruit distinguished human elements and work to develop these elements through continuous training to create technical and administrative executives according to international standards through a work environment and competitive advantages in keeping with Qatar Charity's strategy. Accordingly, we focused on the following in 2013:

- Improving the efficiency of employees through continuous training programs.
- Seeking the assistance of competent Qatari personnel, attracting the largest number of qualified professionals in all fields, and placing them in upper and middle management as a first phase within the framework of restructuring the Organization. Indeed, by the end of 2013 there were 44 Qatari employees, a 26% increase over 2012 where there were 35 Qatari employees.



- Introducing amendments to the human resource regulations, which aim to continue, develop and enhance the appropriate work environment that helps motivate employees, improve and increase productive efficiency, and open the path to more creativity. Qatar Charity continued to focus on Qatarization as a national strategy, and to find a highly qualified, trained, competent and effective Qatari workforce.

## 2 - Financial and Administrative Systems and Policies

1. Developing, preparing and implementing financial and administrative policies and internal oversight systems in all of Qatar Charity's sectors. This was done through the Financial System Examination and Development Committee, which had, as of 31 December, finalized and approved the following policies:

   - The policy for selecting and appointing the auditor.

   - The policy for inventorying the assets, inventory and treasury.

   - The policy for fixed assets and property protection.

   - The guide for preparing the draft projected budget.

   - The work calendar regulations.

The Committee's work is underway to develop the rest of the financial and administrative policies, which coincides with the significant development in the Organization's activity to ensure achievement of internal oversight.

2. Developing, preparing and implementing financial and administrative policies and internal oversight systems for Qatar Charity's field offices. As of 31 December, following policies had been prepared:

   - The procurement guide for field offices.

   - The human resource regulations.

   - The sanctions regulations.

   - The job rotation regulations.

   - Preparation of the organizational structure.

   - Preparation of the salary and wage schedule (salary scale).

   - The vacation policy.

   - The vehicle operation policy.

   - The residential apartment leasing policy.

Work is underway to develop the rest of the financial and administrative policies, which coincides with the significant development in the field office's activity to ensure achievement of internal oversight.

3. Developing plans, strategies and development systems for financial management at the level of the headquarters and the field offices, using the existing competencies at the Organization, and developing collection systems to become electronic systems with the help of the specialized departments.

4. Developing controls to activate the role of internal oversight, and protecting the Organization's funds.

5. Activating the role of the General Services Department so all procurement occurs in accordance with the internal controls.

6. Insuring all of the Organizations assets, including buildings, vehicles, warehouses and collectors. All fixed boxes located at Islamic companies are also being insured under the Murabaha system.

7. Activating the role of communication between the Organization's departments in a manner that ensures improved performance.

8. Conducting a periodic evaluation of the performance level of the Organization as well as local and field offices, and attempting to improve it in a manner that reflects on the Organization's performance as a whole.

9. Rationing spending in a manner that allows the volume of donations to be proportional to the operational and administrative expenses.

**3 - <u>Resource Development:</u>**

Qatar Charity paid close attention to the process of collection and marketing, which are the main tools for attracting resources to the Organization. As a result, work was done on more than one level in this regard, as follows:

1. Attracting major philanthropists, donors and businessmen in Qatar and communicating with them directly.

2. Enhancing the confidence of government agencies in working with Qatar Charity.

3. Increasing the Organization's collection branches. Indeed, by the end of 2013, it had 12 collection branches and 55 collection point locations throughout the country, for a total of 67 outlets. New outlets and branches are being opened this year.

4. Launching electronic collection on automated coupon machines and collecting funds via the Internet and via SMS.

(**Annual Financial Report for 2013**) **Qatar Charity**

5. Instituting new mechanisms to attract Zakat resources. Indeed, marketing plans were developed and relationships with major companies and philanthropists were strengthened.

6. Diversifying advertising methods in 2013 campaigns, such as the anthropomorphic exhibition of the Pain and Hope campaign, which embodies the suffering of the Syrian people.

☐ **Sector Reports and Geographical Analysis of the Projects**

**First: The Organization's project and activity fields**

- Social field

- Advocacy field

- Emergency relief field

- Family development field

- Educational field

- Sustainable development field

- Health field

- Child and youth care field

| Main field | Payments | | |
|---|---|---|---|
| | 2011 | 2012 | 2013 |
| Social field | 90,711,840 | 134,785,882 | 151,368,850 |
| Advocacy field | 47,476,997 | 122,598,348 | 129,688,286 |
| Relief fields | 30,335,583 | 98,882,205 | 64,493,501 |
| Seasonal fields | 24,206,726 | 26,728,599 | 32,955,358 |
| Family development field | 2,705,550 | 8,605,250 | 31,136,377 |
| Educational field | 1,522,767 | 2,969,095 | 21,171,193 |
| Village and complex reconstruction field | 44,178,558 | 2,452,560 | 17,538,726 |
| Water and sanitation field | 2,361,222 | 11,979,331 | 16,104,056 |
| Health field | 9,075,991 | 17,814,239 | 10,624,546 |
| Other miscellaneous fields | 4,802,841 | 3,958,357 | 2,421,131 |
| Total | 257,378,076 | 430,773,866 | 477,502,025 |

**Second: Geographic regions and countries wherein the Organization's activities are concentrated**

**⁜ Local Level (inside Qatar)**

Based upon the strategic plan for local development at Qatar Charity, and its three social, economic and cultural pillars, which are compatible with Qatar Vision 2030, and out of the belief in the importance of helping to find programs that serve different segments of society, work has been done to ensure the selection of programs and activities to be implemented in keeping with the national vision to address five challenges:

1. The modernization and preservation of customs and traditions.
2. The needs of the current generation and the needs of future generations.
3. Targeted growth.
4. The path of development in Qatar.
5. Economic and social development as well as environmental protection and development.

Accordingly, there was significant expansion in the programs and activities within Qatar. Indeed, cultural and educational projects were implemented, including (the National Program for Strengthening Values (I am Snafi Wahba Rih) - the (Adamha for the Development of Productive Families) program - the Zawaj [Marriage] Program - the (Taqat) program for the training and employment of people with special needs - the (Tahiya Lil-Omal [Greetings to Workers]) program with Msheireb Real Estate - the Musafir Ma'a Al-Quran Al-Kareem [Traveling with the Noble Quran] project - the project for cooperation with communities within Qatar - the Ramadan radio program (Tawareeh) - the Ramadan public program (Al-Baraha) - the (Khuthu Zeinatakom [Take Your Adornment]) program - the Future Leaders Program for Qatar Orphans - the Community Development Centers programs - the seasonable programs during the blessed month of Ramadan, Eid Ul-Fitr and Eid Ul-Adha).

This year, Qatar entered the second phase of the "Challenge for Life" project in cooperation with Barwa Bank in order to enhance the role of community participation through the Qatari team's climb to the Aconcagua summit in Argentina so as to draw attention to the suffering of Yemeni children, and to work on promoting and supporting open-heart surgeries for Yemeni children with heart conditions. Subsequent phases of this campaign will including climbing to the submit of Denali in Alaska and Everest in Nepal, etc. There are 7 community centers in Qatar, and these centers aim to entrench and strengthen values in Qatari youth and develop the different groups of society. This is in addition to the expansion plan, which seeks to increase the centers to 9 by the end of 2014, Almighty Allah willing, so our centers are distributed throughout Qatar.

**(Annual Financial Report for 2013)** Qatar Charity

| 2010 | 2011 | 2012 | 2013 |
|------|------|------|------|
| 5 centers | 5 centers | 6 centers | 7 centers |

**International Level**

The Organization also focused on local work within Qatar. However, it did pay significant attention to work abroad due to the suffering, poverty and wars being experienced by the Arab and Islamic world, working in over 43 countries and giving special priority to countries wherein Qatar Charity has field offices. Indeed, by the end of 2013, Qatar Charity had 18 field offices around the world for several reasons more important of which are:

1. Strengthening the capabilities of Qatar Charity's field offices.

2. Receiving carefully thought out project proposals.

3. Following up on projects with precision.

4. Controlling the specifications of implemented projects.

5. The ability to mobilize local resources.

As for countries in which the Organization has no offices, focus was placed on social projects, with the exception of Western Europe and Canada, given the nature of the projects that Qatar Charity has been implementing in these countries, which mainly pertain to Islamic cultural centers, as well as countries with which there were previous dealings when these dealings did not result in implementation problems.

Below is a financial analysis of the remittances:

1. The outgoing remittances by country

*(Annual Financial Report for 2013)* **Qatar Charity**



The list of countries encompassed in the plan for 2014 includes the following:

| List of African countries | List of Arab countries | List of Asian countries | List of countries in Europe and the Americas |
|---|---|---|---|
| 1. Senegal | 1. Palestine (West Bank + Gaza Strip) | 1. Indonesia | 1. Albania |
| 2. Mali | 2. Yemen | 2. Pakistan | 2. Kosovo |
| 3. Niger | 3. Sudan | 3. Bangladesh | 3. Bosnia |
| 4. Burkina Faso | 4. Mauritania | 4. India | 4. Turkey |
| 5. Benin | 5. Morocco | 5. Sri Lanka | 5. Spain |
| 6. Togo | 6. Tunisia | 6. Myanmar | 6. Italy |
| 7. Ghana | 7. Jordan | 7. Kyrgyzstan | 7. France |
| 8. Nigeria | 8. Lebanon | 8. Iran | 8. Germany |
| 9. Chad | 9. Iraq | | 9. Britain |
| 10. Kenya | 10. Somalia | | 10. Belgium |
| | 11. Comoros | | 11. Luxembourg |
| | 12. Lebanon | | 12. Switzerland |
| | | | 13. Canada |

- Qatar Charity was focused on expanding field offices. Indeed, this year the Organization opened two offices in (Tunisia - London) and expansion is underway to open an office in Turkey in order

to enhance the Organization's ability to provide its services to countries that need aid and enhance the role of development in society.

- Qatar Charity also opened new horizons to spread the Islamic faith by building Islamic centers in European countries (Italy - Spain - Switzerland - Germany - France - Canada - Norway - Poland - Ireland - Luxembourg). Indeed, during 2013 it transferred approximately QAR 54 million for these projects.

- The Organization launched a unique humanitarian initiative under the name (Rufaqa [Companions]) focused on the issue of orphans worldwide by preparing and managing programs and channels that contribute to solving their problems. This initiative was sponsored by Sheikh Aaidh Al-Qarni.

- In light of Qatar Charity's excellent reputation worldwide in the field of humanitarian and Islamic development, many local and international organizations and agencies, local and international ministries, companies and individuals placed their trust in it by tasking it with completing many projects around the world. This is due to Qatar Charity's experience and expertise through its offices around the world as well as its executive partners. This included for example:

  1 -   The Qatari Ministry of Foreign Affairs tasked it with implementing development projects in the Darfur Region in the Republic of Sudan for a sum of QAR 22.6 million, as well as Tunisia reconstruction projects for a sum of QAR 50 million.

  2 -   The Islamic Development Bank - Jeddah tasked it with implementing Gaza reconstruction projects for a sum of QAR 43 million, as well as projects for the Syrian people.

  3 -   The global Bill Gates Foundation tasked it with implementing projects in the health field for a sum of QAR 11 million.

  4 -   Muslim Aid Australia Organization tasked it with implementing development projects in Somalia for a sum of QAR 3.65 million.

5 -   The Qatar Foundation in cooperation with the ROTA Organization tasked it with implementing education projects in Ramallah - Palestine for a sum of QAR 3 million.

- Qatar Charity also focused on all types of sponsorships worldwide. Indeed, by the end of 2013 it had 62,416 sponsees worldwide, a 9% increase from 2012 when it had 57,199 sponsees. Below are statistics comparing three years, classified by number of sponsorships and countries:

| Years | 2011 | 2012 | 2013 |
|---|---|---|---|
| | | | |
| Number of sponsorships | 40,333 | 57,199 | 62,416 |
| Number of countries | 32 | 34 | 34 |

☐ **The Organization has a distinguished presence and active participation**

- Events

- Campaigns

Qatar Charity carried out many campaigns during 2013. One of the most important of these campaigns was the (Pain and Hope) relief campaign for the Syrian people, which actually embodied, albeit in a small way, the suffering of the Syrian people, and which achieved a great impact by positively contributing to the volume of aid that has been provided to the Syrian people and that will be provided to them based upon the plan approved for 2014.

| Description | Aid provided to Syrian people | | |
|---|---|---|---|
| | 2011 | 2012 | 2013 |
| Syria relief | 1,797,500 | 48,970,833 | 36,998,647 |

- **Local and international partnerships**

Given the great reputation that Qatar Charity has worldwide in the field of humanitarian and Islamic development, out of a belief in cooperation with international agencies, and to enhance confidence in the Organization's image, Qatar Charity focused on strengthening relationships and open channels of communication with many local and international partners, the most important of which were the following:

| Entity's Name | |
|---|---|
| 1.   Ministry of Labor and Social Affairs | 2.   Hamad Medical Corporation |
| 3.   Ministry of Interior | 4.   Vodafone Telecom Company |
| 5.   Ministry of Endowments and Islamic Affairs | 6.   Ooredoo Telecom Company |

| | |
|---|---|
| 7.   Ministry of Environment | 8.   Qatar Foundation for Combating Human Trafficking |
| 9.   Ministry of Communications | 10.  Qatar Foundation for Shelter |
| 11.  Olympic Sports Committee | 12.  Childhood Cultural Center |
| 13.  Social Development Center | 14.  Shafallah Center |
| 15.  Qatar Foundation for Education, Science and Community Development | 16.  Owain Center |
| 17.  Qatar University | 18.  United Nations Children's Fund (UNICEF) |
| 19.  Qatar Society For Rehabilitation of Special Needs | 20.  Barwa Bank |
| 21.  Qatar Career Fair | 22.  Al Emadi Enterprises |
| 23.  Qatar Cancer Society | |

☐  **Milestones in the Organization's journey of development and growth**

[logo:]
Qatar Charity
Qatar Charity

# Financial statements

## Qatar Charity's Annual Financial Report for 2013

**(Annual Financial Report for 2013)** Qatar Charity

☐ **Financial Summary for 2013**

Reports and financial statements are issued at the end of the fiscal year. The most important of these reports and statements are the following:

✓ Data about the financial position

✓ Annual comparison report for the Organization's actual revenues and expenses during the year as compared to the the previous two years, as well as a comparison for each activity separately.

