# EXHIBIT 24

[logo:]
Qatar Charity
**Qatar Charity**

# Qatar Charity's

# Annual

# Financial Report

# for 2015

# Content of the
# Annual Report

1.  **Statement of the Chairman of the Board of Directors**
2.  **Board of Directors**
3.  **Statement of the Chief Executive Officer**
4.  **Executive Management**
5.  **Qatar Vision 2030**
6.  **Qatar Charity**
7.  **Management Report**
    - **Most Important Accomplishments**
    - **Continuous growth**
        - **Local Level**
        - **International Level**
        - **Sector Level**
        - **Field Level**
    - **Giving and Distinction**
        - **Resource Development**
        - **Marketing Initiatives, Campaigns and Events**
        - **Partnerships and Agreements**
        - **Sponsorships and Social Care**
        - **Investments**
    - **Organizational and Administrative Environment**
        - **Institution Building**
        - **Organizational Structure**
        - **Regulations, Policies and Manuals**
        - **Oversight and Quality**
        - **Financial Systems**
        - **Electronic Systems**
        - **Logistical Support**
    - **Our Offices Abroad - Spread and Quality**
        - **Implementation and Diligent Work**
        - **Qualitative Projects**
        - **International Cooperation**
        - **Cultural Projects and Centers**
    - **Ambition and Horizons**
8.  **Financial Report**
    - **Auditor's Report**
    - **Financial Analysis**

**(Annual Report for 2015)**                                     **Qatar Charity**

<u>**Board of Directors of Qatar Charity**</u>

1.  **HE Sheikh / Hamad bin Nasser Al Thani**

    **Chairman of the Board of Directors**

2.  **HE Mr. / Ahmed Abdullah Al-Marri**

    **Vice-Chairman of the Board of Directors**

3.  **HE Mr. / Mohammed Abdullateef Al-Mana**

    **Chairman of the Board of Directors**

4.  **HE Dr. /  Mohammed Abdul Wahed Al-Hammadi**

    **Member of the Board of Directors**

5.  **HE Dr. /  Hassan Lahdan Saqr Al-Muhanadi**

    **Member of the Board of Directors**

6.  **Mr. / Abdul Rahman Abdul Jalil Al Abdul Ghani**

    **Treasurer - Member of the Board of Directors**

7.  **Mr. / Mohammed Nasser Al Fuhaid Al-Hajri**

    **Member of the Board of Directors**

8.  **HE Sheikh / Mohammed Hassan Khamis Al-Marikhi**

    **Member of the Board of Directors**

9.  **Mr. / Yousef Ahmed Rashid Al-Kuwari**

    **Board Secretary - Member of the Board of Directors**

**(Annual Report for 2015)** | **Qatar Charity**

### Executive Management of Qatar Charity

1. **Mr. / Yousef Ahmed Rashid Al-Kuwari**

   **Chief Executive Officer**

2. **Mr. / Mohammed Ali Sharifa Al-Ghamedi**

   **Executive Director of International Development**

3. **Mr. / Abdul Nasser Mohammed Al-Zahr Al-Yafei**

   **Executive Director of Support Affairs**

4. **Mr. / Mohammed Abdullah Al-Yazidi Al-Yafei**

   **Executive Director of Financial Resources**

5. **Mr. / Faisal Rashid Ali Tafla Al-Fuhaida**

   **Chief Operating Officer**

6. **Mr. / Ali Ateeq Khamis Al-Abdullah**

   **Executive Director of Local Development**

7. **Mr. / Salah Ahmed Mohammed Al-Hammadi**

   **Executive Director of Major Projects**

8. **Mr. / Jassem Ibrahim Al-Nisf Al-Mansouri**

   **Executive Director of Communications and Marketing**

**(Annual Report for 2015)**

☐  **Statement of the Board of Directors**

In the Name of Allah, the Beneficent, the Merciful

Thanks be to Allah the Lord of all creation, and peace and blessings be upon the one Allah sent as a mercy to all creation, our Prophet Muhammad, and his family and companions.

To the esteemed / Members of the General Assembly

Peace be upon you and Allah's mercy and blessings…

On behalf of myself and my brethren the members of the board of directors, I am pleased to offer your sincere gratitude and appreciation for your support and guidance to Qatar Charity, and for your sincere efforts in cooperation to elevate its status, which had the greatest impact, after the assistance of Almighty Allah, on raising the level of work at Qatar Charity. Accordingly, I am pleased to present you with the Organization's annual report as well as its financial statements and business results for the fiscal year ended 31 December 2015.

It has become abundantly clear that unprecedented accomplishments were achieved during 2015 in the Organization's performance and that distinguished results were achieved, thanks to Allah, at all levels, be that the local, international or organizational level, along with institution building and administrative development, thus raising the status of Qatar Charity, enhancing its capabilities, achieving the aspirations of its members, and earning the trust of all who dealing with it, including government agencies in Qatar, particularly the Regulatory Authority for Charitable Activities, the Ministry of Foreign Affairs, as well as local and international donors and partners.

The unprecedented successes during 2015, which you will find detailed in this report would not have been possible without success from Almighty Allah first, and then the determination, will and effort of the esteemed Chief Executive Officer, the executive management and all employees at Qatar Charity, on the local level or the international level represented by Qatar Charity's offices abroad, which we consider the main element in supporting the wheel of progress and prosperity, followed by your unlimited support and the guidance and supervision of the board of directors representing you.

In conclusion, I am pleased, on your behalf and on behalf of all Qatar Charity employees, to express our deepest gratitude and appreciation to His Highness Sheikh / Tamim bin Hamad bin Khalifa Al Thani, the Emir of Qatar - may Allah protect him. We also extend our most sincere gratitude and appreciation to His Excellency the Minister of Labor and Social Affairs - Chairman of the Board of Directors of the Regulatory Authority for [Charitable] Activities, the Authority's Director General, and all employees therein. In addition, Qatar Charity's management appreciates all of the sincere efforts by the government agencies, which have helped and supported Qatar Charity to achieve its objectives. These objectives prioritize achieving the Qatar National Vision 2030, whose targeted purpose stipulates the implementation of development and humanitarian initiatives in order to achieve global security and provide aid.

Moreover, we thank all of the honorable donors and philanthropists, the members of the General Assembly, as well as all executives, employees, collaborators and volunteers for their continuous and loyal efforts and giving to achieve the goals of Qatar Charity, for their keenness to protect its gains and interests, and for increasing its prestige and competitiveness. We ask Almighty Allah to bless these efforts, and look forward to Qatar Charity continuing to develop its performance and enhance its capabilities to support the social development system. We also ask Almighty Allah to make 2015 [sic] even better than previous years.

Allah is the source of success…

Sheikh / Hamad bin Nasser Al Thani<br>Chairman of the Board of Directors

**(Annual Report for 2015)**  |  **Qatar Charity**

☐ **Statement of the Chief Executive Officer**

To the esteemed / Members of the General Assembly

    Peace be upon you and Allah's mercy and blessings…

Almighty Allah says: "And who is better in speech than he who calls [others] unto Allah, does righteousness, and says, 'I am one of those who have surrendered themselves to God?'"

I am pleased to offer you my sincere thanks and gratitude for your support and guidance, which had the greatest impact, after the help of Almighty Allah, in raising the level of work at all guidance, supervisory and executive levels and at the level of the projects, programs, activities and services that Qatar Charity provides. It has become abundantly clear that the Organization's performance in 2015 and the distinguished results it achieved, at the local and international level, led to raising its status, enhancing its capabilities, achieving the aspirations of its members, and earning the trust of all who dealing with it, including government agencies in Qatar, particularly the Regulatory Authority for Charitable Activities, the Ministry of Foreign Affairs, as well as local and international donors and partners.

Accordingly, we are pleased to submit to you the annual report on the Organization's performance, as well as its financial statements and its business results for the fiscal year ended 31 December 2015.

We have attempted to ensure that the report is brief, focused, and comprised of two main parts:

1. The part related to the performance of and accomplishments achieved by the Organization and its various departments.
2. The part related to the Organization's financial statements and business results.

The unprecedented accomplishments achieved in 2015 would not have been possible without success from Almighty Allah first and then determination and effort by all Qatar Charity employees, on both the local and international levels, whom we consider the essential element in supporting the wheel of progress and prosperity.

In conclusion, I am pleased, on behalf of all Qatar Charity employees, to express our deepest gratitude and appreciation to His Highness Sheikh / Tamim bin Hamad bin Khalifa Al Thani, the Emir of Qatar - may Allah protect him. We also extend our most sincere gratitude and appreciation to the Regulatory Authority for Charitable Activities, represented by its board of directors, executive director and all of its employees. In addition, Qatar Charity's management appreciates all of the sincere efforts by the government agencies in the State of Qatar, which have helped and supported Qatar Charity, whose objectives prioritize achieving the Qatar National Vision 2030, and whose targeted purpose stipulates "the implementation of development and humanitarian initiatives in order to achieve global security and provide aid."

And the most sincere thanks and gratitude go to the esteemed donors and to the donor agencies that had faith in Qatar Charity and enabled it to implement its projects. Moreover, we thank all partners from international, regional and local organizations, which support us with all sincerity. In addition, we express our thanks to all executives, employees, collaborators and volunteers for their continuous and loyal efforts and giving to achieve the goals of Qatar Charity, for their protection of its gains and interests, and for increasing its prestige and competitiveness. We ask Almighty Allah to bless these efforts, and look forward to Qatar Charity continuing to develop its performance and enhance its capabilities to support the social development system. We also ask Almighty Allah to make 2015 [sic] even better than previous years.

        Yousef bin Ahmed Al-Kuwari

        Chief Executive Officer

**(Annual Report for 2015)**

☐ **Qatar Charity in Brief**

**A dream that has become a reality**

**Qatar Charity:** Qatar Charity is a non-governmental organization, founded in 1992 for the development of Qatari society and other needy communities. It works in the fields of sustainable development, reducing poverty, and disaster relief and emergency response. Qatar Charity endeavors to serve all needy people and communities regardless of their color, sex, religion, race or nationality. It has been in a consultative status with the United Nations Economic and Social Council (ECOSOC) since 1997. It is also a member of the General Founding Conference of the Arab Network for Non-Governmental Organizations in Cairo since 1999. Qatar Charity is considered one of the largest charitable organizations in the Gulf.

**Its Vision**

A leading development and humanitarian organization that draws on various optimal human experiences to achieve the strongest impact for the greatest impact.

Its Message

Support the capabilities of the neediest groups to achieve human dignity and social justice in cooperation with development and humanitarian work partners.

**Its Motto**

### Together for a decent life

**Its Values**

Qatar Charity considers the principle of humanitarianism a well-established principle in its work. It also respects the values of independence, impartiality, and non-discrimination, as the Organization provides its development and humanitarian services to beneficiaries on the basis of need and without regard to any racial, ethnic, religious, political or other discriminatory considerations. To strengthen these humanitarian principles, in 2009 Qatar Charity signed the Code of Conduct Code of Conduct for the International Federation of the Red Cross and the Red Crescent and Non-Governmental Humanitarian Organizations. The Organization also constantly works to strengthen its capabilities to implement the highest professional standards in the humanitarian field such as those set forth in the Sphere Project for example.

[logo:] **Qatar Charity**    Qatar Charity    **Together… distinguished work**    **towards institutional**    **Issued in:  February 2016**

**Page 7 of 46**

**(Annual Report for 2015)**

<span style="color:maroon">**Qatar Charity**</span>

Qatar Charity's values are:

| | | | |
|---|---|---|---|
| ❋ **Humanity** | ❋ **Independence** | ❋ **Impartiality** | ❋ **Non-discrimination** |
| ❋ **Transparency** | ❋ **Professionalism** | ❋ **Cooperation** | ❋ **Affiliation** |

## Its Purposes and Objectives

According to its bylaws, the Organization works to achieve the following objectives and purposes:

1. Supporting and advancing charitable, development and humanitarian work.
2. Establishing charitable work and supporting the values of citizenship and human rights in society.
3. Providing financial, in-kind and emotional support to needy groups.
4. Providing humanitarian, social, health, cultural, and educational services to all communities.
5. Establishing charitable projects of all kinds.

## Its Fields and Activities

Qatar Charity works locally and internationally in the fields of development and humanitarian work alike. In the field of development, Qatar Charity prioritizes education, health, safe drinking water and sanitation, economic empowerment, social care, infrastructure in rural areas, improvement of social housing, and cultural development. Qatar Charity is focused on ensuring that its development interventions are consistent with the strategic and sectoral development plans of the countries in which it operates. It is equally focused on ensuring that these interventions are consistent with the considerations that govern development issues raised at the regional and international levels, as is the case, for example, regarding the Millennium Goals, etc.

In the humanitarian field, Qatar Charity focuses its efforts on preparing for and responding to disasters and crises by providing food and non-food assistance, providing shelter services, providing beneficiaries with safe drinking water and sanitation services, reinforcing primary health services, and supporting peace-building efforts in conflict areas. In addition to development and humanitarian work, Qatar Charity also focuses on building the capacities of local civil society organizations as the Organization's contribution to strengthening the role of this important sector in development in needy countries.

**Its most important fields and activities are as follows:**

1) Receiving, accepting and collecting all kinds of donations in accordance with the law.
2) Providing funds, aid, relief, and as well as cash and in-kind loans to the needy.
3) Helping needy groups to get them out of the cycle of poverty and destitution and into the cycle of sufficiency and productivity, and creating sources for their livelihood through various projects.
4) Establishing various funds for charitable and humanitarian projects.
5) Urging and involving all segments of society to volunteer and engage in charitable, development and humanitarian work.
6) Building schools, health centers, hospitals, mosques and various education centers.
7) Holding various seminars, conferences, workshops and lectures related to charitable and development work.

**(Annual Report for 2015)**

8) Investing and managing the Organization's funds to develop its resources and fund its charitable and development activities.

9) Holding and participating in charitable fairs and markets.

10) Becoming a member of the international charitable and civil organizations working to serve and develop human societies.

11) Cooperating with all charitable and humanitarian institutions and civil society institutions to advance charitable work and achieve its desired goals, and establishing partnerships with various charitable and development sectors.

12) Sponsoring orphans.

13) Encouraging education by combating illiteracy and early stoppage of education.

14) Strengthening the relationship with the country's various ministries, institutions and bodies, and urging them to provide material and emotional support for charitable development projects.

15) Conducting awareness campaigns to preserve the noble values in society.

16) Helping remedy the wrong phenomena, habits and behaviors in society.

❑ **Qatar Charity's Strategic Plan**

Qatar Charity is working to achieve the following strategic plan:

1. Achieve sustainable social care.
2. Strengthen economic empowerment efforts and decent livelihoods.
3. Support education efforts for the benefit of societies in order to achieve development.
4. Maximize the use of technology in development and humanitarian work.
5. Contribute to achieving social harmony and coexistence.
6. Strengthen the role of Qatari society in interacting with development and humanitarian issues locally and internationally.
7. Building the capabilities of local partners.
8. Strengthening Qatar Charity's institutional structure as an international non-governmental organization.

**(Annual Report for 2015)**

❑ **<u>Qatar Charity's General Objectives</u>**

To achieve its strategic objectives, Qatar Charity seeks to achieve the following general objectives:

1. Develop sustainable social safety nets that effectively meet the basic needs of the most vulnerable social groups in the areas of health, education, and social care, etc.
2. Strengthen economic empowerment efforts and improve decent livelihoods for the able-bodied poor through financial and non-financial services.
3. Enable the children of poor families in underserved areas to benefit from high quality education services.
4. Strengthen the ability of local communities to make maximum use of appropriate technologies, thus contributing to improving their quality of life and reducing the technological gap between northern and southern communities.
5. Support peace-building efforts, achieve social harmony, and instill a culture of coexistence as necessary foundations for achieving development and prosperity in the communities wherein and for whose benefit Qatar Charity works.
6. Build the capabilities of local civil society organizations, and support them to perform the roles assigned to them in society effectively, including the roles of promoting social harmony.
7. Provide humanitarian assistance to communities affected by disasters and crises, and help them prevent, prepare for and recover from their effects.
8. Strengthen the culture of charitable work in Qatari society, and link it to development and humanitarian issues.
9. Respond to high priority social and cultural needs for the benefit of Qatari society.
10. Complete building of Qatar Charity's capabilities, and finish preparing the various systems, policies, procedures and tools.

[logo:] Qatar Charity  
Qatar Charity  
Together… distinguished work  
towards institutional  
**Issued in:  February 2016**  
Page 10 of 46

| (Annual Report for 2015) | Qatar Charity |
|---|---|

# Summary Management Report

❏ **Qatar Charity's Harvest for 2015**

✱ **Awards and Honors**

1. Qatar Charity won the award for Best Report in the Field of Social Responsibility in the State of Qatar for the year 2015 at the Corporate and Institutional Social Responsibility Conference and Awards organized by Dar Al Sharq Printing, Publishing & Distribution. This award reflects the excellence of Qatar Charity's local programs to serve Qatari society.

2. Qatar Charity won Social Development Center's 2015 Award in the institutional projects category, for the volunteer program that was distinguished by offering innovative social programs, supporting and incubating several youth volunteer programs and initiatives to enhance their impact and ensure their sustainability, and increasing its contribution to volunteer and distinguished projects, which in turn contribute to the development process.

3. For the second year in a row, Qatar Charity was honored in the Bahraini capital, Manama, for winning the Al Sanabil Award for Social Responsibility in Orphan Care Institutions in the Gulf Cooperation Council for 2015. It won the award in the category of community initiatives in the field of orphan care at the Gulf level, in appreciation of the "Rufaqa [Companions] International Initiative to Help Orphans" adopted by Qatar Charity.

4. Qatar Charity won the Best Smart Applications Award dedicated to civil society organizations in the category of community organizations in the State of Qatar, during its sixth session, for the excellence of its applications, which have had positive interaction with the real needs of beneficiaries.

5. The Kosovo office's Qatar Training Center earned a rating of excellent on its administrative and professional evaluation from the Kosovo Accreditation Authority of the Council of Ministers, and obtained the International Computer License as an accredited training and testing center.

6. The Sudan office was awarded the Pioneers Award for Volunteer Work for 2015 by the Humanitarian Aid Commission, which is the government agency supervising humanitarian work in Sudan.

7. The Ministry of Preparedness and Relief in Bangladesh recommended that the Qatar Charity office in Bangladesh be considered an exemplary organization.

**(Annual Report for 2015)**

❋ **Development and Growth**

1. During 2015, Qatar Charity's asset grew by 18% as compared 2014. Indeed, at the end of 2015, they totaled one billion one hundred eighty four [million] Qatari riyals as compared to one billion four million Qatari riyals in 2014.

2. During 2015, revenues from donations grew by 10% as compared to 2014. Indeed, in 2015 they totaled QAR 1.014 (one billion fourteen million Qatari riyals) as compared to QAR 921 million in 2014.

3. Payments for projects and sponsorships grew by 9% as compared to 2014. Indeed, in 2015 they totaled QAR 871 million as compared to QAR 800 million in 2014.

4. Administrative expenses comprised 4.5% of total receipts in 2015, a 0.10% decrease as compared 2014. However, in 2015 administrative expenses increased by 7.96% as compared to 2014 as a result of the increase in the volume of implemented projects.

5. Real estate and financial assets grew by 16% as compared to 2014. Indeed, these assets totaled QAR 959,301,136 as compared to QAR 824,365,136 in 2014.

6. Investment income increased by 11% as compared to 2014, totaling QAR 57,172,934 as compared to QAR 55,055,953 in 2014. In addition, net investment income increased by 7.3% as compared to 2014, while investment-related operating expenses decreased by 9% as compared to 2014.

7. At the end of 2015, the number of sponsees increased to 91,846 in 39 countries around the world, a 21% increase as compared to 2014. Indeed, during 2015, Qatar Charity spent QAR 181,073,618 on the orphan sponsorship.

8. Cash donations collected from the collection branches and outlets throughout Qatar grew by 45% in 2015 as compared to 2014. In addition, in-kind donations grew to QAR 10,605,772 in 2015.

9. 144 relief projects were implemented in 2015 for a sum of QAR 176 million as compared to QAR 104 million in 2014, a 69% increase over 2014, benefiting about 2,430,473 people in 14 countries, with the participation of many international and humanitarian organizations and our field offices.

10. Aid to families in Qatar totaled QAR 23,280,349, benefiting 670 individuals, with Qataris receiving 40.1% of the total amount of the aid. Various groups benefited from the aid, including widows, orphans, divorced women, debtors, patients, the infirm, the elderly, people with special needs, prisoners and others.

**(Annual Report for 2015)** | **Qatar Charity**

❋ **Administrative Development**

1. Approving and beginning implementation of regulations, policies and manuals for the headquarters and field offices, with the aim of organizing, developing and keeping pace with international standards in accordance with modern quality standards and administrative systems: Indeed, close to 80 regulations, policies and manuals were issued, 42 of which are for the headquarters, 32 are for the field offices, and 6 are for the headquarters and are in the process of being approved.

2. Training, qualifying and raising the efficiency of employees through continuous training programs internally and externally during 2015: Indeed, over 220 employees benefited from many diverse training programs in many fields and specializations.

3. Recruiting competent Qatari personnel: Indeed, at the end of 2014 there were 44 Qatari employees, and a larger number of professionals qualified in all fields were recruited and placed in upper and middle management as a first phase within the framework of restructuring the Organization.

❋ **Expansion and Spread**

1. Increasing the spread throughout the country at all levels (branches, sites, fairs, markets, points of sale, containers, etc.) and reaching larger segments of Qatari society: Indeed, there are 22 collection branches for men and women, 74 collection point locations, 6 in-kind donation disbursement points, and 1,362 boxes spread throughout the country.

2. 3 new offices were opened abroad in Djibouti, Chad and Kenya, and 8 offices are being established abroad in Morocco, Jordan, Ghana, Sri Lanka, Kyrgyzstan, India, Ghana [sic], and Togo.

3. During 2015 Qatar Charity's programs, projects and activities spread to encompass 74 countries in Africa, Asia, Europe, America and Australia. Indeed, the projects, programs and activities implemented by Qatar Charity outside Qatar during 2015 totaled about QAR 672 million, a 9% increase as compared to QAR 619 million in 2014.

4. During 2015, Qatar Charity implemented projects in European and Western countries for a total sum of QAR 21.3, and these projects included Islamic centers, cultural centers, mosques, and educational centers, etc.

5. During 2015, more than 50 international and local strategic partnerships were signed. This is in addition to the existing partnerships. The most important partnerships that the Organization entered into were with the Qatar Fund for Development, the Foundation for Human Rights, Freedoms and Humanitarian Relief/Turkey (IHH), the Qatar Red Crescent Society, Silatech, the Education Above All Foundation, the Islamic World Educational, Scientific and Cultural Organization (ICESCO), the International Medical Corps (IMC), the Food and Agriculture Organization, the United Nations Children's Fund, and the Islamic Development Bank.

**(Annual Report for 2015)**

6. For the third year in a row, Qatar Charity earned first place in the world among non-governmental humanitarian organizations in the field of relief for the Syrian people, according to the report issued by the United Nations Office for the Coordination of Humanitarian Affairs (OCHA).

## Continuous Development

### 1- Human Resources:

The human element is one of the most important pillars at Qatar Charity. Indeed, the human element is the real pillar on which modern systems and real management are based to achieve their goals. Thus, the task of human resources management has become to recruit distinguished human elements and work to develop these elements through continuous training to create technical and administrative executives according to international standards through a work environment and competitive advantages in keeping with Qatar Charity's strategy. Accordingly, we focused on the following in 2015:

- Improving the efficiency of employees through continuous training programs internally and externally during the previous year: Indeed, about 220 employees benefited from many training programs in many fields and such as (collecting donations, human development, secretarial work, relief, design, and customer service, etc.), and this was done through partnership with a number of training centers operating in Qatar, which provided their services for free or for a small fee to Qatar Charity.

- Increasing the number of employees at the headquarters and the offices abroad to keep up with the continuous development and spread required in accordance with Qatar Charity's strategic plan as well as to achieve the desired goals. Indeed, there were 742 employees, an 8% increase as compared to 2014.



[logo:] Qatar Charity
Qatar Charity

Together…
distinguished
work

towards
institutional

Issued in:  February 2016

Page 14 of 46

**(Annual Report for 2015)**                                                                     **Qatar Charity**

- Recruiting competent Qatari personnel, attracting the largest number of professionals qualified in all fields, and placing them in upper and middle management as a first phase within the framework of restructuring the Organization: Indeed, by the end of 2015 there were 44 Qatari employees.
- In 2015, a set of human resource regulations and policies were approved, eleven for the headquarters and twelve for the field offices, and their implementation actually began during that year.
- A proposal was submitted to create an employee training and skill development section, and it was approved for activation during 2016.

**2-  Financial and Administrative Systems and Policies:**

During 2015, the Organization conducted several reorganizations, developed the organizational structure, laid the foundations for institution building, developed tools and work mechanisms, and applied modern programs and technologies, the most important of which were the following:

1.  Developing plans, strategies and development systems for the Finance Department at the headquarters and field office levels, using the existing competencies at the Organization, and developing the collection systems so as to become electronic systems with the help of the departments specialized in this area.

2.  Developing controls to activate the role of internal oversight, and protecting the Organization's funds.

3.  Implementing management's strategic vision in line with the Organization's strategy of modernizing and developing financial systems and internal oversight systems.

