# EXHIBIT 25

[Logo]

## Qatar Charity

# Annual Report 2013

Qatar Charity

Palestine Office – West Bank

Contact Officer: Jawda Jamal
Position: Acting Manager of the Palestine Office
Mobile: 00970599210180
Email: jjamal@qcharity.org

| | |
|---|---|
| **Table of Contents** | |

Introduction 3

About Qatar Charity in Palestine_____ 3

Staff – West Bank Office _____3

Qatar Charity's Programs and Projects in the West Bank for the year 2013 _____5

**Sponsorships and Social Welfare Projects** _____**5**

**The Pioneer Project** _____**6**

**Income Generating Projects** _____**8**

Project Number 102538 _____8

Project Number 104318_____8

Project Number 104560_____8

**Seasonal Projects** _____**9**

Iftar Projects _____9

Zakat Al-Fitr Project _____14

Sacrificial Animals Project _____ 14

**Project for Supplying Emergency Needs to Sponsored Individuals** _____**15**

**Projects Funded by the European Union** _____**16**

First Project: Moving livestock breeders from dependence on others to self-reliance through developing animal wealth and increasing the size of the market _____16

Second Project: Improving the Olive Oil Quality _____16

**Miscellaneous Activities** _____**16**

First Activity: Sponsorship of an orphan student _____16

Second Activity: Supply of Solar Powered School Bag _____ 16

Qatar Charity's Partners in the West Bank _____17

## Introduction

This report deals with the most important projects and activities carried out by Qatar Charity in Palestine through its office in the West Bank, and sheds light on the main sectors viz. the economic empowerment sector, the housing sector, the education sector and the health sector, in each of which it has implemented related projects. The education projects, income-generating projects, seasonal projects etc., mentioned later in this report have been implemented.

## About Qatar Charity in Palestine

A branch of the association was opened in Palestine in 1996 and was registered with the Palestinian Ministry of Interior under number (5) pursuant to the Ottoman Law on Social Associations and Institutions of 1909. It operated since that time until the year 2007 through the association's field offices in the city of Hebron and Gaza, until the association's branch was re-opened in Palestine in 2009 and registered with the Palestinian Ministry of Interior under number QR-0129-F in accordance with the provisions of the Law on Associations and Civil Society Organizations No. (1) of 2000.

The goals, mission and vision of the Qatar Charity Palestine Office are in line with the general goals of the head office of the Qatar Charity Association in Doha, and are as follows:

- Mission of the Association: Support the capacities of the neediest groups to achieve human dignity and social justice in cooperation with partners
- Vision of the Association: Model of a leading and distinguished Islamic institution that combines foundation, creativity and professionalism in the field of development and humanitarian aid
- Basic Values of the Association: humanity, non-discrimination, neutrality, independence, professionalism, cooperation.

The actual separation between Qatar Charity's two offices in Palestine is worth noting, as there has been administrative and financial separation between Qatar Charity's office in the West Bank and the Gaza Strip office from the beginning of April 2013.

## Staff – West Bank Office

Qatar Charity's office in the West Bank comprises a distinguished team with local and international expertise in several areas that contribute to planning and implementing qualitative sustainable development and relief projects. The office's employees are divided as follows:

- Core employees: The core staff of Qatar Charity comprises eight employees, including administrators and employees of the sponsorship programs. Qatar Charity needs to fill the vacancy for a 'Sponsorships Program Coordinator', 'Program Manager' and a 'Construction Projects Manager'.

- Employees within projects: Qatar Charity's office in the West Bank has built partnerships with a number of international and local institutions in order to implement economic empowerment projects in Palestine. In this context, a number of employees, who were previously volunteers and trainees, have been employed at the association's office.

- Trainees: Qatar Charity provides the necessary training for university graduates in order to bridge the gap between academic life and the requirements of the labor market.

- Volunteers: Qatar Charity welcomes volunteers who are university students or graduates who have not found a job, and through this it tries to maintain the volunteer culture in Palestine.

| No. | Employee Name | Job Title | Nature of Contract |
|---|---|---|---|
| 1. | Jawda Jamal | Acting Regional Manager | Core Employee |
| 2. | Najwan Awda | Administrative and Logistical Affairs Officer | Core Employee |
| 3. | Dua Zamar | Administrative Assistance | Core Employee |
| 4. | Dawlat Othman | Services Employee | Core Employee |
| 5. | Fadi Munasira | Accountant | Core Employee |
| 6. | Mohamed Rahil | Sponsorships Program Field Supervisor | Core Employee |
| 7. | Wisam Abu Khalil | Sponsorships Program Field Supervisor | Core Employee |
| 8. | Inam Abul Qaran | Sponsorships Program Field Supervisor | Core Employee |
| 9. | Rasha Bayatenah | Social Researcher | Pioneer Project Employee |
| 10. | Amal Abdullah | Social Researcher | Pioneer Project Employee |
| 11. | Haya Hamouda | Social Researcher | Beneficiary of the Pioneer Project within the Job Creation program |
| 12. | Alaa Karabiliya | Social Researcher | Beneficiary of the Pioneer Project within the Job Creation program |
| 13. | Dua Nakhla | Social Researcher | Beneficiary of the Pioneer Project within the Job Creation program |
| 14. | Fayrouz Samara | Volunteer in the Sponsorships Program | |
| 15. | Hanadi Obaid | Volunteer in the Sponsorships Program | |
| 16. | Arwa Abu Helw | Trainee in the accounting field | |

## Qatar Charity's Programs and Projects in the West Bank for the Year 2013

The Qatar Charity office in the West Bank implemented a number of projects and activities during the 2013 year, which are as follows:

### Sponsorships and Social Welfare Projects

The table below shows the numbers of persons sponsored by the Qatar Charity office in the West Bank by category, as well as the benefits transferred to each category throughout the year.

| No. | Sponsorship Category | No. of persons sponsored | Transfers in Qatari Riyals | | | | Total Transfers |
|---|---|---|---|---|---|---|---|
| | | | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | |
| 1 | Families | 627 | QR 491,558.10 | QR 498,000.60 | QR 532,788.30 | QR 479,663.10 | QR 2,002,010.10 |
| 2 | Orphans | 2946 | QR 1,345,054.50 | QR 1,380,357.00 | QR 1,482,098.00 | QR 1,499,269.50 | QR 5,706,779.00 |
| 3 | Disability | 289 | QR 152,212.50 | QR 161,122.50 | QR 158,963.40 | QR 162,562.50 | QR 634,860.90 |
| 4 | Students | 86 | QR 46,660.50 | QR 45,535.50 | QR 43,465.50 | QR 47,264.40 | QR 182,925.90 |
| 5 | Preachers | 5 | QR 1,620.00 | QR 1,620.00 | QR 1,620.00 | QR 2,520.00 | QR 7,380.00 |
| | Total amounts transferred to sponsored individuals during the 2013 year in figures = | | | | | | **QR 8,533,955.90** |
| | The amount in words is equivalent to (eight million five hundred and thirty-three thousand nine hundred and fifty-five riyals and ninety dirhams only) | | | | | | |

It is worth noting that the West Bank office still processes the transfer of benefits to beneficiaries via the bank, and an ATM card (a Sanabel card) is issued to each beneficiary as part of an agreement between Bank of Palestine Limited and Qatar Charity in Palestine. The beneficiary uses the card to obtain his benefits every 3 months via ATMs spread throughout the West Bank. This mechanism results in the achievement of the following key objectives:

- Preserving the dignity of sponsored individuals
- Facilitating access for the sponsored individuals to their benefits with the least time, effort and cost

This mechanism proved its effectiveness and efficiency during the period between 2011 and 2013. The mechanism also gives the West Bank Office the ability to increase the number of sponsorships, which is what the administration of Qatar Charity's office in the West Bank aspires to do, especially since the office was the pioneer in adopting this mechanism and its objectives have been achieved.

**The Pioneer Project**

In February 2009, Qatar Charity concluded an agreement with the Islamic Development Bank and the United Nations Development Program to implement the Pioneer Project for the Economic Empowerment of Poor Families in Palestine, which contributes to building the productive capacities of poor Palestinian families to make them self-reliant in the future and preserve their dignity. It is to be noted that the project is financed by the Islamic Development Bank, in addition to a contribution from Qatar Charity in the amount of 4,500,000.00 UD dollars distributed in three phases. During the year 2013, Qatar Charity completed the third phase of the implementation of the project, to the value of (USD 1,500,000.00), and directed this towards the sectors referred to according to the following table such that at least 85% of the beneficiaries of the project were persons sponsored by Qatar Charity, whether families, orphans, students or the disabled.

