# EXHIBIT 26



DONATE   DO YOU NEED HELP?

# UNHCR and Qatar Charity formalize cooperation agreement to support of global refugee programmes

By UNHCR staff  |  03 October 2017  |  Español



The agreement was signed at the Palais des Nations in Geneva in a ceremony attended by Filippo Grandi, UN High Commissioner for Refugees, and H.E. Sheikh Hamad bin Nasser bin Jassim Al Thani, Chairman of Qatar Charity.  © UNHCR/Jean-Marc Ferré

2/10/22, 12:06 AM
UNHCR and Qatar Charity formalize cooperation agreement in support of global refugee programmes
Case 1:20-cv-02578-BMC Document 59-26 Filed 02/15/22 Page 3 of 5 PageID #: 999

GENEVA – This morning, UNHCR, the UN Refugee Agency, and Qatar Charity (QC) signed a cooperation agreement aimed at supporting UNHCR protection and assistance activities for refugees and displaced persons globally.

The agreement was signed at the Palais des Nations in Geneva in a ceremony attended by Filippo Grandi, UN High Commissioner for Refugees, and H.E. Sheikh Hamad bin Nasser bin Jassim Al Thani, Chairman of Qatar Charity.

Spanning over a period of five years, the agreement formalizes a commitment by Qatar Charity to support and fund UNHCR's programmes, through a minimum annual contribution of USD 3 million.

"UNHCR welcomes this commitment by Qatar Charity, whose support has proven invaluable." said Grandi.

"With the number of forcibly displaced persons remaining at an unprecedented level, support from our partners is now needed more than ever. We look forward to building on this collaboration with Qatar Charity in addressing global humanitarian and displacement challenges," he added.

Through the support of Qatar Charity, UNHCR has delivered essential humanitarian assistance to more than 209,000 refugees and internally displaced persons in Myanmar, Iraq, Syria, Yemen, Lebanon and Bangladesh.

"UNHCR and QC's strategic partnership is a long standing one, which spans over many years, through which Qatar Charity has continuously been supporting UNHCR's efforts to protect and serve refugees, and this gives us great pride to support their work," said Al Thani. "Qatar Charity is committed to alleviating the plight of vulnerable populations and investing in programs that continuously safeguard their dignity", he continued.

Qatar Charity is a non-governmental organization, established in 1992, dedicated to carrying out humanitarian and development programs to fight global poverty by working in partnership with vulnerable communities.

UNHCR, the UN Refugee Agency, is a global organization dedicated to saving lives, protecting rights and building a better future for refugees, forcibly displaced communities and stateless people.

**Media contacts:**

Mohammed Abu Asaker, Public Information officer, abuasake@unhcr.org, +971506213552

Ayat El-Dewary, Private Sector Partnerships Officer, eldewary@unhcr.org, +971 50 642 2978

Share on Facebook    Share on Twitter

Case 1:20-cv-02578-BMC Document 59-26 Filed 02/15/22 Page 4 of 5 PageID #: 1000

# Related news and stories

**VIDEOS**
The Global Compact on Refugees, explained

**NEWS**
New initiative to enroll 172,000 refugee children in school

**NEWS RELEASES**
UNHCR condemns refoulement of Eman Al Obeidi to Libya

ABOUT US    EMERGENCIES    WHAT WE DO    NEWS AND STORIES    OUR PARTNERS    GET INVOLVED

© UNHCR 2001-2021

Media centre                           Careers

Refworld                               Contact us

2/10/22, 12:06 PM
UNHCR - UNHCR and Qatar Charity formalize cooperation agreement to support of global refugee programmes

Case 1:20-cv-02578-BMC Document 59-26 Filed 02/15/22 Page 5 of 5 PageID #: 1001

Privacy policy

Data

Report fraud or abuse

Terms & conditions of use

Frequently Asked Questions

Sign up for email updates

Follow: