# EXHIBIT 31

# THE NETWORK
## Our members









(https://www.afedem.org)




(https://www.afpde.org/)









(https://www.caritasdevgoma.org/)

(https://www.caritasindia.org/)

(http://www.caritaslk.org/)

(http://www.crs.org/)

This website uses cookies. If you continue to use this site we will assume that you agree to this. **Read more. (/privacy-policy)**. ACCEPT




































NETWORK(/)

)

ısia/)

org.uk)

ık/en/index)

(http://idea.org.pk/)

ɔs.org/)

:)

/)

(https://www.muslimaid.org/)

th
ɔie

(http://www.asociacionprovida.sv)

(https://www.qcharity.org/en/qa)

(http://www.savethechildren.org.u

(https://www.ri.org/)

This website uses cookies. If you continue to use this site we will assume that you agree to this. **Read more. (/privacy-policy)**.

ACCEPT











(http://www.welthungerhilfe.de/)     (https://www.worldjewishrelief.org/)     (http://www.worldvision.org.uk/)



**REGISTERED CHARITIES WITH A COMMITMENT TO INTERNATIONALLY RECOGNISED HUMANITARIAN PRINCIPLES AND STANDARDS ARE ELIGIBLE TO JOIN THE START NETWORK.**

FIND OUT MORE    (/BECOMING-A-MEMBER)

# SUPPORT FOR THE NETWORK
Our donors

# OUR DONORS






(https://www.dutchdevelopmentresults.nl/theme/haid)

(https://www.gov.uk/government/organisations/foreign-commonwealth-development-office)

(https://ikeafoundation.org/)

(https://www.irishaid.ie/)

This website uses cookies. If you continue to use this site we will assume that you agree to this. Read more. (/privacy-policy).    ACCEPT



(https://www.auswaertiges-amt.de/en)

(https://www.joa.je)
(https://www.rockefellerfoundation)





# OUR PARTNERS

# OUR PARTNERS


(https://www.acaps.org/)


(http://box.org/)



(http://devinit.org)



(http://www.humanitarianleadersh)



(https://www.salesforce.org/)

# WHY JOIN THE START NETWORK
Be part of leading the change

NGOS | DONORS | PARTNER ORGANISATIONS

This website uses cookies. If you continue to use this site we will assume that you agree to this. Read more. (/privacy-policy).


Case 1:20-cv-02578-BMC   Document 59-31   Filed 02/15/22   Page 6 of 6 PageID #: 1036

# FIND OUT MORE ABOUT START NETWORK

## WHO ARE OUR SUPPORTERS?
startnetwork.org/supporters (https://startnetwork.org/supporters)

## READ ABOUT OUR IMPACT
startnetwork.org/learning-evidence/impact (https://startnetwork.org/learning-evidence/impact)

NEWSLETTER SUBSCRIBE (NEWSLETTER)

About (https://startnetwork.org/about-us) | Crisis Alerts (https://startnetwork.org/start-fund/alerts) | Members (https://startnetwork.org/network) | Our people (https://startnetwork.org/about-us/who-we-are) | Jobs (https://startnetwork.org/about-us/current-vacancies) | Complaints (https://startnetwork.org/complaints) | Governance & Assurance (https://startnetwork.org/about-us/governance) | Privacy & Cookie Policy (https://startnetwork.org/privacy-policy) | Media Centre (https://startnetwork.org/media-centre) | Contact us (node/716)

(https://www.linkedin.com/company/the-start-network?trk=biz-companies-(https://twitter.com/StartNetwork)(https://www.youtube.com/channel/UCuXGWy8XGSgvrXvXudM0...

Copyright © 2022 Start Network, a company (09286835) and charity (1159483) registered in England and Wales.

This website uses cookies. If you continue to use this site we will assume that you agree to this. Read more. (/privacy-policy). ACCEPT