AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, et al.

*Plaintiffs*

v.

QATAR CHARITY; QATAR NATIONAL BANK; and MASRAF AL RAYAN

*Defendants*

Case No. 1:20-cv-2579-BMC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 03/24/2022

/s/ Thomas M. Caroccia
*Attorney's signature*

Thomas M. Caroccia  (5934716)
*Printed name and bar number*

Fleischman Bonner & Rocco LLP
81 Main Street, Suite 515
White Plains, New York 10601
*Address*

tcaroccia@fbrllp.com
*E-mail address*

(908) 516-2045
*Telephone number*

(908) 516-2049
*FAX number*