# PROGRESS SINCE 9/11: THE EFFECTIVENESS OF THE U.S. ANTI-TERRORIST FINANCING EFFORTS

# HEARING

BEFORE THE

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

OF THE

COMMITTEE ON FINANCIAL SERVICES

U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED EIGHTH CONGRESS

FIRST SESSION

MARCH 11, 2003

Printed for the use of the Committee on Financial Services

**Serial No. 108–10**

U.S. GOVERNMENT PRINTING OFFICE

88–332 PDF WASHINGTON : 2003

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250 Mail: Stop SSOP, Washington, DC 20402–0001

H371-26.

HOUSE COMMITTEE ON FINANCIAL SERVICES

MICHAEL G. OXLEY, Ohio, *Chairman*

JAMES A. LEACH, Iowa
DOUG BEREUTER, Nebraska
RICHARD H. BAKER, Louisiana
SPENCER BACHUS, Alabama
MICHAEL N. CASTLE, Delaware
PETER T. KING, New York
EDWARD R. ROYCE, California
FRANK D. LUCAS, Oklahoma
ROBERT W. NEY, Ohio
SUE W. KELLY, New York, *Vice Chairman*
RON PAUL, Texas
PAUL E. GILLMOR, Ohio
JIM RYUN, Kansas
STEVEN C. LATOURETTE, Ohio
DONALD A. MANZULLO, Illinois
WALTER B. JONES, JR., North Carolina
DOUG OSE, California
JUDY BIGGERT, Illinois
MARK GREEN, Wisconsin
PATRICK J. TOOMEY, Pennsylvania
CHRISTOPHER SHAYS, Connecticut
JOHN B. SHADEGG, Arizona
VITO FOSELLA, New York
GARY G. MILLER, California
MELISSA A. HART, Pennsylvania
SHELLEY MOORE CAPITO, West Virginia
PATRICK J. TIBERI, Ohio
MARK R. KENNEDY, Minnesota
TOM FEENEY, Florida
JEB HENSARLING, Texas
SCOTT GARRETT, New Jersey
TIM MURPHY, Pennsylvania
GINNY BROWN-WAITE, Florida
J. GRESHAM BARRETT, South Carolina
KATHERINE HARRIS, Florida
RICK RENZI, Arizona

BARNEY FRANK, Massachusetts
PAUL E. KANJORSKI, Pennsylvania
MAXINE WATERS, California
CAROLYN B. MALONEY, New York
LUIS V. GUTIERREZ, Illinois
NYDIA M. VELÁZQUEZ, New York
MELVIN L. WATT, North Carolina
GARY L. ACKERMAN, New York
DARLENE HOOLEY, Oregon
JULIA CARSON, Indiana
BRAD SHERMAN, California
GREGORY W. MEEKS, New York
BARBARA LEE, California
JAY INSLEE, Washington
DENNIS MOORE, Kansas
CHARLES A. GONZALEZ, Texas
MICHAEL E. CAPUANO, Massachusetts
HAROLD E. FORD, JR., Tennessee
RUBÉN HINOJOSA, Texas
KEN LUCAS, Kentucky
JOSEPH CROWLEY, New York
WM. LACY CLAY, Missouri
STEVE ISRAEL, New York
MIKE ROSS, Arkansas
CAROLYN McCARTHY, New York
JOE BACA, California
JIM MATHESON, Utah
STEPHEN F. LYNCH, Massachusetts
BRAD MILLER, North Carolina
RAHM EMANUEL, Illinois
DAVID SCOTT, Georgia
ARTUR DAVIS, Alabama

BERNARD SANDERS, Vermont

Robert U. Foster, III, Staff Director

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

SUE W. KELLY, New York, *Chair*

RON PAUL, Texas, *Vice Chairman*
STEVEN C. LATOURETTE, Ohio
MARK GREEN, Wisconsin
JOHN B. SHADEGG, Arizona
VITO FOSSELLA, New York
JEB HENSARLING, Texas
SCOTT GARRETT, New Jersey
TIM MURPHY, Pennsylvania
GINNY BROWN-WAITE, Florida
J. GRESHAM BARRETT, South Carolina

