## Geographic range of action

Qatar Charity is committed to working closely with vulnerable communities affected by poverty, crises, and distressing circumstances. The organization adopts a results-oriented approach to assess the needs and areas of intervention; subsequently, based on the results, our operational team decides on the intervention plan and strategy. Qatar Charity is keen on implementing this approach to realize intervention objectives and achieve tangible change. Moreover, Qatar Charity provides direct communication channels with beneficiaries to coordinate and plan humanitarian action according to their needs, while acting as connecting platform between communities and decision-makers to ensure dignity and prosperity for all


**7,818,829,411**
Our aids Volume in (Qatari rial)


**199,762,749**
People We Helped


**58**
Countries In Operation


**34**
International Field Offices

## Our Works Around The World

1
موظفينا غير متاحين ح...



**Indonesia**

People helped 137,233,554

**Comoros**

People helped 25,729,435

**Kyrgyzstan**

People helped 234,643,977

**Somalia**

People helped 382,963,912

**Mauritania**

People helped 17,497,471

**Chad**

People helped 100,417,216

**Mali**

People helped 136,108,843

**Burkina Faso**

People helped 72,676,032

3

موظفينا غير متاحين ح...

**Ghana**

People helped 168,475,193

**Djibouti**

People helped 45,232,301

**Niger**

People helped 86,018,451

**Bosnia and Herzegovina**

People helped 156,410,978

**Albania**

People helped 46,987,345

**Kosovo**

People helped 121,362,309

**Sudan**

People helped 96,006,088

**Tunisia**

People helped 77,757,977

4

موظفينا غير متاحين ح...

موظفينا غير متاحين ح...

## Established offices in

Gambia - Nigeria - Morocco - Tanzania - Senegal - Malaysia - Ivory Coast

## List of Qatar Charity's field offices by country

|    | Country    | Headquarters    | Date of establishment |
|----|------------|-----------------|------------------------|
| 1  | Albania    | Tirana – Albania | 2/14/2014 |
| 2  | Bosnia     | Sarajevo        | Aug-94 |
| 3  | Sudan      | Khartoum        | 1/1/1994 |
| 4  | Somalia    | Mogadishu       | 2007 |
| 5  | Nepal      | Kathmandu       | 23October2016 |
| 6  | Niger      | Niamey          | 2007 |
| 7  | Yemen      | Sana'a          | March 2013 |
| 8  | Pakistan   | Islamabad       | 1998 |
| 9  | Bangladesh | Dhaka– Bennani  | 1995 |
| 10 | Chad       | N'Djamena       | 7/23/2015 |

5

موظفينا غير متاحين ح...

| | | | |
|---|---|---|---|
| 11 | Comoros | Sehani Amed – Bamboo – Grande Comore Island | March 2012 |
| 12 | Djibouti | Djibouti | 14/05/2015 |
| 13 | Sri Lanka | 15A flower terrace. Colombo3 | 3/3/2018 |
| 14 | Ghana | Accra | 20/05/2016 |
| 15 | Gaza | Gaza strip | 15/05/1997 |
| 16 | Kyrgyzstan | Bishkek | 2017/11/27 |
| 17 | Kenya | Nairobi | 16/11/2015 |
| 18 | Mali | Bamako | 17/11/2009 |
| 19 | Mauritania | Nouakchott, Mauritania–Zeina434 P. O.1696 | October2007 |
| 20 | Palestine/Ramallah | Ramallah | 18/11/2009 |
| 21 | Indonesia | Jakarta | 2004 |
| 22 | Turkey | YILDIZEVLER MAH. KİŞİNEV CAD. NO:10. ÇANKAYA. Ankara | 18/12/2015 |
| 23 | Burkina Faso | Ouagadougou–Charlesn Bila Kabore | 2008 |
| 24 | Kosovo | Pristina | 18/11/2013 |
| 25 | Tunisia | Tunis Carthage, 8th floor / office number15 and16Al-Bukoush Tower Ariana,2080 | 2012 |