- Comments on important items (analysis, description, explanation, comparisons, and illustrations).

- Analyses, comparisons, and illustrations.

First: Data about the Organization's financial position:

- The financial statements were prepared in accordance with the International Financial Reporting Standards and audited by the (Grant Thornton - Aleid & Co.) office. The auditor's report revealed that the Organization maintains regular accounting records consistent with the financial statements, and the auditor's report was issued without any reservations.

Below are comments about the Organization's financial position:

🔸 Total assets:

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 970,731,911 | 22% |
| 2012 | 798,573,831 | 8% |
| 2011 | 741,150,986 | |

- The preceding analysis reveals that total assets increased by 21% from 2012 to 2013 and by 8% from 2011 to 2012.

Assets consist of the following items:

(Property, machinery and equipment - real estate investments - available-for-sale investments - held-for-trading investments - investments in subsidiaries - cash and cash equivalents - inventory - cash in offices abroad - notes receivable - other debit balances).

Accordingly, an analysis of assets reveals the following:

**1-  Property, machinery and equipment:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 74,777,390 | 471% |
| 2012 | 13,099,229 | -2% |
| 2011 | 13,379,592 | |



- Property, machinery and equipment increased to QAR 74,777,390 in one year, a 471% increase, as a result of appraisal this year of the land on which the Organization's building is erected, and its recognition in the ledgers at fair value.

**2-  Investments**

**2/1 Real estate investments:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 524,406,421 | 8% |
| 2012 | 483,425,173 | 4% |
| 2011 | 465,666,571 | |



- During 2013, the Organization changed its accounting policy as regards the subsequent measurement of real estate investments from the cost method to the fair value method, in application of International Accounting Standard No. (40).
- The change was made retroactively by adjusting the comparative balances and recognizing the cumulative gain in fair value in the accumulated savings. The fair value was determined based upon an appraisal conducted by an independent external appraiser.

**2/1/1   The rate of return on real estate investments:**

| Year | Investment revenues | | | Total investments | Rate of return |
|---|---|---|---|---|---|
| | Investment revenues | Revaluation profits | Total | | |
| 2013 | 41,156,718 | 41,178,000 | 82,334,718 | 524,406,421 | 16% |
| 2012 | 40,297,186 | 18,000,000 | 58,297,186 | 483,425,173 | 12% |
| 2011 | 38,527,917 | 123,420,004 | 161,947,921 | 465,666,571 | 35% |



- In 2013, the returns on real estate investments totaled QAR 82,334,718 or 16%.

**2/2 Available-for-sale investments:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 39,452,408 | 21% |
| 2012 | 32,679,498 | -1% |
| 2011 | 33,041,627 | |

| | | |
|---|---|---|
| 33,041,627 | 32,679,498 | 39,452,408 |
| 2011 | 2012 | 2013 |

- Available-for-sale investments at the Organization increased as a result of the Organization's USD 2 million investment in developing the fisheries sector in the Comoros and the return of a portion of the airline fund investments, thus leading to a 21% increase in available-for-sale investments.

**2/2/1    The rate of return on available-for-sale investments:**

| Year | Revenues | Total investments | Rate of return |
|------|----------|-------------------|----------------|
| 2013 | 1,724,053 | 39,452,408 | 4.4% |
| 2012 | 1,598,530 | 32,679,498 | 4.9% |
| 2011 | 1,241,356 | 33,041,627 | 3.8% |



- The rate of return on these investments is low as compared to investments in stocks listed on the stock exchange, and there has been no significant variation in the revenues received from these investments during the last three years.

**2/3 Investments in listed stocks:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 65,587,569 | 60% |
| 2012 | 40,905,804 | 17% |
| 2011 | 35,054,224 | |

(Annual Financial Report for 2013) Qatar Charity



- The main reason for the increase in listed investments is the Investment Committee's decision to increase the cash in the portfolio by QAR 20 million based upon the plan approved by the Committee. The actual increase in the portfolio over the previous year, which resulted from trading activities, was QAR 4.7 million. Investments classified as "for trading" are revalued after initial recognition at fair value, and any unrealized gains or losses during revaluation at fair value are recognized in the statement of surplus or deficit.

### 2/3/1   Rate of return on investments in listed stocks

| Year | Investment revenues | | | Total investments | Rate of return |
|------|---------------------|--------------------|-------|-------------------|----------------|
|      | Investment revenues | Revaluation profits | Total |                   |                |
| 2013 | 2,093,910 | 2,679,769 | 4,773,679 | 65,587,569 | 7% |
| 2012 | 1,785,285 | 1,446,855 | 3,232,140 | 40,905,804 | 8% |
| 2011 | 1,477,236 | 2,713,459 | 4,190,695 | 35,054,224 | 12% |



- The return on investments in listed stocks totaled QAR 4,773.679, a rate of growth of 7%.

**2/4 Investments in subsidiaries:**

| Year | Amount in QAR | Growth rate |
|------|--------------|-------------|
| 2013 | 200,000 | 0% |
| 2012 | 200,000 | -50% |
| 2011 | 400,000 | |



- The Organization invested capital in the amount of QAR 200,000 in each of the following companies: (Mawarid Real Estate Investments - Qitaf Agricultural Development). This reduction is due to closure of the Qitaf Agricultural Development Company.

**3- Cash and cash equivalents:**

| Year | Amount in QAR | Growth rate |
|------|--------------|-------------|
| 2013 | 171,976,114 | 1% |
| 2012 | 170,394,884 | 31% |
| 2011 | 130,321,436 | |



Qatar Charity

Qatar Charity   [logo:]   Together… towards distinguished institutional work   **Issued in February 2014 A.D.**   **Page 26 of 46**

**(Annual Financial Report for 2013)** Qatar Charity

- There was a slight 1% decrease in cash and cash equivalents as compared to the previous year despite a growth in revenues as compared to the previous year. This was the result of the transfer of large sums to field offices and partners during the year. This was abundantly clear in the cash balances of the field offices abroad.

**4- Inventory**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 2,443,519 | -39% |
| 2012 | 3,997,180 | 33% |
| 2011 | 3,013,851 | |



- There was a -39% decrease in strategic inventory as a result of distributing the entire inventory of canned meat and a large portion of the inventory of relief supplies to several countries such as the Philippines and Syria.

**5- Balances at field offices:**

It represents the book balance of Qatar Charity's field offices abroad.

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 59,511,034 | 96% |
| 2012 | 30,426,438 | |



- There was a tangible increase in the balances of field offices abroad as a result of opening the Yemen and Tunisia offices, which comprise a significant part of this increase.

**6- Other debit balances:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 29,342,228 | 35% |
| 2012 | 21,728,091 | 10% |
| 2011 | 19,670,174 | |



- There was a relative increase in other debit balances. Indeed, they increased by 35% over the previous year. The factor influencing this increase was the increase in revenues owed by local partners, chief among them Ooredoo Telecom, which owed the Organization over QAR 9 million.

  🌸 Total liabilities:

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 970,731,911 | 22% |
| 2012 | 798,573,831 | 8% |
| 2011 | 741,150,986 | |

- From the preceding analysis it is clear that total liabilities increased by 21% from 2012 to 2013 and 8% from 2011 to 2012.

  Assets [sic] consist of the following items:

  (Capital employed - non-current liabilities - current liabilities)

  1 - Capital employed:

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 414,458,399 | 32% |
| 2012 | 315,174,639 | -2% |
| 2011 | 320,235,696 | |



- There was a 32% increase in capital employed as compared to the previous year as a result of the change in the accounting treatment of real estate investments mentioned in the real estate investment analysis.

**2 -  Non-current liabilities:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 191,293,635 | 40% |
| 2012 | 137,109,157 | -8% |
| 2011 | 148,524,641 | |



- There was a 40% increase in non-current liabilities as compared to the previous year as a result of recording the headquarters' land at fair value as mentioned in the property, machinery and equipment analysis.

**(Annual Financial Report for 2013)** Qatar Charity

3 - **Current liabilities:**

| Year | Amount in QAR | Growth rate |
|------|---------------|-------------|
| 2013 | 364,979,877 | 5% |
| 2012 | 346,748,212 | 27% |
| 2011 | 272,390,649 | |



- There was a 5% increase in current liabilities as compared to the previous year as a result of the incremental change in the net movement in net obligations for specific purposes.

⚑ **Related financial ratios:**

1. **Available liquidity ratio**

| Year | Current assets | Current liabilities | Growth rate |
|------|----------------|---------------------|-------------|
| 2013 | 331,895,691 | 364,979,877 | 0.91 |
| 2012 | 269,628,107 | 346,748,212 | 0.78 |
| 2011 | 228,663,195 | 272390649 | 0.84 |



- The liquidity ratio decreased in 2013. Indeed, the trading ratio was 91%, a ratio of (0.91:1), compared to previous years. Moreover, total current assets totaled QAR 331,895,691, while the total current liabilities totaled QAR 364,979,877. This is a natural reduction given that current liabilities include the installments of Al-Sadd Building, which are paid from the rent amount, and that available-for-sale investments were not listed in the formula and provide an opportunity to fulfill the Organization's obligations in any event.

**(Annual Financial Report for 2013)** Qatar Charity

2. **Debt percentage**

| Year | Liabilities | Capital employed | Percentage change |
|------|-------------|------------------|-------------------|
| 2013 | 556,273,512 | 414,458,399 | 134% |
| 2012 | 483,857,369 | 315,174,639 | 154% |
| 2011 | 420,915,290 | 320,235,696 | 131% |



- The Organization's debt is relatively high, as the debt percentage was 134% in 2013, down by 20% from the previous year.

**Second: Report comparing the Organization's revenues and expenses:**

| Description | 2011 | 2012 | 2013 | 2013 percentage change from | |
|-------------|------|------|------|------|------|
| | | | | 2011 | 2012 |
| Donations | 350,083,373 | 581,794,068 | 645,531,012 | 84% | 11% |
| Projects, sponsorship and operating payments | 299,658,333 | 474,688,264 | 526,359,451 | 76% | 11% |
| Administrative expenses | 32,402,051 | 38,633,644 | 37,708,936 | 16% | -2% |
| Total payments excluding depreciation | 332,060,384 | 513,321,908 | 564,068,387 | 70% | 10% |
| Net liabilities | 18,022,989 | 68,472,160 | 81,462,625 | 352% | 19% |

**(Annual Financial Report for 2013)** Qatar Charity



The preceding table indicates that:

- Donations grew by 11% from 2012 to 2013 and 84% as compared to 2011, which was an unprecedented rate over the course of Qatar Charity's lifetime. Indeed, they totaled QAR 645 million in 2013 as compared to QAR 581 million in 2012. As for payments for projects and sponsorships, they totaled QAR 526 million [in 2013] as compared to QAR 474.6 million in 2012, an 11% increase [over 2012] and a 76% increase over 2011.

With respect to administrative expenses, they increased by 19% from 2011 to 2012 and decreased by (-2%) from 2012 to 2013 as a result of the policy of allocating operating expenses to activities and projects, thus indicating adoption of the policy of following cost accounting when allocating direct costs.

**Detailed donation table:**

| No. | Activity | Sums Collected | | | As a percentage of total | 2013 percentage change from | |
|---|---|---|---|---|---|---|---|
| | | 2011 | 2012 | 2013 | 2013 | 2011 | 2012 |
| 1 | Charitable projects | 58,583,223 | 86,726,525 | 146,054,869 | 23% | 149% | 68% |
| 2 | Social and advocacy sponsorships | 92,059,302 | 112,968,527 | 125,731,856 | 19% | 37% | 11% |
| 3 | Relief projects | 49,977,698 | 110,866,952 | 91,414,812 | 14% | 83% | -18% |
| 4 | Charitable projects - Government grants | - | 29,608,610 | 66,614,077 | 10% | 100% | 125% |
| 5 | Charitable projects - Dr. / Al-Hammadi | 23,816,805 | 82,343,860 | 59,999,014 | 9% | 152% | -27% |
| 6 | Endowment income (investments) | 47,248,486 | 50,234,898 | 49,052,368 | 8% | 4% | -2% |

(Annual Financial Report for 2013) **Qatar Charity**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | Zakat | 30,650,085 | 40,020,869 | 40,001,523 | 6% | 31% | -0.05% |
| 8 | Meals for fasting individuals | 8,862,276 | 13,980,747 | 11,885,040 | 2% | 34% | -15% |
| 9 | Needy families inside Qatar | 5,018,814 | 11,512,095 | 11,441,837 | 2% | 128% | -1% |
| 10 | Sacrificial animals | 10,394,637 | 10,691,243 | 10,187,438 | 2% | -2% | -5% |
| 11 | Sadaqa | 5,278,029 | 7,565,552 | 9,707,767 | 2% | 84% | 28% |
| 12 | Charity spectrum | - | 9,221,543 | 8,462,436 | 1% | 100% | -8% |
| 13 | Endowment deductions | 5,021,300 | 4,483,248 | 2,928,519 | 0.45% | -42% | -35% |
| 14 | Penances, vows, and 'aqiqah | 2,072,794 | 2,147,974 | 2,438,829 | 0.38% | 18% | 14% |
| 15 | Hajj and Umrah projects | - | 391,800 | 2,156,488 | 0.33% | 100% | 450% |
| 16 | Zakat Ul-Fitr | 1,876,092 | 2,129,587 | 1,715,282 | 0.27% | -9% | -19% |
| 17 | Cultural and educational activities | 528,821 | 396,303 | 1,646,967 | 0.26% | 211% | 316% |
| 18 | Religious publications | 1,721,966 | 1,743,108 | 1,478,743 | 0.23% | -14% | -15% |
| 19 | Medical treatment | 3,316,803 | 1,994,208 | 1,118,365 | 0.17% | -66% | -44% |
| 20 | Eid clothing and school bags | 322,000 | - | 637,989 | 0.10% | 98% | 100% |
| 21 | Quran memorization centers | 49,685 | 854,485 | 512,324 | 0.08% | 931% | -40% |
| 22 | Clearing shares - other | 3,284,558 | 1,911,933 | 344,468 | 0.05% | -90% | -82% |
| **Total** | | **350,083,373** | **581,794,068** | **645,531,012** | **100%** | **84%** | **11%** |



1. **Financial Analysis of Donations as a Percentage of the Total for 2013:**

From the preceding table, we find that the highest percentage consisted of the charitable projects item, which amounted to 23% of the total receipts in 2013, while the middle percentage consisted of the (relief - projects funded by Dr. Al-Hammadi - projects funded by international partners - investments) items, which amounted to 8%, 9%, 10%, 14%, respectively, and the lowest percentage consisted of the "other" item (clearing stocks - other) at 0.02%.