4.  Approving and implementing financial and administrative regulations and policies and internal oversight systems for all departments at Qatar Charity, which totaled 42 issues for the headquarters and 32 issues for the field offices, as indicated in the table below:

Regulations, policies, guides and operating systems for headquarters and field offices

| No. | Work | Headquarters | Field Offices | Total |
|-----|------|-------------|---------------|-------|
| 1 | Identity and plans | 4 | 0 | 4 |
| 2 | Organizational structure | 2 | 3 | 5 |
| 3 | Finance | 10 | 8 | 18 |
| 4 | Oversight | 4 | 2 | 6 |
| 5 | Human resources | 13 | 12 | 25 |
| 6 | Administrative | 7 | 5 | 12 |
| 7 | Electronic systems | 1 | 1 | 2 |
| 8 | Approved international management systems | 1 | 1 | 2 |
| **Total** | | **42** | **32** | **74** |

**(Annual Report for 2015)**                                    **Qatar Charity**





5. Activating the role of the General Services Department so all procurement occurs in accordance with the internal controls and oversight, and restructuring management in line with the volume of requests and services for the projects so as to operate with the requisite quality and transparency.

6. Starting application of the electronic exchange system at the headquarters and field offices, and direct linkage with the accounting program, which has led to an increase in the efficacy of the role of internal oversight over all financial transactions.

7. Creating a warehouse and logistical support unit to protect the Organization's assets and property.

8. Insuring all of the Organizations assets, including buildings, vehicles, warehouses and collectors. All fixed boxes located at Islamic companies are also being insured under the Takaful cooperative system.

9. Starting application of a number of electronic programs pertaining to the Organization's activities, and they are:
   - The internal and external disbursement system.
   - The clock-in/clock-out system and integration with the current systems (MenaMe).
   - The new electronic collection system.
   - The bank clearing system.
   - The online supplier registration system.
   - The Zhukhr aid disbursement system.
   - The archive system.
   - The contract system.
   - The estimated budget software.

**3-  Information Technology:**

a. Regarding software development, many software programs and electronic systems were developed, the most important of which are:
   - The electronic service system.
   - The contract system and integration with the internal disbursement system.
   - Qatar Charity's new website.
   - Qatar Charity's iPhone app.
   - The field video app for android phones.
   - Home collection app.
   - The budget system.
   - The communication center systems and linkage with the Lync software.
   - The new Rufaqa [Companions] website.
   - The text message system (sponsorships, etc.).
   - The advance settlement system.
   - The clearance system (final, collector, treasurer).
   - The trust management system (delivery, receipt, depreciation, inventory, etc.).
   - Developing a complete system for the Easing Hardships program (website, mobile telephone, SMS, customer service, etc.).
   - The system of linking related products to each other (from the field).
   - The official missions system and linking it to the internal disbursement system.
   - Information technology inventory management software.
   - Online chat system.

b. Regarding infrastructure and networks:
   - Developing communications and email systems at the Organization.
   - Connecting with telecommunications companies (Ooredoo and Vodafone).
   - Developing and improving the efficiency of self-service devices (kiosk).

**(Annual Report for 2015)**                                                                    **Qatar Charity**

- Developing the infrastructure of the database servers.
- Preparing the infrastructure for Qatar Charity's new websites.
- Developing new website protection systems.

**4-  Financial Systems:**

The Financial Department is working to achieve Qatar Charity's strategic vision on all levels, make a qualitative shift in terms of objectivity, transparency, clarity, accuracy and speed of fulfillment of responsibilities, constantly work on continuous electronic development, and implement the latest internal control systems in accordance with international auditing standards so as to ensure achievement of the maximum possible quality of work, and always institute continuous development systems, which in turn leads to controlling the level of performance and implementing the latest internal oversight systems in line with the continuous development of the Organization's departments.

**5-  Resource Development:**

Qatar Charity paid close attention to the process of collection and marketing, which are the main tools for attracting resources to the Organization. As a result, work was done on more than one level in this regard, as follows:

1. Attracting major philanthropists, donors and businessmen in Qatar and communicating with them directly.
2. Enhancing the confidence of government agencies in working with Qatar Charity.
3. Increasing the spread throughout the country at all levels (branches, sites, boxes, containers, fairs, markets, points of sale) and reaching larger segments of Qatari society, through:
   - Increasing the Organization's collection branches. Indeed, by the end of 2015, it had 22 collection branches and 74 collection point locations throughout the country, for a total of 96 outlets.
   - Increasing the number of fixed collection boxes. Indeed, by the end of 2015, they totaled 1,435 boxes.
   - Increasing the number of in-kind donation containers. Indeed, by the end of 2015, they totaled 201 containers.
   - Increasing the number of in-kind points of distribution. Indeed, by the end of 2015, they totaled 6 sale outlets.
4. Launching electronic collection on automated coupon machines and collecting funds via the Internet and via SMS.
5. Instituting new mechanisms to attract Zakat resources. Indeed, marketing plans were developed and relationships with major companies and philanthropists were strengthened.

**(Annual Report for 2015)**                                           Qatar Charity

6.  Establishing strong and effective partnerships with reputable institutions in Qatari society, recruiting VIPs to financially contribute to Qatar Charity projects, and attract young people to engage in volunteer work on the Organization's activities and campaigns.

7.  Creating electronic monitoring systems to track collectors in the field.

8.  Hiring 20 new collectors to occupy strong positions, which contributed to increasing work hours and thus increasing the revenues collected.

9.  Organizing four specialized courses for collectors and supervisors in order to raise their efficiency and professional level.

10. Introducing the mobile collector system, where the good relations that link some collectors to some donors have been taken advantage of.

11. Introducing the "Aghla Hadiya [Most Cherished Gift]" project: The project consists of building a mosque to be presented as a gift by the donor to whomever he wishes. Thanks be to Allah, 50 mosques were marketed through the Ramadan campaign to the (QAR 50,000 to 60,000) [donor] groups.

In-kind Donations:

- During 2015, realized revenues totaled QAR 10,605,772, including QAR 10,605,772 in revenues from the charity market.

- In-kind aid to the Syrian people totaled QAR 6,416,320, as follows:
    - 12 containers of in-kind aid to the Syrian people in cooperation with the Turkish Islamic Relief Organization  (IHH), and Qatar Charity volunteers for an estimated value of QAR 2,785,640.
    - 10 containers of in-kind aid to the Syrian people for an estimated value of QAR 3,630,680.

- 60 containers of additional in-kind donations that are fixed and spread around the country were distributed for a total of 201 distributed containers, and efforts were made to distribute them geographically and in highly populated areas.

- Organizing specialized courses for in-kind donation employees in order to improve their professional and functional level.

**(Annual Report for 2015)** | **Qatar Charity**

❑ **Sector Reports and Geographic Analysis of the Projects**

**First: Qatar Charity's Fields, Projects and Activities**

Amending the table by adding 2015 data, and amending the table to begin with 2015, followed by 2014 then 2013, etc. I also think that there is no need for the percentage change that makes a comparison with 2012, and that a comparison with 2013 is sufficient.

| Main Field | Payments | | | | As a percentage of total | Percentage change for 2014 | |
|---|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | | 2012 | 2013 |
| Social Field | 90,711,840 | 134,785,882 | 151,368,850 | 173,506,770 | 25% | 29% | 15% |
| Advocacy Field | 47,476,997 | 122,598,348 | 129,688,286 | 167,370,536 | 24% | 37% | 29% |
| Relief Field | 30,335,583 | 98,882,205 | 64,493,501 | 119,627,236 | 17% | 21% | 85% |
| Seasonal Fields | 24,206,726 | 26,728,599 | 32,955,358 | 38,103,931 | 6% | 43% | 16% |
| Family Development Field | 2,705,550 | 8,605,250 | 31,136,377 | 44,486,988 | 6% | 417% | 43% |
| Educational Field | 1,522,767 | 2,969,095 | 21,171,193 | 35,178,999 | 5% | 1085% | 66% |
| Village and Community Reconstruction Field | 44,178,558 | 2,452,560 | 17,538,726 | 44,339,527 | 6% | 1708% | 153% |
| Water and Sanitation Field | 2,361,222 | 11,979,331 | 16,104,056 | 29,506,984 | 4% | 146% | 83% |
| Health Field | 9,075,991 | 17,814,239 | 10,624,546 | 29,870,273 | 4% | 68% | 181% |
| Other various fields | 4,802,841 | 3,958,357 | 2,421,131 | 5,469,452 | 1% | 38% | 126% |
| **Total** | **257,378,076** | **430,773,866** | **477,502,025** | **687,460,697** | **100%** | **60%** | **44%** |

**Second: The Geographic Areas and Countries Wherein the Organization Focuses Its Activities**

🔹 **Local Level (Inside Qatar)**

- Based upon the strategic plan for local development at Qatar Charity, and its three social, economic and cultural pillars, which are compatible with Qatar Vision 2030, and out of the belief in the importance of helping to find programs that serve different segments of society, work has been done to ensure the selection of programs and activities to be implemented in keeping with the national vision to address five challenges:

1. The modernization and preservation of customs and traditions.
2. The needs of the current generation and the needs of future generations.
3. Targeted growth.
4. The path of development in Qatar.
5. Economic and social development as well as environmental protection and development.

Accordingly, there was significant expansion in the programs and activities within Qatar. Indeed, many cultural, educational, social and seasonal projects were implemented, including

- The Ramadan public program (Al-Baraha) was held at The Pearl-Qatar and in the cities of Al-Khor and Al-Shahaniya.
- Activation of The Pearl and Katara mosques. Indeed, a group of well-known Quran readers and lecturers were recruited to come to the mosques.
- The Ramadan radio program, Taraweeh, experienced a qualitative shift this year. Indeed, revenues jumped to over QAR 50 million by introducing the community to Qatar Charity's projects in a different way.
- The month of Ramadan of the year 1436 A.H. [2015 A.D.] witnessed an increase in the number of tables to 37 and a reduction in their costs to make it easier to find donors. This included 21 Iftar tables overseen by Qatar Charity directly, 2 tables that it only funded, 13 tables for communities funded by the Organization and overseen by the communities approved in Qatar, one mobile table for industrial workers, and one table funded with a tent only. Moreover, a Suhur [pre-fast meal] project was introduced this year.
- There were also other projects that touched the community, such as Saqy Al-Musaleen [Water for Worshipers], Iftar Al-Jawal [Mobile Iftars], and Fih Al-Aafiya [Wellness]. These projects benefited over 385,000 people.
- For the fourth year in a row, the National Program for Strengthening Values  was held, with participation from 56 schools. Moreover, the number of products from students in the competition fields increased to 95 subjects, an increase of 25 subjects from last year. The program achieved revenue of QAR 875,398, which was allocated to build 5 schools abroad.

**(Annual Report for 2015)**                                                    **Qatar Charity**

- For the first time we achieved radio spread. Indeed, the program Asfar was broadcast on the Sout Al-Khaleej [Voice of the Gulf] station, the program Min Al-Qalb [From the Heart] was broadcast on Qatar radio's public program and the Quran station, and the program Anfaahum Lilnas [The Best of People] was broadcast on the Qatar Foundation station.

- In the 15 months since its launch on 2/9/2014, the radio program Tafreej Karba [Easing Hardship] has generated revenues of QAR 55,172,653 through the 60 episodes in the life of the program.

- The Suhba [Companionship] program continues to provide a set of ongoing activities for middle school students, where the project offers a variety of activities, events and dialogue within a value framework.

- The Saqy Al-Ommal [Water for Workers] project: Water was distributed in various areas from Al-Khor to Al-Wakra, and water and juice were distributed to workers during the period from morning to noon.

- The "Adamha" project continues for the third year to support productive families. Indeed, it provided meals for some of the Iftar Al-Saim [Meals for Fasting Individuals], Iftar Al-Jawwal [Mobile Iftar] and Min Al-Bayt Lilbayt [From Home to Home] tables, benefiting a total of 1,050 beneficiaries daily and 31,500 beneficiaries during the month.

- The "Lakum Tahia [Greetings to You]" program aims to provide workers with personal hygiene tools. After that, a contract was concluded with a group of companies to join the project, as well as hotels, companies and institutions to donate quantities of personal hygiene tools. The project covered 4,500 workers.

- For the second year, the Saqya [Water] project is distributing water bottles to workers and they are being educated by doctors and specialists about dehydration.

- The "Patient Clinic" program: A large number of patients were visited in the Al-Rumaila and Al-Khor hospital.

- During Ramadan, we began the advocacy project by designating a group of sheikhs, preparing a schedule for various visits to ministries, councils, government ministries, private institutions and bodies, schools, The Pearl Hall, the Al-Ansari Complex and farms, as well as publishing videos.

- The Arabic language through nature and practice project, which is a training course directed at teachers of subjects taught in Arabic. The project continues annually for schools, and 450 schools benefited from it this year.

- The Ana Ighathy [I am a relief worker] project, which was launched in cooperation with Qatar University, and which aims to spread awareness about the concept of relief and disaster response.

- To celebrate World Diabetes Day, a poster was launched on social media channels, entitled "Balanced Nutrition is Required," a Qatar Charity initiative to serve as a reminder on World Diabetes Day.

- The sacrificial animal project for 1436 A.H. [2015 A.D.] for the benefit of 12,000 beneficiaries, representing 5,600 beneficiary families.

- The "How to You Earn the Love of Students" program, implemented by Sheikh / Shaqr Al-Shahwani, by giving weekly lectures to teachers. 46 lectures were given at school and attended by 550 teachers.

- Qatar Charity participated in a number of exhibitions and forums, specifically the Awareness and Aid Methods Exhibition, the "With Our Hands We Plant Our Values" Exhibition, and the Civil Defense Exhibition. 5- Mitigation of disasters. Indeed, it was an opportunity to showcase Qatar Charity's programs and projects.

**(Annual Report for 2015)**                                                      Qatar Charity

- Qatar Charity organized a trip to China for 19 orphaned students along with chaperones and managers for the Future Leaders [program], with organization by Debono [phonetic] Qatar Company, in order to reinforce Islamic values, develop and refine behavioral and personal skills, and provide an introduction to industry from the inside.

- Qatar Charity looked forward to adopting a set of community initiatives. Indeed, a contract was signed with the Educational Pioneers Initiative, which considers the project a youth initiative and which is preparing a generation capable of bearing the burdens of life while developing its capabilities and skills in various areas.

- As of the end of 2015, the Zawaj [Marriage] project had resulted in 242 marriages. Please note that, as of the date of the annual ceremony in 4/2016, 29 marriages had been registered and this number is likely to increase. The goal of the project is to enable young people to marry free of charge so as to ease the burdens of marriage on them, as well as provide them with indirect cultural and social support to preserve the institution of marriage. Marriages are held in Qatar Charity's tent.

- There were 20 visits to the councils of elders, dignitaries and families, to offer a set of lessons in the field of faith and education, and gifts were offered at each visit.

- Qatar Charity celebrated World Orphans Day with the cooperation of the Barzan Youth Center. 100 orphans participated, and the events included contests, educational values, and the distribution of gifts. Orphans participated in the events with their families and siblings.

- Via the partnership between Qatar Charity, IKEA and UNICEF in GCC countries, under which children sponsored by Qatar Charity benefit from the toys that the company manufactures and sells, IKEA collects the proceeds from the toys and transfers them to countries whose children lack educational opportunities.

- On occasion of National Sports Day, in cooperation with UNICEF and the IKEA Toy Company, Qatar organized a party to distribute gifts to children and the rest of the games that Qatar Charity distributes to the orphans it sponsors, as well as sick children in hospitals. 964 dolls were received in 2014 and 1,052 dolls were received in 2015.

- For the second year in partnership with Nestle, the Giving Baskets project was implemented. These baskets contain food items comprised mostly of Nestle products, which are distributed to low income families through Qatar Charity.

- Rations were distributed in cooperation with Qatar Academy. Indeed, students prepare cartons containing food items that are distributed to low-income families. 150 students participated in distributing the items in the Abu Hamour residential area.

- Water cooler project: The project has continued since 2004 and until 2015. There are 205 coolers distributed throughout Qatar.

**(Annual Report for 2015)**

**Qatar Charity**

### In the Field of Internal Aid

During 2015, Qatar Charity provided aid totaling QAR 23,280,349, encompassing many groups in Qatari society as follows:

| Social Aid Within the State of Qatar During 2015 | | |
|---|---|---|
| **Group** | **Amount** | **Number of Beneficiaries** |
| **Low income individuals** | 3,403,676 | 186 |
| **Debtors** | 5,454,612 | 73 |
| **Patients** | 9,929,668 | 201 |
| **Unemployed individuals** | 1,946,717 | 114 |
| **Prisoners/Detainees** | 114,450 | 7 |
| **Students** | 7,000 | 1 |
| **Divorced women** | 779,192 | 43 |
| **Widows** | 210,760 | 15 |
| **The elderly and the infirm** | 183,000 | 10 |
| **Prisoners** | 1,013,274 | 9 |
| **Abandoned wives** | 63,000 | 4 |
| **Wayfarers** | 20,000 | 2 |
| **People with special needs** | 155000 | 5 |
| **Total** | **23,280,349** | **670** |

| **Nationality** | **Total** | **Number of Beneficiaries** |
|---|---|---|
| **Qatari** | 9,335,499 | 158 |
| **Non-Qatari** | 13,944,850 | 512 |
| **Total** | **23,280,349** | **670** |

**(Annual Report for 2015)** | **Qatar Charity**

## Social Development Centers

Qatar Charity has a set of social centers in various locations in Qatar. These centers experienced qualitative and quantitative development, as the number of centers reached 8. The centers specialize in providing various activities, programs and events for the benefit of all segments of society, developing the various segments of society within the geographical scope wherein they are located, and activating the energies and skills of individuals.

The centers also experienced fruitful interaction with the community through a set of national events and celebrations, such as National Day, the Eid Ul-Fitr and Eid Ul-Adha Festival, and other religious and national celebrations.

The community development centers implement their programs in Qatar, according to educational standards supervised by specialized experts, and focus on developing all behavioral, ethical and skill aspects of the centers' employees and beneficiaries. All work was carried out by staff specialized in community service who work at the community development centers by geographic area, where qualitative and specialized programs are provided for all segments of society to fulfill and meet the need in Qatari society. The community development centers' most prominent achievements were as follows:

1) Targeting more than 82,000 beneficiaries by implementing over 1,000 quality and specialized programs in the various geographic areas of Qatar.

2) Qataris who benefited from all programs accounted for 40% of the total beneficiaries.

3) 200 Qatari students who are studying abroad were targeted by holding workshops and training programs for them.

4) 400 media (video) awareness, value-added and advertising materials were produced and published on social media, targeting all segments of society.

5) Over 1,200 Qatar (male and female) employees were recruited through the various value-added and training programs at community development centers, Al-Khor, Al-Rayyan and Al-Wakra branches.

6) Over 1,000 orphans (future leaders), elderly individuals and widows were included in specialized and qualitative programs that were carefully and professionally provided to these targeted segments by staff specialized in these programs.

| 2011 | 2012 | 2013 | 2014 | 2015 |
|------|------|------|------|------|
| 5 centers | 6 centers | 7 centers | 10 centers | 8 centers |

**(Annual Report for 2015)** | **Qatar Charity**

### International Level

In addition to focusing on local within Qatar, the Organization also gave foreign work more importance. Indeed, during 2015 Qatar Charity's programs, projects and activities expanded, encompassing 73 countries in Africa, Asia, Europe, America and Australia.

### Qatar Charity's (Field) Offices Abroad

The number of Qatar Charity's field offices reached 22, with offices in Palestine, Pakistan, Yemen, Sudan, Somalia, Mauritania, Indonesia, Bangladesh, Niger, Burkina Faso, Comoros, Mali, Albania, Bosnia, Kosovo, Tunisia, London, Turkey (coordinating office), Djibouti, Chad, and Kenya. This is in addition to Qatar Charity's work in Qatar, and wherever best interest so requires, Qatar Charity has more than one office in a single country, as is the case for example with Sudan, Pakistan and Palestine. Qatar Charity is seeking to increase the number of its field offices abroad to reach 30 offices.

Qatar Charity gave special priority to countries wherein it has field offices for several reasons the most important of which are:

1. Strengthening the capabilities of Qatar Charity's field offices.

2. Receiving carefully thought out project proposals.

3. Following up on projects with precision.

4. Controlling the specifications of implemented projects.

5. The ability to mobilize local resources.

As for countries in which the Organization has no offices, focus was placed on social projects, with the exception of Western Europe and Canada, given the nature of the projects that Qatar Charity has been implementing in these countries, which mainly pertain to Islamic cultural centers, as well as countries with which there were previous dealings when these dealings did not result in implementation problems.

**(Annual Report for 2015)**

❋ **Geographic Spread of Qatar Charity's Work**

The list of countries that Qatar Charity worked with during 2015 included the following:

Check the number of countries by adding 3 countries for a total of 73 countries.

| List of African countries | List of Arab countries | List of Asian countries | List of European countries and countries in the Americas |
|---|---|---|---|
| 1. Senegal<br>2. Mali<br>3. Niger<br>4. Burkina Faso<br>5. Benin<br>6. Togo<br>7. Ghana<br>8. Nigeria<br>9. Chad<br>10. Kenya | 1. Palestine (West Bank + Gaza Strip)<br>2. Yemen<br>3. Sudan<br>4. Mauritania<br>5. Morocco<br>6. Tunisia<br>7. Jordan<br>8. Lebanon<br>9. Iraq<br>10. Somalia<br>11. Comoros<br>12. Lebanon | 1. Indonesia<br>2. Pakistan<br>3. Bangladesh<br>4. India<br>5. Sri Lanka<br>6. Myanmar<br>7. Kyrgyzstan<br>8. Iran | 1. Albania<br>2. Kosovo<br>3. Bosnia<br>4. Turkey<br>5. Spain<br>6. Italy<br>7. France<br>8. Germany<br>9. Britain<br>10. Belgium<br>11. Luxembourg<br>12. Switzerland<br>13. Canada<br>14. Holland |

- Moreover, Qatar Charity opened new horizons for spreading Islam by building Islamic centers in European countries (Italy, Spain, Switzerland, Germany, France, Canada, Norway, Poland, Ireland, Luxembourg, Sweden, Belgium, and Holland). Indeed, during 2015 it spent nearly QAR 21 million on these projects.

**(Annual Report for 2015)**

## The Field Offices' Accomplishments during 2015

### Albania Office

- During 2015, a total of 56 projects were implemented in the field of (education and culture - relief - community housing - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 8,263,755, a 391% increase as compared to the projects implemented during 2014, with 18,024 beneficiaries from these projects and 17,467 families benefiting from the seasonal projects.
- During 2015, a total of QAR 6,000,000 was spent on social care, a 32% increase as compared to the sum spent in 2014, with the number of sponsees totaling 3,200.
- During 2015, the office collected new and used clothing and redistributed them to poor families and orphans. There were 10,000 beneficiaries from this project.
- The Albanian Qatari Educational Center was the best education center in Albania.
- The five female students of the Albanian Qatari School earned top national placement in Albania for the 2015 high school exam results.

### Kosovo Office

- During 2015, a total of 78 projects were implemented in the field of (education and culture - community housing - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 1,351,000, a 72% increase as compared to the projects implemented during 2014, with 6,642 beneficiaries from these projects and 11,340 families benefiting from the seasonal projects.
- During 2015, a total of QAR 3,398,389 was spent on social care, an 8% increase as compared to the sum spent in 2014, with the number of sponsees totaling 1,583.
- During 2015, in cooperation with the Municipality of Mitrovica, the office dug 58 wells at the municipality's schools and clinics to secure safe drinking water for students and patients who frequent the clinics. There were 2,500 beneficiaries from this project.
- The Qatar Training Center earned a rating of excellent on its administrative and professional evaluation from the Kosovo Accreditation Authority of the Council of Ministers, and obtained the International Computer License "as an accredited training and testing center" for the second year in a row. It also became a center accredited by the "Global Autodesk" Company. It is the only and first center in Kosovo, and it is considered the best training center in Kosovo and a strong competitor in the training and qualification market, despite the newness of its work, which began in 2013. It graduated over 750 students in 2015.

### Bosnia Office

- During 2015, a total of 78 projects were implemented in the field of (agriculture - relief - community housing - water and sanitation - seasonal projects) for a sum of QAR 870,626, a 4% increase as compared to the projects implemented during 2014.

**(Annual Report for 2015)**

- During 2015, a total of QAR 5,734,744 was spent on social care, a 25% increase as compared to the sum spent in 2014, with the number of sponsees totaling 2,338.
- During 2015, in cooperation with the Ministry of Displaced Persons and Immigrants, the office implemented income-generating projects to enable the residents of eastern Bosnia to be stable and self-reliant. The cost of the project was QAR 365,619, and 300 families were beneficiaries of the project. In addition, in cooperation with the Nahla Women's Association, the office provided professional support to the mothers of orphaned children. The project cost QAR 10,000.

## Palestine Office - Gaza

- During 2015, a total of 56 projects were implemented in the field of (education and culture - relief - community housing - health sector - agriculture and fisheries sector - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 57,015,380, a 137% increase as compared to the projects implemented during 2014, with 9,338,569 beneficiaries from these projects.
- During 2015, a total of QAR 17,381,136 was spent on social care, a 17% increase as compared to the sum spent in 2014, with the number of sponsees totaling 7,343, an increase of 958 sponsees as compared to 2014.
- The office managed the activities of the National Workshop for Civil Society Organizations related to the development of humanitarian work around the world. It was attended by the General Coordinator of OCHA in Palestine, as well as dozens of international and national institutions active in the Gaza Strip.
- The office signed 5 agreements with the Islamic Development Bank to implement vital projects to reconstruct what was destroyed by the Israeli occupation in the various sectors in the Gaza Strip and [undertake] other projects.