As an example of one of the activities implemented within the Pioneer Project, the 'Al Mintar Bedouin community,' which falls within the lands of the town of Al Sawahera Al Sharqiya, in the city of Jerusalem, was chosen. This community is adjacent to an Israeli settlement called 'Kedar' that was established by the Israeli occupation on the lands of the city of Jerusalem, and the lands stretch right until the Dead Sea. The residents of this community suffer from the daily policy of displacement practiced by the occupation against them, who regards their presence as a thorn in its side and an obstacle to the expansion of the Israeli settlement. It was thus necessary to improve the lives of families in this community in order to strengthen their resolve on the ground. Families were provided with 65 units of solar cells that are used to receive solar energy and then convert it into electrical energy that is used to power a small refrigerator or a small television, given that between 250-350 residents in the community benefit from this project.



**Second Phase of Implementation of the Pioneer Project**

| No. | Sector | Geographical Areas | Proposed Amount $ | Implementing Institution | Comments |
|---|---|---|---|---|---|
| 1 | Health Sector | All areas of the West Bank | $ 500,000.00 | Union of Health Work Committees | 1.  Provide primary healthcare to poor families |
| | | | | | 2.  Pay health insurance premiums |
| | | | | | 3.  Pay the costs of emergency surgeries |
| 2 | Housing And Home Renovation Sector | Hebron and Bethlehem Governorates | $ 500,000.00 | Islamic Charity Association | 1.  Renovate old houses |
| | | | | | 2.  Add rooms, kitchens and bathrooms |
| | | | | | 3.  Provide some required and necessary furniture |
| 3 | Education Sector | All areas of the West Bank | $ 150,000.00 | YMCA By managing the student-to-student initiative | Adopting university students and supporting them in securing their university installments, and in return undergraduate students benefiting from these installments teach a group of poor students in schools in order to raise the level of their academic achievement. |
| 4 | Economic Empowerment and Income Generating Projects Sector | All areas of the West Bank | $ 250,000.00 | YMCA | 1.  Provide agricultural "animal and plant wealth" income-generating projects |
| | | | | | 2.  Commercial projects |
| | | | | | 3.  Services projects |
| | | | | | 4.  As per the sectors that were recommended after the study conducted by the Center for Continuing Education. |
| | | | | | * An amount of 650 dollars is allocated to follow-up on social research |
| | | | $ 300,000.00 | Arab Center for Agricultural Development (ACAD) | * A monthly amount of 500 dollars is allocated to the employee following up on income-generating projects |
| | | | | | * A monthly amount of 645 dollars is allocated to a part-time employee to follow up on income-generating projects |
| **Total** | | | **$1,700,000.00** | **In words: One million seven hundred thousand dollars only** | |

## Income Generating Projects

The Qatar Charity office in the West Bank implemented three income-generating projects, which are the projects that were sent via the electronic portal to Qatar Charity, indicated below:

### Project Number 102538

Through this project, the beneficiary (Tamam Saeed Ibrahim Shushi) was granted two heads of goats, for the project value of (3,500.00 Qatari riyals). It is noted that the beneficiary (Tamam) is sponsored by Qatar Charity within the Families Sponsorship No. F/102/1341, an she is a widow who supports a family consisting of 7 people, including her daughter who is also widowed. Soon, Tamam's family will start benefiting from goat milk, especially after one of the goats recently gave birth to a baby, and the family is waiting for the second goat to give birth. The beneficiary will nurture the kid goats and at the same time utilize the mothers' milk for the production and sale of dairy products and benefit from the financial return in order to improve her family's living conditions.

[Photo]

### Project Number 104318

[Photo]

Through this project, the beneficiary (Irsan Mashaqi) was given a dairy cow for the project value of (10,000.00 Qatari riyals). The beneficiary has impregnated the cow in order to benefit from the newborn and to stimulate it to produce a larger quantity of milk in order to derive more benefit.

Through this project, the beneficiary was granted the project amount of (10,000.00 Qatari riyals) as a contribution to the price of a dairy cow that was purchased by the beneficiary (Nahla Daoud Muhammad Othman), who is sponsored by Qatar Charity, under a family sponsorship.

The beneficiary also purchased a milking machine to use to milk the cow in order to get a larger amount of milk.        [Photo]

It is worth noting that Mrs. Nahla is the breadwinner for her family consisting of five members, and Mrs. Nahla milks the cow daily to produce approximately 30 liters of cow's milk, which she then sells or converts into a milk derivative such as cheese.

We would also like to indicate that the cow recently gave birth, and the beneficiary sold the calf and utilized the amount to purchase fodder and straw needed by the mother cow. She has also started to make use of the milk by either selling it or alternatively using it to make cheese.

## Seasonal Projects

### Iftar Projects

Every year before the beginning of Ramadan, Qatar Charity launches a number of humanitarian projects to meet the immediate needs of poor and needy families.

In 2013, the Iftar Project for fasting persons was approved, and this project aims to contribute to strengthening the principles of family and social solidarity among all segments of society through hot Iftar meals that are distributed to families in their homes, or Ramadan tables that are set up, so that we contribute to providing the fast breaking meal to the largest number of fasting persons in different cities and locations, in addition to enhancing the economic capacity of companies and also of productive families. In 2013, the persons sponsored by Qatar Charity accounted for 44.07% of the total beneficiaries. The 55.93% of beneficiaries, who were not sponsored by Qatar Charity, were all distributed across the cities of the West Bank, Jerusalem and the 1948 area, and the total number of beneficiaries was 24,889 individuals, given that the project budget was 554,759.00 Qatari riyals.

The locations for implementation were chosen in accordance with the visitors to these places i.e., in accordance with the type of beneficiaries in each place. Hereunder, we present the names of the places and the nature of the beneficiaries visiting each place:

**Blessed Al-Aqsa Mosque**

In the month of Ramadan in the year 2013, 2580 Iftar meals were distributed within the courtyards of the Al-Aqsa Mosque over a period of 3 days                [Photo]

**Hospitals in Jerusalem**

The 'Augusta Victoria – Mutalli' Hospital, the 'Hadassah Israeli Hospital located in the village of Ein Karem, one of the Jerusalem villages that was displaced in the year of the Nakba

1948' and the 'Makassed Islamic Charitable Society Hospital,' all situated in the city of Jerusalem. They all receive patients from all parts of Palestine, and patients who have to stay overnight are accompanied by members of their family who cannot leave their patient and return to their homes. The                [photo] necessity for a person to accompany the patient results in a financial burden that the companion cannot afford, and includes the need for clothes, communication expenses, daily meals, personal expenses and many other needs.

Qatar Charity secured 1,550 iftar meals for hospital companions during the blessed month of Ramadan.

**Old City (Jerusalem)**

The residents of the Old City of Jerusalem suffer from various types of daily displacement by the Israeli occupation, in addition to the continuous attacks on residents by Jewish settlers who live in the Old City and who struggle with the Palestinians daily to force them to leave their homes so that they can seize them. Besides the deteriorating economic situation of the Palestinians living in the Old City, in particular, and Palestine, in general, which is reflected in their social life within the family, there are families that include divorced women, orphans and prisoners, which makes the economic situation worse day after day as families are unable to provide for the basic needs of their members, including their daily food.

Qatar Charity was able to deliver 2,000 Iftar meals to residents in the Old City during the month of Ramadan in 2013.

**Shuafat Camp for Palestinian Refugees - Jerusalem**

The Shuafat camp is located adjacent to the city of Jerusalem, in the area adjacent to the apartheid wall. The residents of the camp suffer from the obstacles imposed by the Israeli occupation and from the bad economic situation as a result of the high unemployment rate after the construction of the wall, which deprived many young people of access to their jobs.

Hence, it was necessary for Qatar Charity to intervene and provide Iftar meals to those fasting in the blessed month of Ramadan, to meet the family's need for one day in the holy month.

**Bab Hutta - One of the Gates of the Jerusalem wall**

Due to the special nature of this gate and the fact that it is one of the main gates for worshippers to enter the Al-Aqsa Mosque, Qatar Charity decided [Photo] in 2013 to take a bold step to distribute Iftar meals to worshippers as they passed through this gate. This was done in cooperation with the Al Razem family of Jerusalem, who live near the gate. Members of this family, in cooperation with other volunteers, distribute meals to fasting persons who come to the mosque according to a timetable prepared by Qatar Charity.