LUIS V. GUTIERREZ, Illinois
JAY INSLEE, Washington
DENNIS MOORE, Kansas
JOSEPH CROWLEY, New York
CAROLYN B. MALONEY, New York
CHARLES A. GONZALEZ, Texas
RUBEN HINOJOSA, Texas
JIM MATHESON, Utah
STEPHEN F. LYNCH, Massachusetts

# CONTENTS

| | Page |
|---|---|
| Hearing held on: | |
| March 11, 2003 | 1 |
| Appendix: | |
| March 11, 2003 | 53 |

WITNESSES

TUESDAY, MARCH 11, 2003

| | |
|---|---|
| Byrne, John, Senior Counsel and Compliance Manager, American Bankers Association | 36 |
| Emerson, Steve, Director, The Investigative Project | 29 |
| Epstein, Matthew, Assistant Director, The Investigative Project | 31 |
| Fisher, Alice, Deputy Assistant Attorney General Criminal Division, Department of Justice | 7 |
| Hoglund, Richard, interim Director, Office of Customs Investigations, Bureau of Immigration and Customs Enforcement, Department of Homeland Security, accompanied by Marcy Forman, Executive Director, Operation Green Quest | 9 |
| Johnson, Larry, CEO, BERG Associates | 32 |
| Moynihan, John, Senior Investigator, BERG Associates | 34 |
| Sloan, James, Director, Financial Crimes Enforcement Network, Department of the Treasury | 11 |

APPENDIX

| | |
|---|---|
| Prepared statements: | |
| Kelly, Hon. Sue W. | 54 |
| Gutierrez, Hon. Luis V. | 60 |
| Byrne, John | 62 |
| Emerson, Steve | 69 |
| Epstein, Matthew (with attachments) | 104 |
| Fisher, Alice | 135 |
| Hoglund, Richard | 144 |
| Johnson, Larry | 149 |
| Moynihan, John (with attachments) | 152 |
| Sloan, James (with attachments) | 166 |

ADDITIONAL MATERIAL SUBMITTED FOR THE RECORD

| | |
|---|---|
| Sloan, James: | |
| List of Non-Cooperative Countries and Territories | 181 |

Avlarigov, whose brother, Chamsoudin Avlarigov, is affiliated with the Chechen mujahideen."[150]

## QATAR CHARITABLE SOCIETY (QCS)

Another purported humanitarian organization engaged in the active financing of Al-Qaida and other designated international terror groups is the Qatar Charitable Society (QCS), the oldest and largest such group in Qatar.[151] QCS is a part of the Islamic Coordination Council (ICC), a coordinating body of Muslim charitable groups established in 1985 in Peshawar, Pakistan to maximize the financial assistance reaching Afghanistan.[152] Shaykh Abdullah Azzam, an initial founder of Al-Qaida, was a member of the ICC leadership prior to his assassination in Peshawar in 1989.[153] Other ICC members include the International Islamic Relief Organization (IIRO), the Saudi Red Crescent Society, and the World Assembly of Muslim Youth .[154]

Much like the various Saudi charities that have funded Al-Qaida over the past decade, QCS also draws much of its funding primarily from official sources. The organization also has strong and longstanding fundamentalist contacts within the Qatari government itself. In October 2002, the Emir of Qatar, Shaykh Hamad bin Khalifa Al Thani, and the Qatari Foreign Minister, Shaykh Hamad bin Jassem bin Jabr Al Thani, invited the President of QCS, Shaykh Abdul Aziz bin Abdulrahman Al Thani, to join them in high-level meetings with the visiting United Nations High Commissioner for Relief, Ruud Lubbers.[155] An advertisement for QCS' relief activities in Kosovo speaks of a collaborative partnership with the state-supported Qatar Red Crescent Society.[156] Moreover, until recently, a WHOIS lookup of the Qatar Charitable Society's website (www.qsociety.org) listed Hashem Hussein as both the Administrative and Billing Contact for the site. His corresponding e-mail address, "hashim@MMAA.GOV.QA," indicates that Mr. Hussein was an employee of the Qatari Ministry of Municipal Affairs and Agriculture.