2. **Financial Analysis of the Growth Rate of Donations in 2013 as Compared to 2012:**

The Hajj and Umrah project is considered to have the highest growth rate, with a growth rate of 450%, followed by cultural and educational projects at 315% and projects funded by international partners at 125%, with the lowest growth rate being that of social and advocacy sponsorships at 11%.

We will shed some light in the analysis on some of the donations as follows:

**1 -      Local International Partnerships:**

Given the great reputation that Qatar Charity has worldwide in the field of humanitarian and Islamic development, out of a belief in cooperation with international agencies, and to enhance confidence in the Organization's image, a sum of QAR 66.6 million was received in 2013 as compared to QAR 29.6 million in 2012, an increase of 125%.

**2 - Revenues from the Sale of In-Kind Donations:**

- The in-kind donations project is considered one of the projects that has great resonance within Qatar in terms of receiving in-kind donations, which has greatly contributed to lifting the burden of families' living expenses. Many families now await the monthly stipend provided at the Organization's headquarters from one month to the next. This is in addition to the 5 permanent

sale sites throughout Qatar. Moreover, there is an expansion plan for 2014 to increase the sites and containers to 8 sites by the end of 2014.

- A comparison between 2013 and 2012 would not be fair because the sale revenues for 2012 were attributable to donations collected since 2011.  Revenues were QAR 9 million in 2012 as compared to QAR 8.9 million in 2013.

  Below is the analysis of the project's revenues by sales outlet for the year 2013 after adding an sum of QAR 485,412, consisting of gold and car sales allocated to the projects directly.



**Analytical table by point of sale:**

| Points of sale | Revenue collected | As a percentage of total |
|---|---|---|
| **Industrial market - 48th Street** | 2,972,022 | 33% |
| **Export sales** | 1,654,507 | 18% |
| **Industrial market - Sunbula Charity Expo** | 1,185,579 | 13% |
| **Industrial market - 2nd Street** | 1,145,731 | 13% |
| **Mobile charity market** | 794,721 | 9% |
| **Barwa Expo** | 458,533 | 5% |
| **Shop - New 13th Street** | 211,343 | 2% |
| **Other in-kind donations** | 525,912 | 6% |
| Total revenue from spectrum sales | 8,948,348 | 100% |

(Annual Financial Report for 2013) **Qatar Charity**

3 - Endowment Investment Returns

| No. | Description | 2011 | 2012 | 2013 |
|-----|-------------|------|------|------|
| 1 | **Real Estate and Stock Portfolio Investment Returns** | 47,248,485 | 50,234,898 | 49,052,368 |

Qatar Charity manages the endowment funds in investment real estate and in a diversified investment portfolio through experts specialized in real estate investment as well as investments in listed or unlisted securities, which generate a return that contributes significantly to expanding the scope of aid and disbursement in various charitable areas, out of its belief in the application of the principle of financial continuity.

**Third: Payments:**

The volume of project, activity and sponsorship implementation increased by 58% from 2011 to 2012 and by 11% from 2012 to 2013, thus enhancing the implementation of activities and projects, ensuring aid and sponsorships reach those who deserve them as soon as possible, and enhancing donors' faith in Qatar Charity.

| No. | Activity | Payments | | | As a percentage of total | 2013 percentage change from | |
|-----|----------|----------|---|---|--------------------------|----------------------------|---|
| | | 2011 | 2012 | 2013 | 2013 | 2011 | 2012 |
| 1 | Charitable projects | 101,643,379 | 152,773,136 | 210,785,632 | 43% | 107% | 38% |
| 2 | Social and advocacy sponsorships | 86,269,869 | 109,295,196 | 127,582,366 | 26% | 48% | 17% |
| 3 | Relief projects | 30,335,583 | 98,882,205 | 64,493,501 | 13% | 113% | -35% |
| 4 | Needy families inside Qatar | 6,460,935 | 20,740,531 | 17,614,934 | 4% | 173% | -15% |
| 5 | Meals for fasting individuals | 9,021,950 | 14,085,864 | 15,983,986 | 3% | 77% | 13% |
| 6 | Investments | 17,973,747 | 17,425,708 | 13,882,999 | 3% | -23% | -20% |
| 7 | Sacrificial animals | 13,112,141 | 9,807,786 | 12,139,439 | 2% | -7% | 24% |
| 8 | Cultural and educational activities | 3,448,848 | 5,169,147 | 10,675,860 | 2% | 210% | 107% |
| 9 | Charity spectrum | 0 | 7,467,515 | 4,036,047 | 1% | 100% | -46% |

**(Annual Financial Report for 2013)** Qatar Charity

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | Quran memorization centers | 1,718,752 | 2,168,519 | 3,411,131 | 1% | 98% | 57% |
| 11 | Zakat Ul-Fitr | 2,072,635 | 2,353,216 | 2,897,758 | 1% | 40% | 23% |
| 12 | Medical treatment | 2,756,770 | 5,743,752 | 2,861,899 | 1% | 4% | -50% |
| 13 | Hajj and Umrah project | 0 | 348,000 | 1,872,000 | 0.38% | 100% | 438% |
| 14 | Other | 329,950 | 288,001 | 1,419,955 | 0.29% | 330% | 393% |
| 15 | Qurans and religious publications | 10,896 | 1,277,883 | 1,088,060 | 0.22% | 9886% | -15% |
| 16 | Sadaqa | 196,368 | 239,382 | 577,253 | 0.12% | 194% | 141% |
| 17 | Penances, vows, and 'aqiqah | 0 | 133,733 | 31,500 | 0.01% | 100% | -76% |
| 18 | Eid clothing | 0 | 0 | 30,675 | 0.01% | 100% | 100% |
| 19 | Operating expenses | 24,306,510 | 26,488,688 | 34,974,456 | 7.12% | 44% | 32% |
| **Total** | | 299,658,333 | 474,688,264 | 526,359,451 | **100%** | **76%** | **11%** |



1. **Financial Analysis of Donations as a Percentage of the Total for 2013:**

   From the preceding table, we find that the highest percentage consisted of the charitable projects item, which amounted to 43% of the total payments in 2013, while the middle percentage consisted of the

social and advocacy sponsorships items, which amounted to 26%. The lowest percentage consisted of the Eid clothing, penances and vows item at 0.01%.

2.   **Financial Analysis of the Percentage Increase in Payments in 2013 as Compared to 2012**

The highest percentage of payments consisted of the Hajj and Umrah project, which amounted to 438%, and the lowest percentage of payments consisted of penances, vows and 'aqiqah, which amounted to (-76%).

**Below is the financial analysis of the remittances:**

2.   **Outgoing remittances by country:**



It is clear from the graph of outgoing remittances by country that Yemen was one of the largest recipients of remittances for activities, projects and sponsorship, accounting for 13% of the total remittances, followed by the State of Palestine, Italy, Syria and Somalia, accounting for 6%, 8%, and 9%, respectively, with Bahrain and Egypt receiving the lowest percentage at 0.02%.

Qatar Charity
Qatar Charity          [logo:]          Together… towards
                                distinguished institutional
                                work          Issued in February
                                2014 A.D.          Page 39 of 46

(Annual Financial Report for 2013) **Qatar Charity**

3. **Outgoing remittances by activity and project:**



With respect to remittances by project, activity and sponsorship, charitable and Islamic projects received the largest percentage of remittances, accounting for 50% of outgoing remittances during 2013, while sponsorships accounting for 29%, followed by relief projects at 15%, and then seasonal projects at 6%.

4. **Outgoing remittances by continent:**



With respect to remittances by continent, Asia received the largest percentage of remittances, accounting for 52% of outgoing remittances during 2013, while remittances to Africa accounted for 27%, followed by North America at 2%, and then South America at 0.05%.

5. **Outgoing remittances by implementing agency:**



With respect to remittances by implementing agency, Qatar Charity's field offices received the largest percentage of remittances, accounting for 59% of outgoing remittances during 2013, while remittances to partner organizations accounted for 41%.

**(Annual Financial Report for 2013)** | Qatar Charity

The activity of relief and urgent aid to countries represents one of the most important axes for Qatar Charity, due to the speed of achievement and the [need] to keep pace with any event that occurs around the world. This year, payments totaled QAR 64 million, including 57% for Syrian refugees, 12% as relief for Somalia, 11% for Yemen, and 11% for the Republic of the Union of Myanmar.

| No. | Country | 2011 | 2012 | 2013 | Ratio of item to item total |
|-----|---------|------|------|------|------|
| 1 | Syria | 1,797,500 | 48,970,833 | 36,998,647 | 57% |
| 2 | Yemen | 4,575,501 | 14,131,501 | 7,060,923 | 11% |
| 3 | Somalia | 9,813,870 | 7,272,655 | 7,927,383 | 12% |
| 4 | Palestine | - | 19,040,645 | 36,527 | 0% |
| 5 | Pakistan | 9,572,172 | 1,120,596 | 829,777 | 1% |
| 6 | Myanmar | - | 1,423,661 | 7,341,214 | 11% |
| 7 | Turkey | - | 6,071,174 | - | 0% |
| 8 | Libya | 3,215,831 | - | - | 0% |
| 9 | Philippines | - | - | 2,802,010 | 4% |
| 10 | Sudan | | 28,170 | 736,060 | 1% |
| 11 | Various other countries | 1,360,710 | 822,970 | 760,959 | 1% |
| | Total | 30,335,583 | 98,882,205 | 64,493,501 | 100% |



**Aid inside Qatar:**

| Description | 2011 | 2012 | 2013 |
|-------------|------|------|------|
| Needy families inside Qatar | 6,460,935 | 20,740,531 | 17,614,934 |

In 2013, aid to families totaled QAR 17 million, 60% of which was disbursed to Qatari citizens and 40% was disbursed to residents, according to an integrated research team and a professional electronic system for organizing work starting with the submission of applications. All of this occurs through a committee formed at the highest level in accordance with the rules and controls for the disbursement of aid, thus confirming the extent of the great focus on Qatari groups that help and contribute to Qatar

**(Annual Financial Report for 2013)** Qatar Charity

Vision 2030 for social development. This has contributed to strengthening the Thukher Committee in helping needy Qatari families to address their financial problems, whether through direct financial support or indirect in-kind support such as opportunities for education, training, and medical treatment, etc, cooperating with state institutions and bodies to fulfill the needs of the needy, and assisting debtors and those with difficult financial issues.

**Social and Advocacy Sponsorships:**

The sponsorships disbursed this year totaled QAR 127 million as compared to QAR 109 million in 2012, a 16% increase. Moreover, the number of sponsees increased to 62,416 worldwide, a 9% increase over 2012 when the number of sponsees was 57,199.  The statistics below compare three years:

| Years | 2011 | 2012 | 2013 |
|---|---|---|---|
| **Number of sponsorships** | 40,333 | 57,199 | 62,416 |
| **Number of countries** | 32 | 34 | 34 |



- From 2012 to 2013 there was a 9% increase in the number of sponsees worldwide. The increase was a result of the significant effort in implementing Qatar Charity's strategy, out of belief therein and enhancement thereof, in order to enrich community development, particularly in terms of adopting sponsees and fighting poverty. This effort encompassed 34 countries worldwide, including Qatar. Yemen is considered one of the most important countries in terms of the number of orphans sponsored by Qatar Charity, where it sponsors 10,593. It also sponsors 9,434 in Palestine, 6,887 in Somalia, 4,828 in Iraq, and 2,704 in Sudan. As for the rest of Qatar Charity's sponsorships, they are spread among a number of countries on three continents, namely Asia, Europe and Africa. Among the other most important countries are Qatar, Kosovo, Albania, Bosnia, Lebanon, Indonesia, Jordan, Pakistan, Niger, Tunisia, Morocco, Kashmir, Mali, Kenya, Ghana, Togo, Eritrea, Ethiopia, Mauritania, Bangladesh, India, Syria, Iran, Kyrgyzstan, Burkina Faso, Chad, and Benin.

**(Annual Financial Report for 2013)** | Qatar Charity

**Plan for Expansion Abroad:**

There were 17 field and representation offices in 2013. This is in addition to the plan for expansion by up to 18 offices by the end of 2014.

| 2011 | 2012 | 2013 |
|------|------|------|
| 14 offices and representation [offices] | 17 offices and representation [offices] | **17 offices and representation [offices]** |

The Organization focused on local work inside Qatar as well as work abroad in 43 countries. Special priority was given to the countries in which Qatar Charity has field offices for several reasons, the most important of which are:

6. Strengthening the capabilities of Qatar Charity's field offices.
7. Receiving carefully thought out project proposals.
8. Carefully following up on projects.
9. Controlling the specifications of the implemented projects.
10. The ability to mobilize local resources.

As for countries in which the Organization has no offices, focus was placed on social projects, with the exception of Western Europe and Canada, given the nature of the projects that Qatar Charity has been implementing in these countries, which mainly pertain to Islamic cultural centers, as well as countries with which there were previous dealings when these dealings did not result in implementation problems.

[logo:]
Qatar Charity
Qatar Charity

# Auditor's Report

## Qatar Charity's Annual Financial Statements

## For the Fiscal Year ended 31 December 2013

**(Annual Financial Report for 2013)** Qatar Charity

☐ **Financial Statements:**

The Organization's annual statements are prepared in accordance with the international accounting principles and the principles of accounting for non-profit institutions, within a period of one month from the end of the fiscal year (and the external auditor is responsible for preparing them).