## Somalia Office

- During 2015, a total of 741 projects were implemented in the field of (education and culture - health - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 10,955,065, a 19% increase as compared to the projects implemented during 2014, with 271,490 beneficiaries from these projects.
- During 2015, a total of QAR 19,429,705 was spent on social care, a 32% increase as compared to the sum spent in 2014, with the number of sponsees totaling 11,157.
- The office implemented the early recovery project for the flood victims in Middle Shabelle in order to help local communities restart agricultural production work and strengthen public facilities that were damaged due to the environmental crises in the governorate in 2013-2014. The project cost QAR 3,647,500, and there were 92,776 beneficiaries from this project.
- The office implemented a partnership project with the International Medical Corps to support continued access to basic and maternity medical services in Middle Shabelle at a cost of QAR 593,500, and there were 81,250 beneficiaries from this project.
- The office implemented the urgent relief project for the benefit of Yemeni refugees in Somalia in order to ease the suffering of the families of Yemeni refugees and Somali returnees who were displaced by the wars ongoing in Yemen at a cost of QAR 365,000, and 600 families benefited from this project.
- The office implemented the Qatar Charity campaign to help the displaced persons and the poor affected by famine and drought in Somalia, which is a humanitarian campaign aimed at providing aid to the affected persons at a cost of QAR 3,000,000, and there were 71,373 beneficiaries from this project.

**(Annual Report for 2015)** | **Qatar Charity**

## Sudan Office

- During 2015, a total of 433 projects were implemented in the field of (education and culture - relief - community housing - health - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 14,778,697, with 137,163 beneficiaries from these projects.
- During 2015, a total of QAR 12,143,006 was spent on social care, a 25% increase as compared to the sum spent in 2014, with the number of sponsees totaling 3,973.
- During 2015, the office built a water plant in the Saqadi area in partnership with the Qatar Red Crescent and the Al-Daawa Organization for a sum of QAR 2,876,300, benefiting 17 villages, and there were 20,000 beneficiaries from this project.
- The office received the Pioneers Award for Volunteer Work for 2015 in Sudan by the Humanitarian Aid Commission, which is the government entity overseeing humanitarian work in Sudan.
- The One Heart Program was filmed in Sudan and broadcast on the Qatari channel Al-Rayyan and the Sudanese channel Al-Shorouq.
- Implementation of qualitative projects began in Sudan, such as the Rufaqa [Companions] Model Village, a water plant project, and the Darfur Water Program.

## Indonesia Office

- During 2015, a total of 974 projects were implemented in the field of (education and culture - relief - community housing - health - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 14,105,053, a 36% increase as compared to the value of projects implemented in 2014, with 137,163 beneficiaries from these projects.
- During 2015, a total of QAR 5,631,959 was spent on social care, a 10% increase as compared to the sum spent in 2014, with the number of sponsees totaling 2,581.

**(Annual Report for 2015)** | **Qatar Charity**

## Pakistan Office

- During 2015, a total of 1,374 projects were implemented in the field of (education and culture - water and sanitation - seasonal projects) for a sum of QAR 8,615,120, a 55% increase as compared to the value of projects implemented in 2014, with 282,600 beneficiaries from these projects.
- During 2015, a total of QAR 7,444,290 was spent on social care, an 18% increase as compared to the sum spent in 2014, with the number of sponsees totaling 4,056.
- In cooperation with the UNICEF, the office implemented well, collection basin, laundry and latrine projects as well as awareness campaigns for the poorest rural areas of southern Punjab at a cost of QAR 2,044,000, with the total number of beneficiaries from this project being 97,000, and in Banu at a cost of QAR 3,018,000, with the total number of beneficiaries from this project being 141,450.

## Bangladesh Office

- During 2015, a total of 4,936 projects were implemented in the field of (education and culture - water and sanitation - health - seasonal projects) for a sum of QAR 71,275,993, a 124% increase as compared to the value of projects implemented in 2014, with 990,030 beneficiaries from these projects.
- During 2015, a total of QAR 3,848,074 was spent on social care, a 9% increase as compared to the sum spent in 2014, with the number of sponsees totaling 2,259.
- The office implemented a number of qualitative projects as part of the projects implemented in 2015. Indeed, it implemented the Qatari Hospital and Medical Center in the city of Bhairab and the city of Saidpur, the Haji Esmat School for Orphans in the city of Bhairab, the Barqao, Hoqlaqa and Abu Al-Hashem Islamic School[s] in the Munshiganj District, and the water desalination plant in the Satkhira District.
- The Ministry of Preparedness and Relief in Bangladesh recommended that the Qatar Charity office in Bangladesh be considered an exemplary association.

## Tunisia Office

- During 2015, a total of 226 projects were implemented in the field of (water and sanitation - health - agriculture - seasonal projects) for a sum of QAR 15,363,140, with 29,405 beneficiaries from these projects.
- During 2015, a total of QAR 925,835 was spent on social care, a 63% increase as compared to the sum spent in 2014, with the number of sponsees totaling 440.
- The office implemented a number of qualitative projects in partnership with the Qatar Friendship Fund and the Qatari Ministry of Foreign Affairs. Indeed, it implemented the second phase of the "Daam [Support]" program for the sustainability of work for the future, and the project to upgrade community housing in Jendouba.

**(Annual Report for 2015)** | **Qatar Charity**

### Djibouti Office

- Despite the newness of the office, it began implementing 114 projects in 2015 in the field of (education - relief - health - water and sanitation - economic empowerment - seasonal projects) for a sum of QAR 3,632,293, with 36,000 beneficiaries from these projects.
- The office began implementing a qualitative project in partnership with the Kuwaiti Mercy International Organization. Indeed, it began implementing the "Doha Khair Village" construction project. The project consists of an integrated village to accommodate the homeless poor. The project includes the construction of 100 housing units, a clinic, a school, a mosque, a sewing workshop and a water network. The project began in October 2015 and is still under implementation. The total cost of the project is QAR 4,613,637, and work on it will end on 30 September 2016.

### Kenya Office

- Despite the newness of the office, at the end of 2015 it began preparing for a number of qualitative projects. Indeed, it started a partnership project between the Qatar Charity office and the Endowment Fund to implement a number of joint projects in the field of water and sanitation in Kenya, particularly in the remote provinces, which suffer from the scarcity of water services. It also began implementation of the Kakuma Educational Camp project in partnership with the United Nations High Commissioner for Refugees (UNHCR), a project that aims to provide distinguished educational services for the benefit of refugees at all educational levels.
- During 2015, a total of QAR 221,100 was spent on social care, with the number of sponsees totaling 847.
- During 2015, a total of QAR 1,146,154 was spent on seasonal projects.

### Comoros Office

- During 2015, a total of 3 projects were implemented in the field of (education and culture - relief - seasonal projects) for a sum of QAR 316,657, with 1,360 beneficiaries from these projects.
- During 2015, a total of QAR 48,782 was spent on social care, with the number of sponsees totaling 225.
- The Qatar Charity office in the Comoros partnered with the Arab Committee for Investment and Development to build a primary school at a cost of QAR 254,436.
- The office received a certificate of appreciation from the Ministry of Health in the Republic of the Union of the Comoros.

## Niger Office

-   During 2015, a total of 4,953 projects were implemented in the field of (education and culture - water and sanitation - health - community housing - seasonal projects) for a sum of QAR 18,709,181, a 55% increase as compared to the value of projects implemented in 2014, with 396,659 beneficiaries from these projects.

-   During 2015, a total of QAR 2,839,636 was spent on social care, a 75% increase as compared to the sum spent in 2014, with the number of sponsees totaling 1,271.

-   In cooperation with the Food and Agriculture Organization of the United Nations, the office implemented a number of agricultural and fishery projects in Niger at a cost of QAR 761,215, with 15,800 families benefiting from the project. Moreover, in cooperation with the Qatar Red Crescent, the office began constructing a model farm for seed production to help supply enhanced seeds in a country wherein there are no good crops. The cost is QAR 2,394,170 and the number of beneficiaries from the project will be 41,200.

-   The electronic disbursement has been approved with the local bank, whereby disbursements are made to beneficiaries via electronic bank transfers without contacting the bank or making a visit to execute the transfers.

-   At the recommendation of the Food and Agriculture Organization of the United Nations, the office's agricultural engineer was trained at the expense of a Belgian university for 3 months in Belgium on the irrigation and vegetable cultivation that Qatar Charity engages in when it enters areas to improve their capabilities.

-   In Niger, the Qatar Charity office was ranked among the best partners of the Food and Agriculture Organization of the United Nations. Indeed, 3 cooperation agreements were signed during 2015 with the Organization. In addition, the number of agreements signed between Qatar Charity and the Food and Agriculture Organization totaled 23 during the previous year, thus enabling the office of the Food and Agriculture Organization of the United Nations in Niger to offer the possibility of expanding this partnership to encompass other countries wherein both entities operate.

## Yemen Office

-   Despite the circumstances that Yemen is experiencing and the office's inability to function normally, during 2015, a total of QAR 29,340,701 was spent in the field of (education and culture - water and sanitation - health - economic empowerment - community housing - seasonal projects).

-   During 2015, a total of QAR 27,785,100 was spent on social care, an 11% increase as compared to the sum spent in 2014, with the number of sponsees totaling 52,080.

## Chad Office

-   As for the Chad office, it is one of the offices that were inaugurated at the end of 2015, and its first work was the inauguration of the regional educational center, whose foundation stone was laid by the Chief Executive Office of Qatar Charity in the presence of the Prime Minister of Chad and the Secretary General of ICESCO. Qatar Charity contributed QAR 1,825,000.

**(Annual Report for 2015)** | **Qatar Charity**

## Mali Office

- During 2015, a total of 595 projects were implemented in the field of (education and culture - water and sanitation - health - economic empowerment - seasonal projects) for a sum of QAR 4,604,703, with 22,464 beneficiaries.
- During 2015, a total of QAR 3,209,082 was spent on social care, a 21% increase as compared to the sum spent in 2014, with the number of sponsees totaling 1,838.

## Mauritania Office

- During 2015, a total of 556 projects were implemented in the field of (education and culture - water and sanitation - health - community housing - economic empowerment - seasonal projects) for a sum of QAR 15,325,368, a 576% increase as compared to the value of projects implemented in 2014, with 50,285 beneficiaries from these projects.
- During 2015, a total of QAR 2,955,437 was spent on social care, a 28% increase as compared to the sum spent in 2014, with the number of sponsees totaling 2,015.

## Burkina Faso Office

- During 2015, a total of 4,953 projects were implemented in the field of (education and culture - water and sanitation - health - economic empowerment - seasonal projects) for a sum of QAR 18,709,181, with 55,800 beneficiaries from these projects, and 71,500 families benefiting from the seasonal projects.
- During 2015, a total of QAR 2,178,894 was spent on social care, a 183% increase as compared to the sum spent in 2014, with the number of sponsees totaling 1,292.
- In cooperation with Swiss Contac [phonetic], the office accomplished a number of local economic development projects to help the poorest groups obtain a source of income. The number of beneficiaries from this project was 656.

**(Annual Report for 2015)**                                                          Qatar Charity

❋ <u>**Partnerships and Agreements**</u>

In light of Qatar Charity's excellent reputation worldwide in the development and humanitarian field, many local and international organizations and agencies, local and international organizations, agencies, ministries, companies and individuals placed their trust in it by tasking it with completing many projects around the world. This is due to Qatar Charity's experience and expertise through its offices around the world as well as its executive partners. During 2015, Qatar Charity exerted significant efforts in the field of partnership and cooperation, be that by opening up to new partnerships or by continuing to cooperate with previous partners. The most important partnerships that the Organization entered into during 2015 included:

- Signing a cooperation agreement with the United Nations World Food Program to support programs to fight hunger, as fighting hunger is one of the most important sustainable development goals adopted by the United Nations during 2015.

- Cooperating with the Food and Agriculture Organization of the United Nations to implement food security projects in Niger. Indeed, Qatar Charity was selected as an exclusive executive partner of the Food and Agriculture Organization in Niger in the field of food security in view of the competence that Qatar Charity developed in Niger in implementation of this type of project.

- Cooperating with the Qatar Red Crescent Society and the Islamic Dawa Organization to finance a project to provide drinking water to a rural community of eighteen villages in the Saqadi area in River Nile State in Sudan. The project costs about three million Qatari riyals, the three organizations participated in funding it equally, and Qatar Charity was tasked with implementing it through its office in Khartoum.

- Cooperation between Qatar Charity and the Qatar Red Crescent Society to implement a project with enhanced seeds to support food security efforts in Niger. The project is expected to contribute to supplying the local market with about 15% of some crops from enhanced seeds. The project costs about seven hundred thousand dollars, and both parties are covering the cost equally.

- Cooperating with the International Medical Corps in a project funded by the European Union to provide primary and reproductive health services in the Jawhara and Shabelle regions and the south central Somalia region. Qatar Charity's contribution to this project totals one hundred fifty thousand euros.

- Joining the Start Network, which encompasses 23 of the most important member international organizations working in the humanitarian field. Through this membership in the Start Network, Qatar Charity will become able to access funding from a set of government donor entities such as the DFID and others.

- For the fourth year in a row, the Qatar Charity office in Pakistan will continue cooperating with the United Nations Fund to provide water and sanitation services in different regions of Pakistan. The importance of this project lies in the ability to promote the culture of water use in some areas, and enhance Pakistanis' attitude towards sanitation as a protection from many diseases.

- To strengthen joint cooperation between Qatari non-governmental organizations to increase the efficiency and efficacy of development and humanitarian aid in the State of Qatar, Qatar Charity was keen to cooperate with the Teach A Child Organization's initiative to support education efforts in the Kakuma camp in northern Kenya by contributing a sum of one million five hundred thousand US dollars. The education

initiative in the Kakuma camp is a qualitative and value-added model to incorporate education service in the refugee environment.

- Qatar Charity was careful to build long-term alliances, recognizing that dealing with development issues and humanitarian work requires a comprehensive vision wherein the roles of various development and humanitarian actors are integrated, and wherein all resources utilized efficiently. For that purpose, during 2015, Qatar Charity signed a set of strategic agreements to strengthen these alliances. These alliances included ones with the Islamic Dawa Organization (Sudan), the Qatar Red Crescent Society (Qatar), the International Islamic Relief Organization (Kuwait), Reach Out to Asia/ROTA (Qatar), and Silatech (Qatar). These strategic agreements resulted in specific partnership and cooperation projects, including, for example, ones with the Red Crescent Society of Niger and Sudan, with the Islamic Dawa Organization in a group of African countries, with Silatech in the field of employment in Syria, and with the Reach Out To Asia Foundation in the field of education in conflict areas such as Palestine.

- Given Qatar Charity's leadership role in implementing the State of Qatar's program of development in the State of South Darfur, it was keen to act as a strategic partner to the State in the development plan preparation workshop organized during November of 2015 in the State's capital of Nyala. Indeed, this opportunity was taken to sign two technical cooperation agreements with the Water and Environmental Sanitation Program and the Investment Promotion Commission. It is expected that these two agreements will be activated through cooperation projects in the fields of water and economic empowerment during the second phase of the State of Qatar's development program in Darfur, which will be launched during the first months of 2016 for a total sum of about seventy four million dollars, with 25% being allocated for implementation through Qatar Charity.

✵ <u>**Regional and International Presence**</u>

During the past few years, Qatar Charity has been awarded a distinguished position as an international non-governmental humanitarian and development organization. This position comes as a result of the regional and international role it plays in the development and humanitarian fields, and as a result of the regional and international initiatives wherein it assumes a leading position. Within this context, during 2015, Qatar Charity has engaged in a set of initiatives, including but not limited to the following:

- Effectively participating in preparing for the World Humanitarian Summit to be held in Istanbul during the month of May 2016. This is the first humanitarian summit of its kind organized by the United Nations since its founding in 1945. Indeed, during 2015, Qatar Charity contributed to supporting the efforts to prepare for the Summit by supporting the organization of regional consultations in the Middle East and North Africa that were organized at ICESCO's headquarters in Rabat during the month of January. Qatar Charity also supported the consultation workshop organized in Istanbul for the same purpose.

- Responding to the humanitarian crisis in Yemen: Qatar Charity organized a regional workshop to strengthen the communication between the Higher Relief Committee of Yemen and its humanitarian partners in the Gulf Cooperation Council region. This workshop was organized during the month of March of 2015 and attended by over 15 humanitarian organizations.

- During May of 2015, Qatar Charity hosted the Third International Conference on Humanitarian Work. Qatar Charity is considered a founding member of this annual conference, alongside the Islamic Cooperation Organization, the International Committee of the Red Cross, the International Islamic Relief Organization, the International Islamic Charitable Organization, and the Foundation for Human Rights and Humanitarian Relief. The conference was attended by about 120 people representing over sixty organizations.

- During October 2015, Qatar Charity organized a conference on the Syrian crisis. The conference focused on efforts to prepare for the winter season, and drew attention to the needs that donors do not pay special attention to, comprised mainly of education and livelihoods, particularly in light of the long duration of the crisis. It also focused on ways to enhance coordination among humanitarian workers. The conference was attended by more than 100 participants representing fifty governmental and non-governmental organizations and organizations. At the end of the conference, a set of humanitarian initiatives were announced for the benefit of the Syrian people, including a joint initiative between Qatar Charity and the Islamic Development Bank for a sum of seven million dollars in the field of education, a joint initiative between Qatar Charity and the Islamic Dawa Organization for a sum of three million dollars, and a third initiative between Qatar Charity and Silatech to support livelihoods for the benefit of Syrian displaced persons and refugees.

- In addition to Qatar Charity's initiatives, Qatar Charity supported a set of initiatives and events organized by other partner entities in order to support the humanitarian efforts in Syria. The events to which Qatar Charity contributed included its support of the annual conference of the Federation of Development and Humanitarian Organizations in Lebanon, and the annual conference of the Watan Foundation.

❈ **Development and Humanitarian Cooperation Projects**

In the field of development and humanitarian cooperation projects, Qatar Charity provided the necessary technical support to its field offices and executive partners to manage these projects with efficiency and quality. The technical support that the Organization provides encompasses various fields related to development and humanitarian programs and products, such as planning, partnership and cooperation, resource mobilization, and project management in its various stages, such as needs assessment, project design, follow-up and evaluation. Within this context, we list some of the technical support efforts provided during 2015:

- Supporting the efforts of Qatar Charity's office in Tunisia to implement the "Daam [Support]" program, which the State of Qatar is funding at a sum of fifteen million US dollars. The program encompasses the following projects: Building five rural schools, building ten rural health centers, building roads to break the isolation of rural areas, promoting community housing, providing economic empowerment and supporting agricultural cooperatives.

- Supporting Qatar Charity's office in Sudan to implement a water project in the Saqadi area in the River Nile State within the framework of a tripartite partnership that includes Qatar Charity, the Qatar Red Crescent, and the Islamic Dawa Organization. The project pumps Nile water to a two thousand cubic meter treatment plant two kilometers away from the river so potable water can then be distributed to eighteen villages having about twenty thousand inhabitants.

**(Annual Report for 2015)**

- Cooperating with Qatar Charity's office in Sudan in order to launch the Rufaqa [Companions] initiative in an integrated village to house and serve one thousand two hundred orphaned children in Sudan, for a total cost of thirty two million Qatari riyals, in cooperation with the Nile River State. The city of Al-Damir was chosen as the site for construction of this village.

- Contributing to strengthening the capabilities of Syrian organizations to ensure that they respect humanitarian principles and standards during their field work. This is in order to ensure that humanitarian services are provided in accordance with the required quality standards and in a manner that helps provide services in a safe environment. One of the most important initiatives that undertaken in this regard was the organization of a training course during the month of June of 2015, in cooperation with Office for the Coordination of Humanitarian Affairs of the United Nations, which was attended by about thirty humanitarian workers from Syrian humanitarian organizations.

- Preparing the study on the Nomadic Communities Development Program in the Darfur region in cooperation with Qatari organizations. The total cost of the program is fifty million US dollars, equally distributed among the five states of Darfur.

- Cooperating with Qatar Charity's office in Sudan to implement a project to provide potable water in the water project in the States of South and Central Darfur with funding from the Qatar Development Fund for a total cost of three million dollars. The project was launched during 2015.

- Cooperating with Qatar Charity's office in Palestine to implement a set of projects that Qatar Charity was tasked with implementing by the Executive Committee of the GCC Gaza Reconstruction Program, which is being managed by the Islamic Development Fund.

[logo:] Qatar Charity
Qatar Charity

Together… distinguished work

towards institutional

Issued in:  February 2016

Page 38 of 46

❀ **Social Care and Sponsorships**

For the second year in a row, Qatar Charity was honored in the Bahraini capital, Manama, for winning the Al Sanabil Award for Social Responsibility in Orphan Care Institutions in the Gulf Cooperation Council for 2015. It won the award in the category of community initiatives in the field of orphan care at the Gulf level, in appreciation of the "Rufaqa [Companions] International Initiative to Help Orphans" adopted by Qatar Charity.

Orphan sponsorship helps improve the living conditions of sponsored children by enabling them to enjoy their basic rights to food, clothing, education, medical treatment, and adequate shelter. At the end of 2015, the number of sponsees totaled 91,846 in 39 countries around the world, a 20.7% increase as compared to 2014 when the number of sponsees was 76.093. During 2015, Qatar Charity spent QAR 181,073,618 on the orphan sponsorship, an 18.42% increase as compared to 2014 when the amount was QAR 152,909,640. Below are statistics comparing four years by number of sponsorship and country:

| 2015 | 2014 | 2013 | 2012 | 2011 | Years |
|---|---|---|---|---|---|
| 91846 | 76093 | 62416 | 57199 | 40333 | Number of sponsorships |
| 39 | 34 | 34 | 34 | 32 | Number of countries |
| 181,073,618 | 152,909,640 | 127,582,366 | 109,295,196 | 86,269,869 | Payment |

❀ **Local and International Partners:**

In order to optimize its efforts and ensure coordination and integration with the rest of the other actors, Qatar Charity is keen to cooperate and partner with various stakeholders, be that in the development field or in the humanitarian field at the local and international levels, for this purpose. Qatar Charity has been keen to cooperate with international bodies and enhance confidence in the Organization's image. The Organization also cooperates in managing its programs and projects and providing its services with a wide range of about 500 partners. The list of the Organization's partners includes the United Nation's most important and specialized organizations. In addition, Qatar Charity cooperates with local civil society organizations, international non-governmental organizations, banks and development agencies, as well as the relevant ministries and technical departments in the countries in which the Organization operates. During 2015, Qatar Charity attached special importance  to signing strategic cooperation agreements with partners from within Qatar such as the Education Above All Foundation (EAA), Educate A Child (EAC), and the Qatar Red Crescent Society. It was also keen to strengthen relations and open channels of communication with many local and international partners, the most important of which were with:

**(Annual Report for 2015)**    **Qatar Charity**

| Local Partners | | |
|---|---|---|
| 1. Ministry of Labor and Social Affairs | 2. Qatar Cancer Society |
| 3. Ministry of Interior | 4. Hamad Medical Corporation |
| 5. Ministry of Endowments and Islamic Affairs | 6. Vodafone Telecom Company |
| 7. Ministry of Environment | 8. Ooredoo Telecom Company |
| 9. Ministry of Communications | 10. Qatar Foundation for Combating Human Trafficking |
| 11. Olympic Sports Committee | 12. Qatar Foundation for Shelter |
| 13. Social Development Center | 14. Childhood Cultural Center |
| 15. Qatar Foundation for Education, Science and Community Development | 16. Shafallah Center |
| 17. Qatar University | 18. Owain Center |
| 19. Qatar Society For Rehabilitation of Special Needs | 20. Barwa Bank |
| 21. Qatar Career Fair | 22. Al Emadi Enterprises |

| International Partners |
|---|
| 1. United Nations High Commissioner for Refugees (UNHCR) |
| 2. Food and Agriculture Organization (FAO) |
| 3. United Nations Children's Fund (UNICEF) |
| 4. World Food Program (WFP) |
| 5. United Nations Relief and Works Agency for Palestine Refugees (UNRWA) |
| 6. United Nations Development Program (UNDP) |
| 7. United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA) |
| 8. Islamic Development Bank (IDB) |
| 9. Islamic World Educational, Scientific and Cultural Organization (ICESCO) |
| 10. The Global Bill Gates Foundation |
| 11. Muslim Aid Australia Organization |

**(Annual Report for 2015)**

❋   **Projects and Programs Abroad:**

During 2015, the Organization provided aid totaling about QAR 947,938,900. Its projects, programs and aid encompassed 73 countries, and covered various development and humanitarian sectors in education, health, water and sanitation, social care, cultural development, economic empowerment, and community housing. 76 service complexes in 26 countries for a total sum of QAR 34,500,000. The most important projects, programs and initiatives that Qatar Charity completed abroad in 2015 included:

| Field | Number of Countries | Number of Projects | Amount |
|---|---|---|---|
| Economic empowerment | 26 | 4,739 | 43,046,700 |
| Culture and education | 44 | 1,717 | 372,231,800 |
| Community housing | 20 | 189 | 47,454,500 |
| Health | 18 | 88 | 77,604,600 |
| Water and sanitation | 27 | 5,922 | 100,062,600 |
| Multi-service centers | 23 | 126 | 251,446,900 |
| Social assistance abroad | 20 | 71 | 56,091,800 |
| **Total** | 73 | 12,852 | 947,938,900 |

❋   **Relief Projects and Programs:**

In the relief field, 144 relief projects were implemented in 2015 for a sum of QAR 176 million, benefiting about 2.43 million people in 14 countries, and covering the fields of shelter, non-food items, food items, health, and education.

| Total Amount | Number of Projects | Beneficiary Countries | Number of Beneficiaries | Years |
|---|---|---|---|---|
| **QAR** 176 million | 144 | 14 | 2.430.473 | 2015 |
| **QAR** 104 million | 133 | 13 | 2,245,650 | 2014 |
| 69 % | 8 % | 8 % | 8 % | **Percentage Change** |

❋   **In-Kind Relief**

▪   During 2015, in-kind donations were sent to Syria, consisting of clothing, blankets and heaters valued at about QAR 6,416,320 in cooperation with the Qatar Red Crescent.

| (Annual Report for 2015) | Qatar Charity |
|---|---|

❋ **Marketing Campaigns, Initiatives and Competitions**

During 2015, Qatar Charity conducted many quality marketing campaigns, events and initiatives with the aim to support Qatar Charity's activities, programs and projects and increase revenues, the most important of which were:

1. One Heart - 2 Program: It is a television program for fundraising by teams, groups, and personalities from different fields and different nationalities. Its goal was to support the people of Sudan, draw attention to the magnitude of the suffering and the volume of response, hold contests among teams, enable interaction with the audience towards righteousness, and to present new ideas for charitable work. The program achieved revenue of QAR 3,652,390.