**The Great Mosque of Jaffa in the city of Jaffa, one of the cities occupied in 1948**

Those who frequent this mosque are residents of the city, Muslim tourists who come to visit it, and African Muslims who fled from Sudan and Eritrea and sought political asylum in Palestine, and who are now at the mercy and disposal of the Israeli occupation, which does not treat them fairly, but rather arrests them or returns them to their countries as part of arms exchange deals. This forces these Africans to flee permanently, which is reflected in their instability, and they find the mosques to be places of temporary comfort, especially during the holy month of Ramadan. Therefore, Qatar Charity supplies a number of meals to the mosque every year in order to feed its visitors, especially African Muslims who are stranded, as neither their country accepts them nor does the Israeli occupation allow them to be in Palestine and give them their rights as political refugees.

**The Ibrahimi Mosque in Hebron**

Most of the worshippers in the Ibrahimi Mosque in the city of Hebron are residents of the old town, in which the sanctuary is located, and which has been controlled by the Israeli occupation since the Ibrahimi Mosque massacre. Therefore, Qatar Charity provided meals to worshipers retreating in the mosque to enhance their steadfastness within the religious holy sites to protect them.

**Bedouin Communities**

Palestinian Bedouins, especially in the eastern deserts of the West Bank, suffer from many problems, and Qatar Charity has contributed by providing a number of meals [photo] in three Bedouin communities.

**The International Center for Palestinian Culture and Media in the village of Al Eizariya (Bethany), Jerusalem District**

The association comprises a center for teaching the memorization of the [Photo]
Quran. Stemming from Qatar Charity's belief in the importance of the
existence of these centers for teaching the memorization of the Quran, and
the importance of strengthening the faith of Muslims and consolidating
their ties to Allah Almighty and the revival of their religious spirit, Qatar
Charity will hold a collective Iftar for students who frequent the center and
who have memorized the Quran, to encourage them as individuals, and in
support of their association.


**Patients Friends Society / Abu Raya Rehabilitation Center**

Qatar Charity's role in supporting these patients who reside in the center, as well as their
accompanying families, and sharing a Ramadan Iftar with them, is reinforced through Qatar Charity's
relationship as an international organization with rehabilitation centers, especially since the office's
sponsorship program includes hundreds of disabled people, who are among the most important
groups in need that Qatar Charity targets in most of its projects.


**Palestinian Society for Care and Development**

This is a charitable association that works to serve, care and rehabilitate the disabled
in the Al-Amari camp for Palestinian refugees, one of the refugee camps located in [photo]
the city of Ramallah. The association also serves the disabled in the vicinity of the
camp. The total number of disabled persons registered with the association is 250,
comprising individuals with different types of disabilities and of different ages.
Qatar Charity decided to host an Iftar for the disabled persons and their families,
due to the fact that Qatar Charity sponsors this category within its Sponsorship
Program, so as to enhance the role of institutions that provide services to the
disabled.

**Birzeit University**

Birzeit University comprises students from various cities of the West Bank and Gaza Strip. In view of the difficulties that students face in moving between the university and home as a result of the Israeli military checkpoints that the Occupation sets up at entrances to cities and between roads, they have to live close to the university in private student homes, which increases the financial burden on their shoulders, and due to their lack of additional savings to secure their essential needs while they are away from their families. Therefore, Qatar Charity decided to hold an Iftar for expatriate students, especially since Qatar Charity sponsors this category within the Sponsorships Program.

[Photo]

**Solidarity Charitable Association**

Qatar Charity always maintains good relations with its partners, especially local associations, as these associations have wide-ranging ability to implement projects in the field and reach beneficiaries, especially since they serve beneficiaries in the same cities. Therefore, it was necessary to support the Solidarity Association, which is a strategic partner, and to provide them with a number of Ramadan meals so that they, in turn, distribute them to underprivileged families who are not sponsored by Qatar Charity.

**Targeted governorates and places that include persons sponsored by Qatar Charity**

Qatar Charity targeted persons sponsored by the association in a number of governorates in the West Bank, as shown below:

**1) Hebron Governorate:** Implemented by partner centers and associations, viz.

- Al Raja Center for Special Education
- Al Ihsan Charitable Association
- The Palestinian Horizons Club
- Hebron Central Zakat Committee

**2) Ramallah and Al-Bireh Governorate:** Implemented in cooperation with the Family Recovery Association

**3) Bethlehem Governorate:** Implemented in cooperation with the Bethlehem Central Zakat Committee

**4) Nablus Governorate:** Implemented directly by Qatar Charity.

5) **Tubas Governorate**: Implemented in cooperation with the Al-Fara'a Village People's Committee

## Zakat Al-Fitr Project

This project aims to work to fulfil the religious spirit that urges the payment of Zakat al-Fitr, in addition to helping poor families provide for their necessary requirements. The Ramadan projects culminated in the disbursement of Zakat Al-Fitr to a total of (690 families) comprising (4,140 individuals), bringing the total amount of the Zakat Al-Fitr project to (176,260.00 Qatari riyals), equivalent to (48,290.00 US dollars) at a rate of (70 dollars) per family. It is to be noted that 50% of the families are those sponsored by Qatar Charity, and the other 50% of the families are those whose case has been studied and they are awaiting sponsorship.

## Sacrificial Animals Project

This stems from Qatar Charity's eagerness to extend a helping hand and provide support and assistance to the Palestinian people through the establishment of development, relief and humanitarian projects and other projects that contribute to alleviating the suffering of the poor, the needy and people with special needs, and that also contribute to creating a better atmosphere for the development and building of the individual and society. The Sacrificial Animals Project includes the provision of sacrificial meat in all Palestinian governorates in order to reach the largest possible number of needy people, including those sponsored by Qatar Charity, and to achieve the desired goal of the project.



The project budget amounted to 280,240.00 Qatari riyals, with 16,980 beneficiaries and the percentages of distribution across the governorates of the West Bank, are as shown in the adjacent drawing.

[photo] One of the highlights of the project is the ability of Qatar Charity to work within the walls of the old city of Jerusalem in general, where Qatar Charity distributed the sacrificial meat rations to the underprivileged families who live in the Old City of Jerusalem. Qatar Charity chose the butchers market within the walls of the old city as a distribution point for beneficiaries Through this, it worked to reach the beneficiaries in the same town, and to activate the commercial movement inside Jerusalem on the days of Eid, which was positively reflected in Qatar Charity's name and reputation as one of the leading institutions working within the city of Jerusalem in general and Al-Aqsa Mosque in particular.

**Project for Supplying Emergency Needs to Sponsored Individuals**

Based on instructions from the head office, an amount of 41,221.00 Qatari riyals has been approved in order to secure emergency needs for sponsored individuals who live in emergency conditions and deserve rapid intervention, especially sponsored individuals who suffer from illness or sponsored families that are exposed to emergency disruptions that require urgent intervention to cover their pressing needs.

Accordingly, the staff at the office prepared a list of sponsored individuals who meet the above-mentioned specifications, and the needs of each of them were identified. These needs varied as follows:

- Ordinary and electric wheelchairs - but only ordinary wheelchairs were purchased due to the high price of the electric chair and the inability to purchase it within the project budget. Wheelchairs were purchased for those who suffer from motility issues as a result of muscular atrophy and other disorders.
- Hearing aids for sponsored individuals who have hearing difficulties or problems
- Medical glasses for those who suffer from vision problems such as myopia and vertical deviation.
- A bed with a medical air mattress for a disabled person suffering from spasticity, scoliosis, and muscular atrophy
- A computer for a sponsored student who is studying pharmacy and who does not have a computer to continue her studies and university work.

[photo]                          [photo]

## Projects Funded by the European Union

Qatar Charity, through its good relations with local and international institutions, encouraged local institutions to apply for projects funded by the European Union. In this context, the Union of Agricultural Work Committees won two projects funded by the European Union as follows:

### First Project: Moving livestock breeders from dependence on others to self-reliance through developing animal wealth and increasing the size of the market

This project is being implemented in 76 locations in the areas of Bethlehem, Hebron, East Jerusalem, South Jericho, and areas east and south of the West Bank, with funding in the amount of 3,150,000.00 euros, over a period of 24 months, in a partnership between the Union of Agricultural Work Committees, Qatar Charity, GVC – Italia, the Palestinian Hydrological Group for the Development of Water Resources and the Environment, the Jericho Cooperative Society for Development of Animal Wealth and other partners.