According to its website, the Qatar Charity Society innocently "aims to offer relief and help to orphans, victims of war and disasters by supporting them financially, socially and culturally up to the age of 18. QCS aids widows to meet living expenses particularly those who lost all relatives and friends."[157] By 1995, QCS claimed to have initiated over 250 projects worldwide in 35 countries including India, Pakistan, Bangladesh, Afghanistan, Somalia, Sudan, Bosnia, the Palestinian territories, Yemen, and the Philippines.[158] In one fiscal quarter of 1997 alone, QCS was reportedly engaged in worldwide projects estimated at a total value of over 3.5

---

[150] United States Of America v. Enaam M. Arnaout. Government's Evidentiary Proffer Supporting The Admissibility Of Coconspirator Statements. United States District Court Northern District Of Illinois Eastern Division. January 6, 2003. Pg. 94.
[151] "Voluntary and Charitable Organizations." http://www.dohaislamicsummit.org/qatar/english/islamic-e.htm. March 1, 2003.
[152] Agency Co-ordinating Body for Afghan Relief (ACBAR). July 1, 1998.
[153] [illegible]iktorowicz, Quintan, "The new global threat: transnational Salafis and Jihad." Middle East Policy. No. 4; Vol. 8; Pg. 18; ISSN: 1061-1924, December 1, 2001.
[154] http://www.yellowpages.liwal.net/asistance/icc.htm. March 1, 2003.
[155] "UNHCR briefing notes: Liberia, Côte d'Ivoire, Rwanda." http //www.reliefweb.int. Dated October 11, 2002.
[156] "Urgent Relief for the Muslems of Kosovo." http://www.qcharity org/qenglish/images/kosovo/new_page_2.htm. March 1, 2003.
[157] http://www.qcharity.org/qenglish/index.html. March 1, 2003.
[158] "Qatar organization carry out welfare projects." Riyadh Daily. January 13, 1995.

million Qatari Riyals.[159] QCS advertised 20 numbered bank accounts in the Qatar Islamic Bank and the Qatar International Islamic Bank ready to receive wired donations from at home and abroad.[160]

However, as is the case with both MWL and BIF, QCS' charitable mission represented little more than an excuse to provide material support to terrorists. In trial proceedings surrounding the prosecution of i.dividuals associated with the conspiracy to bomb the U.S. Embassies in Kenya and Tanzania in 1998, QCS was first named by as a major financial conduit for Al-Qaida. Former Al-Qaida member and star government witness Jamal Al-Fadl testified how he had worked closely with QCS in 1993.[161] Al-Fadl was asked to discuss Dr. Abdullah Mohamed Yousef, a fundamentalist veterinarian and director of QCS. He explained:

> "The guy [Yousef], he runs a group, he is one of our membership, one of the al Qaeda group membership, and also he is [Sudanese] Islamic National Front membership, and he was in Afghanistan. So he helped our people for the travel, documents, and also if some money come from the Gulf area to the organization, he gives the group some money from that money."[162]

In the Sudan, QCS was actively aiding radical quasi-official militias associated with the National Islamic Front (NIF) in fighting Christian and animist groups in the south of the country. In a fundraising brochure for the Sudan distributed by QCS in Qatar, the Society appealed to its donors to help protect "our brotherly Sudan" from "wild savage invaders," who were accused of "destroying the Sudanese territorial integrity, security, stability, and unity." The brochure further noted, "Every tiny support is great and important especially in this holy month, Ramadan. It is the month of Allah[sic] blessings... and the month of 'Jihad' in one's person, one's wealth, and one's dwellings. Support for those brave heroes who are sacrificing their persons will be of great mercy, forgiveness and freeing from the Hell fire."[163] During one short period of 1999 alone, the chairman of the Qatar Charitable Society reported the transfer of 1 million Qatari Riyals in the form of "emergency aid" to the Sudan.[164]