**The annual financial statements include the following:**

- Financial Standing (Balance Sheet)
- Statement of Income
- Statement of Cash Flows
- Notes

☐ **Recommendations**

- **Develop the financial system and update the accounting software used.**
- **Merge all software used into one software.**
- **Recommend taking appropriate decisions to improve the Organization's finances.**
- **Strengthen strengths and address weaknesses.**
- **Improve the efficiency of spending and marginal utility of expenditures, and the principle of costs versus benefits.**
- **Develop the financial system throughout the Organization.**
- **Develop the financial and administrative control, as well as strengthen internal oversight systems generally and all forms of oversight specifically.**
- **Create an internal audit and control department.**

☐ **Ambition and Challenges**

**Future Plan:**

1. Qatar Charity will continue to implement its current strategy of supporting the capabilities of the neediest groups so as to achieve human dignity and social justice, and to enhance its vision in the model of a pioneering and distinguished Islamic organization that combines integrity, creativity, and professionalism in the field of development and humanitarian aid.

2. Complete the preparation of the remaining policies and mechanisms and institute systems for continuous monitoring and follow-up.

3. Launch the unified electronic accounting program in 2014 for all disbursement operations that will take place throughout all field offices and oversee it through the headquarters in Doha.

4.  Work will be done to launch Qatar Charity centers, with a new identity, to enhance the standing it has attained and attract the largest possible number of young people of both sexes to benefit from its distinguished and modern cultural and entertainment programs.

**Allah is the source of success…**



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents above have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | Qatar Charity's Annual Financial Report for 2013 |
| Source Language(s): | Arabic |
| Target Language(s): | English |

*Authorized Signature:*

Crystal Dai (Jan 28, 2022 15:45 CST)

*Name:* *Crystal Dai*

*Title:* *Senior Project Manager*

*Date:* *January 28, 2022*

Reason for signature: I approve the accuracy of this document content as written



# التقرير المالي السنوي لقطر الخيرية لعام 2013

## إصدار: 0

## فبراير 2014

## ☐ كلمة الرئيس التنفيذي

السادة الأفاضل/ رئيس وأعضاء مجلس الادارة          المحترمين

قطر الخيرية

السلام عليكم ورحمة الله وبركاته

بالأصالة عن نفسي وبالنيابة عن جميع العاملين بقطر الخيرية، يسرني أن أقدم لكم خالص الشكر والامتنان على دعمكم وتوجيهاتكم، والتي كان لها أعظم الأثر بعد عون الله تعالى للارتقاء بمستوى العمل على كافة المستويات التوجيهية والاشرافية والتنفيذية ومستوى المشاريع والبرامج والأنشطة والخدمات التي تقدمها قطر الخيرية، ولقد ظهر هذا جلياً في أداء الجمعية خلال عام 2013 والنتائج التي حققتها سواءً على الصعيد المحلي أو الدولي، مما أدى إلى رفع مكانتها وتعزيز وتحقيق تطلعات أعضائها، وكسب ثقة جميع المتعاملين معها، سواءً الجهات الحكومية في الدولة وخاصة وزارة الشؤون الاجتماعية، ووزارة الخارجية القطرية، والمتبرعين، والشركاء المحليين والدوليين.

لذا يسرنا أن نرفع إلى لسيادتكم التقرير السنوي المختصر الخاص بأداء الجمعية وبياناتها المالية ونتائج أعمالها عن السنة المالية المنتهية في 31 ديسمبر 2013 ، منوهين بأنه تم تشكيل لجنة لإعداد التقرير السنوي الشامل للجمعية، وسوف يتم اعداد بشكل احترافي وبالصورة التي تليق بقطر الخيرية.

لقد حاولنا أن يكون التقرير مختصراً ومركزاً مشتملاً على جزئيين أساسيين:

1- الجزء المتعلق بأداء الجمعية وإداراتها المختلفة.
2- الجزء المتعلق بالبيانات المالية ونتائج أعمال الجمعية.

إن هذه الانجازات ما كان لها أن تتم لولا توفيق الله تعالى أولاً ثم بعزم وإرادة وجهد جميع العاملين بقطر الخيرية سواء على المستوى المحلي أو المستوى الدولي الذين نعتبرهم العنصر الأساسي في دعم عجلة التقدم والأزهار. وفي الختام يسرني وبالنيابة عن جميع العاملين بقطر الخيرية أن نرفع أسمى آيات الشكر والتقدير الى مقام حضرة صاحب السمو الشيخ / تميم بن حمد بن خليفة الثاني أمير البلاد المفدى – حفظه الله، كم نقدم خالص الشكر والامتنان إلى سعادة السيد / ناصر بن عبدالله الحميدي وزير العمل والشؤون الاجتماعية والى كل العاملين في وزارة الشؤون الاجتماعية ، كما تثمن ادارة قطر الخيرية جميع الجهود المخلصة من الجهات الحكومية داخل دولة قطر المساهمة والمساندة لقطر الخيرية والتي من أوليات هذه الأهداف تحقيق رؤية قطر الوطنية لعام 2030 والتي نصت في غاياتها المستهدفة على القيام بمبادرات تنموية وانسانية بغرض تحقيق الأمن العالمي وتقديم المساعدات. كما نوجه الشكر لجميع المدراء التنفيذيين والعاملين والمتعاونين والمتطوعين على جهودهم وعطائهم المتواصل والمخلص لتحقيق أهداف قطر الخيرية والحرص على مكتسباتها ومصالحها ورفع مكانتها وقدرتها التنافسية، سائلين الله سبحانه وتعالى أن يبارك تلك الجهود، متطلعين إلى استمرار قطر الخيرية في تطوير أدائها وتعزيز قدراتها لدعم منظومة التنمية الاجتماعية، كما نسأله سبحانه وتعالى أن يكون العام المالي 2014 أفضل من سابقه.

يوسف بن أحمد الكواري
الرئيس التنفيذي



# قطر الخيرية في سطور

- ☐ النشأة والتطور
- ☐ الرؤية
- ☐ الرسالة
- ☐ الشعار
- ☐ القيم
- ☐ الأهداف
- ☐ المجالات
- ☐ الاستراتيجية

## ☐ قطر الخيرية ـ حلماً أصبح واقعاً

**قطر الخيرية:** هيئة خيرية غير حكومية تأسست عام 1992 من أجل تطوير المجتمع القطري والمجتمعات المعوزة الأخرى، وتعمل في مجالات التنمية المستدامة ومحاربة الفقر وإغاثة المنكوبين في حالات الطوارئ بغض النظر عن اللون أو الجنس أو الدين أو العرق أو الجنسية، وتتمتع قطر الخيرية بعضوية المجلس الاقتصادي والاجتماعي للأمم المتحدة منذ عام 1997، وعضوية المؤتمر التأسيسي العام للشبكة العربية للمنظمات الأهلية للتنمية في القاهرة منذ 1999، وتعتبر واحدة من أكبر الهيئات الخيرية في الخليج.

### رؤيتها

نموذج المؤسسة الإسلامية الرائدة والمتميزة التي تجمع بين التأصيل والإبداع والاحترافية في مجال التنمية والمساعدات الإنسانية.

### رسالتها

دعم قدرات الفئات الأكثر احتياجا لتحقيق الكرامة الإنسانية والعدالة الاجتماعية بالتعاون مع الشركاء.

### شعارها اللفظي

## غير حياتهم

### قيمها

❋ الإنسانية ❋ عدم التمييز ❋ الحياد ❋ الاستقلال ❋ المهنية ❋ التعاون

### أهدافها

وفقاً لما ورد بالنظام الأساسي، تعمل الجمعية على تحقيق الأهداف والأغراض التالية:

1. الإسهام الفعال في التنمية البشرية للشعوب الفقيرة من خلال المجالات الثلاثة التالية: التعليم والصحة والدخل ـ مع إعطاء الأولوية للأسرة والمرأة والطفل.
2. المساهمة كجهة تنموية، في تحقيق التنمية الاجتماعية وفق الأولويات المحددة من طرف المنتظم الدولي من خلال هيئاته المختصة التابعة للأمم المتحدة كمحاربة الفقر، ورعاية الطفولة وحماية الأسرة وغيرها وذلك في حدود إمكانيات الجمعية.

3. إعطاء الأولوية لتحقيق تنمية مستدامة ومندمجة لفائدة الشعوب المستهدفة وفق مقتضيات السياسات القطاعية والأولويات التنموية المحددة من طرف حكومات البلدان المعنية وذلك في حدود إمكانيات الجمعية مع الالتزام بحماية البيئة والمحافظة عليها.

4. تقديم الإغاثة لضحايا الكوارث الطبيعية والنزاعات المسلحة.

5. إعطاء الأولوية لأثر ونتائج البرامج والمشاريع والأنشطة المنجزة من طرف الجمعية لفائدة الجهات المستهدفة للتأكد من مساهمتها في تحسين ظروف عيش هذه الجهات.

6. استخدام التبرعات والصدقات والزكوات المشروطة وغير المشروطة ومصادر التمويل المختلفة لإبراز نموذج التعاون العربي الإسلامي الذي يستمد قيمه من الدين الإسلامي الحنيف الذي يدعو إلى التعارف بين الشعوب وإلى التعاون فيما بينها لما فيه خير الإنسانية جمعاء وعمارة الأرض والذي كرّم الإنسان واهتم بكل ما يصلح شأنه في الدنيا وفي الآخرة مادياً وروحياً.

7. التنسيق والتعاون والشراكة المسؤولة والفعالة والشفافة مع كل العاملين في حقل التنمية الاجتماعية من حكومات ومنظمات دولية وغيرها من المؤسسات المختصة من أجل تحقيق الأهداف السالفة الذكر.

## مجالاتها وأنشطتها

1) كفالة الأيتام وبالأخص الذين فقدوا آباءهم بسبب الحروب والكوارث منذ حداثتهم حتى بلوغهم الثامنة عشرة من أعمارهم ورعايتهم وتأهيلهم مادياً واجتماعياً وثقافياً في حدود الكفالة، وإنشاء المدارس وإقامة المساجد ومراكز تحفيظ القرآن الكريم لهذا الغرض كلما دعت الحاجة إليها.

2) تقديم العون والرعاية الصحية لأسر الأيتام والأرامل اللاتي فقدن العائل والأرحام وبشكل خاص المتضررين من القحط والجفاف والمجاعات والكوارث الطبيعية والحروب ومساعدة الأسر المحتاجة التي تعول الأيتام.

3) إقامة المشاريع الخيرية في بناء المدارس والمنشآت التعليمية والمعاهد الثقافية وتزويدها باحتياجاتها وإنشاء المساجد، وحفر الآبار وتنفيذ مشروعات المياه في البلاد المختلفة من العالم للمسلمين المحتاجين وغيرهم ترجمة لرغبة المحسنين الكرام وتنفيذا لشروطهم.

4) العناية بالتنمية البشرية والإنتاجية للمحتاجين المتضررين من الكوارث والحروب والمجاعات وإغاثتهم وتقديم العون لهم في بلاد المسلمين وغيرهم والعمل على تنمية المجتمع المدني وتمكينه من الاعتماد على الذات.

5) تفعيل المعرفة وتنمية المجتمعات المحتاجة في بلاد المسلمين وغيرها في إطار مشروع الإسلام الحضاري النهضوي الشامل بالتربية والتوعية الدينية والعناية بتعليم اللغة العربية، وتلاوة القرآن الكريم وحفظه وتدبره وإقامة مراكز خاصة به، وكفالة الدعاة والمدرسيين، والمحفظين وتوظيف المعرفة العلمية في تحسين الواقع الاجتماعي وتطويره.

6) التعاون والتنسيق مع الجمعيات والمؤسسات الخيرية الطوعية والمؤسسات الدولية والإقليمية ومنظمات الأمم المتحدة التي تسعى إلى تحقيق أهداف مماثلة والاستفادة من برامجها في اكتساب



خبرات ومهارات جديدة، وتدريب العاملين فيها على الأعمال الإغاثة لمواجهة الكوارث والتقليل من أضرارها.

## ☐ الأهداف الاستراتيجية لقطر الخيرية

تعمل جمعية قطر الخيرية من خلال عملها على تحقيق الأهداف الاستراتيجية التالية:

1. الإسهام في تحقيق الأهداف الاستراتيجية الوطنية للقطاعات التنموية التي تعمل فيها جمعية قطر الخيرية.

2. تعزيز دور جمعية قطر الخيرية في البلدان التي تعمل بها كشريك تنموي فعال، وبناء علاقات قوية مع مختلف الفاعلين بحيث تستمد منها الجمعية الدعم المطلوب لخدمة أهدافها العامة.

3. تطوير العمل في حزمة من المجالات الاستراتيجية ذات الأولوية المتكاملة وحيث تتوفر الجمعية على ميزات تفضيلية معتبرة في الأماكن التي تعمل بها داخلياً وخارجياً.

4. تطوير حلول إبداعية في المجالين التنموي والإنساني وإنتاج أفضل الممارسات في هذه المجالات من شأنها أن تعلي من شأن قطر الخيرية كمنظمة متخصصة.

## ☐ الأهداف العامة لقطر الخيرية

تحقيقا لأهدافها الاستراتيجية، تسعى قطر الخيرية إلى تحقيق الأهداف العامة التالية:

1. الإحاطة بقضايا التنمية الدولية والمحلية والمشاركة الفعالة في المشاورات الوطنية ذات الصلة بمجالات عمل قطر الخيرية.

2. دراسة الاحتياجات التنموية والإنسانية الداخلية والخارجية وإعداد مقترحات مشاريع التدخل للإسهام في تلبية الاحتياجات التنموية في المناطق المستهدفة.

3. تنفيذ البرامج والمشاريع التنموية والإنسانية وفق أعلى المعايير المهنية المتعارف عليها.

4. تعزيز علاقات التعاون والشراكة مع مختلف أصحاب المصلحة في مختلف المبادرات والبرامج والمشاريع التي تنفذها الجمعية أو تسهم في تنفيذها.

5. تعزيز جهود العلاقات العامة بما يحسن الصورة الذهنية لجمعية قطر الخيرية ويخدم أهدافها.

6. حشد الموارد المالية والفنية على المستوى المحلي والدولي لخدمة برامج ومشاريع قطر الخيرية الداخلية والخارجية.