2. Rufaqa [Companions] Initiative: It is an initiative to care for and sponsor children and orphans around the world. Indeed, 46,500 children were sponsored around the word, with 22,385 orphans being sponsored in 2015 for a sum of QAR 18,206,122.

3. Teach a Child Initiative: It is a campaign in partnership with the Education Above All Foundation to support education and students in primary school, with the aim of providing support for children in the primary stage of education, providing appropriate educational facilities, and strengthening partnership with major institutions. The initiative achieved revenues of QAR 307,163.

4. Al-Aqsa Endowment: In order to establish endowment real estate and investment projects whose annual proceeds are directed to providing basic services, strengthening the steadfastness of the residents of Jerusalem on their land with the aim of confronting the serious challenges facing the blessed Al-Aqsa Mosque, stopping continuous attempts to obliterate the Islamic identity of Jerusalem, confronting the great difficulties that make the lives of its residents almost impossible, and attempting to stop the forced departure from it. Sums were raised for this endowment during 2015 in the amount of: QAR 3,631,449.

5. Sheikh Fahd Al-Kandari's service program "Open Your Heart to the Quran:" It is a service whereby one subscribes to messages of thoughts and interpretations of Quranic verses aimed at two things, providing the subscriber with spiritual nourishment and contributing to charitable work. The program achieved revenues of QAR 130,475.

6. Syria Campaign - Before He Freezes: The campaign achieved revenues of QAR 123,810,953 while the revenues from the 2014 campaigns - the Syria "A Winter As Severe As Their Suffering" - achieved revenues of QAR 39,994,159.

7. Ramadan 1436 A.H. [2015 A.D.] - "Ramadan Smile" Campaign: The campaign achieved revenues of QAR 326,888,282. The most important strength of this campaign, which are considered a precedent for Qatar Charity, is that it was implemented and produced with Qatar Charity's own efforts, relying on its staff. The revenues in 2014 (Ramadan 1435 A.H.) - "Light of Giving" were QAR 274,964,393,

8. The sacrificial animal campaign of 1436 A.H. [2015 A.D.] - "Your Sacrificial Animals are Their Eid" - The campaign achieved revenues of QAR 16,287,080, and the proceeds from the sacrificial animals totaled (12,145,629), achieving 88.44% of the target. In contrast, the revenues from the sacrificial animal campaign of 1435 A.H. [2014 A.D.] totaled QAR 15,403,839, and the proceeds from the sacrificial animals were (11,726,922), achieving 87.29% of the target.

9. The revenues of the "Yemen, we are with you" campaign totaled: QAR 32,791,154.

**(Annual Report for 2015)**   **Qatar Charity**

10. The revenues from the "Debtors" campaign totaled QAR 3,352,100.

11. The revenues from the "Nepal Relief" campaign totaled QAR 2,414,336.

✹ **The Islamic centers that Qatar Charity has adopted in European countries and Canada**

The general objective of Islamic centers is to be a prominent landmark worthy of Islam and Muslims, and a destination for them to consolidate their knowledge of Islam and of its history and civilization, and to communicate this to non-Muslims. These centers are often integrated multi-service units that provide a comfortable and appropriate environment for Muslims to learn and practice their faith In an atmosphere of love and brotherhood, and to introduce non-Muslims to the values and civilization of Islam.

The centers whose implementation began during 2015:

The year 2015 was dedicated to reviewing and evaluating the centers that currently exist, and to arrange for work on 2 new centers for a sum of QAR 101,880,000. Indeed, 62,000 Muslims benefited directly therefrom, along with 200,000 people living in the neighboring areas. In addition, during 2015, a number of Islamic centers were inaugurated.

Statistics about the Islamic centers that Qatar Charity implemented around the world

| No. | Country | Number of Centers | Inaugurated | Inaugurated during 2016 | Under Implementation |
|-----|---------|-------------------|-------------|--------------------------|----------------------|
| 01 | Italy | 47 | 04 | 13 | 30 |
| 02 | France | 22 | 05 | 02 | 15 |
| 03 | Spain | 11 | 04 | 02 | 05 |
| 04 | Holland | 02 | 02 | | |
| 05 | Germany | 06 | 04 | | 02 |
| 06 | Belgium | 03 | | | 03 |
| 07 | United Kingdom | 11 | 01 | | 10 |
| 08 | Ireland | 02 | 01 | | 01 |
| 09 | Luxembourg | 01 | 01 | | |
| 10 | Denmark | 02 | 01 | | 01 |
| 11 | Switzerland | 05 | 02 | | 03 |
| 12 | Hungary | 02 | 01 | | 01 |
| 13 | Ukraine | 06 | 04 | | 02 |
| 14 | Poland | 06 | 04 | 01 | 01 |
| 15 | Sweden | 02 | | | 02 |
| 16 | Norway | 03 | 03 | | |
| 17 | Canada | 08 | 04 | 02 | 02 |
| 18 | Australia | 01 | | | 01 |
| | **Total centers around the** | **140** | **41** | **20** | **79** |

**(Annual Report for 2015)**

| world | | | | |
|---|---|---|---|---|

❋ **"Taqat [Energies]" Remote Employment Project**

It is a leading project that Qatar Charity undertakes in cooperation with the Islamic Development Bank to reduce the levels of unemployment in Palestine by providing employment opportunities in Gulf countries without the need for the employees to come and work in these countries. Indeed, they can work and perform the job duties for companies and institutions without leaving their homeland (remote employment). Communication between both parties occurs online, where they exchange information and communicate with voice and picture. The project is very similar to work from home but it differs in that it not only provides a work place and environment but the employees are supervised by providing workstations equipped with electricity, internet access and office furniture, where virtual employees of different specializations gather to complete their daily job tasks for the various companies and institutions. Employees work in all specialties that can be performed remotely, such as translation, engineering design, quantity calculations, engineering drafting, programming - informatics, and graphic design.

The project is able to overcome the challenges of immigration, the difficulty of obtaining work visas, and the dispersal of families, and keeps these young people in their homeland of Palestine. In addition, employer countries and companies benefit from obtaining expertise at affordable salaries, reducing the burdens of the immigration of immigrants to them, and affording flexibility with hiring and layoffs.

The project provides these young workers the services of:

- Training to raise their standards in line with the foreign labor market.
- An equipped workplace and administrative supervision for the benefit of the companies employing them.
- Marketing for them to offer work opportunities in the countries wherein they will be employed.
- The website and knowledge portal that grant them a means of working with their companies, learning about the project, and learning about the job candidates.

## Ambition and Challenges

1. Strengthen the Organization's specialized capabilities to improve the added value of the services provided in the various fields of the Organization's work.

2. Improve the executive capabilities of field offices and executive partners.

3. Increase the Organization's geographic spread internally and abroad by opening new branches and offices and searching for qualified executive partners.

4. Strengthen the image of Qatar Charity by highlighting it as an international development and humanitarian organization that derives its identity from the tolerant Islamic values and from recognized humanitarian principles.

5. Reduction of the Organization's resources by 10% as compared to what was expected as of 31 December 2015.

6. Ration use of the Organization's resources, and develop the oversight mechanisms necessary for that.

7. Strengthen the cultural, social and religious values in the local community and highlight Qatar Charity's leadership role.

8. Develop relations with current donors, access new institutional financing sources, and increase this segment of the revenue components by 10% as compared to 2015.

9. Strengthen the Organization's international presence through effective participation in the most important regional and international development and humanitarian initiatives.

10. Complete the Organization's institution building by finishing the organizational structures, as well as prepare, develop and complete the various financial and administrative systems.

11. Use the best global applications related to financial, administrative and analytical systems and develop the Organization's ability to make maximum use of information technology to automate various operational programs.

[logo:] Qatar Charity
Qatar Charity

Together… distinguished work

towards institutional

Issued in:  February 2016

Page 45 of 46

**(Annual Report for 2015)**                                                    **Qatar Charity**

12.  Strengthen efforts to invest in the human element in terms of attracting the best competencies, especially Qataris, and focus on building the capacity of employees and improving the work environment.



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents above have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | Qatar Charity's Annual Financial Report for 2015 |
| Source Language(s): | Arabic |
| Target Language(s): | English |

*Authorized Signature:*

Crystal Dai (Jan 28, 2022 15:45 CST)

Name:  *Crystal Dai*

Title:  *Senior Project Manager*

Date:  *January 28, 2022*

Reason for signature: I approve the accuracy of this document content as written



# التقرير السنوي

# لقطر الخيرية

# عام ـ 2015

# محتوى التقرير السنوي

1. كلمة رئيس مجلس الإدارة
2. مجلس الإدارة
3. كلمة الرئيس التنفيذي
4. الإدارة التنفيذية
5. رؤية قطر 2030
6. قطر الخيرية
7. التقرير الإداري
   • أهم إنجازات
   • النمو المتواصل
     - المستوى المحلي
     - المستوى الخارجي
     - مستوى القطاعات
     - مستوى المجالات
   • عطاء وتميز
     - تنمية الموارد
     - المبادرات والحملات والفعاليات التسويقية
     - الشراكات والاتفاقيات
     - الكفالات والرعاية الاجتماعية
     - الاستثمارات
   • البنية التنظيمية والإدارية
     - البناء المؤسسي
     - الهيكل التنظيمي
     - اللوائح والسياسات وأدلة العمل
     - الرقابة والجودة
     - الأنظمة المالية
     - الأنظمة الالكترونية
     - الدعم اللوجيستي
   • مكاتبنا الخارجية انتشار وجودة
     - تنفيذ وعمل دؤوب
     - مشاريع نوعية
     - تعاون دولي
     - مشاريع ومراكز ثقافية
   • طموح وآفاق
8. التقرير المالي
   • تقرير مراقب الحسابات
   • التحليل المالي



## مجلس إدارة قطر الخيرية

1. سعادة الشيخ / حمد بن ناصر آل ثاني

   رئيس مجلس الإدارة

2. سعادة السيد / أحمد عبد الله المري

   نائب رئيس مجلس الإدارة

3. سعادة السيد / محمد عبد اللطيف المانع

   رئيس مجلس الإدارة

4. سعادة السيد / د. محمد عبد الواحد الحمادي

   عضو مجلس الإدارة

5. سعادة السيد / د. حسن لحدان صقر المهندي

   عضو مجلس الإدارة

6. السيد / عبد الرحمن عبد الجليل آل عبد الغني

   أمين الصندوق ـ عضو مجلس الإدارة

7. السيد / محمد ناصر آل فهيد الهاجري

   عضو مجلس الإدارة

8. فضيلة الشيخ / محمد حسن خميس المريخي

   عضو مجلس الإدارة

9. السيد / يوسف أحمد راشد الكواري

   سكرتير المجلس ـ عضو مجلس الإدارة

## الإدارة التنفيذية لقطر الخيرية

1. السيد / يوسف أحمد راشد الكواري

   الرئيس التنفيذي

2. السيد / محمد علي شريفة الغامدي

   المدير التنفيذي للتنمية الدولية

3. السيد / عبد الناصر محمد الزهر اليافعي

   المدير التنفيذي للشؤون المساندة

4. السيد / محمد عبد الله اليزيدي اليافعي

   المدير التنفيذي للموارد المالية

5. السيد / فيصل راشد علي طفلة الفهيدة

   المدير التنفيذي للعمليات

6. السيد / علي عتيق خميس العبد الله

   المدير التنفيذي للتنمية المحلية

7. السيد / صلاح أحمد محمد الحمادي

   المدير التنفيذي للمشاريع الكبرى

8. السيد / جاسم إبراهيم النصف المنصوري

   المدير التنفيذي للاتصال والتسويق

قطر الخيرية

☐ **كلمة مجلس الإدارة**



الحمد لله رب العالمين والصلاة والسلام على من بعثه الله رحمة للعالمين نبينا محمد وعلى آله وصحابته أجمعين.

الأخوة الأفاضل / أعضاء الجمعية العمومية                                   المحترمين

السلام عليكم ورحمة الله وبركاته،،،

بالأصالة عن نفسي وبالنيابة عن إخواني أعضاء مجلس الإدارة، يسرني أن أقدم لكم خالص الشكر والامتنان على دعمكم ومؤازرتكم لقطر الخيرية ولجهودكم المخلصة في التعاون للرقي بها ورفعة شأنها، والتي كان لها أعظم الأثر بعد عون الله تعالى للارتقاء بمستوى العمل بقطر الخيرية، لذا يسرنا أن نضع بين أيديكم التقرير السنوي للجمعية وبياناتها المالية ونتائج أعمالها عن السنة المالية المنتهية في 31 ديسمبر 2015م.

لقد ظهر جليا أن هناك إنجازات غير مسبوقة تحققت خلال عام 2015 في أداء الجمعية ونتائج مميزة تمت بفضل الله على كافة المستويات سواءً على الصعيد المحلي أو الدولي، أو على المستوى التنظيمي والبناء المؤسسي والتطوير الإداري، مما أدى إلى رفع مكانة قطر الخيرية وتعزيز قدراتها وتحقيق تطلعات أعضائها، وكسب ثقة جميع المتعاملين معها، سواء الجهات الحكومية في الدولة وخاصة هيئة تنظيم الأعمال الخيرية، ووزارة الخارجية، أو المتبرعين والشركاء المحليين والدوليين.

إن ما تحقق من نجاحات غير مسبوقة خلال عام 2015 والتي ستجدونها مفصلة في طيات هذا التقرير ما كان لها أن تتم لولا توفيق الله تعالى أولاً ثم بعزم وإرادة وجهد الأخ الفاضل / الرئيس التنفيذي والإدارة التنفيذية وجميع العاملين بقطر الخيرية سواء على المستوى المحلي أو المستوى الدولي ممثلاً في مكاتب قطر الخيرية بالخارج الذين نعتبرهم العنصر الأساسي في دعم عجلة التقدم والازهار، ثم بالدعم اللامحدود منكم وتوجيهاتكم وإشراف مجلس الإدارة الممثل لكم.

وفي الختام يسرني وبالنيابة عنكم وعن جميع العاملين بقطر الخيرية أن نرفع أسمى آيات الشكر والتقدير إلى مقام حضرة صاحب السمو الشيخ / تميم بن حمد بن خليفة آل ثاني أمير البلاد المفدى- حفظه الله، كما نقدم خالص الشكر والامتنان إلى سعادة وزير العمل والشؤون الاجتماعية - رئيس مجلس إدارة هيئة تنظيم الأعمال، والسيد مدير عام الهيئة وكافة العاملين بها، كما تثمن إدارة قطر الخيرية جميع الجهود المخلصة من الجهات الحكومية لمساهمتها ومساندتها لقطر الخيرية لتحقيق أهدافها وقد كانت من أوليات هذه الأهداف تحقيق رؤية دولة قطر الوطنية لعام 2030 والتي نصت في غاياتها المستهدفة "على القيام بمبادرات تنموية وإنسانية بغرض تحقيق الأمن العالمي وتقديم المساعدات".

كما نوجه الشكر لأصحاب الأيدي البيضاء من المتبرعين والمحسنين ولكم أعضاء الجمعية العمومية ولجميع المدراء التنفيذيين والمسؤولين العاملين والمتعاونين والمتطوعين على جهودهم وعطائهم المتواصل والمخلص لتحقيق أهداف قطر الخيرية والحرص على مكتسباتها ومصالحها ورفع مكانتها وقدرتها التنافسية، سائلين الله سبحانه وتعالى أن يبارك تلك الجهود، متطلعين إلى استمرار قطر الخيرية في تطوير أدائها وتعزيز قدراتها لدعم منظومة التنمية الاجتماعية، كما نسأله سبحانه وتعالى أن يكون عام 2015 أفضل من سابقه.

والله ولي التوفيق،

الشيخ / حمد بن ناصر آل ثاني
رئيس مجلس الإدارة



## ☐ كلمة الرئيس التنفيذي

السادة الأفاضل/ رئيس وأعضاء مجلس الادارة                    المحترمين

السلام عليكم ورحمة الله وبركاته،،،

قال تعالى "ومن أحسن قولاً ممن دعا الى الله وعمل صالحاً وقال إنني من المسلمين"

يسرني أن أقدم لكم خالص الشكر والامتنان على دعمكم وتوجيهاتكم، والتي كان لها أعظم الأثر بعد عون الله تعالى للارتقاء بمستوى العمل على كافة المستويات التوجيهية والإشرافية والتنفيذية ومستوى المشاريع والبرامج والأنشطة والخدمات التي تقدمها قطر الخيرية، ولقد ظهر هذا جلياً في أداء الجمعية خلال عام 2015 والنتائج التي حققتها سواءً على الصعيد المحلي أو الدولي، مما أدى إلى رفع مكانتها وتعزيز قدراتها وتحقيق تطلعات أعضائها، وكسب ثقة جميع المتعاملين معها، سواءً الجهات الحكومية في الدولة وخاصة هيئة تنظيم الأعمال الخيرية، ووزارة الخارجية، والمتبرعين، والشركاء المحليين والدوليين.

لذا يسرنا أن نضع بين أيديكم التقرير السنوي الخاص بأداء الجمعية وبياناتها المالية ونتائج أعمالها عن السنة المالية المنتهية في 31 ديسمبر 2015م.

لقد حاولنا أن يكون التقرير مختصراً ومركزاً مشتملاً على جزئين أساسيين:

1- الجزء المتعلق بأداء الجمعية وإداراتها المختلفة والإنجازات التي حققتها.
2- الجزء المتعلق بالبيانات المالية ونتائج أعمال الجمعية.

إن ما تحقق من إنجازات غير مسبوقة خلال عام 2015 ما كان لها أن تتم لولا توفيق الله تعالى أولاً ثم بعزم وإرادة وجهد جميع العاملين بقطر الخيرية سواء على المستوى المحلي أو المستوى الدولي ممثلاً في مكاتب قطر الخيرية بالخارج الذين نعتبرهم العنصر الأساسي في دعم عجلة التقدم والأزهار.

وفي الختام يسرني وبالنيابة عن جميع العاملين بقطر الخيرية أن نرفع أسمى آيات الشكر والتقدير إلى مقام حضرة صاحب السمو الشيخ / تميم بن حمد بن خليفة الثاني أمير البلاد المفدى.. حفظه الله، كما نقدم خالص الشكر والامتنان لهيئة تنظيم الأعمال الخيرية ممثلاً في مجلس إدارتها ومديرها العام وكافة العاملين بها ، كما تثمن إدارة قطر الخيرية جميع الجهود المخلصة من الجهات الحكومية لمساهمتها ومساندتها لقطر الخيرية لتحقيق أهدافها وقد كانت من أوليات هذه الأهداف تحقيق رؤية قطر الوطنية لعام 2030 والتي نصت في غاياتها المستهدفة "على القيام بمبادرات تنموية وانسانية بغرض تحقيق الأمن العالمي وتقديم المساعدات".

والشكر الأوفى والعرفان الأسمى للمتبرعين أصحاب الوجوه النيرة والأيادي الناصعة وكذلك الجهات المانحة التي وثقت في قطر الخيرية وأتمنتها في تنفيذ مشاريعها ، والشكر موصول لكافة الشركاء من المنظمات الدولية والإقليمية والمحلية التي تدعمنا بصدق ، كما نوجه الشكر لجميع المدراء التنفيذيين والمسؤولين العاملين والمتعاونين والمتطوعين على جهودهم وعطائهم المتواصل والمخلص لتحقيق أهداف قطر الخيرية والحرص على مكتسباتها ومصالحها ورفع مكانتها وقدرتها التنافسية، سائلين الله سبحانه وتعالى أن يبارك تلك الجهود ، متطلعين إلى استمرار قطر الخيرية في تطوير أدائها وتعزيز قدراتها لدعم منظومة التنمية الاجتماعية، كما نسأله سبحانه وتعالى أن يكون عام 2015 أفضل من سابقه.

يوسف بن أحمد الكواري
الرئيس التنفيذي



☐ **قطر الخيرية في سطور**

<u>حُلماً أصبح واقعاً</u>

<u>قطر الخيرية</u> منظمة خيرية دولية غير حكومية تأسست  في قطر عام 1992  بموجب **أحكام القانون الخاص بإنشاء الجمعيات الخيرية والمؤسسات الخاصة لدولة قطر**، من أجل تطوير المجتمع القطري والمجتمعات المعوزة الأخرى، وتعمل في مجالات التنمية المستدامة ومحاربة الفقر وإغاثة المنكوبين في حالات الطوارئ بغض النظر عن اللون أو الجنس أو الدين أو العرق أو الجنسية، تتمتع قطر الخيرية بالعضوية الاستشارية للمجلس الاقتصادي والاجتماعي للأمم المتحدة ECOSOC منذ سنة 1997، كما نالت قطر الخيرية الصفة الاستشارية لدى منظمة التعاون الإسلامي، كما أن قطر الخيرية أيضا عضواً مؤسساً للشبكة العربية للمنظمات الأهلية للتنمية في القاهرة منذ عام 1999، وعضو كذلك في مجموعة من شبكات ومنتديات المنظمات غير الحكومية الإقليمية والدولية، وتعتبر واحدة من أكبر الهيئات الخيرية في الخليج.

<u>رؤيتها</u>

منظمة تنموية وإنسانية رائدة تنهل من مختلف التجارب البشرية المثلى لتحقيق أقوى تأثير من أجل أبلغ أثر.

<u>رسالتها</u>

دعم قدرات الفئات الاجتماعية الأكثر احتياجا وفقا لمبادئ الكرامة الإنسانية والعدالة الاجتماعية، بالتعاون مع شركاء التنمية والعمل الإنساني.

<u>شعارها اللفظي</u>

## معاً لحياة كريمة

<u>قيمها</u>

تعتبر جمعية قطر الخيرية مبدأ الإنسانية مبدأ راسخا في عملها، كما أنها تحترم قيم الاستقلالية، والحياد، وعدم التمييز حيث تقدم الجمعية خدماتها التنموية والإنسانية للمستفيدين على أساس الحاجة ودون الالتفات لأي اعتبارات عرقية أو إثنية أو دينية أو سياسية أو غيرها من الاعتبارات التمييزية الأخرى. وتعزيزاً لهذه المبادئ الإنسانية، وقعت جمعية قطر الخيرية سنة 2009م على مدونة السلوك Code of Conduct الخاصة بالاتحاد الدولي لجمعيات الهلال الأحمر والصليب الأحمر والمنظمات غير الحكومية الإنسانية، كما تعمل الجمعية باستمرار على دعم قدراتها لتطبيق أعلى المعايير المهنية في المجال الإنساني كتلك المنصوص عليها في مشروع أسفير SPHERE على سبيل المثال.

## وقيم قطر الخيرية هي:

| ۞ الإنسانية | ۞ الاستقلالية | ۞ الحيادية | ۞ عدم التمييز |

| ۞ الشفافية | ۞ المهنية | ۞ التعاون | ۞ الانتماء |

## غرضها وأهدافها

وفقاً لما ورد بالنظام الأساسي، تعمل الجمعية على تحقيق الأهداف والأغراض التالية:

1. دعم وتقديم العمل الخيري والتنموي والإنساني.
2. ترسيخ العمل الخيري وتدعيم قيم المواطنة وحقوق الإنسان في المجتمع.
3. تقديم المساعدات المالية والعينية والمعنوية للفئات المحتاجة.
4. توفير الخدمات الإنسانية والاجتماعية والصحية والثقافية والتعليمية لكافة المجتمعات.
5. إقامة المشاريع الخيرية بكافة أنواعها.

## مجالاتها وأنشطتها

تعمل قطر الخيرية محلياً ودولياً في مجالي التنمية والعمل الإنساني على حد سواء، فـفي مجال التنمية تولي جمعية قطر الخيرية الأولوية للتعليم، والصحة، والماء الصالح للشرب والإصحاح، والتمكين الاقتصادي، والرعاية الاجتماعية، والبنية التحتية في المناطق الريفية، وترقية السكن الاجتماعي، والتنمية الثقافية، وتحرص قطر الخيرية على أن تنسجم تدخلاتها التنموية مع الخطط الاستراتيجية والقطاعية التنموية للدول التي تعمل فيها، كما تحرص بنفس الدرجة على أن تنسجم هذه التدخلات أيضا مع الاعتبارات التي تحكم القضايا التنموية المطروحة على المستويات الإقليمية والدولية كما هو الشأن مثلا بالنسبة لأهداف الألفية وغيرها.

أما في المجال الإنساني فتركز جمعية قطر الخيرية جهودها على التأهب والاستجابة للكوارث والأزمات من خلال توفير المساعدات الغذائية وغير الغذائية، وتقديم خدمات المأوى، وتزويد المستفيدين بخدمات الماء الصالح للشرب والإصحاح، وتعزيز الخدمات الصحية الأولية، ودعم جهود بناء السلام في مناطق النزاعات. إضافة للتنمية والعمل الإنساني، تعنى جمعية قطر الخيرية أيضا ببناء قدرات منظمات المجتمع المدني المحلية إسهاما من الجمعية في تعزيز دورها هذا القطاع المهم في التنمية في الدول المحتاجة.