### Second Project: Improving the Olive Oil Quality

This project is being implemented in areas north of the West Bank, with funding in the amount of 2,100,000.00 euros, over a period of 24 months, in a partnership between the Union of Agricultural Work Committees, Qatar Charity, GVC – Italia, the Palestinian Hydrological Group for the Development of Water Resources and the Environment, the Ma'an Development Center, the Palestinian Institution for Standards and Metrology and other partners.


## Miscellaneous Activities

Qatar Charity, as part of its Sponsorship and Social Welfare Program, carried out two activities during the year 2013 as follows:

### First Activity: Sponsorship of an Orphan Student

In response to the sponsor's request, Qatar Charity transferred an amount of 13,000 riyals to an orphan who has reached the age of 18 and intends to enroll at the university, especially since the orphan sponsorship amount is not sufficient to cover the costs of university studies.

### Second Activity: Supply of Solar Powered School Bag

Qatar Charity used an amount of 1,000 Qatari riyals that was surplus from one of its previous projects to supply a solar powered school bag to a number of orphan students sponsored by Qatar Charity and enrolled in the orphanage school of the Islamic Charitable Society in the city of Hebron in the southern West Bank.

## Qatar Charity's Partners in the West Bank

Qatar Charity implements its projects through a number of partners at the local and Arab levels, including the following:

| No. | Partner Name |
|-----|--------------|
| 1. | Islamic Development Bank – Jeddah |
| 2. | Qatari Ministry of Foreign Affairs |
| 3. | Islamic Dawa Organization / Doha |
| 4. | The Ministry of Public Works and Housing |
| 5. | The Ministry of Education and Higher Education |
| 6. | Al-Quds Open University |
| 7. | The Ministry of Agriculture and Fisheries |
| 8. | The Ministry of Health |
| 9. | Birzeit University |
| 10. | Al Ubeidiya Municipality / Bethlehem Governorate |
| 11. | Palestine Solar and Sustainable Energy Society |
| 12. | The popular Palestinian "Save the Jordan Valley" Campaign |
| 13. | Advisory Committee for Non-Governmental Organizations - Jenin |
| 14. | United Nations Development Program / DEEP Project |
| 15. | Palestinian Hydrology Group |
| 16. | Union of Agricultural Work Committees |
| 17. | Global Center for Sustainable Development GC-SD |
| 18. | A "Student-to-Student Initiative" to support university students |
| 19. | Arab Center for Agricultural Development (ACAD) |
| 20. | ACTED |



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents above have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          Qatar Charity, Palestine Office – West Bank, Annual Report 2013

Source Language(s):    Arabic

Target Language(s):    English

*Authorized Signature:*

Crystal Dai (Feb 1, 2022 12:05 CST)

---

*Name:*    *Crystal Dai*

*Title:*     *Senior Project Manager*

*Date:*     *February 1, 2022*

Reason for signature: I approve the accuracy of this document content as written



# التقرير السنوي 2013

**قطر الخيرية**

**مكتب فلسطين – الضفة الغربية**

مسؤول الإتصال: جوده جمل

الوظيفة:مدير مكتب فلسطين بالانابة

الجوال:**00970599210180**

البريد الالكتروني:**jjamal@qcharity.org**

مقدمة   3

عن قطر الخيرية في فلسطين _____ 3

طاقم العمل – مكتب الضفة الغربية _____ 3

برامج ومشاريع قطر الخيرية في الضفة الغربية للعام 2013 _____ 5

**برنامج الكفالات والرّعاية الإجتماعية** _____ **5**

**مشروع الرّائد** _____ **6**

**المشاريع المدرّة للدخل** _____ **8**

مشروع رقم 102538 _____ 8

مشروع رقم 104318 _____ 8

مشروع رقم 104560 _____ 9

**المشاريع الموسمية** _____ **9**

مشاريع إفطار الصائم _____ 9

مشروع زكاة الفطر _____ 14

مشروع الأضاحي _____ 14

**مشروع توريد احتياجات طارئة لصالح المكفولين** _____ **15**

**مشاريع ممولة من الإتحاد الأوروبي** _____ **16**

المشروع الأول: نقل مربي الثروة الحيوانية من الإعتماد على الآخر للإعتماد على الذات من خلال تنمية الثروة الحيوانية وزيادة حجم السوق _____ 16

المشروع الثاني: تطوير جودة زيت الزيتون _____ 16

**أنشطة متفرقة** _____ **16**

النشاط الأول: كفالة طالبة يتيمة _____ 16

النشاط الثاني: توريد حقيبة طاقة شمسية تعليمية _____ 16

شركاء قطر الخيرية في الضفة الغربية _____ 17

## مقدمة

يتناول هذا التقرير أهم المشاريع والأنشطة التي قامت بها قطر الخيرية في فلسطين من خلال مكتبها في الضفة الغربية، حيث يسلّط الضوء على القطاعات الأساسية، وهي: قطاع التمكين الإقتصادي وقطاع الإسكان وقطاع التعليم وقطاع الصّحة، والتي تم تنفيذها مشاريع ذات صلة بكل منها، فقط تم تنفيذ مشاريع تعليمية ومشاريع مدرّة للدخل ومشاريع موسمية وغيرها من المشاريع التي سيأتي هذا التقرير على ذكرها.

## عن قطر الخيرية في فلسطين

تم فتح فرع للجمعية في فلسطين بالعام 1996 وتسجيلها لدى وزارة الداخلية الفلسطينية تحت رقم (5) بموجب قانون الجمعيات والهيئات الإجتماعية العثماني الصادر بالعام 1909، وعملت منذ ذلك الوقت وحتى العام 2007 من خلال مكتبي الجمعية الميدانيين في مدينتي الخليل وغزة، إلى أنه تم إعادة افتتاح فرع الجمعية في فلسطين بالعام 2009 وتسجيلها لدى وزارة الداخلية الفلسطينية تحم رقم F-0129-QR وفقاً لأحكام قانون الجمعيات والهيئات الأهلية رقم (1) لعام 2000.

وتتوافق قطر الخيرية — مكتب فلسطين بأهدافها ورسالتها ورؤيتها مع الأهداف العامة للمقر الرئيس لجمعية قطر الخيرية بالدوحة، حيث:

- رسالة الجمعية: دعم قدرات الفئات الأكثر احتياجا لتحقيق الكرامة الإنسانية والعدالة الاجتماعية بالتعاون مع الشركاء.
- رؤية الجمعية: نموذج المؤسسة الإسلامية الرائدة والمتميزة التي تجمع بين التأصيل والإبداع والاحترافية في مجال التنمية والمساعدات الإنسانية.
- القيم الأساسية للجمعية: الإنسانية، عدم التمييز، الحياد، الاستقلال، المهنية، التعاون.

ومن الجدير ذكره؛ الفصل الفعلي ما بين مكتبي قطر الخيرية في فلسطين، حيث تم الفصل الإداري والمالي ما بين مكتب قطر الخيرية في الضفة الغربية عن مكتب قطاع غزة وذلك مطلع شهر ابريل/نيسان 2013.

## طاقم العمل – مكتب الضفة الغربية

يضُم مكتب قطر الخيرية في الضفة الغربية فريق عمل متميز يتمتع بخبرات محلية ودولية في عدّة مجالات تساهم بتخطيط وتنفيذ المشاريع النوعية التطويرية المستدامة والإغاثية، ويتوزّع العاملين في المكتب ما بين:

- الموظفين الأساسيين: يضم الكادر الأساسي لقطر الخيرية ثمانية موظفين ما بين إداريين وموظفي برنامج الكفالات، وتحتاج قطر الخيرية لملئ شاغر موظف (منسق برنامج الكفالات) وموظف (مدير برامج) وموظف (مدير المشاريع الإنشائية).