In 1995, Bin Laden reportedly confirmed to Jamal Al-Fadl that $20,000 supplied by Dr. Abdullah Yousef through QCS was used by Al-Qaida to bankroll the attempted assassination plot that year against Egyptian President Hosni Mubarak in nearby Addis Ababa, Ethiopia. At the time, Bin Laden sternly rebuked the financiers of the abortive terror plot for their carelessness in concealing the true source of the funds, and expressed serious concerns that "al Qaeda's abilities to use charities to fund operations might be compromised as a result."[165]

During the mid-1990s, Dr. Yousef also used the resources of the Qatar Charitable Society to help underwrite the financial needs of the Eritrean Islamic Jihad Movement (EIJM).[166] At the time, EIJM recruits, seeking to overthrow their own government and replace it with an Islamic

---

[159] "Projects carried out by Qatar Charitable Society." Middle East News Items. Info-Prod Research (Middle East) Ltd. September 8, 1997.
[160] http://www.qcharity.org/qenglish/banks.htm. March 1, 2003.
[161] United States of America v. Usama Bin Laden, et al. February 6, 2001. Testimony Transcript; Page 329.
[162] United States of America v. Usama Bin Laden, et al. February 6, 2001. Testimony Transcript; Page 330.
[163] http://www.qcharity.org/qenglish/helpsuda.htm. Dated December 27, 1997.
[164] *Al-Rayah*. August 16, 1999.
[165] "Government's Evidentiary Proffer Supporting the Admissibility of Co-Conspirator Statements." United States of America v. Enaam M. Arnaout. United States District Court Northern District of Illinois, Eastern Division. Case #: 02 CR 892. January 31, 2003. *Page 103.*
[166] United States of America v. Usama Bin Laden, et al. February 6, 2001. Testimony Transcript; Page 330.

regime, were receiving military training from senior Al-Qaida lieutenants in the Sudan after having been recruited to follow Usama Bin Laden's international agenda. Several years later, the Deputy Emir of EIJM, Abul Bara' Hassan Salman, confirmed in an interview, "As for the latest Christian onslaught which is being led by America... I say to the Muslim people everywhere: supporting Jihad and the Mujahideen is the way to remove the nightmare of degradation and humiliation which has rested on the chests of our community in its various forms."[167]

Outside of Africa, the Qatar Charitable Society was also extremely active in the Balkans and the turbulent Muslim republics of the Caucasus. In November 1994, one Egyptian QCS "aid worker" was killed and another badly burned in a mysterious "gas explosion" in Sarajevo.[168] QCS also helped distribute a collection of fundamentalist articles titled "Obstacles to the Islamic Resurgence" edited by former Bosnian President Alija Izetbegovic.[169] In the wake of September 11, Izetbegovic stepped down amid controversy that his administration had provided safe haven and travel documents to hundreds of Muslim militants loyal to Al-Qaida.[170] More recently, a VIP social event was organized by QCS in Bosnia to inaugurate a new relief project ordered by a "Decree of His Excellency the Emir [of Qatar]." The party was attended by, among others, Ambassadors from Egypt, Saudi Arabia, Libya, and Iran.[171]

In October 2001, the Azerbaijan Ministry of Justice forcibly closed down its own local QCS office for, "under the disguise of charity," conducting "damaging activities that violate our national interests, as well as [cooperating] with terrorist structures and [distributing] propaganda inciting radical sectarianism, religious hatred and fanaticism."[172] In 1995, a QCS office founded in neighboring Daghestan (adjacent to Chechnya) dispensed over 3 million Qatari Riyals in less than two years.[173] Russian intelligence became suspicious when they discovered that the QCS branch was being run by an Egyptian citizen named Yasir Ibrahim. Daghestani state tax police initiated an inquiry into the organization, and uncovered forged documents and invoices detailing hundreds of thousands of dollars of illicit financial transactions. From the evidence they collected, investigators estimated that QCS had given perhaps as much as $1 million to unspecified "Chechen extremists." Yet, the true numbers will likely never be known because, as the Russians discovered to their dismay, "most of the 'charitable contributions'... were not recorded anywhere. The same goes for how the money was distributed."[174]