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 56 of 96 PageID #: 637



# التقرير الإداري

# المختصر

## حصاد قطر الخيرية لعام 2013



❑ **أهم الإنجازات خلال عام** 2013

1.  **زيادة نمو الإيرادات من التبرعات خلال عام** 2013 **بنسبة نمو قدرها** 11 % **بالمقارنة بعام** 2012، **حيث بلغت في عام** 2013 **مبلغ** 645 **مليون ريال قطري في حين بلغت في عام** 2012 **مبلغ** 581 **مليون ريال قطري.**

2.  **زيادة نمو المدفوعات على المشاريع والكفالات بنسبة نمو قدرها** 11% **بالمقارنة بعام** 2012، **حيث بلغت في عام** 2013 **مبلغ** 526 **مليون ريال قطري في حين بلغت في عام** 2012 **مبلغ** 474.6 **مليون ريال قطري.**

3.  **انخفاض المصروفات الادارية خلال عام** 2013 **بنسبة قدرها** 2 % **بالمقارنة بعام** 2012، **حيث بلغت في عام** 2013 **مبلغ** 37.7**مليون ريال قطري في حين بلغت في عام** 2012 **مبلغ** 38.6**مليون ريال قطري، وذلك ناتج عن سياسة تحميل المصروفات التشغيلية على الانشطة والمشروعات تطبيقاً لنظام حسابات التكاليف في تحميل التكاليف المباشرة.**

4.  **نمو نسبة التقطير خلال عام** 2013 **حيث زادت بنسبة** 26 % **بالمقارنة بعام** 2012.

5.  **اصدار العديد من اللوائح والسياسات والأدلة التنظيمية الخاصة بالجمعية والمكاتب الميدانية التابعة لها.**

6.  **زيادة عدد المكفولين الى** 62416 **مكفول على مستوى العالم بزيادة قدرها** 9 % **عن عام** 2012 **والتي كان عدد المكفولين** 57199 **مكفول.**

➕ **نمو متواصل**

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 58 of 96 PageID #: 639

✦ **تطور مستمر**

### 1- **الموارد البشرية:**

إن العنصر البشري يعد من أهم ركائز قطر الخيرية، فالعنصرُ البشري هو الدعامةُ الحقيقةُ التي تستند إليها الأنظمةُ الحديثةُ والإدارة الحقيقةُ لتحقيق أهدافها، لذا أصبحت مهمةُ إدارة الموارد البشريةُ هي استقطاب العناصر البشريةُ المتميزة والعمل على تنميةُ هذه العناصر عن طريق التدريب المستمر لخلق كوادر فنيةُ وإداريةُ طبقاً للمستويات العالميةُ من خلال مناخ عمل ومزايا منافسةُ بما يتناسب مع استراتيجيةُ قطر الخيريةُ، لذا حرصنا خلال عام 2013 على ما يلي:

- رفع كفاءة الموظفين من خلال برامج التدريب المستمرة.

- الاستعانةُ بالعديد من الكوادر الكفؤة من القطريين وجذب أكبر عدد من المتميزين في شتى المجالات وتسكينهم في الإدارة العليا والإدارة الوسطى كمرحلةُ أولى في إطار أعادة هيكلةُ الجمعيةُ، حيث بلغ عدد الموظفين القطريين بنهايةُ عام 2013 عدد 44 موظف بزيادة قدرها 26% بالمقارنةُ بعام 2012 حيث كان يبلغ عدد الموظفين القطريين عدد 35 موظف.



- إدخال تعديلات على لائحة الموارد البشرية والتي تهدف إلى استمرار وتطوير وتعزيز بيئة العمل المناسبة التي تساعد على تحفيز الموظفين وتحسين ورفع كفاءة الإنتاجية وتفتح المجال للمزيد من الإبداع، واستمرت قطر الخيرية في إيلاء توطين الوظائف العناية والاهتمام كتوجه وطني استراتيجي، وإيجاد قوى عاملة وطنية مؤهلة ومدربة على درجة عالية من الكفاءة والفعالية.

## 2- النظم والسياسات المالية والإدارية:

1. تطوير واعداد السياسات المالية والإدارية ونظم الرقابة الداخلية وتطبيقها على كل القطاعات في قطر الخيرية وتم ذلك من خلال لجنة دراسة وتطوير النظم المالية التي قد انهت واعتمدت حتى 31 ديسمبر 2013 السياسات التالية:

- سياسة اختيار وتعيين مراقب الحسابات.
- سياسة جرد الأصول والمخازن والخزينة.
- سياسة الأصول الثابتة وحماية الممتلكات.
- دليل اعداد مشروع الموازنة التقديرية.
- لائحة التقويم الوظيفي.

وجارى استكمال عمل اللجنة لتطوير باقي السياسات المالية والادارية والتي تتواكب مع التطور الكبير لنشاط الجمعية بما يضمن تحقيق الرقابة الداخلية.

2. تطوير واعداد السياسات المالية والإدارية ونظم الرقابة الداخلية وتطبيقها للمكاتب الميدانية التابعة لقطر الخيرية وقد تم الانتهاء حتى 31 ديسمبر 2013 من اعداد السياسات التالية:

- دليل المشتريات للمكاتب الميدانية.
- لائحة الموارد البشرية.
- لائحة الجزاءات.
- لائحة التدوير الوظيفي.
- إعداد الهيكل التنظيمي.
- إعداد جدول الرواتب والأجور (سلم الرواتب).
- سياسة الاجازات.
- سياسة تشغيل السيارات.
- سياسة تأجير الشقق السكنية.



وجارى العمل على استكمال باقي السياسات المالية والادارية والتي تتواكب مع التطور الكبير لنشاط المكاتب الميدانية بما يضمن تحقيق الرقابة الداخلية.

3. وضع الخطط والاستراتيجيات ونظم التطوير للادارة المالية على مستوى المركز الرئيسي ومستوى المكاتب الميدانية وذلك بالاستعانة بالكفاءات الموجودة في الجمعية وتطوير نظم التحصيل لتصبح نظم الكترونية بالاستعانة بالادارات المتخصصة في ذلك.

4. وضع الضوابط الخاصة بتفعيل دور الرقابة الداخلية والحفاظ على اموال الجمعية.

5. تفعيل دور ادارة الخدمات العامة لتكون جميع عمليات المشتريات وفق ضوابط ورقابة.

6. التأمين على جميع اصول الجمعية من مباني وسيارات والخزن والمحصلين وجارى كذلك التأمين على جميع الصناديق الثابتة في المواقع في شركات اسلامية بنظام المرابحة.

7. تفعيل دور التواصل والاتصال بين ادارات الجمعية بشكل يضمن تحسين مستوى الاداء.

8. التقييم الدوري لمستوى الاداء سواء للجمعية او المكاتب المحلية والميدانية ومحاولة تحسينه بصورة تنعكس على اداء الجمعية ككل.

9. ترشيد الانفاق بشكل يسمح لتناسب حجم التبرعات التي تتم مع المصروفات التشغيلية والادارية.

## 3- تنمية الموارد:

لقد اهتمت قطر الخيرية اهتماما شديدا بعملية التحصيل والتسويق والذي يعتبر الأداة الرئيسية لجذب الموارد للجمعية لذلك تم العمل على أكثر من صعيد في هذا الشأن وتمثل فيما يلي:

1. جذب كبار المحسنين والمتبرعين ورجال الأعمال في الدولة والتواصل معهم بشكل مباشر.

2. تعزيز ثقة الجهات الحكومية في العمل مع قطر الخيرية.

3. زيادة فروع التحصيل للجمعية حيث بلغت بنهاية عام 2013 عدد 12 فرع تحصيل و55 مواقع نقاط تحصيل على مستوى الدولة بإجمالي 67 منفذ وجارى هذا العام فتح منافذ وفروع جديدة.

4. تدشين التحصيل الالكتروني على ماكينات الكوبون الآلي والتحصيل عن طريق الانترنت وعن طريق الرسائل القصيرة.

5. وضع آليات جديدة لجذب موارد الزكاة، قد تم وضع خطط تسويقية وتعزيز العلاقات مع كبرى الشركات والمحسنين.

6. التنوع في أساليب الدعاية والإعلان في حملات عام 2013، مثل المعرض المجسم لحملة آلم وأمل والذي يجسد معاناة الشعب السوري الشقيق.

❑ **التقارير القطاعية والتحليل الجغرافي للمشاريع**

**أولاً: مجالات مشاريع الجمعية وأنشطتها**

➕ المجال الاجتماعي

➕ المجال الدعوي

➕ مجال الإغاثة الطارئة

➕ مجال تنمية الأسرة

➕ المجال التعليمي

➕ مجال التنمية المستدامة

➕ المجال الصحي

➕ مجال رعاية الطفولة والشباب

| المجال الرئيسي | المدفوعات | | |
|---|---|---|---|
| | 2011 | 2012 | 2013 |
| المجال الاجتماعي | 90,711,840 | 134,785,882 | 151,368,850 |
| المجال الدعوى | 47,476,997 | 122,598,348 | 129,688,286 |
| مجال الإغاثة | 30,335,583 | 98,882,205 | 64,493,501 |
| مجالات موسمية | 24,206,726 | 26,728,599 | 32,955,358 |
| مجال تنمية الأسرة | 2,705,550 | 8,605,250 | 31,136,377 |
| المجال التعليمي | 1,522,767 | 2,969,095 | 21,171,193 |
| مجال إعمار القرى والمجمعات | 44,178,558 | 2,452,560 | 17,538,726 |
| مجال المياه والإصحاح | 2,361,222 | 11,979,331 | 16,104,056 |
| المجال الصحي | 9,075,991 | 17,814,239 | 10,624,546 |
| مجالات أخرى متنوعة | 4,802,841 | 3,958,357 | 2,421,131 |
| الإجمالي | 257,378,076 | 430,773,866 | 477,502,025 |

## ثانياً: المناطق الجغرافية والدول التي تركز الجمعية أنشطتها فيها

### 🔸 المستوى المحلي (داخل قطر)

انطلاقا من الخطة الاستراتيجية للتنمية المحلية بقطر الخيرية، بركائزها الثلاث الاجتماعية والاقتصادية والثقافية، والتي تتوافق مع رؤية قطر 2030م ، وإيمانا منها بأهمية المساهمة في ايجاد برامج تخدم مختلف فئات المجتمع، تم العمل على مراعاة اختيار البرامج والانشطة التي يتم تنفيذها لتواكب الرؤية الوطنية في خمسة تحديات:

1.  التحديث والمحافظة على العادات والتقاليد.
2.  احتياجات الجيل الحالي واحتياجات الأجيال القادمة.
3.  النمو المستهدف.
4.  مسار التنمية في الدولة.
5.  التنمية الاقتصادية والاجتماعية وحماية البيئة وتنميتها.

لذلك كان هناك توسع كبير في البرامج والأنشطة داخل الدولة، حيث تم تنفيذ مشروعات ثقافية وتربوية منها ( البرنامج الوطني لتعزيز القيم (أنا سنافي وهبة ريح)  _  برنامج (ادمها لتنمية الأسر المنتجة) . برنامج زواج _برنامج (طاقات)  لتأهيل وتوظيف ذوي الاحتياجات الخاصة _ برنامج (تحيه للعمال) مع مشيرب العقارية _ مشروع مسافر مع القرآن الكريم – مشروع التعاون مع الجاليات داخل الدولة _ البرنامج الاذاعي الرمضاني (تراويح) . البرنامج الجماهيري الرمضاني (البراحة) . برنامج (خذو زينتكم ) _ برنامج قادة وقائدات المستقبل لأيتام قطر . برامج مراكز تنمية المجتمع  . البرامج الموسمية خلال شهر رمضان المبارك وعيد الفطر والأضحى )

قدمت قطر هذا العام المرحلة الثانية من مشروع "تحدي من أجل الحياة" بالتعاون مع بنك بروة من اجل تعزيز دور المشاركة المجتمعية من خلال تسلق الفريق القطري لقمة أكونكاجوا بالأرجنتين من أجل التنبيه إلى معاناة أطفال اليمن، والعمل على تسويق ودعم عمليات القلب المفتوح لأطفال اليمن المصابين بالقلب. كما ستتم مراحل لاحقة من هذه الحملة تشمل قمة دنالي بألاسكا وايفرست بالنيبال وغيرها بلغ عدد المراكز المجتمعية داخل دولة قطر 7 مراكز، وتهدف هذه المراكز الى ترسيخ وتعزيز القيم للشباب القطري وتنمية وتنمية مختلف فئات المجتمع ، هذا بالإضافة إلى خطة التوسع والتي ستصل إلى 9 مراكز في نهاية عام 2014 بمشيئة الله تعالى لتتوزع مراكزنا في جميع انحاء مناطق الدولة.

| 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|
| 7 مراكز | 6 مراكز | 5 مراكز | 5 مراكز |

### ✚ المستوى الدولي:

كما ركزت الجمعية على العمل المحلي داخل قطر، فقد أولت للعمل الخارجي أهمية كبري لما يشهده العالم العربي والإسلامي من معاناة وفقر وحروب حيث امتد العمل في أكثر من 43 بلداً، وقد أعطيت أولوية خاصة للدول التي لقطر الخيرية بها مكاتب ميدانية حيث بلغ عدد المكاتب التابعة لقطر الخيرية حول العالم بنهاية عام 2013 عدد 18 مكتب ميداني وذلك لأسباب عدة أهمها:

1.  تعزيز قدرات المكاتب الميدانية لقطر الخيرية.
2.  الحصول على مقترحات مشاريع مدروسة بعناية.
3.  متابعة المشاريع بشكل دقيق.
4.  التحكم في مواصفات المشاريع المنفذة.
5.  القدرة على حشد موارد محلية.

أما الدول التي لا توجد للجمعية فيها مكاتب فقد تم التركيز فيها على المشاريع الاجتماعية، باستثناء أوربا الغربية وكندا بالنظر لطبيعة المشاريع التي دأبت قطر الخيرية على تنفيذها في هذه الدول والتي تخص أساسا المراكز الإسلامية الثقافية، وكذلك الدول التي سبق التعامل معها سابقاً ولم ينتج عن التعامل معها مشاكل في التنفيذ.