## ومن أهم مجالاتها وأنشطتها ما يلي:

1) تلقي وقبول وجمع جميع أنواع التبرعات وفق القانون.
2) تقديم الأموال والإعانات والإغاثات والقروض النقدية والعينية للمحتاجين.

3)   مساعدة الفئات المحتاجة لإخراجهم من دائرة الفقر والعوز الى دائرة الاكتفاء والإنتاجية، وخلق موارد رزق خاصة بهم عبر المشاريع المختلفة.

4)   إنشاء صناديق متنوعة للمشاريع الخيرية والإنسانية.

5)   حث وإشراك جميع فئات المجتمع للتطوع والانخراط بالعمل الخيري والتنموي والإنساني.

6)   بناء المدارس والمراكز الصحية والمستشفيات والمساجد ومراكز التعليم المختلفة.

7)   إقامة الندوات والمؤتمرات وورش العمل والمحاضرات المختلفة المتعلقة بالعمل الخيري والتنموي.

8)   استثمار وإدارة أموال الجمعية لتنمية مواردها وتمويل أنشطتها الخيرية والتنموية.

9)   إقامة المعارض والأسواق الخيرية والمشاركة فيها.

10) الانضمام لعضوية المنظمات العالمية الخيرية والأهلية العاملة في خدمة المجتمعات الانسانية وتنميتها.

11) التعاون مع جميع المؤسسات الخيرية والإنسانية ومؤسسات المجتمع المدني للارتقاء والنهوض بالعمل الخيري وتحقيق أهدافه المنشودة، وتأسيس شراكات مع مختلف القطاعات الخيرية والتنموية.

12) كفالة الأيتام.

13) التشجيع على التعليم من خلال مكافحة ظاهرة الأمية والانقطاع المبكر عن التعليم.

14) ترسيخ العلاقة مع مختلف وزارات ومؤسسات وهيئات الدولة وحثهم على تقديم الدعم المادي والمعنوي للمشاريع الخيرية التنموية.

15) القيام بحملات توعوية للمحافظة على القيم النبيلة في المجتمع.

16) المساهمة في معالجة الظواهر والعادات والسلوكيات الخاطئة في المجتمع.

☐   **الخطة الاستراتيجية لقطر الخيرية**

تعمل جمعية قطر الخيرية على تحقيق الخطة الاستراتيجية التالية:

1.   تحقيق الرعاية الاجتماعية المستديمة

2.   تعزيز جهود التمكين الاقتصادي وسبل العيش الكريم

3.   دعم جهود التعليم لفائدة المجتمعات تحقيقاً تنموية

4.   تعظيم الاستفادة من التكنولوجيا في التنمية والعمل الانساني

5.   الإسهام في تحقيق الوئام الاجتماعي والعيش المشترك

6.   تعزيز دور المجتمع القطري في التفاعل مع القضايا التنموية والإنسانية محلياً ودولياً

7.   بناء قدرات الشركاء المحليين

8.   تعزيز البناء المؤسسي لقطر الخيرية كمنظمة غير حكومية دولية



☐ **الأهداف العامة لقطر الخيرية**

تحقيقا للخطة الاستراتيجية، تسعى قطر الخيرية إلى تحقيق الأهداف العامة التالية:

1. تطوير شبكات أمان اجتماعي مستديمة تلبي بشكل فعال الاحتياجات الأساسية للفئات الاجتماعية الأكثر هشاشة في مجالات الصحة، والتعليم، والرعاية الاجتماعية وغيرها.

2. تعزيز جهود التمكين الاقتصادي وتحسين سبل العيش الكريم الموجهة للفقراء القادرين من خلال الخدمات المالية وغير المالية.

3. تمكين أبناء الأسر الفقيرة في المناطق المحرومة من حقهم في الاستفادة من خدمات تعليم ذي جودة عالية.

4. تعزيز قدرة المجتمعات المحلية على الاستفادة القصوى من التكنولوجيات الملائمة بما يسهم في تحسين جودة حياتهم ويقلص من الفجوة التكنولوجية بين مجتمعات الشمال والجنوب.

5. دعم جهود بناء السلام، وتحقيق الوئام الاجتماعي، وغرس ثقافة العيش المشترك كأساس ضروري لتحقيق التنمية والرخاء في المجتمعات التي تعمل معها ولفائدتها قطر الخيرية.

6. بناء قدرات منظمات المجتمع المدني المحلية، ودعمها لأداء الأدوار المنوطة بها في المجتمع بفعالية بما فيها أدوار تعزيز الوئام الاجتماعي.

7. تقديم المساعدة الإنسانية للمجتمعات المتضررة من الكوارث والأزمات ومساعدتها على الوقاية منها، والتأهب لها، والتعافي من آثارها.

8. تعزيز ثقافة العمل الخيري في المجتمع القطري وربطها بالقضايا التنموية والإنسانية.

9. الاستجابة للاحتياجات الاجتماعية والثقافية ذات الأولوية لفائدة المجتمع القطري.

10. استكمال بناء قدرات قطر الخيرية والانتهاء من إعداد مختلف الأنظمة، والسياسات، والإجراءات، والأدوات.

# التقرير الإداري المختصر

## حصاد قطر الخيرية لعام 2015

⦿ **الجوائز والتكريم**

1. فازت قطر الخيرية بجائزة أفضل تقرير في مجال المسؤولية الاجتماعية في دولة قطر للعام 2015م وذلك في مؤتمر وجوائز المسؤولية الاجتماعية للشركات والمؤسسات الذي نظمته دار الشرق للطباعة والنشر والتوزيع، ويعكس هذا الفوز تميز البرامج المحلية لقطر الخيرية لخدمة المجتمع القطري.

2. فازت قطر الخيرية بجائز دار الانماء الاجتماعي 2015م لفئة مشاريع المؤسسات، وذلك عن برنامج التطوع الذي تميز بطرح برامج اجتماعية مبتكرة، بالإضافة إلى دعم واحتضان عدة برامج ومبادرات شبابية تطوعية لتعزيز أثرها وضمان استدامتها، وزيادة مساهمتها بالمشاريع التطوعية والنوعية المتميزة والتي تساهم بدورها في عملية التنمية.

3. للعام الثاني على التوالي، تم تكريم قطر الخيرية في العاصمة البحرينية المنامة لفوزها بجائزة السنابل للمسؤولية المجتمعية في مؤسسات رعاية الأيتام بمجلس التعاون الخليجي عن عام 2015م، وقد جاء الفوز بالجائزة عن فئة المبادرات المجتمعية في مجال رعاية الأيتام على المستوى الخليجي، تقديراً لمبادرة "رفقاء الدولية لمساعدة الأيتام" التي تتبناها قطر الخيرية.

4. حصلت قطر الخيرية على جائزة أفضل التطبيقات الذكية المخصصة لفئة منظمات المجتمع المدني عن فئة الهيئات المجتمعية على مستوى دولة قطر في دورتها السادسة لتميز تطبيقاتها؛ من حيث التفاعل الإيجابي مع حاجات المستفيدين الحقيقية.

5. حصل مركز قطر للتدريب التابع لمكتب كوسوفا على تقييم إداري ومهني بدرجة امتياز من هيئة الاعتمادات الكوسوفية التابع لمجلس الوزراء، كما حصل على الرخصة الدولية للكمبيوتر كمركز معتمد للتدريب والاختبارات.

6. حصل مكتب السودان على جائزة الرواد للعمل الطوعي لسنة 2015م من قبل مفوضية العون الانساني وهي الجهة الحكومية المشرفة على العمل الانساني في السودان.

7. أوصت وزارة التأهب والاغاثة ببنجلاديش باعتبار مكتب قطر الخيرية ببنجلاديش جمعية مثالية يحتذى بها.

## ● التطور والنمو

1. زيادة النمو في موجودات قطر الخيرية خلال عام 2015 بنسبة نمو قدرها 18% بالمقارنة بعام 2014، حيث بلغت في نهاية عام 2015 مبلغ مليار ومائة وأربعة وثمانون ريال قطري مقارنة بمليار وأربعة ملايين ريال قطري عام 2014.

2. زيادة نمو الإيرادات من التبرعات خلال عام 2015 بنسبة نمو قدرها 10% بالمقارنة بعام 2014، حيث بلغت في عام 2015 مبلغ؛ 1.014 (مليار وأربعة عشرة مليون ريال قطري) مقارنة بمبلغ 921 مليون ريال قطري عام 2014.

3. زيادة نمو المدفوعات على المشاريع والكفالات بنسبة نمو قدرها 9 % بالمقارنة بعام 2014، حيث بلغت في عام 2015 مبلغ 871 مليون ريال قطري مقارنة بمبلغ 800 مليون ريال قطري عام 2014.

4. بلغت نسبة المصروفات الإدارية لإجمالي المقبوضات في عام 2015 نسبة 4.5% بإنخفاض قدره 0.10 % عن عام 2014، ولكنها زادت في عام 2015 بنسبة 7.96 % بالمقارنة بعام 2014 وذلك نظراً لزيادة حجم المشروعات المنفذة.

5. زيادة حجم الأصول العقارية والمالية بنسبة 16% عن عام 2014، حيث بلغت قيمة الأصول مبلغ 959.301.136 ريال قطري، مقارنة بمبلغ 824.365.136 ريال قطري عام 2014.

6. زيادة إجمالي إيرادات الاستثمارات بنسبة 11% عن عام 2014، حيث بلغت عام 2015 مبلغ 57.172.934 ريال قطري، مقارنة بمبلغ 55.055.953 ريال قطري عام 2014، وزيادة صافي إيرادات الاستثمار بنسبة 7.3% عن عام 2014، بينما انخفضت قيمة المصاريف التشغيلية الخاصة بالاستثمارات بنسبة 9 % عن عام 2014.

7. بلغ عدد المكفولين بنهاية عام 2015 إلى 91.846 مكفولاً في 39 دولة على مستوى العالم بزيادة قدرها 21% عن عام 2014، وقد أنفقت قطر الخيرية على كفالة الأيتام خلال عام 2015 ما قيمته 181.073.618 ريال قطري.

8. نمو التبرعات النقدية المحصلة من فروع ومنافذ التحصيل المنتشرة بالدولة في عام 2015 بنسبة 45 % عن عام 2014، كما بلغت التبرعات العينية في عام 2015 مبلغ 10.605.772 ريال قطري.

9. بلغت عدد المشاريع الإغاثية المنفذة خلال عام 2015 عدد 144 مشروعاً، بلغت قيمتها الإجمالية 176 مليون ريال قطري مقارنة بمبلغ 104 مليون ريال قطري عام 2014، بزيادة قدرها 69% عن 2014، استفاد منها 2.430.473 شخصاً في 14 دولة وبمشاركة العديد من المنظمات الدولية والإنسانية ومكاتبنا الميدانية.

10. بلغت قيمة المساعدات داخل الدولة مبلغ 23.280.349 ريال قطري، وقد استفاد منها 670 شخصاً، وبلغت نسبة المساعدات للقطريين 40.1 % من إجمالي قيمة المساعدات، وتنوعت الفئات المستفيدة من المساعدات بين الأرامل والأيتام والمطلقات والغارمين والمرضى والعجزة والمسنين وذوي الاحتياجات الخاصة والسجناء وغيرهم.



## التطور الإداري

1. اعتماد اللوائح والسياسات وأدلة العمل الخاصة بالمقر الرئيس والمكاتب الميدانية وبدء تطبيقها، بهدف تنظيم العمل وتطويره ومواكبته للمعايير الدولية ووفق معايير الجودة والنظم الإدارية الحديثة، حيث تم إصدار ما يقارب 80 إصداراً بنهاية عام 2015 وتشمل اللوائح والسياسات وأدلة عمل، منها 42 للمقر الرئيس و32 للمكاتب الميدانية و 6 للمقر الرئيس تحت الاعتماد.

2. تدريب وتأهيل ورفع كفاءة الموظفين من خلال برامج التدريب المستمرة داخليا وخارجيا خلال عام 2015، حيث بلغ عدد المستفيدين ما يزيد عن 220 موظفاً من خلال العديد من البرامج التدريبية المتنوعة في العديد من المجالات والتخصصات.

3. استقطاب العديد من الكوادر الكفؤة من القطريين، حيث بلغ عدد الموظفين القطريين بنهاية عام 2014 (44) موظفاً، حيث تم جذب عدد من المتميزين في شتى التخصصات وتسكينهم في الإدارة العليا والإدارة الوسطى كمرحلة أولى في إطار إعادة هيكلة الجمعية.

## التوسع والانتشار

1. زيادة الانتشار في أنحاء الدولة على كافة المستويات (فروع، مواقع، معارض، أسواق، صناديق نقاط بيع، حاويات ...) والوصول لشرائح أكبر بالمجتمع القطري، حيث بلغت عدد فروع التحصيل 22 فرع رجال ـ نساء وعدد مواقع التحصيل 74 موقع، وعدد نقاط تصريف التبرعات العينية 6 نقاط، وعدد صناديق التحصيل 1,362 صندوقاً منتشرة في جميع أنحاء البلاد.

2. تم فتح 3 مكاتب خارجية جديد في جيبوتي وتشاد وكينيا، وجاري تأسيس 8 مكاتب خارجية في كل من المغرب والأردن وغانا وسيريلانكا وقيرقيزيا والهند وغانا وتوجو.

3. انتشرت برامج ومشاريع وأنشطة قطر الخيرية خلال عام 2015 فشملت 74 بلداً في كل من إفريقيا وآسيا، وأوربا، وأمريكا، وأستراليا، حيث بلغت إجمالي المشروعات والبرامج والأنشطة التي نفذتها قطر الخيرية خارج دولة قطر خلال سنة 2015 حوالي 672 مليون ريال قطري بزيادة قدرها 9% بالمقارنة 619 مليون ريال عام 2014.

4. نفذت قطر الخيرية خلال عام 2015 عدداً من المشروعات في الدول الاوربية والغربية وكندا بلغت قيمتها 21,3 مليون ريال قطري، وتتنوع هذه المشاريع بين مراكز اسلامية ومراكز ثقافية ومساجد ومراكز تعليمية وغيرها.

5. تم خلال عام 2015 توقيع أكثر من 50 اتفاقية وشراكات دولية ومحلية بخلاف الشراكات القائمة، وكان من أهم الشراكات التي عقدتها الجمعية مع: صندوق قطر للتنمية، ومؤسسة حقوق الإنسان والحريات والإغاثة الإنسانية / تركيا (IHH)، وجمعية الهلال الأحمر القطري، ومؤسسة صلتك، ومؤسسة التعليم فوق



الجميع، والمنظمة الإسلامية للتربية والعلوم والثقافة (الأيسيسكو)، والهيئة الطبية الدولية IMC، ومنظمة التغذية والزراعة، وصندوق الأمم المتحدة للطفولة، والبنك الإسلامي للتنمية.

6. حققت قطر الخيرية للعام الثالث على التوالي المركز الأول عالمياً على مستوى المنظمات الإنسانية غير الحكومية في مجال إغاثة الشعب السوري، وذلك وفق التقرير الصادر عن مكتب تنسيق الشؤون الإنسانية التابع للأمم المتحدة " أوتشا".

## <span style="color:red">➕ تطور مستمر</span>

### <span style="color:green">1- الموارد البشرية:</span>

إن العنصر البشري يعد من أهم ركائز قطر الخيرية، فالعنصرُ البشري هو الدعامة الحقيقة التي تستند إليها الأنظمة الحديثة والإدارة الحقيقة لتحقيق أهدافها، لذا أصبحت مهمة إدارة الموارد البشرية هي استقطاب العناصر البشرية المتميزة والعمل على تنمية هذه العناصر عن طريق التدريب المستمر لخلق كوادر فنية وإدارية طبقاً للمستويات العالمية من خلال مناخ عمل ومزايا منافسة بما يتناسب مع استراتيجية قطر الخيرية، لذا حرصنا خلال عام 2015 على ما يلي:

- رفع كفاءة الموظفين من خلال برامج التدريب المستمرة داخليا وخارجيا خلال السنة الماضية، حيث بلغ عدد المستفيدين قرابة 220 موظف من خلال العديد من البرامج التدريبية في عدة مجالات على سبيل المثال (جمع التبرعات، التنمية البشرية، السكرتارية، الإغاثة، التصميم وخدمة العملاء........)، وقد تم ذلك من خلال الشراكة مع عدد من مراكز التدريب العاملة بالدولة والتي قدمت خدماتها بالمجان أو برسوم رمزية لقطر الخيرية.

- زيادة عدد الموظفين بالمقر الرئيسي والمكاتب الخارجية لتواكب التطور المستمر والانتشار المطلوب وفق الخطة الاستراتيجية لقطر الخيرية ولتحقيق الأهداف المنشودة حيث بلغ اجمالي عدد الموظفين 742 بالمقر الرئيس والمكاتب الخارجية بزيادة 8٪ عن عام 2014.



تقرير عن وضع الموظفين الحالي

- استقطاب العديد من الكوادر الكفؤة من القطريين وجذب أكبر عدد من المتميزين في شتى المجالات وتسكينهم في الإدارة العليا والإدارة الوسطى كمرحلة أولى في إطار أعادة هيكلة الجمعية، حيث بلغ عدد الموظفين القطريين (44) موظفاً بنهاية عام 2015.

- تم اعتماد مجموعة اللوائح والسياسات الخاصة بالموارد البشرية والتي بلغت أحد عشر اصداراً منها للمقر الرئيسي واثنا عشر للمكاتب الميدانية في عام 2015 وبدأ التطبيق الفعلي لها خلال نفس العام.

- تم تقديم مقترح لإنشاء قسم للتدريب وتطوير قدرات الموظفين وتم اعتماده على ان يتم تفعيله خلال العام 2016.

## 2- النظم والسياسات المالية والإدارية:

قامت الجمعية خلال عام 2015 بالعديد من إعادة التنظيم وتطوير الهيكل التنظيمي ووضع أسس للبناء المؤسسي وتطوير الأدوات وآليات العمل، وتطبيق البرامج والتقنيات الحديثة، وكان من أهمها ما يلي:

1. وضع الخطط والاستراتيجيات ونظم التطوير للإدارة المالية على مستوى المركز الرئيسي والمكاتب الميدانية وذلك بالاستعانة بالكفاءات الموجودة في الجمعية وتطوير نظم التحصيل لتصبح نظم الكترونية بالاستعانة بالإدارات المتخصصة في ذلك.

2. وضع الضوابط الخاصة بتفعيل دور الرقابة الداخلية والحفاظ على أموال الجمعية.

3. تطبيق الرؤية الاستراتيجية للإدارة بما يتواكب مع استراتيجية الجمعية من تحديث وتطوير النظم المالية ونظم الرقابة الداخلية.

4. اعتماد اللوائح والسياسات المالية والإدارية ونظم الرقابة الداخلية وتطبيقها على كل الإدارات في قطر الخيرية والتي بلغت 42 إصداراً للمقر الرئيس، وعدد 32 إصداراً للمكاتب الميدانية، موضحاً بالجدول التالي:

اللوائح والسياسات وأدلة وأنظمة العمل المعتمدة للمقر الرئيس والمكاتب الميدانية

| م | الأعمال | المقر الرئيس | المكاتب الميدانية | الإجمالي |
|---|---|---|---|---|
| 1 | الهوية والخطط | 4 | 0 | 4 |
| 2 | الهيكل والبناء التنظيمي | 2 | 3 | 5 |
| 3 | المالية | 10 | 8 | 18 |
| 4 | الرقابة | 4 | 2 | 6 |
| 5 | الموارد البشرية | 13 | 12 | 25 |
| 6 | الإدارية | 7 | 5 | 12 |
| 7 | النظم الإلكترونية | 1 | 1 | 2 |
| 8 | أنظمة الإدارة الدولية المعتمدة | 1 | 1 | 2 |
| | الإجمالي | 42 | 32 | 74 |





5. تفعيل دور إدارة الخدمات العامة لتكون جميع عمليات المشتريات وفق ضوابط ورقابة، واعادة هيكلة الإدارة بما يتواكب مع زيادة حجم الطلبات والخدمات للمشروعات حتى يتم العمل بالجودة والشفافية المطلوبة.

6. البدء في تطبيق نظام الصرف الإلكتروني في المركز الرئيسي والمكاتب الميدانية والربط المباشر مع البرنامج المحاسبي مما أدى الى زيادة فاعلية دور الرقابة الداخلية على كل المعاملات المالية.

7. استحداث وحدة للمخازن والدعم اللوجيستي للحفاظ على موجودات وأملاك الجمعية.

8. التأمين على جميع أصول الجمعية من مباني وسيارات والخزن والمحصلين وجارى كذلك التأمين على جميع الصناديق الثابتة في المواقع في شركات اسلامية بنظام التكافل التعاوني.

9. البدء في تطبيق عدد من البرامج الإلكترونية الخاصة بأعمال الجمعية وهي:

- نظام الصرف الداخلي والخارجي.
- نظام الحضور والانصراف والتكامل مع الأنظمة الحالية (MenaMe).
- نظام التحصيل الإلكتروني الجديد.
- نظام مقاصة البنوك.
- نظام تسجيل الموردين أونلاين.
- نظام صرف المساعدات زخر.
- نظام الأرشيف.
- نظام العقود.
- برنامج الموازنة التقديرية.

## 3- تكنولوجيا المعلومات:

أ- فيما يخص تطوير البرامج فقد تم استحداث وتطوير العديد من البرامج والأنظمة الالكترونية أهمها:

- نظام الخدمة الإلكترونية.
- نظام العقود والتكامل مع نظام الصرف الداخلي.
- موقع قطر الخيرية الجديد.
- تطبيق قطر الخيرية على الأيفون.
- تطبيق الفيديو للميدان على الأندرويد.
- تطبيق المحصل المنزلي.
- نظام الموازنة.
- أنظمة مركز الاتصال والربط مع برنامج Lync.
- موقع رفقاء الجديد.
- نظام الرسائل النصية (كفالات ...).
- نظام تسوية السلف.
- نظام إخلاء الطرف (نهائي، محصل، أمين خزينة).
- نظام إدارة العهد (تسليم، استلام، إهلاك، مخزون، ...).
- تطوير نظام كامل لبرنامج تفريغ كربت (موقع، جوال، sms، خدمة العملاء، ...)
- نظام ربط المنتجات ذات العلاقة ببعضها (من الميدان).
- نظام المهمات الرسمية وريطه بنظام الصرف الداخلي.
- برنامج إدارة مخزون تكنولوجيا المعلومات.
- نظام الشات أونلاين.
- ب-   فيما يخص البنية التحتية والشبكات:



قطر الخيرية

- تطوير أنظمة الاتصالات والبريد الإلكتروني في الجمعية.
- الربط مع شركات الاتصالات (اوريد و وفودافون).
- تطوير ورفع كفاءة أجهزة الخدمة الذاتية (kiosk).
- تطوير البنية التحتية لسيرفرات قواعد البيانات.
- إعداد البنية التحتية لمواقع قطر الخيرية الجديدة.
- تطوير أنظمة حماية المواقع الإلكترونية الجديدة.

## 4- النظم المالية:

الإدارة المالية تعمل على تحقيق رؤية واستراتيجية قطر الخيرية على جميع الأصعدة وإحداث نقلة نوعية من حيث الموضوعية والشفافية والوضوح والدقة وسرعة انجاز المسئوليات، والعمل الدائم على التطوير الإلكتروني المستمر وتطبيق أحدث نظم الرقابة الداخلية وفقاً لمعايير المراجعة الدولية بما يضمن تحقيق اقصى قدر ممكن من الجودة للعمل، ودائما تضع نظم التطوير المستمر والذي بدوره يؤدى الى ضبط مستوى الأداء المالي وتطبيق أحدث نظم الرقابة الداخلية بما يتواكب مع التطوير المستمر لإدارات الجمعية.

## 5- تنمية الموارد:

لقد اهتمت قطر الخيرية اهتماما شديداً بعملية التحصيل والتسويق والذي يعتبر الأداة الرئيسية لجذب الموارد للجمعية لذلك تم العمل على أكثر من صعيد في هذا الشأن وتمثل ذلك فيما يلي:

1. جذب كبار المحسنين والمتبرعين ورجال الأعمال في الدولة والتواصل معهم بشكل مباشر.
2. تعزيز ثقة الجهات الحكومية في العمل مع قطر الخيرية.
3. زيادة الإنتشار في أنحاء الدولة على كافة المستويات (فروع، مواقع، صناديق، حاويات، معارض، أسواق، نقاط بيع) والوصول لشرائح أكبر بالمجتمع القطري، وذلك من خلال:

   ↪ زيادة فروع التحصيل للجمعية حيث بلغت بنهاية عام 2015 عدد (22) فرع تحصيل، و (74) مواقع نقاط تحصيل على مستوى الدولة، بإجمالي (96) منفذ.

   ↪ زيادة عدد صناديق التحصيل الثابتة حيث بلغت في نهاية عام 2015 عدد (1435) صندوقاً.

   ↪ زيادة عدد حاويات التبرعات العينية حيث بلغت في نهاية عام 2015 عدد (201) حاوية.

   ↪ زيادة عدد نقاط تصريف التبرعات العينية حيث بلغت في نهاية عام 2015 عدد (6) منافذ بيع.

4. تدشين التحصيل الإلكتروني على ماكينات الكوبون الآلي والتحصيل عن طريق الانترنت، وعن طريق الرسائل القصيرة.



قطر الخيرية

5. وضع آليات جديدة لجذب موارد الزكاة، قد تم وضع خطط تسويقية وتعزيز العلاقات مع كبرى الشركات والمحسنين.