- الموظفين ضمن المشاريع: قام مكتب قطر الخيرية في الضفة الغربية ببناء شراكات مع عدد من المؤسسات الدولية والمحلية من أجل تنفيذ مشاريع تمكين إقتصادي في فلسطين، وفي هذا الإطار تم توظيف عدد من الموظفين والذين كانوا سابقاً متطوعين ومتدربين في مكتب الجمعية.
- المتدربين: تقوم قطر الخيرية بتقديم التدريب اللازم لخريجي الجامعات من أجل كسر الفجوة ما بين الحياة الأكاديمية ومتطلبات سوق العمل.
- المتطوعين: تستقبل قطر الخيرية المتطوعين من طلبة الجامعات أو الخريجين الذين لم يحصلوا على وظيفة، وتحاول من خلال ذلك الحفاظ على ثقافة التطوّع في فلسطين.

| طبيعة التعاقد | المسمى الوظيفة | اسم الموظف | م. |
|---|---|---|---|
| موظف أساسي | المدير القُطري بالإنابة | جوده جمل | 1. |
| موظفة أساسية | مسؤولة الشؤون الإدارية واللوجيستية | نجوان عوده | 2. |
| موظفة أساسية | مساعدة إدارية | دعاء زمار | 3. |
| موظفة أساسية | موظفة خدمات | دولت عثمان | 4. |
| موظف أساسي | محاسب | فادي مناصرة | 5. |
| موظف أساسي | مشرف ميداني لبرنامج الكفالات | محمد رحيل | 6. |
| موظف أساسي | مشرف ميداني لبرنامج الكفالات | وسام أبو خليل | 7. |
| موظفة أساسية | مشرفة ميدانية لبرنامج الكفالات | أنعام أبو القرن | 8. |
| موظفة على مشروع الرائد | باحثة اجتماعية | رشا بياتنة | 9. |
| موظفة على مشروع الرائد | باحثة اجتماعية | آمال عبد الله | 10. |
| مستفيدة من مشروع الرائد ضمن برنامج توفير فرص عمل | باحثة اجتماعية | هيا حمودة | 11. |
| مستفيدة من مشروع الرائد ضمن برنامج توفير فرص عمل | باحثة اجتماعية | آلاء كرابلية | 12. |
| مستفيدة من مشروع الرائد ضمن برنامج توفير فرص عمل | باحثة اجتماعية | دعاء نخلة | 13. |
| | متطوعة في برنامج الكفالات | فيروز سمارة | 14. |
| | متطوعة في برنامج الكفالات | هنادي عبيد | 15. |
| | متدربة في مجال المحاسبة | أروى أبو حلو | 16. |

نفّذ مكتب قطر الخيرية في الضفة الغربية عدداً من المشاريع والأنشطة خلال العام 2013 وهي كما يلي:

## برنامج الكفالات والرَعاية الإجتماعية

يوضّح الجدول التالي أعداد المكفولين لدى مكتب قطر الخيرية – الضفة الغربية تبعاً للفئة، وكذلك المستحقات التي تم تحويلها لكل فئة على مدار العام.

| م. | فئة الكفالة | عدد المكفولين | الربع الاول | الربع الثاني | الربع الثالث | الربع الرابع | مجموع التحويلات |
|---|---|---|---|---|---|---|---|
| | | | التحويلات بعملة الريال القطري | | | | |
| 1 | اسر | 627 | ر.ق. 491,558.10 | ر.ق. 498,000.60 | ر.ق. 532,788.30 | ر.ق. 479,663.10 | ر.ق. 2,002,010.10 |
| 2 | ايتام | 2946 | ر.ق. 1,345,054.50 | ر.ق. 1,380,357.00 | ر.ق. 1,482,098.00 | ر.ق. 1,499,269.50 | ر.ق. 5,706,779.00 |
| 3 | اعاقة | 289 | ر.ق. 152,212.50 | ر.ق. 161,122.50 | ر.ق. 158,963.40 | ر.ق. 162,562.50 | ر.ق. 634,860.90 |
| 4 | طلاب | 86 | ر.ق. 46,660.50 | ر.ق. 45,535.50 | ر.ق. 43,465.50 | ر.ق. 47,264.40 | ر.ق. 182,925.90 |
| 5 | دعاة | 5 | ر.ق. 1,620.00 | ر.ق. 1,620.00 | ر.ق. 1,620.00 | ر.ق. 2,520.00 | ر.ق. 7,380.00 |
| | إجمالي المبالغ المحوّلة للمكفولين خلال العام 2013 بالأرقام = | | | | | | ر.ق. 8,533,955.90 |
| | المبلغ بالكلمات يساوي (ثمانية ملايين وخمسمائة وثلاثة وثلاثون ألفاً وتسعمائة وخمسة وخمسون ريالاً وتسعون درهماً فقط لا غير. | | | | | | |

ومن الجدير ذكره أن مكتب الضفة الغربية ما زال يعتمد تحويل المستحقات للمستفيدين من خلال البنك، حيث يتم إصدار بطاقة صراف آلي (بطاقة سنابل) لكل مستفيد وذلك ضمن اتفاقية ما بين بنك فلسطين المحدود وقطر الخيرية في فلسطين، حيث يقوم المستفيد بإستخدام البطاقة للحصول على مستحقاته كل 3 أشهر من خلال أجهزة الصراف الآلي المنتشرة في أرجاء الضفة الغربية، وينتج عن هذه الآلية تحقيق للأهداف الرئيسية:

- الحفاظ على كرامة المكفولين
- تسهيل حصول المكفولين على مستحقاتهم بأقل وقت وجهد وتكلفة

وقد أُثبتت هذه الآلية نجاعتها وكفائتها خلال الفترة المنقضية من بين العامين 2011 و 2013، كما أن هذه الآلية تُعطي القدرة لمكتب الضفة الغربية لزيادة عدد الكفالات وهذا ما تتطلع إليه إدارة مكتب قطر الخيرية في الضفة الغربية، لا سيما أن المكتب كان الرائد بإتباع هذه الآلية وقد تم تحقيق أهدافها.

## مشروع الرّائد

أبرمت قطر الخيرية بشهر فبراير/شباط 2009 اتفاقاً ما بينها وبين البنك الإسلامي للتنمية وبرنامج الأمم المتحدة الإنمائي من أجل تنفيذ مشروع الرائد للتمكين الإقتصادي للأسر الفقيرة في فلسطين، والذي يساهم في بناء القدرات الإنتاجية للأسر الفقيرة الفلسطينية بما يؤهلها للاعتماد على الذات مستقبلاً ويحفظ كرامتها، علماً أن المشروع يتم تمويله من البنك الإسلامي للتنمية، إلى جانب مساهمة من قطر الخيرية بمبلغ يساوي 4,500,000.00 دولار أمريكي موزّعة على ثلاثة مراحل. وقامت قطر الخيرية خلال العام 2013 باستكمال المرحلة الثالثة من تنفيذ المشروع بقيمة (1,500,000.00 دولار أمريكي)، وتوجيه نحو القطاعات المشار إليها حسب الجدول التالي بحيث يكون ما لا يقل عن 85% من المستفيدين من المشروع هم من مكفولي قطر الخيرية سواء الأسر أو الأيتام أو الطلاب أو المعاقين.

وكمثال على أحد الأنشطة المنفذة ضمن مشروع الرائد؛ فقد تم اختيار (تجمع بدوي المنطار) والذي يتبع لأراضي قرية السواحرة الشرقية في مدينة القدس، حيث هذا التجمع محاذي لمستوطنة اسرائيلية تسمى (كيدار) تم إقامتها من قِبل الإحتلال الإسرائيلي على أراضي مدينة القدس حيث هذه الأراضي تمتد حتى تصل البحر الميت، ويُعاني سكان هذا التجمع من سياسة التهجير اليومية التي يُمارسها الإحتلال ضدهم والذي يعتبر وجودهم شوكة في الحلق وإعاقة للتوسع الإستيطاني الإسرائيلي، فكان من الضروري تحسين حياة الأسر في هذا التجمع من أجل تعزيز صمودها على الأرض، فقد تم تزويد الأسر بـ 65 وحدة من الخلايا الشمسية التي يتم استخدامها لإستقبال الطاقة الشمسية ومن ثمّ تحويلها إلى طاقة كهربائية يتم استخدامها لتشغيل ثلاجة صغيرة أو تلفزيون صغير، علماً أن هذا المشروع في هذا التجمع يستفيد منه ما بين 250 – 350 فرد من سكان التجمع.