By liquidating charity bank accounts into untraceable cash withdrawals in war-torn states (often with no reliable banking systems), QCS was able to make this money simply disappear. Journalists confronted Qatari Foreign Minister Hamad Bin Jasim Bin Jabr Al-Thani with Russian

---

[167] "'The Governing Regime is a Terrorist Regime Which Acts With Enmity Against the Eritrean People': An Interview with the Deputy Amir of the Eritrean Islamic Jihad Movement – Abul Bara' Hassan Salman." *Nida'ul Islam*. Issue 22; February-March 1998.

[168] "Egyptian aid worker, injured in gas explosion, due for evacuation." Agence France Presse. November 26, 1994.

[169] http://www.qcharity.org/qenglish/book_1.jpg. March 1, 2003.

[170] "Former Bosnian president says mojahedin and terrorists not synonymous." HINA News Agency. Broadcast in English in Zagreb. October 9, 2001. 1334 GMT. See also: "Muslim leader denies there are Bin-Ladin's supporters in Bosnia." SRNA News Agency. Broadcast in Serbo-Croat language in Bijeljina. October 9, 2001. 718 GMT.

[171] "Qatar Relief Organization Builds 112 Houses for the Bosnian Returnees." *Al-Rayah*. August 31, 2002.

[172] "Azerbaijan closes offices of Arab relief organizations due to illegal activity." Interfax News Agency. April 10, 2002. See also: "Azerbaijan shuts down Kuwaiti, Qatar charity organizations." Turan News Agency (Baku). Broadcast in Russian language. April 9, 2002; 1530GMT.

[173] "Charity denies Russian charges of assisting Dagestan rebels." *Al-Rayah*. September 20, 1999.

[174] *Segodnya* (Moscow). November 16, 1999.

allegations that QCS was openly and actively supporting "certain Arab individuals... fighting with the Chechen fighters." With little reflection, Al-Thani flatly admitted that, indeed, this might be the case:

> "[W]e as a government cannot control the aid going abroad, some of which may go for humanitarian goals, and some may start as humanitarian but end up in another way. However, there is no monitoring because people are sympathizing... We as a government may be able to control our sympathy, although in the end we are only human beings and Muslims... [t]herefore we cannot restrain the people's feelings in this regard."[175]

Even after the September 11 suicide hijackings, the Qatari regime continued to refuse to restrict the fundraising and religious activism of pro-Al-Qaida religious charities, including the Qatar Charitable Society.[176] In September 2001, the very month that Al-Qaida struck at America, QCS' official newsletter carried an article titled "Jihad is the Solution!" The author urged faithful Muslims:

> "The only way to liberate Palestine is the holy Jihad which mobilizes all potentialities in the Arab and Islamic countries, and in which all Muslims stand as one behind the Mujahideen and support them in their Jihad... The time has come for Muslims to follow in the footsteps of Salahudeen and to restore Jerusalem and Palestine to the Arabs and the Muslims. For Jerusalem is in your hands, Oh, Muslims. There is no solution to the matter save Jihad. 'You shall readily mobilize, light or heavy, and strive with your money and your lives in the cause of GOD. This is better for you, if you only knew.' (Quran 9:41)"[177]

---

[175] Bin Qinnah, Khadijah. "Minister denies Russian report on funding for Chechen militants." Al-Jazeera Television. Broadcast in Arabic language. November 22, 1999; 2040GMT.
[176] Trabelsi, Habib. "Noose tightens around Islamic charities in Gulf." Agence France Presse. October 3, 2001.
[177] Al-Imari, Dr. Abdelqader Muhammad. "Oh Muslims, Jerusalem is calling you! Jihad is the Solution!" Qatar Charitable Society Magazine. September 2001. http://www.qcharity.org/maga/.



BEST AVAILABLE COPY



The Investigative Project – March 10, 2002