وفيما يلي التحليل المالي للتحويلات المالية:

1.  التحويلات المالية المصدرة على مستوى تلك الدول:

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 64 of 96 PageID #: 645



| | | 12. لبنان | |
|---|---|---|---|

- كما حرصت قطر الخيرية على التوسع في المكاتب الميدانية حيث قامت الجمعية هذا العام بفتح مكتبين في (تونس – لندن) وجاري التوسع في فتح مكتب في تركيا وذلك لتعزيز قدرة الجمعية على تقديم خدماتها للدول التي تحتاج الى مساعدات ولتعزيز دور التنمية في المجتمع.

- كما قامت قطر الخيرية بفتح افاق جديد لنشر الدين الاسلامي من خلال بناء المراكز الاسلامية في الدول الاوربية (ايطاليا-اسبانيا – سويسرا –المانيا – فرنسا – كندا – النرويج – بولندا - ايرلندا - لوكسمبورغ) حيث قامت خلال عام 2013 بالتحويل على هذه المشروعات بما يقرب 54 مليون ريال قطري.

- قامت الجمعية بتدشين مبادرة إنسانية فريدة من نوعها تحت مسمى (رفقاء) معنية بقضايا الأيتام في جميع انحاء العالم من خلال إعداد وإدارة البرامج والقنوات التي تساهم في حل مشاكلهم وذلك برعاية الشيخ عائض القرني.

- نظرا للسمعة الكبيرة التي تحتلها قطر الخيرية على مستوى العالم في مجال التنمية الانسانية والاسلامية فقد وثقت فيها العديد من المنظمات والهيئات المحلية والدولية والوزارات المحلية والدولية والشركات والافراد بأن توكل اليها انجاز العديد من المشروعات في جميع انحاء العالم، نظرا لما تتمتع به قطر الخيرية من الخبرة والكفاءة من خلال مكاتبها المنتشرة حول العالم وشركائها التنفيذيون، منها على سبيل المثال:

1- وزارة الخارجية القطرية أوكلت اليها تنفيذ مشروعات تطوير وتنمية إقليم دارفور بجمهورية السودان بمبلغ 22.6 مليون ريال قطري، ومشروعات اعادة اعمار تونس بمبلغ 50 مليون ريال قطري.

2- البنك الإسلامي للتنمية –جدة حيث أوكل اليها تنفيذ العديد من مشروعات اعمار غزة بمبلغ 43 مليون ريال قطري، وكذلك مشروعات خاصة بالشعب السوري.

3- مؤسسة بيل جيتس العالمية حيث أوكلت اليها تنفيذ مشروعات في مجال الصحة بمبلغ 11 مليون ريال قطري.

4- هيئة المعونة الاسلامية – استراليا حيث أوكل اليها تنفيذ مشروعات تنموية في الصومال بمبلغ 3.65 مليون ريال قطري.

5- مؤسسة قطر بالتعاون مع هيئة روتا حيث أوكل اليها تنفيذ مشروعات تعليم في رام الله – فلسطين بمبلغ 3 مليون ريال قطري.

• كما اهتمت قطر الخيرية بالكفالات بجميع أنواعها على مستوى العالم حيث بلغ عدد المكفولين نهاية عام 2013 عدد 62,416 مكفول على مستوى العالم بزيادة قدرها 9 ٪ عن عام 2012 والتي كان عدد المكفولين 57.199 مكفول، وفيما يلي الاحصائية مقارنة بثلاث سنوات مصنفة بعدد الكفالات والدول التي تشملها:

| 2013 | 2012 | 2011 | السنوات |
|------|------|------|---------|
| 62,416 | 57,199 | 40,333 | عدد الكفالات |
| 34 | 34 | 32 | عدد الدول |

❑ **الجمعية حضور متميز ومشاركات فاعلة**

◉ **الفعاليات**

◉ **الحملات**

قامت قطر الخيرية "الجمعية" بالعديد من الحملات خلال العام 2013 ، وتعد حملة إغاثة الشعب السوري الشقيق (ألم وأمل) من أهم هذه الحملات والتي جسدت فعليا ولو بشكل بسيط معاناة الشعب السوري، والتي كان لها الأثر في تحقيق عائد كبير من تلك الحملة أسهم بشكل إيجابي في حجم المساعدات المقدمة للشعب السوري وما سيتم تقديمة بناء على الخطة المعتمدة لعام 2014.

| المساعدات المقدمة للشعب السوري الشقيق | | | البيــــان |
|------|------|------|---------|
| عام 2013 | عام 2012 | عام 2011 | |
| 36,998,647 | 48,970,833 | 1,797,500 | إغاثة سوريا |

◉ **الشراكات المحلية والدولية:**

نظرا للسمعة الكبيرة التي تحتلها قطر الخيرية على مستوى العالم في مجال التنمية الانسانية والاسلامية وايمانا بالتعاون مع الهيئات الدولية وتعزيز الثقة وتعزيز الصورة الذهنية للجمعية حرصت قطر الخيرية على تعزيز العلاقات وفتح قنوات اتصال مع العديد من الشركاء المحليين والدوليين وكانت أهمها مع كلا من:

| اسم الجهة | |
|------|------|
| 2. مؤسسة حمد الطبية | 1. وزارة العمل والشؤون الاجتماعية |

| | | | |
|---|---|---|---|
| 4. شركة اتصالات فودافون | | 3. وزارة الداخلية | |
| 6. شركة اتصالات اوريدو | | 5. وزارة الأوقاف والشؤون الإسلامية | |
| 8. المؤسسة القطرية لمكافحة الاتجار بالبشر | | 7. وزارة البيئة | |
| 10. المؤسسة القطرية للإيواء | | 9. وزارة الاتصالات | |
| 12. المركز الثقافي للطفولة | | 11. اللجنة الأولمبية الرياضية | |
| 14. مركز الشفلح | | 13. دار الإنماء الاجتماعي | |
| 16. مركز العوين | | 15. مؤسسة قطر للتربية والعلوم وتنمية المجتمع | |
| 18. منظمة الأمم المتحدة للطفولة (اليونسيف) | | 17. جامعة قطر | |
| 20. بنك بروة | | 19. الجمعية القطرية لتأهيل ذوي الاحتياجات الخاصة | |
| 22. العمادي للمشروعات | | 21. معرض قطر المهني | |
| | | 23. الجمعية القطرية لمكافحة السرطان | |

☐ محطات في مسيرة الجمعية من التطور والنماء

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 68 of 96 PageID #: 649



# البيانات المالية

## التقرير المالي السنوي لقطر الخيرية لعام 2013

| مبلغ التأمين | مبلغ الاشتراك | السنة |
|---|---|---|
| | 741,150,986 | 2011 |
| 8% | 798,573,831 | 2012 |
| 22% | 970,731,911 | 2013 |

- من التحليل السابق يتبين ان أجمالي الموجودات زاد بنسبة 21% من عام 2012 الى عام 2013 وبنسبة زيادة 8% من عام 2011 الى عام 2012 ويتكون بند الموجودات من البنود التالية:

(الممتلكات والآلات والمعدات – الاستثمارات العقارية– الاستثمارات المتاحة للبيع - الاستثمارات بغرض المتاجرة – الاستثمارات في شركات تابعة -النقد والنقد المعادل– المخزون – النقدية لدى المكاتب الخارجية – أوراق القبض – أرصدة مدينة أخرى).

لذا ومن خلال تحليل بنود الموجودات يتضح ما يلي:

1. ممتلكات وآلات ومعدات:

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|
| 471% | 74,777,390 | 2013 |
| 2- % | 13,099,229 | 2012 |
| | 13,379,592 | 2011 |



- حيث ارتفعت الممتلكات والآلات والمعدات في الجمعية إلى مبلغ 74,777,390ريال قطري في عام وبمعدل نمو بلغ 471% وذلك نتيجة تقييم الأرض المقام عليها مبنى الجمعية هذا العام وإثباتها بالدفاتر بالقيمة العادلة.

2. الاستثمارات

2/1 الاستثمارات العقارية:

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|

| ‎%8 | 524,406,421 | 2013 |
|---|---|---|
| ‎%4 | 483,425,173 | 2012 |
|  | 465,666,571 | 2011 |



- خلال عام 2013 قامت الجمعية بتغيير سياستها المحاسبية فيما يتعلق بالقياس اللاحق للاستثمارات العقارية من طريقة التكلفة إلى طريقة القيمة العادلة، تطبيقا لمعيار المحاسبة الدولي رقم (40).

- تم إجراء التغيير بأثر رجعي بتعديل أرصدة المقارنة والاعتراف بالمكسب التراكمي للقيمة العادلة في الوفر المتجمع. وقد تم تحديد القيم العادلة استنادا إلى تقييم تم إجراؤه من جانب مقيم خارجي مستقل.

### 2/1/1: معدل العائد على الاستثمارات العقارية:

| معدل العائد | مجموع الاستثمارات | إيرادات الاستثمارات | | | السنة |
|---|---|---|---|---|---|
|  |  | الإجمالي | أرباح إعادة التقييم | إيرادات الاستثمارات |  |
| ‎%16 | 524,406,421 | 82,334,718 | 41,178,000 | 41,156,718 | 2013 |
| ‎%12 | 483,425,173 | 58,297,186 | 18,000,000 | 40,297,186 | 2012 |
| ‎%35 | 465,666,571 | 161,947,921 | 123,420,004 | 38,527,917 | 2011 |



| معدل النمو | القيمة بالريال | السنة |
|---|---|---|
| | 33,041,627 | 2011 |
| -1% | 32,679,498 | 2012 |
| 21% | 39,452,408 | 2013 |



Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 73 of 96 PageID #: 654

**2/2/1: معدل العائد على الاستثمارات المتاحة للبيع:**

| معدل العائد | مجموع الاستثمارات | الإيرادات | السنة |
|---|---|---|---|
| 4.4% | 39,452,408 | 1,724,053 | 2013 |
| 4.9% | 32,679,498 | 1,598,530 | 2012 |
| 3.8% | 33,041,627 | 1,241,356 | 2011 |



- يعتبر معدل العائد على تلك الاستثمارات قليل مقارنة بالاستثمارات في الأسهم المدرجة بالبورصة، ولا يوجد تفاوت كبير في الإيرادات المستلمة من تلك الاستثمارات خلال السنوات الثلاث الأخيرة.

**2/3: استثمارات الأسهم المدرجة:**

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|
| 60% | 65,587,569 | 2013 |
| 17% | 40,905,804 | 2012 |
|  | 35,054,224 | 2011 |



- السـبب الرئيسـي لزيادة الاسـتثمارات المدرجة هو قرار لجنة الاسـتثمار بزيادة نقدية بـالمحفظة بمبلغ 20 مليون ريال بناء على الخطة المعتمدة من اللجنة، وتقـدر الزيـادة الفعلية في المحفظة عن العام السـابق والناتجة عن عمليات التداول مبلغ وقدرة 4.7 مليون ريال، ويعاد تقييـم الاسـتثمارات المصـنفة " للمتاجرة " بعد التسـجيل المبدئي بالقيمة العادلة ويتم إدراج أية أرباح أو خسـائر غير متحققة عند إعادة التقييـم بالقيمة العادلة في بيان الفائض أو العجز

1/3/2: معدل العائد على الاستثمارات في الأسهم المدرجة:

| معدل العائد | مجموع الاستثمارات | إيرادات الاستثمارات | | | السنة |
|---|---|---|---|---|---|
| | | الإجمالي | أرباح إعادة التقييم | الإيرادات المستلمة | |
| 7% | 65,587,569 | 4,773,679 | 2,679,769 | 2,093,910 | 2013 |
| 8% | 40,905,804 | 3,232,140 | 1,446,855 | 1,785,285 | 2012 |
| 12% | 35,054,224 | 4,190,695 | 2,713,459 | 1,477,236 | 2011 |



- بلغ العائد على الاستثمارات بالأسهم المدرجة مبلغ 4,773.679 ريال قطري وبمعدل نمو 7%.

**2/4: استثمارات في شركات تابعة:**

| معدل النمو | المبلغ بالريال | السنة |
|:---:|:---:|:---:|
| 0% | 200,000 | 2013 |
| -50% | 200,000 | 2012 |
|  | 400,000 | 2011 |

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 76 of 96 PageID #: 657



- استثمرت الجمعية في كل من الشركات (الموارد للاستثمارات العقارية – قطاف للتنمية الزراعية) برأس مال قيمته 200,000 ريال قطري لكل شركة، ويعد هذا الانخفاض بسبب إغلاق شركة قطاف للتنمية الزراعية.

### 3-النقد والنقد المعادل:

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|
| 1% | 171,976,114 | 2013 |
| 31% | 170,394,884 | 2012 |
| | 130,321,436 | 2011 |



- حدثت زيادة طفيفة في النقد والنقد المعادل عن العام السابقة بنسبة 1٪ على الرغم من نمو الإيرادات عن العام السابق، وذلك ناتج عن تحويل أموال ضخمة للمكاتب والشركاء الميدانيين خلال العام، ووضح ذلك جليا في أرصدة النقدية لدى المكاتب الميدانية الخارجية

4-المخزون:

| معدل نمو | المبلغ بالريال | السنة |
|---|---|---|
| -39٪ | 2,443,519 | 2013 |
| 33٪ | 3,997,180 | 2012 |
| | 3,013,851 | 2011 |



- حدث انخفاض بالمخزون الاستراتيجي نتيجة بنسبة -39٪ توزيع كل مخزون اللحوم المعلبة وجزء كبير من مخزون المواد الإغاثية على عدة دول مثل الفلبين وسوريا.

5-أرصدة لدى المكاتب الميدانية.

ويمثل الرصيد الدفتري لمكاتب قطر الخيرية الميدانية الخارجية

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|
| 96٪ | 59,511,034 | 2013 |
| | 30,426,438 | 2012 |



- حدثت زيادة ملموسة في أرصدة المكاتب الميدانية الخارجية نتيجة افتتاح مكتبي اليمن وتونس واللذان يمتلكان نصيباً كبيراً من تلك الزيادة.