6. - عقد شراكات قوية وفعالة مع مؤسسات معتبرة بالمجتمع القطري، واستقطاب شخصيات هامة للمساهمة المالية في مشاريع قطر الخيرية واجتذاب الشباب للمساهمة بالعمل التطوعي بأنشطة وحملات الجمعية.

7. استحداث أنظمة رقابية الكترونية للمتابعة الميدانية للمحصلين.

8. عيين 20 محصل جديد لشغل المواقع القوية مما ساهم في زيادة ساعات العمل وبالتالي زيادة الايرادات المحصلة.

9. تنظيم أربعة دورات متخصصة للمحصلين والمشرفين بغرض رفع كفاءة والمستوي المهني لهم.

10. استحداث نظام المحصل الجوال، حيث تمت الاستفادة من العلاقات الطيبة التي تربط بعض المحصلين ببعض المتبرعين.

11. استحداث مشروع أغلي هديه؛ فالمشروع عبارة عن بناء مسجد يقدم هدية من المتبرع لمن يحب وتم ولله الحمد تسويق عدد (50) مسجد خلال حملة رمضان المبارك للفئات (من «50,000» إلى «60,000» ريال).

**التبرعات العينية**

• بلغت إجمالي الإيرادات المحققة خلال العام 2015 مبلغ 10,605,772ريال قطري، منها 1,678,637 إيرادات السوق الخيري.

• بلغت قيمة المساعدات العينية المقدمة للشعب السوري مبلغ 6,416,320 كالتالي:

- عدد (12 ) حاوية مساعدات عينية لصالح الشعب السوري بالتعاون مع منظمة الإغاثة الإسلامية التركية (IHH). ومتطوعي قطر الخيرية بقيمة تقديرية 2,785,640 ريال قطري.

- عدد 10 حاويات مساعدات عينية لصالح الشعب السوري بقيمة تقديرية 3,630,680 ريال قطري.

• تم توزيع عدد 60 حاوية تبرعات عينية إضافية ثابتة ومنتشرة في الدولة ليصبح العدد الإجمالي للحاويات الموزعة 201 حاوية وروعي في توزيعها البعد الجغرافي ومناطق الكثافة السكانية.

• تنظيم دورات متخصصة لموظفي التبرعات العينية بهدف رفع كفاءة المستوي المهني والعملي لهم.

❑ **التقارير القطاعية والتحليل الجغرافي للمشاريع**

أولاً: مجالات ومشاريع وأنشطة قطر الخيرية

تعديل الجدول بإضافة بيانات عام 2015 وتعديل  وضع الجدول ليبدأ من 2015 ثم سنة 2014 ثم سنة 2013 ثم سنة 2013 وهكذا، كما أرى

ليس هناك داعي لنسبة التغير المقارنة مع عام 2012 ويكتفى بالمقارنة مع  2013

| نسبة تغير 2014 لـ | | النسبة إلى الإجمالي | المدفوعات | | | | المجال الرئيسي |
|---|---|---|---|---|---|---|---|
| 2013 | 2012 | | 2014 | 2013 | 2012 | 2011 | |
| 15% | 29% | 25% | 173,506,770 | 151,368,850 | 134,785,882 | 90,711,840 | المجال الاجتماعي |
| 29% | 37% | 24% | 167,370,536 | 129,688,286 | 122,598,348 | 47,476,997 | المجال الدعوى |
| 85% | 21% | 17% | 119,627,236 | 64,493,501 | 98,882,205 | 30,335,583 | مجال الإغاثة |
| 16% | 43% | 6% | 38,103,931 | 32,955,358 | 26,728,599 | 24,206,726 | مجالات موسمية |
| 43% | 417% | 6% | 44,486,988 | 31,136,377 | 8,605,250 | 2,705,550 | مجال تنمية الأسرة |
| 66% | 1085% | 5% | 35,178,999 | 21,171,193 | 2,969,095 | 1,522,767 | المجال التعليمي |
| 153% | 1708% | 6% | 44,339,527 | 17,538,726 | 2,452,560 | 44,178,558 | مجال إعمار القرى والمجمعات |
| 83% | 146% | 4% | 29,506,984 | 16,104,056 | 11,979,331 | 2,361,222 | مجال المياه والإصحاح |
| 181% | 68% | 4% | 29,870,273 | 10,624,546 | 17,814,239 | 9,075,991 | المجال الصحي |
| 126% | 38% | 1% | 5,469,452 | 2,421,131 | 3,958,357 | 4,802,841 | مجالات أخرى متنوعة |
| 44% | 60% | 100% | 687,460,697 | 477,502,025 | 430,773,866 | 257,378,076 | الإجمالي |

**ثانياً: المناطق الجغرافية والدول التي تركز الجمعية أنشطتها فيها**

## المستوى المحلي (داخل قطر)

- انطلاقاً من الخطة الاستراتيجية للتنمية المحلية بقطر الخيرية، بركائزها الثلاث الاجتماعية والاقتصادية والثقافية، والتي تتوافق مع رؤية قطر 2030م، وايمانا منها بأهمية المساهمة في ايجاد برامج تخدم مختلف فئات المجتمع، تم العمل على مراعاة اختيار البرامج والانشطة التي يتم تنفيذها لتواكب الرؤية الوطنية في خمسة تحديات:

1. التحديث والمحافظة على العادات والتقاليد.
2. احتياجات الجيل الحالي واحتياجات الأجيال القادمة.
3. النمو المستهدف.
4. مسار التنمية في الدولة.
5. التنمية الاقتصادية والاجتماعية وحماية البيئة وتنميتها.

لذلك كان هناك توسع كبير في البرامج والأنشطة داخل الدولة، حيث تم تنفيذ العديد من المشروعات ثقافية وتربوية والاجتماعية والموسمية منها:

- البرنامج الجماهيري الرمضاني (البراحة) الذي جرى اقامته في اللؤلؤة في قطر وفي مدينتي الخور والشحانية.

- تفعيل مسجدي اللؤلؤة وكتارا، حيث تم استقطاب مجموعة من الضيوف القراء والمحاضرين المعروفين للمساجد.

- البرنامج الاذاعي الرمضاني "تراويح" الذي شهد نقلة نوعية هذا العام حيث قفزت ايراداته إلى أكثر من 50 مليون ريال قطري، عن طريق تعريف المجتمع بمشاريع قطر الخيرية بطريقة مختلفة.

- شهد رمضان عام 1436 زيادة عدد الموائد إلى (37) مائدة، وتقليل تكلفتها ليسهل ايجاد متبرعين لها، منها (21) مائدة افطار تشرف عليها قطر الخيرية مباشرة، وعدد (2) مائدتين تم تمويلها فقط، وعدد (13) مائدة للجاليات مولتها الجمعية ويشرف عليها جاليات معتمدة في الدولة، ومائدة خاصة متنقلة لعمال الصناعية، ومائدة جرى تمويلها بخيمة فقط، كما تم استحداث مشروع السحور هذا العام.

- ومشاريع أخرى لامست المجتمع كسقيا المصلين وافطار الجوال وفيه العافية، وقد استفاد من هذه المشاريع ما يزيد عن 385.000 شخص.

- للعام الرابع على التوالي جرى تنفيذ البرنامج الوطني لتعزيز القيم، باشتراك عدد 56 مدرسة، وزادت عدد المنتجات من الطلبة في مجالات المسابقة الى 95 مادة، بزيادة عن العام الماضي بـ 25 مادة، وقد حقق البرنامج ايراداً وقدره 875,398 ريال قطري تم تخصيصها لبناء 5 مدارس في الخارج.



- لأول مرة حققنا الانتشار الاذاعي ، حيث تم اذاعة برنامج اسفار على اذاعة صوت الخليج ، وبرنامج من القلب على اذاعة قطر البرنامج العام ، واذاعة القرآن الكريم ، وبرنامج انفعهم للناس على اذاعة مؤسسة قطر.

- حقق البرنامج الاذاعي تفريخ كبير في 15 شهرا منذ انطلاقته في 2014/9/2 إيرادات بلغت 55,172,653 ريال خلال عدد 60 حلقة من عمر البرنامج.

- يستمر برنامج صحبة في تقديم مجموعة من المناشط المستمرة لطلبة الاعدادية ، حيث يقدم المشروع مجموعة متنوعة من الانشطة والفعاليات والحوارات في إطار قيمي.

- مشروع سقيا العمال حيث جرى توزيع المياه على عدة مناطق متفرقة من الخور الى الوكرة ، بالماء والعصير على العمال العاملين في الفترة الصباحية إلى الظهيرة.

- مشروع "ادمها" وللعام الثالث مستمر لدعم الاسر المنتجة ، حيث قدم الوجبات لبعض موائد افطار الصائم و"افطار الجوال " "ومن البيت للبيت " لإجمالي عدد 1,050 مستفيد يوميا ، بإجمالي 31,500 مستفيد في الشهر

- برنامج "لكم تحية" ، برنامج يهدف إلى تزويد العمال بأدوات النظافة الشخصية ، جرى على أثرها التعاقد مع مجموعة من الشركات للانضمام في المشروع ، وكذلك الفنادق والشركات والمؤسسات للتبرع بكميات ادوات النظافة الشخصية، وقد غطى المشروع عدد 4,500 عامل.

- مشروع سقيا للعام الثاني يقوم بتوزيع عبوات المياه على العمال مع تثقيفهم بواسطة اطباء وأخصائيين عن مدى تأثير نقص السوائل في الجسم.

- برنامج "عيادة المريض" حيث جرى زيارة عدد كبير من المرضى في مستشفى الرميلة والخور

- ابتدأنا في رمضان بالمشروع الدعوي ، من خلال تخصيص مجموعة من المشايخ واعداد جدول بالزيارات المتنوعة الى الوزارات وزيارات المجالس زيارات الوزارات الحكومية والمؤسسات والهيئات الخاصة وزيارات المدارس قاعة لولوة -مجمع الانصاري وزيارات العزب ، بالإضافة الى نشر الفيدويهات.

- مشروع اللغة العربية بالفطرة والممارسة وهو دورة تدريبية موجهة الى معلمي المواد الدراسية التي تدرس باللغة العربية، والمشروع مستمر سنويا للمدارس ، وأستفاد منه هذا العام عدد المدارس 450 مدرسة.

- مشروع انا إغاثي ، الذي أطلق بالتعاون مع جامعة قطر، والذي يهدف إلى بث الوعي حول مفهوم الإغاثة ومواجهة الكوارث.

- احتفالاً باليوم العالمي للسكري، تم إطلاق بوستر عبر قنوات التواصل الاجتماعي، بعنوان " التوازن في اكلها مطلوب " مبادرة قطر الخيرية للتذكير في اليوم العالمي للسكري.

- مشروع الاضاحي للعام 1436 هـ لفائدة عدد المستفيدين 12,000 مستفيد ، وهي تمثل عدد الاسر المستفيدة 5,600 اسرة.

- برنامج كيف تكسب محبة الطلاب، تنفيذ الشيخ / شقر الشهواني من خلال القاء محاضرات أسبوعية للمعلمين بلغت مجموع المحاضرات 46 محاضرة في المدرسة، بحضور عدد 550 معلماً.

- شاركت قطر الخيرية في عدد من المعارض والملتقيات، وهي معرض التوعية والوسائل المساعدة ، معرض بيدنا نغرس قيمنا ، معرض الدفاع المدني ، 5. الحد من الكوارث حيث كانت فرصة لإظهار برامج ومشاريع قطر الخيرية.



- نظمت قطر الخيرية بمشاركة عدد 19 طلاب من الايتام مع المشرفين والمدربين رحلة إلى الصين لقادة المستقبل بتنظيم شركة ديبونو قطر، بهدف تعزيز القيم الإسلامية، وتنمية وصقل المهارات السلوكية والشخصية، والتعريف بالصناعة من قلب الحدث.

- تطلعت قطر الخيرية الى تبني مجموعة من المبادرات المجتمعية، حيث جرى التعاقد مع مبادرة رواد التربوي ن والتي تعد المشروع أحد المبادرات الشبابية والتي تقوم على: إعداد جيل قادر علي تحمل أعباء الحياة مع تنمية قدراته ومهاراته في مختلف الاتجاهات.

- بلغ عدد الأعراس التي نفذها مشروع زواج حتى نهاية عام 2015 عدد 242 عرساً، علما بأنه مسجل حتى موعد الحفل السنوي 2016/4 نحو 29 معرساً والعدد قابل للزيادة، والهدف من المشروع إقامة الأعراس للشباب بدون مقابل لتخفيف اعباء الزواج عليهم، مع تقديم الدعم الثقافي والاجتماعي غير المباشر حفاظا على مؤسسة الزواج، وذلك في الخيمة المعدة والخاصة بقطر الخيرية.

- جرى تنفيذ عدد من الزيارات بلغت زيارة لمجالس الاعيان والوجهاء والعائلات، لتقديم مجموعة مختارة من الدروس في المجال الإيماني والتربوي، مع تقديم مجموعة من الهدايا في كل زيارة.

- احتفلت قطر الخيرية وبالتعاون مع مركز شباب برزان باليوم العالمي للأيتام وبمشاركة 100 يتيم، اشتملت الفعالية على مسابقات وقيم تربوية وتوزيع هدايا، مشاركة الايتام مع اهاليهم واخوانهم في الفعالية.

- بالشراكة القائمة بين قطر الخيرية و"ايكيا" واليونيسيف بدول مجلس التعاون التي بموجبها يستفيد الأطفال المكفولون من طرف قطر الخيرية من الدمى التي تصنعها الشركة وتبيعها، وتقوم ايكيا بجمع المبالغ المباع بها الالعاب بتحويلها الى الدول التي يواجه اطفالها عدم التعليم.

- نظمت قطر الخيرية بمناسبة اليوم الرياضي الوطني وبالتعاون مع اليونيسيف وشركة "ايكيا" لألعاب الأطفال حفلا لتوزيع الهدايا على الأطفال وباقي الالعاب التي تقوم قطر الخيرية بتوزيعها على الأيتام الذين تكفلهم قطر الخيرية، والأطفال المرضى بالمستشفيات، جرى استلام الدمى في عام 2014 عدد 964 بينما في عام 2015 تم استلام 1,052 دمية.

- للسنة الثانية بالشراكة مع شركة نستله، تم تنفيذ مشروع سلال العطاء، وهي سلال تحتوي على مواد تموينية معظمها من ماركة نستله يتم توزيعها على الأسر ذات الدخل المحدود بواسطة قطر الخيرية.

- جرى توزيع مواد تموينية بالتعاون مع اكاديمية قطر، حيث يقوم الطلاب بتجهيز كرتون به مجموعة من المواد التموينية يتم توزيعها على الأسر ذات الدخل المحدود، وقد جرى توزيع المواد بمشاركة 150 طالباً على الأسر بمنطقة سكن أبو هامور.

- مشروع برادات المياه، مشروع مستمر منذ عام 2004 م الى 2015 م ، حيث يوجد عدد (205) براد موزع على جميع مناطق الدولة.

**في مجال المساعدات الداخلية**

بلغت المساعدات التي قدمتها قطر الخيرية خلال عام 2015 مبلغ 23,280,349 ريال وشملت العديد من فئات المجتمع القطري على النحو التالي:

### المساعدات الاجتماعية داخل دولة قطر خلال عام 2015

| الفئة | المبلغ | عدد المستفيدين |
|---|---|---|
| محدودي الدخل | 3,403,676 | 186 |
| الغارمين | 5,454,612 | 73 |
| مرضى | 9,929,668 | 201 |
| بدون دخل | 1,946,717 | 114 |
| سجناء أسر | 114,450 | 7 |
| طالب علم | 7000 | 1 |
| مطلقات | 779,192 | 43 |
| أرامل | 210,760 | 15 |
| مسنين وعجزة | 183,000 | 10 |
| سجناء | 1,013,274 | 9 |
| مهجورات | 63000 | 4 |
| عابر سبيل | 20000 | 2 |
| ذوي الاحتياجات الخاصة | 155000 | 5 |
| **الإجمالي** | **23,280,349** | **670** |

| الجنسية | الإجمالي | عدد المستفيدين |
|---|---|---|
| قطري | 9,335,499 | 158 |
| غير قطري | 13,944,850 | 512 |
| **الإجمالي** | **23,280,349** | **670** |

**مراكز تنمية المجتمع**

[ التقرير السنوي عام 2015 م ]                                              قطر الخيرية

يوجد لدى قطر الخيرية مجموعة من المراكز الاجتماعية في أماكن متفرقة من الدولة، وشهدت هذه المراكز تطوراً من حيث الكيف والكم، حيث بلغت عدد المراكز (8)، وتختص المراكز بتقديم أنشطة وبرامج وفعاليات مختلفة لفائدة جميع شرائح المجتمع بالإضافة لتنمية مختلف فئات المجتمع في النطاق الجغرافي التي تقع فيه، كما تقوم بترسيخ وتعزيز القيم والأخلاق السليمة وتأهيل وتطوير القدرات وتفعيل الطاقات والمهارات لدى الأفراد.

كما شهدت المراكز تفاعلا مثمرا مع المجتمع من خلال اقامة مجموعة من الفعاليات والمناسبات الوطنية، كاليوم الوطني، ومهرجان عيدي الفطر والاضحى والمناسبات الدينية والوطنية الأخرى.

تنفذ مراكز تنمية المجتمع برامجها في قطر، وفق معايير تربوية وتعليمية أشرف على وضعها خبراء متخصصون، وتعنى بتنمية كافة الجوانب السلوكية والأخلاقية والمهارية لدى منتسبي المراكز والمستفيدين من خدماتها، وقد تم إنجاز كافة الأعمال من قبل كادر متخصص في خدمة المجتمع يعملون في مراكز تنمية المجتمع حسب المناطق الجغرافية حيث يتم تقديم برامج نوعية ومتخصصة لكافة فئات المجتمع لتلبي وتسد الحاجة في المجتمع القطري، وكانت أبرز إنجازات مراكز تنمية المجتمع ما يلي:

1) استهداف أكثر من 82 ألف مستفيد من خلال تنفيذ أكثر من 1.000 برنامج نوعي ومتخصص في مختلف المناطق الجغرافية للدولة قطر.

2) بلغت نسبة عدد المستفيدين القطرين من مجموع المستفيدين من كافة البرامج بنسبة تقدر بـ 40%.

3) تم استهداف 200 طالب قطري مبتعث في الخارج من خلال إقامة ورش عمل وبرامج تدريبية لهم.

4) إنتاج 400 مادة إعلامية (فيديو) توعوية وقيمية واعلانية، تم نشرها في وسائل التواصل الاجتماعي تستهدف جميع شرائح المجتمع.

5) استقطاب أكثر من 1200 منتسب قطري (ذكور واناث) عن طريق مختلف البرامج القيمية والتدريبية المتنوعة في مراكز تنمية المجتمع فرع -الخور والريان والوكرة.

6) احتواء أكثر من 1000 يتيم (قادة المستقبل) وكبار السن والأرامل ضمن برامج متخصصة ونوعية يتم تقديمها لهذه الشرائح المستهدفة بعناية واحترافية من قبل الكادر المتخصص لهذه البرامج.

| 2015 | 2014 | 2013 | 2012 | 2011 |
|------|------|------|------|------|
| 8 مراكز | 10 مراكز | 7 مراكز | 6 مراكز | 5 مراكز |

 **المستوى الدولي:**

كما ركزت قطر الخيرية على العمل المحلي داخل قطر، فقد أولت للعمل الخارجي أهمية كبرى، فقد توزعت برامج ومشاريع وأنشطة قطر الخيرية خلال سنة 2015 فشملت 73 بلداً في كل من إفريقيا وآسيا، وأوربا، وأمريكا، وأستراليا.

## ◉ المكاتب الخارجية (الميدانية) لقطر الخيرية

وصل عدد المكاتب الميدانية لجمعية قطر الخيرية إلى 22 مكتباً في كل من فلسطين، وباكستان، واليمن، والسودان، والصومال، وموريتانيا، وأندونيسيا، وبنغلاديش، والنيجر، وبوركينا فاسو، وجزر القمر، ومالي، وألبانيا، والبوسنة، وكوسوفا، وتونس، ولندن، وتركيات (مكتب تنسيقي)، وجيبوتي، وتشاد، وكينيا، إضافة لعمل الجمعية في دولة قطر، وحيثما تطلبت المصلحة ذلك يكون لجمعية قطر الخيرية في البلد الواحد أكثر من مكتب كما هو الحال على سبيل المثال في كل من السودان، وباكستان، وفلسطين، وتسعى قطر الخيرية إلى زيادة عدد مكاتبها الميدانية بالخارج لتصل إلى 30 مكتباً.

لقد أعطيت قطر الخيرية أولوية خاصة للدول التي لها مكاتب ميدانية بها، وذلك لأسباب عدة أهمها:

1. تعزيز قدرات المكاتب الميدانية لقطر الخيرية.
2. الحصول على مقترحات مشاريع مدروسة بعناية.
3. متابعة المشاريع بشكل دقيق.
4. التحكم في مواصفات المشاريع المنفذة.
5. القدرة على حشد موارد محلية.

أما الدول التي لا توجد للجمعية فيها مكاتب ميدانية فقد تم التركيز فيها على المشاريع الاجتماعية، باستثناء أوربا الغربية وكندا بالنظر لطبيعة المشاريع التي دأبت قطر الخيرية على تنفيذها في هذه الدول والتي تخص أساسا المراكز الإسلامية الثقافية، وكذلك الدول التي سبق التعامل معها سابقاً ولم ينتج عن التعامل معها مشاكل في التنفيذ.

## ◉ الانتشار الجغرافي لعمل قطر الخيرية

تضم قائمة الدول التي عملت بها قطر الخيرية خلال سنة 2015 ما يلي:

**التأكد من عدد الدول بإضافة 3 دول ليصبح المجموع 73 دولة**

| قائمة دول القارتين الأوربية والأمريكيتين | قائمة دول القارة الآسيوية | قائمة الدول العربية | قائمة دول القارة الإفريقية |
|---|---|---|---|
| 1. ألبانيا | 1. إندونيسيا | 1. فلسطين (الضفة الغربية + قطاع غزة) | 1. السنغال |
| 2. كوسوفا | 2. باكستان | | 2. مالي |
| 3. البوسنة | 3. بنغلادش | 2. اليمن | 3. النيجر |
| 4. تركيا | 4. الهند | 3. السودان | 4. بوركينا فاسو |
| 5. إسبانيا | 5. سريلانكا | 4. موريتانيا | 5. بنين |
| 6. إيطاليا | 6. ميانمار | 5. المغرب | 6. توغو |
| 7. فرنسا | 7. قرغيزيا | 6. تونس | 7. غانا |
| 8. ألمانيا | 8. إيران | 7. الأردن | 8. نيجيريا |
| 9. بريطانيا | | 8. لبنان | 9. تشاد |
| 10. بلجيكا | | 9. العراق | 10. كينيا |
| 11. لكسمبورغ | | 10. الصومال | |
| 12. سويسرا | | 11. جزر القمر | |
| 13. كندا | | 12. لبنان | |
| 14. هولندا | | | |

- كما قامت قطر الخيرية بفتح آفاق جديدة لنشر الدين الإسلامي من خلال بناء المراكز الإسلامية في الدول الأوربية (إيطاليا ـ أسبانيا ـ سويسرا ـ ألمانيا ـ فرنسا ـ كندا ـ النرويج ـ بولندا ـ أيرلندا ـ لوكسمبورغ ـ السويد ـ بلجيكا ـ هولندا) حيث قامت خلال عام 2015 بالصرف على هذه المشروعات بما يزيد عن 21 مليون ريال قطري.

## إنجازات المكاتب الميدانية خلال عام 2015م

## مكتب ألبانيا

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (56) مشروعاً في مجال (التعليم والثقافة – الإغاثة – السكن الاجتماعي – المياه والإصحاح – التمكين الاقتصادي – المشاريع الموسمية)، وبلغت قيمتها مبلغ 8,263,755 ريال وبزيادة قدرها 391% عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 18,024 مستفيداً، كما استفاد عدد 17,467 أسرة من المشاريع الموسمية.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 6,000,000 ريال وبزيادة قدرها 32% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين عدد 3,200 مكفولاً.

- قام المكتب خلال عام 2015م بجمع الملابس الجديدة والمستعملة وإعادة توزيعها على الأسر الفقيرة والأيتام وقد بلغ عدد المستفيدين من هذا المشروع 10,000 مستفيداً.

- المركز الألباني القطري التعليمي من أفضل المراكز التعليمية على مستوى ألبانيا.

- حصلت طالبات المدرسة الألبانية القطرية على خمس مراكز من المراكز الأولى على مستوى ألبانيا في الثانوية العامة 2015م.

## مكتب كوسوفا

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (78) مشروعاً في مجال (التعليم والثقافة –السكن الاجتماعي – المياه والإصحاح – التمكين الاقتصادي – المشاريع الموسمية)، وبلغت قيمتها مبلغ 1,351,000 ريال وبزيادة قدرها 72% عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 6,642 مستفيداً، وعدد 11,340 مستفيداً من المشاريع الموسمية.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 3,398,389 ريال وبزيادة قدرها 8% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين عدد 1,583 مكفولاً.

- قام المكتب خلال عام 2015م بالتعاون مع بلدية متروفيتسا بحفر 25 بئر بالمدارس والمستوصفات بالبلدية لتأمين مياه صالحة للشرب للطلبة والمرضى المترددين على المستوصفات، وقد بلغ عدد المستفيدين من هذا المشروع 2,500 مستفيداً.