مستوطنات اسرائيلية

# المرحلة الثالثة من تنفيذ مشروع الرائد

| ملاحظات | المؤسسة المنفذة | المبلغ المقترح $ | المناطق الجغرافية | القطاع | م |
|---|---|---|---|---|---|
| 1. توفير الرعاية الصحية الأولية للأسر الفقيرة<br>2. دفع بدل الإشتراك في التأمين الصحي<br>3. دفع تكاليف العمليات الجراحية الطارئة | إتحاد لجان العمل الصحي | 500,000.00$ | كافة مناطق الضفة الغربية | القطاع الصحي | 1 |
| 1. ترميم البيوت القديمة<br>2. إضافة غرف ومطابخ وحمامات<br>3. توفير بعض الأثاث اللازم والضروري | الجمعية الخيرية الإسلامية | 500,000.00$ | محافظتي الخليل وبيت لحم | قطاع الاسكان وترميم المنازل | 2 |
| تبني طلبة الجامعات ومساندتهم في تأمين أقساطهم الجامعية، وفي المقابل يقوم الطلبة الجامعين المستفيدين من تلك الأقساط بتعليم مجموعة من الطلبة الفقراء في المدارس بهدف رفع مستوى تحصيلهم الدراسي. | YMCA<br>(بإدارة مبادرة من طالب إلى طالب) | 150,000.00$ | كافة مناطق الضفة الغربية | قطاع التعليم | 3 |
| 1. توفير مشاريع مدرّة للدخل زراعية "ثروة حيوانية ونباتية"<br>2. مشاريع تجارية<br>3. مشاريع خدماتية<br>4. حسب القطاعات التي تم التوصية فيها بعد الدراسة التي قام بها مركز التعليم المستمر<br>* يتم تخصيص مبلغ 650 دولار لمتابعة البحث الإجتماعي | YMCA | 250,000.00$ | كافة مناطق الضفة الغربية | قطاع التمكين الاقتصادي والمشاريع المدرة للدخل | 4 |
| * يتم تخصيص مبلغ 500 دولار شهري لموظف متابعة المشاريع المدة لدخل<br>* يتم تخصيص مبلغ 645 دولار شهري جزئي لمتابعة المشاريع المدرة للدخل | المركز العربي للتطوير الزراعي<br>ACAD | 300,000.00$ | | | |
| بالكلمات: مليون وسبعمائة ألف دولار فقط لا غير. | | 1,700,000.00$ | المجموع | | |

## المشاريع المدرّة للدخل

قام مكتب قطر الخيرية في الضفة الغربية بتنفيذ 3 مشاريع مدرّة للدخل وهي المشاريع التي تم إرسالها عبر البوابة الإلكترونية لقطر الخيرية، والمشار إليه أدناه:

### مشروع رقم 102538



تم من خلال هذا المشروع منح المستفيدة (تمام سعيد ابراهيم شوشي) رأسين من الماعز بمبلغ المشروع المساوي (3,500.00 ريال قطري). يُذكر أن المستفيدة (تمام) مكفولة لدى قطر الخيرية ضمن كفالة أسر رقم F/102/1341 وهي أرملة تعيل أسرة مكوّنة من 7 أفراد من بينها ابنتها الأرملة أيضاً.

وقريباً ستبدأ أسرة (تمام) الإستفادة من حليب الماعز لا سيما بعد أن أنجبت إحدى الماعز صغيرها حديثاً، والأسرة بإنتظار الماعز الثانية لإنجاب صغيرها، حيث ستقوم المستفيدة بتربية الصغار وفي الوقت ذاته الإستفادة من حليب الأمهات لإنتاج مشتقات الحليب وبيعها والإستفادة من العائد المادي لتحسين الوضع المعيشي لأسرتها.

### مشروع رقم 104318

تم من خلال هذا المشروع منح المستفيد (عرسان مشاقي) بقرة حلوب بمبلغ المشروع المساوي (10,000.00 ريال قطري). وقد قام المستفيد بتلقيح البقرة من أجل الاستفادة من المولود وتحفيزها على كمية أكبر من الحليب لتعم الفائدة أكثر.



## مشروع رقم 104560



تم من خلال هذا المشروع منح المستفيدة مبلغ المشروع والمساوي (10,000.00 ريال قطري) كمساهمة في ثمن بقرة حلوب قامت بشرائها المستفيدة (نحلة داود محمد عثمان) والمكفولة لدى قطر الخيرية بكفالة أسرة.



كما قامت المستفيدة بشراء حلّابة لاستخدامها لحلب البقرة للحصول على كمية أفضل من الحليب.

من الجدير ذكره؛ أن السيدة نحلة هي المعيلة لأسرتها المكوّنة من 5 أفراد، وتقوم السيدة نحلة بحلب البقرة يومياً لإنتاج ما يقارب 30 لتر من حليب البقر الذي تقوم ببيعه أو تحويله لإحدى مشتقات الحليب مثل الجبن.

كما نود الإشارة أن البقرة أنجبت حديثاً وقامت المستفيدة ببيع العجلة والاستفادة من المبلغ لشراء احتياجات للبقرة الأم من أعلاف وقش، وبدأت بالاستفادة من الحليب من خلال بيعه أحياناً أو استخدامه لصناعة الجبن أحياناً أخرى.

## المشاريع الموسمية

## مشاريع إفطار الصائم

تقوم قطر الخيرية في كل عام وقبل بداية شهر رمضان بإطلاق عدد من المشاريع الإنسانية والتي تلبي الإحتياجات الآنية للأسر الفقيرة والمحتاجة.

وفي العام 2013 تم الموافقة على مشروع إفطار الصائم فقط، حيث يهدف المشروع للمساهمة بتعزيز مبادئ التكافل الأسري والإجتماعي بين كافة شرائح المجتمع من خلال وجبات الإفطار الساخنة التي يتم توزيعها على الأسر في بيوتها، أو الموائد الرمضانية التي يتم إقامتها، بحيث تساهم بإفطار أكبر عدد من الصائمين في المدن والمواقع المختلفة، بالإضافة لتعزيز القدرة الإقتصادية للشركات وأيضاً للأسر المنتجة. وفي العام 2013 كان للمكفولين من قطر الخيرية ما نسبته 44.07% من إجمالي المستفيدين، وكان 55.93% من المستفيدين غير المكفولين لدى قطر الخيرية جميعهم موزعين على مدن الضفة الغربية والقدس ومنطق أل 1948 حيث عدد المستفيدين الإجمالي بلغ 24,889 فرد، علماً أن موازنة المشروع كانت 554,759.00 ريال قطري.

لقد تم إختيار أماكن التنفيذ حسب رؤّاد هذه الاماكن، أي حسب نوع المستفيدين في كل مكان، وفيما يلي نستعرض أسماء الأماكن وطبيعة المستفيدين الوافدين لكل مكان:

### المسجد الأقصى المبارك

في شهر رمضان من العام 2013 تم توزيع 2580 وجبة إفطار داخل ساحات المسجد الأقصى وذلك على مدار 3 أيام.



### المستشفيات في مدينة القدس

مستشفى (أوغستا فيكتوريا – المطلَّع) و(مستشفى هداسا الإسرائيلي والواقع في قرية عين كارم إحدى القرى المقدسية المهجرة في عام النكبة 1948) و(مستشفى جمعية المقاصد الخيرية الإسلامية) والواقعة جميعها في مدينة القدس؛ تستقبل جميعها المرضى من جميع أنحاء فلسطين، ويُرافق المرضى المضطرين للمبيت أفراد من عائلتهم لا يتمكنون من ترك مريضهم والعودة لمنازلهم ويترتب على ملازمة المرافق للمريض عبء مالي لا يستطيع المرافق تحمّله، يتضمن ذلك الحاجة لملابس ومصاريف اتصالات ووجبات غذائية يومياً ومصروف شخصي وغيره من الإحتياجات.



وقد قامت قطر الخيرية بتأمين وجبات غذائية للمرافقين في المستشفيات خلال شهر رمضان المبارك بواقع 1550 وجبة افطار.

### البلدة القديمة في مدينة القدس

يعاني سكان البلدة القديمة في مدينة القدس من شتى أنواع التهجير اليومي من طرف الإحتلال الإسرائيلي، بالإضافة إلى الإعتداءات المستمرة على السكان من المستوطنين اليهود الذين يسكنون البلدة القديمة ويصارعون الفلسطينيين يومياً لإجبارهم على ترك بيوتهم كي يتمكنوا من الإستيلاء عليها. عدا عن الوضع الإقتصادي المتردي للفلسطينيين الساكنين في البلدة القديمة خاصة وفلسطين عامة، والذي ينعكس على حياتهم الإجتماعية داخل الأسرة، فهناك أسر تضم مطلقات وأيتام وأسرى، مما يزيد الوضع الإقتصادي سوءاً يوماً بعد يوم حيث لا تتمكن العائلات من توفير الإحتياجات الأساسية لأفرادها بما فيها غذاؤها اليومي. وقد تمكّنت قطر الخيرية من إيصال عدد 2000 وجبة افطار للسكان في البلدة القديمة خلال شهر رمضان من العام 2013.