### 6-أرصدة مدينة أخرى:

| معدل نمو | المبلغ بالريال | السنة |
|---|---|---|
| 35% | 29،342،228 | 2013 |
| 10% | 21،728،091 | 2012 |
| | 19،670،174 | 2011 |



- حدثت زيادة في الأرصدة المدينة الأخرى نسبياً، حيث بلغت نسبة الزيادة 35% عن العام السابق، ويعد العامل المؤثر في هذه الزيادة هي ارتفاع الإيرادات المستحقة لدى الشركاء المحليين وعلى رأسهم شركة أور يدو للاتصالات وبلغت مستحقات الجمعية لديها ما يزيد عن 9 مليون ريال قطري.

🔹 أجمالي المطلوبات:

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|

| ܣܢܬܐ | ܐܠܩܝܡܗ ܒܐܠܪܝܐܠ | ܢܣܒܗ ܐܠܢܡܘ |
|---|---|---|
| 2012 | 137,109,157 | -8% |
| 2013 | 191,293,635 | 40% |

ܬܚܠܝܠ ܐܠܢܬܐܝܓ ܐܠܡܐܠܝܗ:



| ܣܢܬܐ | ܐܠܩܝܡܗ ܒܐܠܪܝܐܠ | ܢܣܒܗ ܐܠܢܡܘ |
|---|---|---|
| 2011 | 320,235,696 | |
| 2012 | 315,174,639 | -2% |
| 2013 | 414,458,399 | 32% |

| ܣܢܬܐ | ܐܠܩܝܡܗ ܒܐܠܪܝܐܠ | ܢܣܒܗ ܐܠܢܡܘ |
|---|---|---|
| 2011 | 741,150,986 | |
| 2012 | 798,573,831 | 8% |
| 2013 | 970,731,911 | 22% |

| | 148,524,641 | 2011 |
|---|---|---|



• حدث ارتفاع في المطلوبات غير المتداولة عن العام السابق بنسبة 40٪ وذلك نتيجة إثبات أرض المقر الرئيسي بالقيمة العادلة كما تم ذكره بتحليل الممتلكات والآلات والمعدات.
3-المطلوبات المتداولة.

| معدل النمو | المبلغ بالريال | السنة |
|---|---|---|
| 5٪ | 364,979,877 | 2013 |
| 27٪ | 346,748,212 | 2012 |
| | 272,390,649 | 2011 |

• حدث ارتفاع في المطلوبات المتداولة عن العام السابق بنسبة 5٪ وذلك نتيجة التغير الإضافي في صافي الحركة على الالتزامات المؤقتة لأغراض محددة.

➕ نسب مالية ذات علاقة:

1. نسبة السيولة المتوفرة.



Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 81 of 96 PageID #: 662

| معدل النمو | المطلوبات المتداولة | الموجودات المتداولة | السنة |
|---|---|---|---|
| 0.91 | 364,979,877 | 331,895,691 | 2013 |
| 0.78 | 346,748,212 | 269,628,107 | 2012 |
| 0.84 | 272390649 | 228,663,195 | 2011 |



• انخفضت نسبة السيولة في عام 2013 حيث بلغت نسبة التداول 91% وبمعدل (0.91:1) بالمقارنة مع الأعوام السابقة حيث بلغ اجمالي الموجودات المتداولة 331,895,691ريال قطري، فيما بلغ اجمالي المطلوبات المتداولة 364,979,877 ريال قطري وهو انخفاض طبيعي في ظل أنه من ضمن المطلوبات المتداولة أقساط مبنى السد وهي تدفع من القيمة الإيجاري، فضلاً عن الاستثمارات المتاحة للبيع لم تدرج ضمن المعادلة وهي تعطي فرصة للوفاء بالتزامات الجمعية في أي حال.

## 2-نسبة المديونية

| التغير النسبي | الأموال الموظفة | المطلوبات | السنة |
|---|---|---|---|
| 134% | 414,458,399 | 556,273,512 | 2013 |
| 154% | 315,174,639 | 483,857,369 | 2012 |
| 131% | 320,235,696 | 420,915,290 | 2011 |



● تعتبر مديونية الجمعية مرتفعة نسبياً، حيث بلغت نسبة المديونية 134% في 2013م، بانخفاض وقدرة 20% عن العام السابق.

**ثانياً:** تقرير مقارنة لإيرادات ومصاريف الجمعية:

| نسبة تغير عام 2013 لـ | | 2013 | 2012 | 2011 | البيــان |
|---|---|---|---|---|---|
| 2012 | 2011 | | | | |
| 11% | 84% | 645,531,012 | 581,794,068 | 350,083,373 | التبرعات |
| 11% | 76% | 526,359,451 | 474,688,264 | 299,658,333 | مدفوعات المشاريع والكفالات والتشغيلية |
| -2% | 16% | 37,708,936 | 38,633,644 | 32,402,051 | المصروفات الإدارية |
| 10% | 70% | 564,068,387 | 513,321,908 | 332,060,384 | أجمالي المدفوعات عدا الإهلاك |
| 19% | 352% | 81,462,625 | 68,472,160 | 18,022,989 | صافى الالتزامات |



[التقرير المالي السنوي لعام 2013]

يتضح من الجدول السابق:

• زيادة نمو التبرعات من عام 2012 الى عام 2013 بنسبة نمو قدرها 11 % وبالمقارنة من 2011 كانت نسبة النمو 84 % وهي نسبة غير مسبوقة على مدار عمر قطر الخيرية وقد بلغت في عام 2013 مبلغ 645 مليون ريال قطري بالمقارنة بعام 2012 مبلغ 581 مليون ريال قطري اما بالنسبة لمدفوعات المشاريع والكفالات بلغت 526 مليون ريال قطري بالمقارنة بعام 2012 مبلغ 474.6 مليون ريال قطري بزيادة قدرها 11%. وبنسبة زيادة عن عام 2011 بلغت 76%. اما بالنسبة الى المصروفات الادارية فكانت على التوالي من عام 2011 الى عام 2012 زيادة قدرها 19% بينما من 2012 الى 2013 انخفضت بنسبة ( 2- %) وذلك ناتج عن سياسة تحميل المصروفات التشغيلية على الانشطة والمشروعات ومما يدل على اتباع سياسة اتباع حسابات التكاليف في تحميل التكاليف المباشرة.

## جدول التبرعات التفصيلي:

| نسبة تغيير 2013 لـ | | النسبة إلى الإجمالي | المقبوضات | | | النشاط | م |
|---|---|---|---|---|---|---|---|
| 2012 | 2011 | 2013 | 2013 | 2012 | 2011 | | |
| 68% | 149% | 23% | 146,054,869 | 86,726,525 | 58,583,223 | مشاريع خيرية | 1 |
| 11% | 37% | 19% | 125,731,856 | 112,968,527 | 92,059,302 | كفالات اجتماعية ودعوية | 2 |
| -18% | 83% | 14% | 91,414,812 | 110,866,952 | 49,977,698 | مشاريع إغاثة | 3 |
| 125% | 100% | 10% | 66,614,077 | 29,608,610 | - | مشاريع خيرية منح حكومية | 4 |
| -27% | 152% | 9% | 59,999,014 | 82,343,860 | 23,816,805 | مشاريع خيرية/ د/ الحمادي | 5 |
| -2% | 4% | 8% | 49,052,368 | 50,234,898 | 47,248,486 | ريع الوقف (الاستثمارات) | 6 |
| -0.05% | 31% | 6% | 40,001,523 | 40,020,869 | 30,650,085 | زكاة مال | 7 |
| -15% | 34% | 2% | 11,885,040 | 13,980,747 | 8,862,276 | إفطار صائم | 8 |
| -1% | 128% | 2% | 11,441,837 | 11,512,095 | 5,018,814 | أسر متعففة داخل قطر | 9 |
| -5% | -2% | 2% | 10,187,438 | 10,691,243 | 10,394,637 | أضاحي | 10 |
| 28% | 84% | 2% | 9,707,767 | 7,565,552 | 5,278,029 | صدقات | 11 |
| -8% | 100% | 1% | 8,462,436 | 9,221,543 | - | طيف الخير | 12 |
| -35% | -42% | 0.45% | 2,928,519 | 4,483,248 | 5,021,300 | استقطاعات وقضيات | 13 |
| 14% | 18% | 0.38% | 2,438,829 | 2,147,974 | 2,072,794 | كفارات ونذر وعقائق | 14 |
| 450% | 100% | 0.33% | 2,156,488 | 391,800 | - | مشروعات الحج والعمرة | 15 |
| -19% | -9% | 0.27% | 1,715,282 | 2,129,587 | 1,876,092 | زكاة فطر | 16 |
| 316% | 211% | 0.26% | 1,646,967 | 396,303 | 528,821 | أنشطة ثقافية وتربوية | 17 |
| -15% | -14% | 0.23% | 1,478,743 | 1,743,108 | 1,721,966 | مطبوعات دينية | 18 |
| -44% | -66% | 0.17% | 1,118,365 | 1,994,208 | 3,316,803 | علاج مرضى | 19 |

قطر الخيرية      [التقرير المالي السنوي لعام 2013]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100% | 98% | 0.10% | 637,989 | - | 322,000 | كسوة العيد والحقيبة المدرسية | 20 |
| -40% | 931% | 0.08% | 512,324 | 854,485 | 49,685 | مراكز تحفيظ القرآن الكريم | 21 |
| -82% | -90% | 0.05% | 344,468 | 1,911,933 | 3,284,558 | تطهير أسهم -أخرى | 22 |
| **11%** | **84%** | **100%** | **645,531,012** | **581,794,068** | **350,083,373** | **الإجمالي** | |



عام 2013
عام 2012
عام 2011

1. **التحليل المالي لنسبة التبرعات الى الإجمالي لعام 2013:**
من الجدول السابق نجد ان اعلى نسبة تمثلت في بند المشروعات الخيرية حيث بلغت 23 % من إجمالي مقبوضات عام 2013 بينما كانت النسبة الوسطى تتمثل في بنود (الاغاثة - المشروعات الممولة عن طريق الدكتور الحمادي -المشروعات الممولة عن طريق الجهات الشريكة الدولية -الاستثمارات) فقد بلغت على التوالي 14%، 10%،9 ، 8 %. بينما كانت اقل نسبة في بند الاخرى (تطهير أسهم -اخرى) 0.02%.

2. **التحليل المالي لنسبة النمو بمقارنة التبرعات في عام 2013 بالمقارنة بعام 2012:**
يعتبر مشروع الحج والعمرة اعلى نسبة نمو حيث بلغت نسبة النمو 450% والمشروعات الثقافية والتربوية 315% والمشروعات الممولة من الجهات الشريكة الدولية 125% وكانت اقل نسبة نمو في الكفالات الاجتماعية والدعوية حيث بلغت 11%.

**وسوف نلقى بعض الضوء بالتحليل على بعض من التبرعات وفقا لما يلى :**

**1- الشراكات المحلية والدولية:**

نظرا للسمعة الكبيرة التي تحتلها قطر الخيرية على مستوى العالم في مجال التنمية الانسانية والاسلامية وايمانا بالتعاون مع الهيئات الدولية وتعزيز الثقة للصورة الذهنية للجمعية فقد كانت المبالغ المستلمة عن العام المالي 2013 مبلغ 66.6 مليون ريال بالمقارنة بعام 2012 والتي بلغت 29.6 مليون ريال بنسبة زيادة قدرها 125%.

**2- إيرادات بيع التبرعات العينية:**

- يعتبر مشروع التبرعات العينية من المشروعات التي لها صدى كبير داخل الدولة من تلقى التبرعات العينية مما ساهم كثيرا في رفع اعباء المعيشة للآسر، وقد اصبح المعرض الشهري الذى يتم في مقر الجمعية ينتظره الكثيرون من الاسر من شهر الى اخر هذا بالإضافة الى مواقع البيع الدائمة والتي بلغت 5 مواقع على مستوى قطر وتوجد خطة توسع فى عام 2014 لزيادة المواقع والحاويات لتصل الى 8 مواقع في نهاية عام 2014.

- وسوف لا تكون المقارنة عادلة بين عامي 2013 و2012 حيث ان ايرادات البيع في 2012 كانت للتبرعات التي تم تجميعها منذ عام 2011. وقد بلغت الايرادات في عام 2012 مبلغ 9 مليون ريال بينما في عام 2013 بلغت 8.9مليون ريال.

وفيما يلي تحليل ايرادات المشروع على مستوى منافذ البيع لعام 2013 بعد اضافة مبلغ 485412 ريال عبارة عن مبيعات ذهب وسيارات مخصصة على المشروعات مباشرة.



**الجدول التحليلي على مستوى نقاط البيع:**

| النسبة الى الإجمالي | الايراد المحصل | نقاط البيع |
|---|---|---|
| 33% | 2,972,022 | سوق الصناعية شارع 48 |
| 18% | 1,654,507 | مبيعات التصدير |
| 13% | 1,185,579 | سوق الصناعية معرض السنبلة الخيري |
| 13% | 1,145,731 | سوق الصناعية شارع 2 |
| 9% | 794,721 | السوق الخيري المتنقل |
| 5% | 458,533 | معرض بروة |
| 2% | 211,343 | محل شارع 13 الجديد |
| 6% | 525,912 | تبرعات عينية أخرى وذهب وسيارات |
| 100% | 8,948,348 | إجمالي الايرادات من مبيعات طيف |

**3-  عوائد استثمار الوقف:**

| 2013 | 2012 | 2011 | البيان | م |
|---|---|---|---|---|
| 49,052,368 | 50,234,898 | 47,248,485 | عوائد استثمار العقارات ومحفظة الاسهم | 1 |

-تقوم قطر الخيرية بإدارة أموال الوقف في عقارات استثمارية ومحفظة استثمارية متنوعة عن طريق خبراء متخصصين في الاستثمار العقاري والاستثمارات في الاوراق المالية سواء المدرجة او الغير مدرجة مما يدر عائد يساهم بشكل كبير في توسيع رقعة المساعدات والصرف في اوجه البر المختلفة وايمانا منها بتطبيق مبدأ الاستمرارية المالية.

**ثالثا: المدفوعات:**

بلغت حجم تنفيذ المشروعات والانشطة والكفالات بزيادة قدرها 58٪ من عام 2011 الى عام 2012  وبزيادة قدرها 11٪ من عام 2012 الى عام 2013 ما يعززتنفيذ الانشطة والمشروعات ووصول المساعدات والكفالات الى مستحقيها بأسرع وقت ممكن الامر الذي يعززثقة المتبرعين في قطر الخيرية.