- حصل مركز قطر للتدريب على تقييم إداري ومهني بدرجة امتياز من هيئة الاعتمادات الكوسوفية التابع لمجلس الوزراء، كما حصل على الرخصة الدولية للكمبيوتر " كمركز معتمد للتدريب والاختبارات " للعام الثاني على التوالي، كما أصبح مركزاً معتمداً لشركة " أوتو ديسك العالمية " وهو المركز الوحيد والأول في كوسوفا، ويعتبر من أفضل المراكز التدريبية على مستوى كوسوفا ومنافس قوي في سوق التدريب والتأهيل رغم حداثة عمله حيث بدأ في العام 2013 وقد تخرج منه أكثر من 750 طالب عام 2015.

## مكتب البوسنة

- بلغ إجمالي قيمة المشاريع المنفذة خلال عام 2015م مبلغ 870,626 ريال في مجال (الزراعة – الإغاثة – السكن الاجتماعي – المياه والإصحاح – المشاريع الموسمية) وبزيادة قدرها 4% عن قيمة المشاريع المنفذة خلال عام 2014م.
- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 5,734,744 ريال وبزيادة قدرها 25% عن المنصرف خلال عام 2014م، وقد بلغ عدد المكفولين 2,338 مكفولا.
- قام المكتب خلال عام 2015م بالتعاون مع وزارة النازحين والمهاجرين بتنفيذ مشاريع مدرة للدخل لتمكين سكان مناطق شرق البوسنة من الاستقرار والاعتماد على أنفسهم، وقد بلغ تكلفة المشروع مبلغ 365,619 ريال وقد بلغ عدد المستفيدين من هذه المشروع 300 أسرة، كما قام المكتب بالتعاون مع جمعية نحلة النسائية بتقديم الدعم المهني لأمهات الأيتام، وقد بلغ تكلفة المشروع مبلغ 10,000 ريال.

## مكتب فلسطين -غزة

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (56) مشروعاً في مجال (التعليم والثقافة – الإغاثة – السكن الاجتماعي – القطاع الصحي – القطاع الزراعي والثروة السمكية –المياه والإصحاح – التمكين الاقتصادي – المشاريع الموسمية)، وبلغت قيمتها مبلغ 57,015,380 ريال وبزيادة قدرها 137% عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 9,338,569 مستفيداً.
- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 17,381,136 ريال وبزيادة قدرها 17% عن المنصرف خلال عام 2014م، وقد بلغ عدد المكفولين 7,343 مكفولاً بزيادة قدرها 958 مكفول عن عام 2014م.
- قام المكتب بإدارة فعاليات الورشة الوطنية لمنظمات المجتمع المدني فيما يتعلق بتطوير العمل الانساني في العالم بحضور المنسق العام للشؤون الانسانية لمنظمة الأوتشا في فلسطين بالإضافة لعشرات المؤسسات الدولية والوطنية الفاعلة في قطاع غزة.
- قام المكتب بتوقيع عدد (5) اتفاقيات مع البنك الاسلامي للتنمية لتنفيذ مشاريع حيوية لإعادة إعمار ما دمره الاحتلال الاسرائيلي في القطاعات المختلفة في قطاع غزة ومشاريع أخرى.

## مكتب الصومال

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (741) مشروعاً في مجال (التعليم والثقافة – الصحة –المياه والإصحاح – التمكين الاقتصادي – المشاريع الموسمية)، وبلغت قيمتها مبلغ 10,955,065 ريال وبزيادة قدرها 19% عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 271,490 مستفيداً.
- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 19,429,705 ريال وبزيادة قدرها 32% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 11,157 مكفولاً.
- قام المكتب بتنفيذ مشروع الإنعاش المبكر لمتضرري الفيضانات في شبيلى الوسطى من أجل مساعدة المجتمعات المحلية في إعادة بدء العمل الإنتاجي من الزراعة وتقوية المرافق العامة التي تضررت بسبب الأزمات البيئية التي شهدتها المحافظة في عامي 2014-2013 وبلغت تكلفة المشروع 3,647,500 ريال، وقد بلغ عدد المستفيدين من هذه المشروع 92,776 مستفيداً.



- قام المكتب بتنفيذ مشروع شراكة مع الهيئة الطبية الدولية من أجل دعم استمرار وصول الخدمات الصحية الأساسية والأمومية في منطقة شبيلى الوسطى بتكلفة 593,500 ريال، وقد بلغ عدد المستفيدين من هذا المشروع عدد 81,250 مستفيداً.

- قام المكتب بتنفيذ مشروع الإغاثة العاجلة لصالح لاجئي الشعب اليمني في الصومال من أجل تخفيف معاناة أسر اللاجئين اليمنيين والعائدين الصوماليين الذين نزحوا من الحروب الجارية في اليمن بتكلفة 365,000 ريال، وقد بلغ عدد المستفيدين من هذا المشروع 600 أسرة.

- قام المكتب بتنفيذ حملة قطر الخيرية لمساعدة النازحين والفقراء متضرري المجاعة والجفاف في الصومال وهي حملة إنسانية تهدف إلى تقديم المساعدات للمتضررين، بتكلفة 3,000,000 ريال، وقد بلغ عدد المستفيدين من هذا المشروع 71,373 مستفيداً.

## مكتب السودان

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (433) مشروعاً في مجال (التعليم والثقافة – الإغاثة – السكن الاجتماعي – الصحي -المياه والإصحاح – التمكين الاقتصادي – المشاريع الموسمية)، وبلغت قيمتها مبلغ 14,778,697 ريال، وقد بلغ عدد المستفيدين من هذه المشاريع 137,163 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 12,143,006 ريال وبزيادة قدرها 25% عن المنصرف خلال عام 2014م، وقد بلغ عدد المكفولين 3,973 مكفولاً.

- قام المكتب خلال عام 2015م بإنشاء محطة مياه في منطقة سقادي بالشراكة مع الهلال الاحمر القطري ومنظمة الدعوة بمبلغ 2,876,300 ريال يستفيد منها 17 قرية وقد بلغ عدد المستفيدين من هذا المشروع 20,000 مستفيداً.

- حصل المكتب على جائزة الرواد للعمل الطوعي لسنة 2015م في السودان من قبل مفوضية العون الانساني وهي الجهة الحكومية المشرفة على العمل الانساني في السودان.

- تم تصوير برنامج قلب واحد في السودان والذي تم اذاعته على قناة الريان القطرية وقناة الشروق السودانية.

- تم البدء في تنفيذ مشاريع نوعيــــة بالسودان مثل قرية رفقاء النموذجية، مشروع محطة مياه، برنامج مياه دارفـــور.

## مكتب إندونيسيا

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (974) مشروعاً في مجال (التعليم والثقافة – الإغاثة – السكن الاجتماعي – الصحي -المياه والإصحاح – التمكين الاقتصادي – المشاريع الموسمية)، وبلغت قيمتها مبلغ 14,105,053 ريال وبزيادة قدرها 36% عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 137,163 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 5,631,959 ريال وبزيادة قدرها 10% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 2,581 مكفولاً.

## مكتب باكستان



**قطر الخيرية**

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (1374) مشروعاً في مجال (التعليم والثقافة –المياه والإصحاح – المشاريع الموسمية)، وبلغت قيمتها مبلغ 8،615،120 ريال وبزيادة قدرها 55٪ عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 282،600 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 7,444,290 ريال وبزيادة قدرها 18٪ عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 4,056 مكفولاً.

- قام المكتب بالتعاون مع اليونيسف بتنفيذ مشاريع آبار وأحواض تجميع ومغاسل ومراحيض وحملات توعية للمناطق الريفية الأكثر فقراً في جنوب البنجاب بتكلفة 2,044,000 ريال، وقد بلغ عدد المستفيدين من هذه المشروع 97،000 مستفيداً، وفي بانو بتكلفة 3,018,000 ريال، وقد بلغ عدد المستفيدين من هذه المشروع 141،450 مستفيداً.

## مكتب بنجلاديش

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (4936) مشروعاً في مجال (التعليم والثقافة –المياه والإصحاح – والصحة -المشاريع الموسمية) وبلغت قيمتها مبلغ 71،275،993 ريال وبزيادة قدرها 124٪ عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع عدد 990،030 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 3,848,074 ريال وبزيادة قدرها 9٪ عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 2,259 مكفولاً.

- قام المكتب بتنفيذ عدد من المشاريع النوعية ضمن المشاريع المنفذة خلال عام 2015م حيث قام بتنفيذ المستشفى والمركز الطبي القطري في مدينة بهيروب ومدينة سعيد بور، مدرسة حجي عصمت لليتيمات في مدينة بهيروب ومدرسة برقاو الاسلامية وهوقلاقاو ابو الهاشم في مديرية مونشجونج، محطة تحلية المياه في مديرية صات خيرا.

- أوصت وزارة التأهب والاغاثة ببنجلاديش باعتبار مكتب قطر الخيرية ببنجلاديش جمعية مثالية يحتذى بها.

## مكتب تونس

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (226) مشروعاً في مجال (المياه والإصحاح – السكن -الزراعة - المشاريع الموسمية) وبلغت قيمتها مبلغ 15،363،140 ريال، وقد بلغ عدد المستفيدين من هذه المشاريع 29.405 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 925,835 ريال وبزيادة قدرها 63٪ عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 440 مكفولاً.

- قام المكتب بتنفيذ عدد من المشاريع النوعية بالشراكة مع صندوق الصداقة القطري ووزارة الخارجية القطرية حيث قام بتنفيذ المرحلة الثانية من برنامج "دعم" ديمومة العمل للمستقبل، ومشروع ترقية السكن الاجتماعي بولاية جندوبية.



## مكتب جيبوتي

- على الرغم من حداثة المكتب إلا أنه بدأ خلال عام 2015م بتنفيذ عدد (114) مشروعاً في مجال (التعليم – الإغاثة - الصحة –المياه والإصحاح – التمكين الاقتصادي – السكن الاجتماعي)، وبلغت قيمتها مبلغ 3,632,293 ريال وقد بلغ عدد المستفيدين من هذه المشاريع 36,000 مستفيداً.

- قام المكتب بالبدء في تنفيذ مشروع نوعي بالشراكة مع مؤسسة الرحمة العالمية الكويتية حيث قام بالبدء بتنفيذ مشروع بناء "قرية دوحة الخير" والمشروع عبارة عن قرية متكاملة لإيواء الفقراء الذين لا مأوى لهم، ويشتمل المشروع على بناء 100 وحدة سكنية ومستوصف ومدرسة ومسجد ومشغل خياطة وشبكة مياه تم البدء في المشروع في شهر أكتوبر 2015م ومازال تحت التنفيذ وتبلغ القيمة الإجمالية للمشروع مبلغ 4,613,637 ريال وينتهي العمل به في 30 سبتمبر 2016م.

## مكتب كينيا

- على الرغم من حداثة المكتب إلا أنه بدأ نهاية عام 2015م بالتجهيز لعدد من المشاريع النوعية حيث قام بالبدء في مشروع شراكة بين مكتب قطر الخيرية والصندوق الوقفي لتنفيذ عدد من المشاريع المشتركة في مجال المياه والإصحاح بكينيا خاصة في المحافظات النائية والتي تعاني من ندرة الخدمات المائية وكذلك البدء في تنفيذ مشروع مخيم كاكوما التعليمي بالشراكة مع المفوضية السامية لشؤون اللاجئين UNHCR وهو مشروع يهدف الى توفير خدمات تعليمية متميزة لفائدة اللاجئين في جميع المستويات الدراسية.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 221,100 ريال وقد بلغ عدد المكفولين 847 مكفولاً.

- بلغ إجمالي ما تم إنفاقه على المشاريع الموسمية مبلغ 1,146,154 ريال خلال عام 2015م هـ.

## مكتب جزر القمر

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (3) مشاريع في مجال (التعليم والثقافة-الإغاثة-المشاريع الموسمية) وبلغت قيمتها مبلغ 316,657 ريال وقد بلغ عدد المستفيدين من هذه المشاريع 1,360 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 48,782 ريال وقد بلغ عدد المكفولين 225 مكفولاً.

- قام مكتب قطر الخيرية بجزر القمر بالشراكة مع اللجنة العربية للاستثمار والتنمية ببناء مدرسة ابتدائية بتكلفة 254,436 ريال.

- حصل المكتب على شهادة تقدير من وزارة الصحة بجمهورية جزر القمر المتحدة.

قطر الخيرية

## مكتب النيجر

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (4953) مشروعاً في مجال (التعليم والثقافة –المياه والإصحاح – الصحة – السكن الاجتماعي-المشاريع الموسمية)، وبلغت قيمتها مبلغ 18,709,181 ريال وبزيادة قدرها 55% عن قيمة المشاريع المنفذة خلال عام 2014م، وقد بلغ عدد المستفيدين من هذه المشاريع 396,659 مستفيداً.

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 2,839,636 ريال وبزيادة قدرها 75% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 1,271 مكفولاً.

- قام المكتب بالتعاون مع منظمة الامم المتحدة للأغذية والزراعة بتنفيذ عدد من المشاريع الزراعية والثروة الحيوانية بالنيجر بتكلفة 761,215 ريال، وقد بلغ عدد المستفيدين من هذه المشروع 15,800 أسرة، كما قام المكتب بالتعاون مع الهلال الأحمر القطري بالبدء في إنشاء مزرعة نموذجية لإنتاج البذور مما سيساهم في توفير البذور المحسنة في بلد لا تتوفر فيه الشتلات الجيدة بتكلفة 2,394,170 ريال، وسوف يبلغ عدد المستفيدين من هذه المشروع 41,200 مستفيداً.

- تم اعتماد الصرف الالكتروني مع البنك المحلي بحيث يصرف للمستفيدين بالتحويلات البنكية الكترونيا دون مخاطبة البنك او التنقل لإجراء التحويلات.

- بتزكية من منظمة الامم المتحدة للأغذية والزراعة تم تدريب المهندس الزراعي للمكتب على نفقة جامعة بلجيكية لمدة 3 أشهر في بلجيكا على الزراعات السقوية وزراعة الخضروات والتي تمارسها قطر الخيرية في مناطق تدخلها لتحسين قدراته.

- صنف مكتب قطر الخيرية بالنيجر من بين أفضل الشركاء لمنظمة الامم المتحدة للأغذية والزراعة حيث تم توقيع 3 اتفاقيات تعاون خلال 2015م مع المنظمة كما بلغ عدد الاتفاقيات الموقعة بين الجمعية والمنظمة 23 اتفاقية خلال السنوات الاخيرة مما جعل مكتب منظمة الامم المتحدة للأغذية والزراعة بالنيجر يطرح امكانية توسيع هذه الشراكة لتشمل دولاً أخرى من بين الدول التي تعمل فيها الجهتان.

## مكتب اليمن

- على الرغم من الظروف التي يمر بها اليمن وعدم قدرة المكتب على العمل بشكل طبيعي إلا أنه بلغ إجمالي قيمة المشاريع المنفذة خلال عام 2015م مبلغ 29,340,701 ريال في مجال (التعليم والثقافة –المياه والإصحاح – الصحة – الإغاثة – التمكين الاقتصادي –السكن الاجتماعي-المشاريع الموسمية).

- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 27,785,100 ريال وبزيادة قدرها 11% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 52,080 مكفولا.

## مكتب تشاد

- بالنسبة لمكتب تشاد فهو من المكاتب التي تم افتتاحها في نهاية عام 2015م، وكانت باكورة أعماله تدشين المركز التربوي الإقليمي الذي وضع حجر أساسه الرئيس التنفيذي لقطر الخيرية بحضور رئيس وزراء تشاد والامين العام للايسيسكو، حيث ساهمت قطر الخيرية بمبلغ 1,825,000 ريال.

[ التقرير السنوي عام 2015 م ]

## مكتب مالي

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (595) مشروعاً في مجال (التعليم والثقافة –المياه والإصحاح – الصحة – التمكين الاقتصادي-المشاريع الموسمية)، وبلغت قيمتها مبلغ 4،604،703 ريال، وقد بلغ عدد المستفيدين من هذه المشاريع 22،464 مستفيداً.
- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 3،209،082 ريال وبزيادة قدرها 21% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 1,838 مكفولاً.

## مكتب موريتانيا

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (556) مشروعاً في مجال (التعليم والثقافة –المياه والإصحاح – الصحة – السكن الاجتماعي-التمكين الاقتصادي-المشاريع الموسمية)، وبلغت قيمتها مبلغ 15,325,368 ريال وبزيادة قدرها 576% عن قيمة المشاريع المنفذة خلال عام 2014م وقد بلغ عدد المستفيدين من هذه المشاريع 50,285 مستفيداً.
- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 2,955,437 ريال وبزيادة قدرها 28% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 2,015 مكفولاً.

## مكتب بوركينا فاسو

- بلغ إجمالي المشاريع المنفذة خلال عام 2015م عدد (4953) مشروعاً في مجال (التعليم والثقافة –المياه والإصحاح – الصحة – التمكين الاقتصادي-المشاريع الموسمية)، وبلغت قيمتها مبلغ 18,709,181 ريال، وقد بلغ عدد المستفيدين من هذه المشاريع 55,800 مستفيد، كما بلغ عدد المستفيدين من المشاريع الموسمية 71,500 أسرة.
- بلغ إجمالي ما تم إنفاقه على الرعاية الاجتماعية خلال عام 2015م مبلغ 2,178,894 ريال وبزيادة قدرها 183% عن المنصرف خلال عام 2014م وقد بلغ عدد المكفولين 1,292 مكفولاً.
- قام المكتب بالتعاون مع سويس كونتاك بإنجاز عدد من مشاريع التنمية الاقتصادية المحلية لمساعدة الفئات الأكثر فقرا للحصول على مصدر رزق وقد بلغ عدد المستفيدين من هذه المشروع 656 مستفيداً.

◉ **الشراكات والاتفاقيات**

نظراً للسمعة الكبيرة التي تحتلها قطر الخيرية على مستوى العالم في مجال التنمية والمجال الإنساني فقد وثقت فيها العديد من المنظمات والهيئات والوزارات المحلية والدولية والشركات والأفراد بأن توكل إليها انجاز العديد من المشروعات في جميع أنحاء العالم، وذلك لما تتمتع به قطر الخيرية من الخبرة والكفاءة من خلال مكاتبها المنتشرة حول العالم وشركائها التنفيذيون، حيث بذلت قطر الخيرية خلال سنة 2015 جهودا مهمة في مجال الشراكة والتعاون، سواء بالانفتاح على شراكات جديدة أو بمتابعة التعاون مع الشركاء السابقين، ومن أهم الشراكات التي عقدتها الجمعية خلال سنة 2015:

- توقيع اتفاقية تعاون مع برنامج الغذاء العالمي التابع للأمم المتحدة لدعم برامج محاربة الجوع، حيث يعتبر محاربة الجوع أحد أهم الأهداف التنموية المستديمة التي اعتمدتها الأمم المتحدة خلال سنة 2015.

- التعاون مع منظمة الأغذية والزراعة التابعة للأمم المتحدة لتنفيذ مشاريع الأمن الغذائي في النيجر، حيث اختيرت قطر الخيرية كشريك تنفيذي حصري لمنظمة الأغذية والزراعة في النيجر في مجال الأمن الغذائي بالنظر للكفاءة التي طورتها قطر الخيرية في النيجر في تنفيذ هذا النوع من المشاريع.

- التعاون مع كل من جمعية الهلال الأحمر القطري، ومنظمة الدعوة الإسلامية في تمويل مشروع خاص بتوفير الماء الصالح للشرب لفائدة تجمع قروي يضم ثماني عشرة تجمع قرية بمنطقة سقادي بولاية نهر النيل بالسودان، وتبلغ قيمة المشروع حوالي ثلاثة ملايين ريال قطري، وقد شاركت في تمويله المنظمات الثلاث بالتساوي، وأوكل تنفيذه لقطر الخيرية من خلال مكتبها في الخرطوم.

- التعاون بين جمعية قطر الخيرية، وجمعية الهلال الأحمر القطري لإنجاز مشروع خاص بالبذور المحسنة من أجل دعم جهود الأمن الغذائي في النيجر، ومن المنتظر أن يسهم المشروع في تزويد السوق المحلي بحوالي 15% من بعض الأصناف من البذور المحسنة، وتبلغ قيمة المشروع حوالي سبعمائة ألف دولار يشارك الطرفان مناصفة في تحملها.

- التعاون مع الهيئة الطبية العالمية ضمن مشروع ممول من طرف الاتحاد الأوربي لتوفير خدمات الصحة الأولية والصحة الإنجابية في منطقتي جوهرة وشابل، ومنطقة جنوب وسط الصومال. وتبلغ قيمة مساهمة قطر الخيرية في هذا المشروع مائة وخمسين ألف يورو.

- الانضمام إلى شبكة Start Network التي تضم 23 عضواً من بين أهم المنظمات الدولية العاملة في المجال الإنساني، وبموجب العضوية في Start Network تصبح قطر الخيرية قادرة على الوصول لتمويل مجموعة من الجهات المانحة الحكومية مثل DFID وغيرها.

- للسنة الرابعة على التوالي، يستمر مكتب قطر الخيرية في باكستان في التعاون مع صندوق الأمم المتحدة للطفولة في تقديم خدمات المياه والإصحاح في مناطق مختلفة من باكستان، ويأتي أهمية هذا المشروع من

أجل تعزيز ثقافة استعمال الماء في بعض المناطق، وتعزيز سلوك المواطن الباكستاني تجاه الإصحاح باعتباره سلوكاً واقياً من الكثير من الأمراض.

- تعزيزا للتعاون المشترك بين المنظمات غير الحكومية القطرية للرفع من كفاءة وفعالية المساعدات الإنمائية والإنسانية لدولة قطر، حرصت قطر الخيرية على التعاون مع مبادرة مؤسسة علم طفلاً الخاصة بدعم جهود التعليم في مخيم كاكوما في شمال كينيا بمساهمة مالية تبلغ حوالي مليون وخمسمائة ألف دولار أمريكي، وتمثل مبادرة التعليم في مخيم كاكوما نموذجا نوعيا وقيمة مضافة لإدماج خدمة التعليم في بيئة اللجوء.

- حرصت قطر الخيرية على بناء تحالفات بعيدة المدى إدراكا منها أن التعاطي مع قضايا التنمية والعمل الإنساني يحتاج لرؤية شاملة تتكامل فيها أدوار مختلف الفاعلين التنمويين والإنسانيين، وتوظف فيها موارد الجميع بشكل رشيد ، لهذا الغرض وقعت قطر الخيرية خلال سنة 2015 مجموعة من الاتفاقيات الاستراتيجية تعزيزا لهذه التحالفات، وقد شملت هذه التحالفات منظمة الدعوة الإسلامية (السودان)، وجمعية الهلال الحمر القطري (قطر)، وهيئة الإغاثة الإسلامية العالمية (الكويت)، وأيادي الخير نحو آسيا / روتا (قطر)، ومؤسسة "صلتك" (قطر)، وقد أثمرت هذه الاتفاقيات الاستراتيجية الدخول في مشاريع شراكة وتعاون محددة كما هو الشأن على سبيل المثال مع جمعية الهلال الأحمر في النيجر والسودان، ومع منظمة الدعوة الإسلامية في مجموعة من الدول الإفريقية، ومع مؤسسة صلتك في مجال التشغيل في سوريا، ومع مؤسسة أيادي الخير نحو آسيا في مجال التعليم في مناطق النزاعات كفلسطين.

- بالنظر للدور الريادي الذي تقوم به جمعية قطر الخيرية في تنفيذ برنامج دولة قطر للتنمية في ولاية جنوب دارفور، فقد حرصت على أن تكون شريكا استراتيجيا للولاية في ورشة إعداد خطة التنمية التي تم تنظيمها خلال شهر نوفمبر من سنة 2015 بمدينة نيالا عاصمة الولاية، حيث تم استغلال هذه الفرصة لتوقيع اتفاقيتين فنيتين للتعاون مع كل من برنامج المياه والإصحاح البيئي، ومفوضية تشجيع الاستثمار، وينتظر تفعيل هاتين الاتفاقيتين من خلال مشاريع تعاون في مجالي المياه والتمكين الاقتصادي ضمن المرحلة الثانية لبرنامج دولة قطر للتنمية في دارفور الذي سينطلق خلال الأشهر الأولى من سنة 2016 بقيمة إجمالية تصل إلى حوالي أربع وسبعين مليون دولار سيخصص منها حوالي 25٪ لينفذ عن طريق قطر الخيرية.

## ❀ الحضور الإقليمي والدولي

كرست جمعية قطر الخيرية خلال السنوات الأخيرة مكانة متميزة كمنظمة غير حكومية تنموية وإنسانية دولية، وتأتي هذه المكانة التي تبوأتها نتيجة للدور الإقليمي والدولي الذي تضطلع به في المجالين التنموي والإنساني، ونتيجة أيضا للمبادرات الإقليمية والدولية التي تضطلع فيها بمكانة ريادية، وفي هذا الإطار، قامت قطر الخيرية خلال سنة 2015 بمجموعة من المبادرات نذكر منها للمثال لا الحصر:

- المشاركة الفعالة في التحضير للقمة الإنسانية العالمية المزمع عقدها في اسطنبول خلال شهر مايو 2016، وتعتبر هذه القمة الإنسانية الأولى من نوعها التي تنظمها الأمم المتحدة منذ تأسيسها سنة 1945، حيث أسهمت

قطر الخيرية

قطر الخيرية خلال سنة 2015 في دعم الجهود التحضيرية للقمة من خلال دعم تنظيم المشاورات الإقليمية بمنطقة الشرق الأوسط وشمال إفريقيا التي نظمت بمقر "الأيسيسكو" في الرباط خلال شهر يناير، كما دعمت قطر الخيرية أيضا ورش المشاورات التي نظمت في اسطنبول لنفس الغرض.