### مخيم شعفاط للاجئين الفلسطينيين – القدس

يقع مخيم شعفاط بمحاذاة مدينة القدس بالمنطقة المحاذية لجدار الفصل العنصري، ويعاني سكان المخيم من العراقيل التي يضعها الإحتلال الإسرائيلي ومن الوضع الإقتصادي السيء نتيجة ارتفاع معدّل البطالة بعد بناء الجدار الذي حرم العديد من الشباب من الوصول إلى أعمالهم. لذا؛ كان لا بد لقطر الخيرية من التدخل وتقديم وجبات إفطار للصائمين في شهر رمضان المبارك، لسد حاجة الأسرة ليوم من أيام الشهر الفضيل.

**باب حطة – أحد أبواب سور القدس**



لخصوصية هذا الباب وكونه أحد الأبواب الرئيسة لولوج المصلين إلى المسجد الاقصى؛ فقد ارتأت قطر الخيرية أن تقوم بالعام 2013 بخطوة جريئة لتوزيع وجبات الإفطار على المصلين أثناء مرورهم من هذا الباب، وكان ذلك بالتعاون مع عائلة آل الرازم المقدسية والتي تسكن بالقرب من الباب، حيث يقوم أفراد أسرتها وبالتعاون مع متطوعين آخرين بتوزيع الوجبات على الصائمين الوافدين للمسجد حسب جدول زمني أعدّته قطر الخيرية.

**مسجد يافا الكبير في مدينة يافا إحدى المدن المحتلة عام 1948**

روّاد هذا المسجد هم سكان المدينة، والسيّاح المسلمين الوافدين إليها، والأفارقة المسلمين الذي هربوا من السودان واريتريا ولجؤوا سياسياً إلى فلسطين، وأصبحوا تحت رحمة وتصرّف الإحتلال الإسرائيلي الذي لا يُنصفهم، وإنما يقوم بإعتقالهم أو إعادتهم إلى بلادهم ضمن صفقات لتبادل الأسلحة؛ مما يضطر بهؤلاء الأفارقة إلى الهرب الدائم، الأمر الذي ينعكس على عدم الإستقرار، لا سيما في شهر رمضان الكريم. ولذلك تقوم قطر الخيرية في كل عام بتوريد عدد من الوجبات للمسجد من أجل إطعام روّاده وخاصة الأفارقة المسلمين الذين انقطع بهم السبل، فلا بلادهم تقبلهم ولا الإحتلال الإسرائيلي يسمح لهم بالتواجد في فلسطين وإعطائهم حقوقهم كلاجئين سياسيين.

**الحرم الإبراهيمي في مدينة الخليل**

معظم المصلين في الحرم الإبراهيمي الشريف في مدينة خليل الرّحمن هم من سكان البلدة القديمة والتي يقع فيها الحرم وتم السيطرة عليها من الإحتلال الإسرائيلي منذ مذبحة الحرم الإبراهيمي، لذلك قامت قطر الخيرية بتقديم وجبات للمصلين المعتكفين بالمسجد تعزيزاً لصمودهم داخل المقدسات الدينية لحمايتها.

**التجمعات البدوية**



يعاني البدو الفلسطينيون لا سيما في الصحاري الشرقية للضفة الغربية من العديد من المشاكل وكان لقطر الخيرية مساهمتها بتقديم عدد من الوجبات في 3 تجمعات بدوية.

### المركز الدولي للثقافة والإعلام الفلسطيني في قرية العيزرية قضاء القدس

تضم الجمعية مركزاً لتحفيظ القرآن، وإنطلاقاً من إيمان قطر الخيرية بأهمية وجود هذه المراكز للتحفيظ، وأهمية تعزيز إيمان المسلمين وتقوية روابطهم بالله عزوجل وإحياء الوازع الديني لديهم، فستقوم قطر الخيرية بعقد إفطار جماعي للطلاب من روّاد المركز وحفظة القرآن، تشجيعاً لهم كأفراد، ودعماً لجميعتهم.



### جمعية أصدقاء المريض/مركز أبو ريا للتأهيل

دور قطر الخيرية لدعم هؤلاء المرضى المقيمين في المركز وكذلك ذويهم المرافقين لهم ومشاركتهم إفطار رمضاني تتعزز من خلاله علاقة قطر الخيرية كمنظمة دولية بالمراكز التأهيلية، لا سيما ان برنامج الكفالات لدى المكتب يضم مئات من فئة المعاقين وهم من أهم الفئات ذات العوز التي تستهدفها قطر الخيرية في معظم مشاريعها.

### الجمعية الفلسطينية للرعاية والتنمية

هي جمعية خيرية تعمل على خدمة ورعاية وتأهيل المعاقين في مخيم الأمعري للاجئين الفلسطينيين –وهو أحد مخيمات اللجوء الواقعة في مدينة رام الله–، كما تخدم الجمعية المعاقين من محيط المخيم، ويبلغ عدد المعاقين المسجلين بالجمعية 250 معاق من مختلف أنواع الإعاقة ومختلف الأعمار. وقد ارتأت قطر الخيرية أن تقيم إفطاراً للمعاقين وذويهم؛ كون قطر الخيرية ترعى هذه الفئة ضمن برنامج الكفالات الخاص بها، وتعزيزاً لدور المؤسسات التي تقوم على تقديم الخدمات لفئة المعاقين.





**جامعة بيرزيت**

تضم جامعة بيرزيت طلاباً من شتى مدن الضفة الغربية وقطاع غزة، ونظراً للصعوبات التي يواجهها الطلبة للتنقل ما بين الجامعة والمنزل نتيجة الحواجز العسكرية الإسرائيلية التي يقيمها الاحتلال على مداخل المدن وما بين الطرقات، فهم يضطروا للسكن بالقرب من الجامعة في منازل خاصة مخصصة للطلاب، مما يزيد الأعباء المالية على كاهلهم، وعدم وجود مدخرات إضافية لديهم لتأمين احتياجاتهم الأساسية أثناء وجودهم بعيداً عن عائلاتهم. لذا ارتأت قطر الخيرية إقامة إفطار للطلبة المغتربين، لا سيما أن قطر الخيرية ترعى الفئة المحتاجة منهم ضمن برنامج الكفالات.

**جمعية التضامن الخيرية**

تقوم قطر الخيرية دائما بالحفاظ على علاقات جيدة مع شركائها، وخاصة الجمعيات المحلية، حيث يتوفر لهذه الجمعيات القدرة الواسعة على تنفيذ المشاريع في الميدان والوصول إلى المستفيدين، خاصة أنها تعمل خدمة للمستفيدين في نفس مدنها. وبالتالي كان لا بد من دعم جمعية التضامن والتي تُعتبر شريك استراتيجي، وتزويدهم بعدد من الوجبات الرمضانية ليقوموا بدورهم بتوزيعها للأسر المستورة من غير المكفولين لدى قطر الخيرية.

**المحافظات والأماكن المستهدفة والتي تضم مكفولي قطر الخيرية**

استهدفت قطر الخيرية مكفولي الجمعية في عدد من المحافظات في الضفة الغربية كما هو موضّح أدناه:

1) **محافظة الخليل**: وتم التنفيذ من خلال المراكز والجمعيات الشريكة، وهي:
   * مركز الرجاء للتربية الخاصة
   * جمعية الإحسان الخيرية
   * نادي الآفاق الفلسطيني
   * لجنة زكاة الخليل المركزية

2) **محافظة رام الله والبيرة**: وتم التنفيذ بالتعاون مع جمعية إنعاش الأسرة

3) **محافظة بيت لحم**: وتم التنفيذ بالتعاون مع لجنة زكاة بيت لحم المركزية

4) **محافظة نابلس**: وتم التنفيذ مباشرة من قطر الخيرية

5) **محافظة طوباس**: وتم التنفيذ بالتعاون مع اللّجنة الشعبية لقرية الفارعة

## مشروع زكاة الفطر

يهدف هذا المشروع للعمل على تلبية الوازع الديني والذي يحث على إخراج زكاة صدقة الفطر، بالإضافة إلى مساعدة الأسر الفقيرة لتوفير متطلباتها الضرورية؛ حيث تكللت مشاريع رمضان في صرف زكاة الفطر لعدد (690 أسرة) بمعدل (4,140 فرد) ليصل المبلغ الكلي لمشروع زكاة الفطر إلى 176,260.00 ريال قطري) ما يعادل 48,290.00 دولار أمريكي) بواقع (70 دولار) لكل أسرة، علماً أن 50% من الأسر هم من المكفولين لدى قطر الخيرية، و50% آخرين من الأسر التي تم دراسة حالتها وبإنتظار الكفالة.