[التقرير المالي السنوي لعام 2013]   قطـر الخـيريـة

| نسبة تغيير 2013 لـ | | النسبة الى الإجمالي | مدفوعات | | | النشاط | م |
|---|---|---|---|---|---|---|---|
| 2012 | 2011 | 2013 | 2013 | 2012 | 2011 | | |
| 38% | 107% | 43% | 210,785,632 | 152,773,136 | 101,643,379 | مشاريع خيرية | 1 |
| 17% | 48% | 26% | 127,582,366 | 109,295,196 | 86,269,869 | كفالات اجتماعية ودعوية | 2 |
| -35% | 113% | 13% | 64,493,501 | 98,882,205 | 30,335,583 | مشاريع اغاثية | 3 |
| -15% | 173% | 4% | 17,614,934 | 20,740,531 | 6,460,935 | أسر متعففة داخل قطر | 4 |
| 13% | 77% | 3% | 15,983,986 | 14,085,864 | 9,021,950 | افطار صائم | 5 |
| -20% | -23% | 3% | 13,882,999 | 17,425,708 | 17,973,747 | استثمارات | 6 |
| 24% | -7% | 2% | 12,139,439 | 9,807,786 | 13,112,141 | اضاحي | 7 |
| 107% | 210% | 2% | 10,675,860 | 5,169,147 | 3,448,848 | انشطة ثقافية وتربوية | 8 |
| -46% | 100% | 1% | 4,036,047 | 7,467,515 | 0 | طيف الخير | 9 |
| 57% | 98% | 1% | 3,411,131 | 2,168,519 | 1,718,752 | مراكز تحفيظ القران | 10 |
| 23% | 40% | 1% | 2,897,758 | 2,353,216 | 2,072,635 | زكاة الفطر | 11 |
| -50% | 4% | 1% | 2,861,899 | 5,743,752 | 2,756,770 | علاج مرضى | 12 |
| 438% | 100% | 0.38% | 1,872,000 | 348,000 | 0 | مشروع الحج والعمرة | 13 |
| 393% | 330% | 0.29% | 1,419,955 | 288,001 | 329,950 | أخرى | 14 |
| -15% | 9886% | 0.22% | 1,088,060 | 1,277,883 | 10,896 | مصاحف و مطبوعات دينية | 15 |
| 141% | 194% | 0.12% | 577,253 | 239,382 | 196,368 | صدقات | 16 |
| -76% | 100% | 0.01% | 31,500 | 133,733 | 0 | كفارات وندر وعقائق | 17 |
| 100% | 100% | 0.01% | 30,675 | 0 | 0 | كسوة العيد | 18 |
| 32% | 44% | 7.12% | 34,974,456 | 26,488,688 | 24,306,510 | مصروفات تشغيلية | 19 |
| 11% | 76% | 100% | 526,359,451 | 474,688,264 | 299,658,333 | الإجمالي | |



1.  التحليل المالي لنسبة المدفوعات الى إجمالي المدفوعات لعام 2013:

من الجدول السابق نجد ان اعلى نسبة تمثلت في بند المشروعات الخيرية حيث بلغت 43 % من إجمالي

مدفوعات عام 2013 بينما كانت النسبة الوسطى تتمثل في بند كفالات اجتماعية ودعوية حيث بلغت

26%. بينما كانت اقل نسبة في بند كسوة العيد والكفارات والنذر 0.01%.


2.  التحليل المالي لنسبة زيادة المدفوعات بمقارنة المدفوعات في عام 2013 بالمقارنة بعام 2012

يعتبر مشروع الحج والعمرة اعلى نسبة مدفوعات حيث بلغت نسبة المدفوعات 438% وكانت اقل نسبة

مدفوعات في كفارات ونذر وعقائق حيث بلغت ( -76%).

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 89 of 96 PageID #: 670





4. التحويلات المالية المصدرة على مستوى القارات:



اما بالنسبة للتحويلات على مستوى القارات فكانت التحويلات على مستوى قارة آسيا 52% من قيمة التحويلات المصدرة خلال عام 2013 بينما بلغت التحويلات على مستوى قارة افريقيا 27 % يليها امريكا الشمالية 2% ثم المشاريع امريكا الجنوبية 0.05 % .

■ أوروبا   ■ أمريكا الشمالية   ■ أمريكا الجنوبية   ■ افريقيا   ■ أسيا

5. التحويلات المالية المصدرة على مستوى الجهات المنفذة:



■ جمعيات شريكة   ■ مكاتب ميدانية

اما بالنسبة للتحويلات على مستوى الجهات المنفذة فكانت التحويلات للمكاتب الميدانية التابعة لقطر الخيرية 59% من قيمة التحويلات المصدرة خلال عام 2013 بينما بلغت التحويلات للجمعيات الشريكة 41%

يمثل نشاط الاغاثات والمساعدات العاجلة للدول من أحد اهم المحاور لقطر الخيرية وذلك لسرعة الانجاز ومواكبة أي حدث يحدث على مستوى العالم وقد بلغ المدفوع هذا العام مبلغ 64 مليون ريال كان منها 57 % لصالح اللاجئين السوريين، 12 % منها لإغاثة الصومال، 11 % منها لليمن، 11 % منها لجمهورية اتحاد ميانمار.

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 91 of 96 PageID #: 672

| نسبة البند الى البند أجمالي 2013 | عام 2013 | عام 2012 | عام 2011 | الدولــــة | م |
|---|---|---|---|---|---|
| 57% | 36,998,647 | 48,970,833 | 1,797,500 | سوريا | 1 |
| 11% | 7,060,923 | 14,131,501 | 4,575,501 | اليمن | 2 |
| 12% | 7,927,383 | 7,272,655 | 9,813,870 | الصومال | 3 |
| 0% | 36,527 | 19,040,645 | - | فلسطين | 4 |
| 1% | 829,777 | 1,120,596 | 9,572,172 | باكستان | 5 |
| 11% | 7,341,214 | 1,423,661 | - | ميانمار | 6 |
| 0% | - | 6,071,174 | - | تركيا | 7 |
| 0% | - | - | 3,215,831 | ليبيا | 8 |
| 4% | 2,802,010 | - | - | الفلبين | 9 |
| 1% | 736,060 | 28,170 | - | السودان | 10 |
| 1% | 760,959 | 822,970 | 1,360,710 | دول متنوعة أخرى | 11 |
| 100% | 64,493,501 | 98,882,205 | 30,335,583 | الإجمالي | |



## المساعدات داخل قطر:

| 2013 | 2012 | 2011 | البيان |
|---|---|---|---|
| 17,614,934 | 20,740,531 | 6,460,935 | أسر متعففة داخل قطر |

بلغت المساعدات للأسر في عام 2013 مبلغ 17 مليون ريال تم صرف 60% منها للمواطنين القطريين ، 40 %
للمواطنين المقيمين وذلك وفقا لفريق بحث متكامل ونظام الكتروني محترف لتنظيم العمل بداية من
تقديم الطلبات ويتم ذلك كله من خلال لجنة مشكلة على اعلى مستوى وفقا لقواعد وضوابط لصرف
المساعدات مما يؤكد على مدى الاهتمام الكبير بالفئات القطرية والتي تساعد وتساهم في رؤية قطر
2030 من اجل التنمية الاجتماعية وقد ساهم ذلك بتعزيز لجنة ذخر في مساعدة الأسر القطرية

Case 1:20-cv-02578-BMC   Document 59-22   Filed 02/15/22   Page 92 of 96 PageID #: 673

المتعففين على معالجة مشاكلهم المادية سواء بالدعم المادي المباشر أو الدعم العيني غير المباشر مثل فرص التعليم والتدريب والعلاج وغيرها ،التعاون مع مؤسسات وهيئات الدولة في قضاء حوائج المتعففين ،مساعدة الغارمين وأصحاب القضايا المالية المتعسرة.

## كفالات اجتماعية ودعوية:

بلغت قيمة الكفالات المنصرفة هذا العام مبلغ 127 مليون ريال بالمقارنة بالمنصرف في عام 2012 مبلغ 109 مليون ريال بنسبة زيادة قدرها 16 % في حين انه تم زيادة عدد المكفولين 62416 على مستوى العالم بزيادة قدرها 9 % عن عام 2012 والتي كان عدد المكفولين 57199 مكفول. وفيما يلي الاحصائية مقارنة بثلاث سنوات.

| السنوات | 2011 | 2012 | 2013 |
|---|---|---|---|
| عدد الكفالات | 40333 | 57199 | 62416 |
| عدد الدول | 32 | 34 | 34 |



- بلغت الزيادة في اعداد المكفولين على مستوى العالم في الفترة من 2012 وحتى 2013 زيادة قدرها 9% وهو زيادة ناتجة عن الجهد الكبير في تنفيذ استراتيجية قطر الخيرية ايمانا منها وتعزيز من اجل اثراء التنمية المجتمعية وخاصة في تبني المكفولين ومحاربة الفقر وقد بلغت عدد الدول 34 دولة على مستوى العالم بما فيهم داخل الدولة. وتعتبر اليمن من أكثر البلدان أهمية من حيث عدد الأيتام المكفولين فيها

من طرف قطر الخيرية حيث يبلغ عددهم 10593 مكفولا ، فيما يبلغ عدد المكفولين في فلسطين 9434 مكفولا ، بينما بلغ عدد مكفولين في الصومال 6887 كما بلغ عدد مكفولي العراق 4828 مكفولا ، أما في السودان فتكفل قطر الخيرية 2704 مكفولا ،اما باقي كفالات قطر الخيرية على عدد من الدول في ثلاث قارات هي آسيا وأوروبا وافريقيا ، ومن أهم الدول الاخرى قطر وكوسوفا والبانيا والبوسنه ولبنان واندونيسيا والأردن وباكستان والنيجر وتونس والمغرب وكشمير ومالي وكينيا وغانا وتوغو واريتريا واثيوبيا وموريتانيا بنجلاديش، الهند ، سوريا ، ايران ، قرغيزيا، بوركينا فاسو، تشاد ، بنين .

## خطة التوسع الخارجي:

بلغ عدد المكاتب الميدانية 17 مكتب وممثلية في عام 2013 هذا بالإضافة إلى خطة التوسع والتي تصل إلى 18 مكتب في نهاية عام 2014 م.

| 2013 | 2012 | 2011 |
|---|---|---|
| 17 مكتب وممثلية | 17 مكتب وممثلية | 14 مكتب وممثلية |

ركزت الجمعية على العمل المحلي داخل قطر، والخارجي في 43 بلدا. وقد أعطيت أولوية خاصة للدول التي لقطر الخيرية بها مكاتب ميدانية وذلك لأسباب عدة أهمها:

6. تعزيز قدرات المكاتب الميدانية لقطر الخيرية.

7. الحصول على مقترحات مشاريع مدروسة بعناية.

8. متابعة المشاريع بشكل دقيق.

9. التحكم في مواصفات المشاريع المنفذة.

10. القدرة على حشد موارد محلية.

أما الدول التي لا توجد للجمعية فيها مكاتب فقد تم التركيز فيها على المشاريع الاجتماعية، باستثناء أوريا الغربية وكندا بالنظر لطبيعة المشاريع التي دأبت قطر الخيرية على تنفيذها في هذه الدول والتي تخص أساسا المراكز الإسلامية الثقافية، وكذلك الدول التي سبق التعامل معها سابقاً ولم ينتج عن التعامل معها مشاكل في التنفيذ.



# تقرير مراقب الحسابات

## التقرير المالي السنوي لقطر الخيرية
## عن السنة المالية المنتهية في 31 ديسمبر 2013

## ❑ البيانات الماليـة

يتم تحضير البيانات السنوية للجمعية وفقا لمبادئ المحاسبة الدولية ومبادئ محاسبة المؤسسات غير الهادفة للربح خلال فترة شهر من نهاية السنة المالية ( ويكون المسؤول عن إعدادها مراقب الحسابات الخارجي).

تتضمن البيانات المالية السنوية ما يلي:

- بيان المركز المالي ( الميزانية العمومية).

- بيان الدخل

- بيان التدفقات النقدية.

- الايضاحات.

## ❑ التوصيات

- تطوير المنظومة المالية وتحديث البرنامج المحاسبي المستخدم.

- دمج كافة البرامج المستخدمة في برنامج واحد.

- التوصية باتخاذ القرارات الملائمة لتحسين مالية الجمعية.

- وتقوية نقاط القوة، ومعالجة نقاط الضعف،

- رفع كفاءة الإنفاق والمنفعة الحدية للمصروفات، ومبدأ التكاليف مقابل المنافع،

- تطوير المنظومة المالية على مستوى الجمعية.

- تطوير الضبط المالي والإداري، وتقوية أنظمة الرقابة الداخلية، بوجه عام والرقابة بكافة أشكالها بوجه خاص.

- إنشاء قسم للرقابة والتدقيق الداخلي.

## ❑ الطموح والتحديات

### الخطة المستقبلية:

1. ستستمر قطر الخيرية في تطبيق استراتيجيتها الحالية والمتمثلة دعم قدرات الفئات الأكثر احتياجا لتحقيق الكرامة الإنسانية والعدالة الاجتماعية وتعزيز رؤيتها في نموذج المؤسسة الإسلامية الرائدة والمتميزة التي تجمع بين التأصيل والابداع والاحترافية في مجال التنمية والمساعدات الإنسانية.

2. استكمال إعداد باقي السياسات والآليات ووضع نظم الرقابة والمتابعة المستمرة.

3. تدشين البرنامج الإلكتروني المحاسبي الموحد في عام 2014لجميع عمليات الصرف التي سوف تتم على مستوى جميع المكاتب الميدانية والرقابة من خلال المركز الرئيسي بالدوحة.

4.  سيتم العمل على إطلاق مراكز قطر الخيرية، بهوية جديدة لتعزز المكانة التي وصلت اليها ولتكون عامل جذب لأكبر قدر ممكن من الشباب من الجنسين ليجد و فيها كل مفيد من برامج ثقافية وترفيهية بأسلوب متميز وعصري.

والله الموفق