- استجابة للأزمة الإنسانية في اليمن، نظمت قطر الخيرية ورشة إقليمية لتعزيز التواصل بين اللجنة العليا للإغاثة اليمنية مع شركائها من الفاعلين الإنسانيين بمنطقة دول مجلس التعاون الخليجي، وقد تم تنظيم هذه الورشة خلال شهر مارس 2015 وحضرها ما يزيد عن 15 منظمة إنسانية.

- استضافت قطر الخيرية خلال شهر مايو من سنة 2015 المؤتمر الدولي الثالث للعمل الإنساني، وتعتبر قطر الخيرية عضوا مؤسسا لهذا المؤتمر السنوي إلى جانب كل من منظمة التعاون الإسلامي، واللجنة الدولية للصليب الأحمر، وهيئة الإغاثة الإسلامية العالمية، والهيئة الخيرية الإسلامية العالمية، ومؤسسة حقوق الإنسان والإغاثة الإنسانية، حضر المؤتمر حوالي 120 شخصا مثلوا أكثر من ستين منظمة.

- نظمت قطر الخيرية خلال شهر أكتوبر من سنة 2015 مؤتمرا خاصا بالأزمة السورية، حيث ركز المؤتمر أكثر على جهود الاستعداد لفصل الشتاء، وإدارة الانتباه إلى الاحتياجات التي لا يوليها المانحون عناية خاصة والمتمثلة أساسا في التعليم وسبل العيش خصوصا في ظل طول مدى الأزمة، إضافة لسبل تعزيز التنسيق بين العاملين الإنسانيين، حضر المؤتمر أكثر من 100 مشارك يمثلون خمسين هيئة ومنظمة حكومية وغير حكومية، وفي نهاية المؤتمر تم الإعلان عن مجموعة من المبادرات الإنسانية لفائدة الشعب السوري من بينها مبادرة مشتركة بين قطر الخيرية والبنك الإسلامي للتنمية بقيمة سبعة ملايين دولار في مجال التعليم، ومبادرة مشتركة بين قطر الخيرية ومنظمة الدعوة الإسلامية بقيمة ثلاثة ملايين دولار، ومبادرة ثالثة بين قطر الخيرية ومؤسسة صلتك من أجل دعم سبل العيش بقيمة مليون دولار لفائدة النازحين واللاجئين السوريين.

- إضافة للمبادرات الخاصة بقطر الخيرية، دعمت قطر الخيرية مجموعة من المبادرات والفعاليات التي نظمتها جهات شريكة أخرى من أجل دعم الجهود الإنسانية في سوريا، ومن بين الفعاليات التي أسهمت قطر الخيرية في دعمها المؤتمر السنوي لاتحاد المنظمات التنموية والإنسانية في لبنان، والمؤتمر السنوي لمنظومة وطن.

## ❊ مشاريع التعاون التنموية والإنسانية

في مجال مشاريع التعاون التنموية والإنسانية قدمت قطر الخيرية الدعم الفني الضروري لمكاتبها الميدانية وشركائها التنفيذين لإدارة هذه المشاريع بكفاءة وجودة، ويشمل الدعم الفني الذي تقدمه الجمعية المجالات المختلفة ذات الصلة بالبرامج والمشاريع التنموية والإنسانية كالتخطيط، والشراكة، والتعاون، وحشد الموارد، وإدارة المشاريع في مختلف مراحلها كتقييم الاحتياجات وتصميم المشاريع ومتابعتها وتقييمها، وفي هذا الإطار نستعرض بعضا من جهود الدعم الفني خلال سنة 2015:

- دعم جهود مكتب قطر الخيرية في تونس لتنفيذ برنامج "دعم" الذي تموله دولة قطر بقيمة خمسة عشر مليون دولار أمريكي، ويشمل البرنامج المشاريع التالية: بناء خمس مدراس ريفية، بناء عشرة مراكز صحية

ريفية، إنشاء مسالك لفك العزلة على المناطق الريفية، ترقية السكن الاجتماعي، التمكين الاقتصادي ودعم التعاونيات الفلاحية.

- دعم مكتب قطر الخيرية في السودان لتنفيذ مشروع المياه في منطقة سقادي بولاية نهر النيل في إطار شراكة ثلاثية تشمل قطر الخيرية، والهلال الأحمر القطري، ومنظمة الدعوة الإسلامية. ويقوم المشروع على ضخ مياه نهر النيل إلى محطة معالجة بسعة ألفي متر مكعب على بعد إثنين كيلومتر من النهر ليتم بعد ذلك توزيع الماء الصالح للشرب على ثماني عشرة قرية تضم حوالي عشرين ألف نسمة.

- التعاون مع مكتب قطر الخيرية في السودان من أجل إطلاق مبادرة رفقاء والمتمثلة في قرية متكاملة لإيواء وخدمة ألف ومائتي طفل يتيم في السودان، وبقيمة إجمالية قدرها إثنان وثلاثون مليون ريال قطري، وبالتعاون مع ولاية نهر النيل تم اختيار موقع مدينة الدامر لبناء هذه القرية.

- الإسهام في تعزيز قدرات المنظمات السورية لضمان احترامها للمبادئ والمعايير الإنسانية أثناء عملها الميداني بما يضمن تقديم الخدمات الإنسانية وفق معايير الجودة المطلوبة من جهة، وبما يساعد على تقديم الخدمات في بيئة آمنة من جهة ثانية، ومن أهم المبادرات التي تم القيام بها في هذا الصدد تنظيم دورة تدريبية خلال شهر يونيو 2015 بالتعاون مع مكتب تنسيق الشؤون الإنسانية للأمم المتحدة شارك فيها حوالي ثلاثين عاملا إنسانيا من المنظمات الإنسانية السورية.

- إعداد الدراسة الخاصة ببرنامج تنمية مجتمعات الرُّحل في إقليم دارفور بالتعاون مع الجمعيات القطرية. وتبلغ القيمة الإجمالية للبرنامج خمسين مليون دولار أمريكي موزعة بالتساوي على الولايات الخمس لدارفور.

- التعاون مع مكتب قطر الخيرية في السودان في تنفيذ مشروع توفير الماء الصالح للشرب في ولايتي جنوب ووسط دارفور بتمويل من صندوق قطر للتنمية بقيمة إجمالية قدرها ثلاثة ملايين دولار، وقد تم إطلاق المشروع خلال سنة 2015.

- التعاون مع مكتب قطر الخيرية في فلسطين لتنفيذ حزم المشاريع التي كلفت بها قطر الخيرية من طرف اللجنة التنفيذية لبرنامج دول مجلس التعاون الخليجي لإعادة إعمار غزة الذي يديره البنك الإسلامي للتنمية.

قطر الخيرية

## ◉ الرعاية الاجتماعية والكفالات

للعام الثاني على التوالي، تم تكريم قطر الخيرية في العاصمة البحرينية المنامة لفوزها بجائزة السنابل للمسؤولية المجتمعية في مؤسسات رعاية الأيتام بمجلس التعاون الخليجي عن عام 2015، وقد جاء الفوز بالجائزة عن فئة المبادرات المجتمعية في مجال رعاية الأيتام على المستوى الخليجي، تقديرا لمبادرة "رفقاء الدولية لمساعدة الأيتام" التي تتبناها قطر الخيرية.

وتسهم كفالة الأيتام في تحسين ظروف عيش الأطفال المكفولين من خلال تمكينهم من حقوقهم الأساسية في التغذية والكساء، والتعليم، والعلاج، والمأوى اللائق، حيث بلغ عدد المكفولين نهاية عام 2015 عدد 91.846 مكفولاً، موزع على 39 دولة على مستوى العالم بزيادة قدرها 20.7 % عن عام 2014 حيث كان عدد المكفولين 76.093 مكفول، وقد أنفقت قطر الخيرية على برنامج كفالة الأيتام وبرامج الرعاية الاجتماعية خلال سنة 2015 ما قيمته 181.073.618 ريال قطري، بزيادة نسبتها 18.42% عن عام 2014 حيث كانت قيمتها 152.909.640 ريال قطري، وفيما يلي الاحصائية مقارنة بأربعة سنوات مصنفة بعدد الكفالات والدول التي تشملها:

| السنوات | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| عدد الكفالات | 40333 | 57199 | 62416 | 76093 | 91846 |
| عدد الدول | 32 | 34 | 34 | 34 | 39 |
| المدفوع | 86,269,869 | 109,295,196 | 127,582,366 | 152,909,640 | 181,073,618 |

## ◉ الشركاء المحليون والدوليون:

ترشيدا لجهودها وحرصا منها على التنسيق والتكامل مع باقي الفاعلين الآخرين، تحرص جمعية قطر الخيرية على التعاون والشراكة مع مختلف المتدخلين سواء في الحقل التنموي أو في الحقل الإنساني على المستوى المحلي والدولي، لهذا الغرض حرصت قطر الخيرية على التعاون مع الهيئات الدولية وتعزيز الثقة للصورة الذهنية للجمعية، وتتعاون جمعية قطر الخيرية في إدارة برامجها ومشاريعها وتقديم خدماتها مع طيف واسع من الشركاء يصل عددهم إلى حوالي 500 شريكا، وتضم قائمة شركاء الجمعية أهم المنظمات المتخصصة للأمم المتحدة، كما تتعاون قطر الخيرية أيضا مع منظمات المجتمع المدني المحلية، والمنظمات غير الحكومية الدولية، وبنوك ووكالات التنمية، إضافة للوزارات والمصالح الفنية المختصة في الدول التي تعمل فيها مكاتب الجمعية، كما أولت قطر الخيرية خلال سنة 2015 أهمية خاصة لتوقيع اتفاقيات تعاون استراتيجية مع شركاء من داخل قطر كمؤسسة التعليم فوق الجمعي (EAA)، وعلم طفلا (EAC)، وجمعية الهلال الأحمر القطري، كما

حرصت على تعزيز العلاقات وفتح قنوات اتصال مع العديد من الشركاء المحليين والدوليين وكانت أهمها مع كل من:

| الشركاء المحليون | | | |
|---|---|---|---|
| 2. الجمعية القطرية لمكافحة السرطان | | 1. وزارة العمل والشؤون الاجتماعية | |
| 4. مؤسسة حمد الطبية | | 3. وزارة الداخلية | |
| 6. شركة اتصالات فودافون | | 5. وزارة الأوقاف والشؤون الإسلامية | |
| 8. شركة اتصالات اوريدو | | 7. وزارة البيئة | |
| 10. المؤسسة القطرية لمكافحة الاتجار بالبشر | | 9. وزارة الاتصالات | |
| 12. المؤسسة القطرية للإيواء | | 11. اللجنة الأولمبية الرياضية | |
| 14. المركز الثقافي للطفولة | | 13. دار الإنماء الاجتماعي | |
| 16. مركز الشفلح | | 15. مؤسسة قطر للتربية والعلوم وتنمية المجتمع | |
| 18. مركز العوين | | 17. جامعة قطر | |
| 20. بنك بروة | | 19. الجمعية القطرية لتأهيل ذوي الاحتياجات الخاصة | |
| 22. العمادي للمشروعات | | 21. معرض قطر المهني | |

| الشركاء الدوليون |
|---|
| 1. المفوضية السامية للاجئين بالأمم المتحدة (UNHCR) |
| 2. منظمة التغذية والزراعة (FAO) |
| 3. صندوق الأمم المتحدة للطفولة (UNICEF) |
| 4. برنامج الغذاء العالمي (WFP) |
| 5. وكالة غوث وتشغيل اللاجئين الفلسطينيين (UNRWA) |
| 6. صندوق الأمم المتحدة للتنمية (UNDP) |
| 7. مكتب تنسيق الشؤون الإنسانية (UNOCHA) |
| 8. بنك التنمية الإسلامي (IDB) |
| 9. المنظمة الإسلامية للتربية والعلوم والثقافة (ISESCO) |
| 10. مؤسسة بيل جيتس العالمية |
| 11. هيئة المعونة الإسلامية – استراليا |

● **المشاريع والبرامج الخارجية:**

بلغ إجمالي المساعدات التي قدمتها قطر الخيرية خارج دولة قطر خلال سنة 2015 حوالي 947,938,900 ريال، وقد شملت هذه المشاريع والبرامج والمساعدات 73 دولة، وغطت قطاعات تنموية وانسانية مختلفة في التعليم، والصحة، والمياه والاصحاح، والرعاية الاجتماعية، والتنمية الثقافية، والتمكين الاقتصادي، والسكن الاجتماعي، ومن أهم والمشاريع والبرامج والمبادرات الخارجية التي أنجزتها قطر الخيرية خلال سنة 2015؛

| المبلغ | عدد المشاريع | عدد الدول | المجال |
|---|---|---|---|
| 43,046,700 | 4,739 | 26 | التمكين الاقتصادي |
| 372,231,800 | 1,717 | 44 | الثقافة والتعليم |
| 47,454,500 | 189 | 20 | السكن الاجتماعي |
| 77,604,600 | 88 | 18 | الصحة |
| 100,062,600 | 5,922 | 27 | المياه والاصحاح |
| 251,446,900 | 126 | 23 | المراكز متعددة الخدمات |
| 56,091,800 | 71 | 20 | مساعدات اجتماعية خارجية |
| 947,938,900 | 12,852 | 73 | الإجمالي |

● **المشاريع والبرامج الإغاثية:**

في مجال الإغاثة بلغت عدد المشاريع الإغاثية المنفذة خلال عام 2015 عدد 144 مشروعاً، بلغت قيمتها الإجمالية 176 مليون ريال قطري، استفاد منها حوالي 2.43 مليون شخص في 14 دولة، وغطت مجالات الايواء والمواد غير غذائية، مواد غذائية، الصحة، التعليم.

| السنوات | عدد المستفيدين | الدول المستفيدة | عدد المشاريع | إجمالي القيمة |
|---|---|---|---|---|
| 2015 | 2.430.473 | 14 | 144 | 176 مليون ريال |
| 2014 | 2,245,650 | 13 | 133 | 104 مليون ريال |
| نسبة التغير | 8% | 8% | 8% | 69% |

✱ **الإغاثة العينية:**

▪ إرسـال تبرعـات عينيـة لسـوريا خـلال عـام 2015 مـن الملابـس والبطانيـات والـدفايات وبقيمـة حوالي 6,416,320 ريال بالتعاون مع الهلال الأحمر القطري.

◉ **الحملات والمبادرات والمسابقات التسويقية**

قامت قطر الخيرية خلال عام 2015 بالعديد من الحملات والفعاليات والمبادرات التسويقية النوعية بهدف دعم أنشطة وبرامج ومشاريع قطر الخيرية وزيادة الإيرادات وكان أهمها:

1.  برنامج قلب واحد- 2: هو برنامج تلفزيوني لجمع التبرعات عن طريق فرق ومجموعات وشخصيات من مجالات مختلفة وجنسيات مختلفة، وكان هدفه دعم الاشقاء السودانيين، ولفت الانتباه لحجم المعاناة وحجم الاستجابة، والتنافس بين الفرق وتفاعل الجمهور المتابعين له في الخير، وطرح افكار جديدة للعمل الخيري، وحقق البرنامج إيراداً قدره؛ 3,652,390 ريال قطري.

2.  مبادرة رفقاء: مبادرة لرعاية وكفالة الأطفال والأيتام حول العالم، حيث بلغ عدد مكفوليها 46,500 طفلاً حول العالم، حيث تم كفالة عدد 22,385 يتيم خلال عام 2015 بقيمة؛ 18,206,122 ريال قطري.

3.  مبادرة علم طفلاً: هي حملة بالاشتراك مع مؤسسة التعليم فوق الجميع لدعم التعليم والطلاب في المرحلة الأساسية، تهدف إلى توفير الدعم للأطفال في مرحلة التعليم الأساسية، وتوفير منشئات تعليمية مناسبة، وتعزيز الشراكة مع المؤسسات الكبرى، وحققت المبادرة إيراداً بلغ؛ 307,163 ريال قطري.

4.  وقفية الأقصى: من أجل إقامة مشاريع عقارية واستثمارية وقفية، يتم توجيه ريعها السنوي، لتوفير الخدمات الأساسية، وتعزيز صمود سكان القدس على أرضهم بهدف مجابهة التحديات الخطيرة التي تواجه المسجد الأقصى المبارك، ووقف محاولات متواصلة لطمس هوية القدس الإسلامية، ومواجهة الصعوبات الكبيرة تجعل حياة سُكانها شبهَ مستحيلة، ومحاولة وقف الرحيل القسري عنها وقد تم جمع مبالغ لهذه الوقفية بلغت خلال عام 2015؛ 3,631,449 ريال قطري.

5.  برنامج خدمة الشيخ فهد الكندري افتح قلبك للقرآن: هي خدمة الاشتراك في رسائل لخواطر وتفاسير لآيات قرآنية تهدف إلى أمرين يستفيد منها المشترك الغذاء الروحي والمساهمة في عمل الخير، وحقق البرنامج إيراداً بلغ 130,475 ريال قطري.

6.  حملة سوريا ـ قبل أن يتجمد: وقد حققت الحملة إيرادات بلغت 123,810,953 ريال قطري في حين كانت إيرادات الحملات في عام 2014 حملة سوريا ـ شتاء بحجم معاناتهم مبلغ 39,994,159 ريال قطري.

7.  حملة رمضان 1436هـ "رمضان البسمة": وقد حققت الحملة إيرادات بلغت 326,888,282 ريال قطري، أهم نقاط القوة في هذه الحملة وتعد سابقة لقطر الخيرية أنه تم تنفيذها وإنتاج الحملة بالجهود الذاتية لقطر الخيرية اعتماداً على كوادرها في حين كانت إيرادات في عام 2014 رمضان 1435هـ "نور العطاء" 274,964,393 ريال قطري.

8.  حملة الأضاحي 1436هـ "أضاحيكم عيدهم" وقد حققت الحملة إيرادات بلغت 16,287,080 ريال قطري، وبلغت نسبة المحصل من الأضاحي عن المستهدف (12,145,629) 88.44%، في حين إيرادات الحملات لعام 2014 حملة الأضاحي 1435هـ 15,403,839 ريال قطري وبلغت نسبة المحصل من الأضاحي عن المستهدف (11,726,922) 87.29%.

9.  بلغت إيرادات حملة "اليمن نحن معكم" مبلغاً قدره؛ 32,791,154 ريال قطري.



10. بلغت إيرادات حملة "الغارمين" مبلغاً قدره؛ 3,352,100 ريال قطري.

11. بلغت إيرادات حملة "إغاثة النيبال" مبلغاً قدره؛ 2,414,336 ريال قطري.

⊛ **المراكز الإسلامية التي تبنتها قطر الخيرية بدول أوروبا وكندا**

الهدف العام للمراكز الإسلامية أن تكون معلما بارزا يليق بالإسلام والمسلمين، وقبلة لهم لترسيخ معارفهم بالإسلام وتاريخه وحضارته وتبليغ ذلك إلى غير المسلمين من الملل والنحل والعقائد الأخرى، وغالبا ما تكون هذه المراكز متكاملة الوحدات ومتعددة الخدمات من أجل توفير بيئة مريحة ومناسبة للمسلمين لتعلم وممارسة شعائرهم الدينية في جو من المحبة والتآخي، وتعريف غير المسلمين بقيم وحضارة الإسلام.

**المراكز التي تم البدّ في تنفيذها خلال عام 2015:**

خصصت سنة 2015 لمراجعة وتقييم المراكز الموجودة حالياً بالإضافة إلى ترتيب العمل بالمراكز الجديدة والتي يبلغ عددها (2) مراكز بقيمة 101,880,000 ريال قطري، حيث بلغ عدد المستفيدين 62 ألف نسمة من المسلمين استفادة مباشرة، بالإضافة إلى 200 ألف من سكان الجوار، كما تم خلال عام 2015 افتتاح عدد من المراكز الإسلامية.

إحصائية بالمراكز الإسلامية التي نفذتها قطر الخيرية حول العالم

| قيد التنفيذ | الافتتاح خلال 2016 | تم الافتتاح | عدد المراكز | اسم البلد | م |
|---|---|---|---|---|---|
| 30 | 13 | 04 | 47 | إيطاليا | 01 |
| 15 | 02 | 05 | 22 | فرنسا | 02 |
| 05 | 02 | 04 | 11 | إسبانيا | 03 |
| | | 02 | 02 | هولندا | 04 |
| 02 | | 04 | 06 | ألمانيا | 05 |
| 03 | | | 03 | بلجيكا | 06 |
| 10 | | 01 | 11 | المملكة المتحدة | 07 |
| 01 | | 01 | 01 | إيرلندا | 08 |
| | | 01 | 01 | لكسمبورغ | 09 |
| 01 | | 01 | 02 | الدانمرك | 10 |
| 03 | | 02 | 05 | سويسرا | 11 |
| 01 | | 01 | 02 | المجر | 12 |
| 02 | | 04 | 06 | أوكرانيا | 13 |
| 01 | 01 | 04 | 06 | بولندا | 14 |
| 02 | | | 02 | السويد | 15 |
| | | 03 | 03 | النرويج | 16 |

| | | | | | |
|---|---|---|---|---|---|
| 02 | 02 | 04 | 08 | كندا | 17 |
| 01 | | | 01 | أستراليا | 18 |
| 79 | 20 | 41 | 140 | إجمالي المراكز حول العالم | |

## ❈ مشروع "طاقات" للتوظيف عن بعد

مشروع رائد تقوم به قطر الخيرية بالتعاون مع البنك الإسلامي للتنمية يهدف الى تقليل مستويات البطالة في فلسطين من خلال توفير فرص التوظيف في دول الخليج من غير حاجة الموظفين الى القدوم والعمل في هذه البلدان، حيث يمكنهم العمل وانجاز مهامهم الوظيفية لصالح شركات ومؤسسات دون أن يغادروا بلدهم (التوظيف عن بعد)، يكون التواصل بين الطرفين بتقنيات الانترنت فيتبادلون المعلومات ويتواصلون بالصوت والصورة. المشروع يشبه الى حد كبير العمل من المنزل ولكنه يختلف في أنه يوفر مكان وبيئة العمل ولكن أيضا الإشراف على الموظفين من خلال توفير مكاتب Work Station للعمل مزودة بالكهرباء والانترنت والأثاث المكتبي، يجمع فيها الموظفين المفترضين بتخصصاتهم المختلفة لانجاز مهامهم الوظيفية اليومية لصالح الشركات والمؤسسات المختلفة. يعمل الموظفون في كل التخصصات التي تتم عن بعد، مثل الترجمة، والتصميم الهندسي وحساب الكميات والرسم الهندسي، والبرمجة – المعلوماتية، وتصميم الجرافيكس.

يستطيع المشروع التغلب على تحديات الهجرة وصعوبة الحصول على تأشيرات العمل وتشتت الأسر، ويثبِّت هؤلاء الشباب في أرضهم فلسطين. كما تستفيد الدول والشركات الموظِفة من الحصول على خبرات برواتب اقتصادية، وتقليل أعباء هجرة الوافدين إليها، وبمرونة التوظيف والاستغناء.

يقدم المشروع لهؤلاء العاملين من الشباب خدمات:

- التدريب، لرفع مستوياتهم بما يتناسب مع سوق العمل الخارجي.
- مكان العمل المجهز، والإشراف الإداري لصالح الشركات الموظفة لهم.
- التسويق لهم، لتوفير فرص العمل، في الدول التي سيتوظفون فيها.
- موقع النت والبوابة المعرفية التي تمكنهم من العمل مع شركاتهم عبرها، وتعرف بالمشروع، والمرشحين للتوظيف.

# الطموح والتحديات

1. تعزيز القدرات التخصصية للجمعية للرفع من القيمة المضافة للخدمات المقدمة في مختلف مجالات عمل الجمعية.

2. رفع القدرات التنفيذية للمكاتب الميدانية والشركاء التنفيذيين.

3. زيادة الانتشار الجغرافي للجمعية داخلياً وخارجياً من خلال فتح فروع ومكاتب جديدة والبحث عن شركاء تنفيذيين مؤهلين.

4. تعزيز الصورة الذهنية لقطر الخيرية من خلال إبرازها كمنظمة تنموية وإنسانية دولية تستمد هويتها من القيم الإسلامية السمحاء والمبادئ الإنسانية المتعارف عليها.

5. تخفيض موارد الجمعية في حدود 10% مقارنة بالمتوقع حتى 31 ديسمبر 2015.

6. ترشيد استخدام موارد الجمعية، ووضع آليات الرقابة الضرورية لذلك.

7. تعزيز القيم الثقافية والاجتماعية والدينية في المجتمع المحلي وإبراز دور قطر الخيرية الريادي.

8. تنمية وتطوير العلاقة مع المانحين الحاليين، والانفتاح على مصادر تمويلية مؤسسية جديدة، وزيادة نسبة هذه الشريحة من مكونات الإيرادات بنسبة 10% عن عام 2015.

9. تعزيز الحضور الدولي للجمعية بالمشاركة الفاعلة في أهم المبادرات الإقليمية والدولية سواء التنموية أو الإنسانية.

10. استكمال البناء المؤسسي للجمعية بالانتهاء من الهياكل التنظيمية، وإعداد وتطوير واستكمال مختلف الأنظمة المالية والإدارية.

11. استخدام أفضل التطبيقات العالمية المتعلقة بالأنظمة المالية والإدارية والتحليلية وتطوير قدرة الجمعية على الاستفادة القصوى من تكنولوجيا المعلومات لأتمتة مختلف البرامج التشغيلية.

12. تعزيز جهود الاستثمار في العنصر البشري من حيث استقطاب أحسن الكفاءات خصوصا القطرية، والعناية ببناء قدرات الموظفين، وتجويد بيئة العمل.