## مشروع الأضاحي

حرصاً من قطر الخيرية على مد يد العون وتقديم الدعم والمساندة للشعب الفلسطيني من خلال إقامة المشاريع التنموية والإغاثية والإنسانية وغيرها من المشاريع التي تساهم في تخفيف المعاناة عن الفقراء والمحتاجين وذوي الاحتياجات الخاصة كما تساهم في خلق جو أفضل لتنمية وبناء الفرد والمجتمع، ومنها مشروع الأضاحي الذي يشتمل على تقديم لحوم الاضاحي في جميع المحافظات الفلسطينية من أجل الوصول إلى أكبر قدر ممكن من المحتاجين ومنهم مكفولي قطر الخيرية وتحقيق الهدف المراد من المشروع.

وبلغ موازنة المشروع 280,240.00 ريال قطري، بواقع 16,980 مستفيد وبنسب توزيع على محافظات الضفة الغربية كما هو موضح بالرسم المجاور.



ومن أبرز ما تم بالمشروع هو قدرة قطر الخيرية على العمل داخل أسوار البلدة القديمة لمدينة القدس بشكل عام، حيث قامت قطر الخيرية بتوزيع الحصص من لحوم الأضاحي على العائلات المستورة والتي تسكن البلدة القديمة في القدس واختارت قطر الخيرية سوق اللحامين داخل أسوار البلدة القديمة كنقطة توزيع للمستفيدين، فعملت من خلال هذا الإجراء على الوصول إلى المستفيدين في نفس البلدة، وتفعيل الحركة التجارية داخل القدس في أيام العيد والذي انعكس إيجاباً على سمعة واسم قطر الخيرية كإحدى المؤسسات الرائدة في العمل داخل مدينة القدس عامةً والمسجد الأقصى خاصة.



## مشروع توريد احتياجات طارئة لصالح المكفولين

بناء على تعليمات من المكتب الرئيس، فقد تم اعتماد مبلغ 41,221.00 ريال قطري من أجل تأمين احتياجات طارئة للمكفولين ممن يعيشون ظروفاً طارئة وتستحق التدخل السريع وخصوصاً المكفولين الذين يعانون من المرض أو الأسر المكفولة التي تتعرض لاختلالات طارئة تستوجب التدخل العاجل لتغطية الاحتياجات الملحة لها.

وبناء عليه قام فريق العمل في المكتب بإعداد قائمة من المكفولين الذين تنطبق عليهم المواصفات المبيّنة أعلاه، وتم تحديد الاحتياج لكل منهم، حيث تنوّعت هذه الاحتياجات لتكون كما يلي:

- كراسي متحركة عادية وكهربائية، لكن ما تم شراؤه هو الكرسي المتحرك العادي فقط، ذلك لارتفاع ثمن الكرسي الكهربائي وعدم التمكن من شراؤه ضمن موازنة المشروع، وقد تم شراء الكراسي لمن يعانون مشاكل حركية نتيجة ضمور العضلات وغيرها من انواع الإعاقات.
- سماعات طبية للمكفولين ممن يعانون صعوبات أو مشاكل بالسمع
- نظارات طبية لمن يعانون مشاكل بالنظر مثل قصر النظر والإنحراف
- سرير مع فرشة هوائية طبية لمعاقة تعاني تشنج وإعوجاج بالعمود الفقري وضمور بالعضلات
- جهاز حاسوب لإحدى الطالبات المكفولة والتي تدرس الصيدلة ولا يتوفر لديها جهاز حاسوب لمتابعة دراستها وواجباتها الجامعية.





## مشاريع ممولة من الإتحاد الأوروبي

قامت قطر الخيرية ومن خلال علاقاتها الطيبة مع المؤسسات المحلية والدولية بتشجيع مؤسسات محلية للتقدم لمشاريع ممولة من الإتحاد الأوروبي، وفي هذا الإطار فازت مؤسسة (اتحاد لجان العمل الزراعي) بمشروعين يتم تمويلهما من الإتحاد الأوروبي كما يلي:

### المشروع الأول: نقل مربي الثروة الحيوانية من الإعتماد على الآخر للإعتماد على الذات من خلال تنمية الثروة الحيوانية وزيادة حجم السوق

يتم العمل في هذا المشروع في 76 موقع في مناطق بيت لحم والخليل وشرق القدس وجنوب أريحا ومناطق شرق وجنوب الضفة الغربية، وبتمويل قدره 3,150,000.00 يورو، ويستمر لمدة 24 شهراً، وذلك بالشراكة ما بين (اتحاد لجان العمل الزراعي) و(قطر الخيرية) و(GVC – Italia) و(مجموعة الهيدرولوجيون الفلسطينيون لتطوير مصادر المياه والبيئة) و(جمعية أريحا التعاونية لتنمية الثروة الحيوانية) وشركاء آخرين.

### المشروع الثاني: تطوير جودة زيت الزيتون

يتم العمل على هذا المشروع في مناطق شمال الضفة الغربية، وبتمويل قدره 2,100,000.00 يورو، ويستمر مدة 24 شهراً، وذلك بالشراكة ما بين (اتحاد لجان العمل الزراعي) و(قطر الخيرية) و(GVC – Italia) و(مجموعة الهيدرولوجيون الفلسطينيون لتطوير مصادر المياه والبيئة) و(مركز العمل التنموي – معا) و(مؤسسة المواصفات والمقاييس الفلسطينية) وشركاء آخرين.

## أنشطة متفرقة

قامت قطر الخيرية ضمن برنامج الكفالات والرّعاية الإجتماعية لديها، بنشاطين خلال العام 2013 كما يلي:

### النشاط الأول: كفالة طالبة يتيمة

استجابة لطلب الكافل، فقد قامت قطر الخيرية بتحويل مبلغ 13000 ريال لإحدى اليتيمات والتي بلغت عمر 18 عاماً، وتنوي الإلتحاق بالجامعة، لا سيما أن مبلغ كفالة اليتيم لا يكفي لتغطية تكاليف الدراسة الجامعية.

### النشاط الثاني: توريد حقيبة طاقة شمسية تعليمية

قامت قطر الخيرية باستخدام مبلغ 1000 ريال قطري فائض من أحد مشاريعها السابقة، وذلك من أجل توريد حقيبة تعليمية خاصة بالطاقة الشمسية وذلك لعدد من الطلبة الأيتام المكفولين لدى قطر الخيرية والملتحقين بمدرسة الأيتام التابعة للجمعية الخيرية الإسلامية في مدينة الخليل جنوب الضفة الغربية.

تقوم قطر الخيرية بتنفيذ مشاريعها من خلال عدد من الشركاء على الصعيدين المحلي والعربي، ندرج منهم التالية:

| م. | اسم الشريك |
|---|---|
| 1. | بنك التنمية الإسلامي – جدة |
| 2. | وزارة الخارجية القطرية |
| 3. | منظمة الدعوة الاسلامية / الدوحة |
| 4. | وزارة الأشغال العامة والإسكان |
| 5. | وزارة التربية والتعليم العالي |
| 6. | جامعة القدس المفتوحة |
| 7. | وزارة الزراعة والثروة السمكية |
| 8. | وزارة الصحة |
| 9. | جامعة بير زيت |
| 10. | بلدية العبيديه / محافظة بيت لحم |
| 11. | الجمعية الفلسطينية للطاقة الشمسية والمستدامة |
| 12. | الحملة الشعبية الفلسطينية "انقذوا الاغوار " |
| 13. | اللجنة الاستشارية للمؤسسات الغير حكومية –جنين |
| 14. | برنامج الامم المتحدة الانمائي / مشروع DEEP |
| 15. | مجموعة الهيدرولوجيين الفلسطينين |
| 16. | اتحاد لجان العمل الزراعي |
| 17. | المركز العالمي للتنمية المستدامة GC – SD |
| 18. | "مبادرة من طالب الى طالب " لدعم الطلبة الجامعيين |
| 19. | المركز العربي للتطوير الزراعيACAD |
| 20. | ACTED |