# EXHIBIT 9

|  |  |
|---|---|
| *Received*<br>*Meital July 27*<br>*At 2:50 pm* | *Received*<br>*[Illegible]*<br>*271646* |

**At the Judea Military Court**  File No.: 3011/15
*3124/15*

Before the assembly of the Court Chairman Vice Presence Heilbronn

**Juda Jamal et al**

Via Adv. Jouad Boulous

POB 51960, Beit-Hanina Jerusalem

Tel: 02-6280827; Fax: 02-6282825

**The Accused**

**Versus**

**The Military Prosecution**

**The Accuser**

## Notice

In accordance with the Honorable Court's ruling from June 21, 2016, we are hereby submitting documents attesting to the Israeli authorities being aware of the Qatar Al-Khiria association's activities (hereinafter: "Association"), the Association's activities and many publications in a large number of newspapers; contracts, memorandums and cooperation with Palestinian Authority offices.

These documents are submitted to support our allegation according to which the Association's activities since 2009 continued under the guise of the authorities according to which the Association's activities returned to being legal; there was broad publication about its humanitarian activities in newspapers, there was correspondence with the Israeli Tax Authorities as well as with the Israeli Ministry of the Economy in Beit El for the purposes of bringing in merchandise; Association representatives from Qatar had official visits at the Palestinian Authority; and lastly, the Association acted to issue permits for these representatives with Israel.

And this is as spelled out as follows:

1

1. **Tax invoice documents – Reconciliation of a restaurant that provided service to the Association and recorded the Association as a buyer:**

    Document 1A – Tax invoice reconciliation from August 26, 2012

    Document 1B – Tax invoice reconciliation from August 26, 2013

    Document 1C – Tax invoice reconciliation from September 26, 2013

    Document 1D – Tax invoice reconciliation from July 22, 2015

    Document 1E – Letter send from the service provider / owners of the restaurant, in which he refers to the Customs and VAT office in Jerusalem with a request to receive a tax invoice reconciliation, and he also states that the invoice is per the Association's request.

2. **The Solar Energy Project (hereinafter – "The Project") – <u>Correspondence with a representative of the Ministry of the Economy in Beit El to bring in equipment</u>; the project agreement; sections from newspapers; a link to a documentary that the Association published about the project.**

    Document 2A – A letter from May 15, 2011, to Mr. Freddy Avidai, a representative of the Ministry of the Economy in Beit El, with a request to remove equipment for the project from Ben Gurion Airport. The letter was sent on the Association's firm paper with its signature. The body of the letter states that the project is financed by the Association. In addition, the letter states that the Association intends to hold a launch event in the presence of a delegation from Qatar at the end of the month.

    Document 2B – A link to a documentary film about the project.

    Document 2C – An article from the newspapers from May 12, 2010 about signing the project agreement in the presence of the Minister of Planning and the Minister of Religious Affairs in the Palestinian Authority.

    Document 2D – Project agreements

2

    2E – A news item from the newspapers about the launch of the project in the presence of Prime Minister Salem Fayyad and a delegation from the "Qatar Al-Khiria" association from Doha headed by Ghannem Bin Salem Al-Ansari.

3. **A news item from the newspaper and a notice to UN newspapers – Humanitarian Affairs Coordination Office** – Holding a meeting that the Association participated in together with a large number of associations under the Authority's umbrella for the purposes of coordinating and supporting humanitarian activities in the areas.

    Document 3A – Notice to UN newspapers.

    Document 3B – Article from newspapers.

4. **Correspondence and memorandums with the Palestinian Authority:**

    Document 4A – From May 4, 2015, opening an account for the Association and renewing it – correspondence with the Palestinian Authority Ministry of the Interior.

    Document 4B – A message from March 1, 2011 from the Ministry of Religious Affairs to Authority president Mr. Mahmoud Abbas regarding the Association's projects.

    Document 4C – A tax exemption notice for one of the Association's projects.

    Document 4D – A memorandum from September 9, 2009 between the Association and the Palestinian Authority – in which the Authority states it will help the Association open its new office in Ramallah and will at the same time close the office in Hebron and will return the property taken from it. The Authority will also help the Association issue entry visas to the Palestinian Authority for its emissaries.

    Document 4E – A memorandum from April 2014 between the Palestinian Authority Ministry of Education and the Association regarding a project to "Improve the quality of studies with the number of public schools". The cost of the project is 1,643,213 USD.

    Document 4F – A request to the Authority from May 9, 2011 for help receiving entry [unknown term] for the Qatari delegation.

3

5.  **Newspaper publications regarding the Association's educational project and the presence of a Qatari delegation and a delegation from its partner, the Reach Out To Asia (ROTA) Association.**

    Document 5A – A news item from the newspapers from October 2014 and a photograph from the newspaper about the visit of a delegation from Association in Doha and the Rota Association in Jericho regarding the project to improve the quality of education.

    Document 5B – Pictures from the ROTA delegation to launch the Association's project under the auspices of the Minister of Education as well as the mobile library vehicle.

    Document 5C – A news item from the newspapers from April 10, 2014 about the signing of a memorandum (Document 4E) between Mr. Juda Al-Jamal and the Minister of Education.

    Document 5D – A news item from the newspapers about continuing the Association's education project in May 2015.

    Document 5E – A news item from the newspapers from June 2015 regarding the distribution of computers to teachers and holding continuing education classes within the scope of the education project.

    Document 5F – A number of newspaper news items from various dates about activities within the scope of the education project.

6.  **Multiple tenders that the Association published in the years 2011, 2012 and 2015**
    Document 6

7.  **Numerous publications from newspapers about Association** activities – Mainly regarding the project supporting orphans and the project to plan trees for about 12 million USD.
    Document 7

8.  **Newspaper news items regarding the project to distribute food during Ramadan over the years**, a project that thousands of needy people benefited from.
    **In 2011 – About 72,500 residents of the Authority and Jerusalem benefited**

4

>    **In 2013 – About 17,000 residents of the Authority and Jerusalem benefited**
>
>    **In 2015 – About 28,000 residents of the Authority and Jerusalem benefited from the project**

9. **Visits from Qatari Association representatives to the Palestinian Authority in the years 2010 and 2012 that were with Authority President Mahmoud Abbas and Prime Minister Fayyad – sections from newspapers and online articles about video clips from the official channel of Palestinian President Mr. Mahmoud Abbas, which document the ceremony receiving the Qatari Association representatives.**
   Document 9A – Internet articles about the video clips.
   Document 9B – Sections from newspapers about the visits.

10. **Job recruitment notices that were published in recent years**
    Document 10

**In summary, all the documents spelled out above and that are attached to this notice are enough to support the Accused's allegation that the submission of the indictment stands in major contradiction of the principles of justice and legal fairness, and the conditions for its cancellation as stipulated in the Borovitch Proceeding (CA 40649/07, given November 18, 2008) are present.**

**The Accused will allege that the presence of the criminal proceeding impinged materially upon the feeling of fairness and justice – there are defects in the authorities' behavior in the submission of this indictment; the impingement upon the Accused's rights as a result of the authority's behavior and the circumstances which caused it significantly impinge upon the Accused's feeling of fairness and justice; the sole remedy that can heal the defects is the cancellation of the indictment against the Accused.**

**Over the last seven years that the Association has been in operation, its activities were published in newspapers, delegations held official visits to the Palestinian Authority after receiving permits from Israel. Furthermore, the Association sent Israel paper documents on its official papers to the Israeli authorities. All this and the cooperation with the Palestinian**

5

**Authority, signing memorandums that ease the Association's operations and tens of thousands of residents who benefit from the Association's activities. All this is shows that Accused that their actions were permitted and that they are not acting in violation of the law.**

[Signature]
**Jouad Boulous, Adv.**
**Applicant's representation**

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | doc01215120220306121408 |
| Source Language(s): | Hebrew |
| Target Language(s): | English |

*Authorized Signature:*

*Signature, Notary Public:*



| | |
|---|---|
| *Name:* | Shayna Himelfarb |
| *Title:* | Project Assistant |
| *Date:* | April 13, 2022 |

*Stamp: Notary Public*

Reason for signature: I approve the accuracy of this document content as written

בבית- המשפט הצבאי ביהודה

תיק מס: 6011/15

בפני הרכב אב"ד ס.הנשיא היילברון

ג'ודה גמאל ואח'

באמצעות עו"הד ג'ואד בולוס

ת.ד. 51960, בית-חנינא ירושלים

טל: 6280827-02; פקס: 6282825-02

הנאשמים

נגד

התביעה הצבאית

המאשימה

## הודעה

בהתאם להחלטת בית-המשפט הנכבד מיום 21 ביוני 2016, מוגשים בזאת מסמכים שיש בהם כדי להעיד על ידיעת השלטונות בישראל על פעילות עמותת "קטאר אליח'יריה" (להלן: "העמותה"), פעילות העמותה ופרסומיה הרבים במספר רב של עיתונים; חוזים, מזכרים ושיתופים פעולה עם משרדי הרשות הפלסטינית.

מסמכים אלה מוגשים בתמיכה לטענותינו לפיהן פעילות העמותה מאז שנת 2009 המשיכה תחת מצג של הרשויות לפיו חזרה פעילות העמותה להיות חוקית, היה פרסום נרחב לגבי פעילותה ההומנטארית בעיתונים, היו התכתבויות עם רשויות המס בישראל וכן עם נציג משרד הכלכלה הישראלי בבית-איל לצורך הכנסת סחורות, ביקרו נציגי העמותה מקטאר בביקורים רשמיים ברשות הפלסטינית והאחרונה פעלה להוצאת היתרים לנציגים אלה מול ישראל.

וזאת כמפורט להלן:

1

1. **מסמכי חשבונית מס- התחשבנות של מסעדה שנתנה שירותים לעמותה ורשמה את העמותה כקונה:**

מסמך 1א' – חשבונית מס התחשבנות מתאריך 26 אוגוסט 2012

מסמך 1 ב'- חשבונית מס התחשבנות מתאריך 26 אוגוסט 2013

מסמך 1 ג'- חשבונית מס התחשבנות מתאריך 26 ספטמבר 2013

מסמך 1 ד'- חשבונית מס התחשבנות מתאריך 22 יולי 2015

מסמך 1ה'– מכתב שנשלח מטעם נותן השירותים \ הבעלים של מסעדה, בו הוא פונה לבית-המכס והמע"מ בירושלים בבקשה לקבלת חשבונית מס התחשבנות, וכן מציין שהחשבונית היא **לבקשת העמותה.**

2. **פרויקט האנרגיה הסולארית (להלן: "הפרויקט")– התכתבות עם נציג משרד הכלכלה בבית אייל להכנסת ציוד;** הסכם הפרויקט; קטעים מהעיתונות; קישור לסרט דוקמנטרי שפירסמה העמותה על הפרויקט

מסמך 2א' – מכתב מתאריך 15 מאי 2011 למר פרדי אבידי, נציג משרד הכלכלה בבית-איל, בבקשה להוצאת ציוד לפרויקט מנמל התעופב בן-גוריון. המכתב נשלח על נייר פירמה של העמותה, בחותמתה כן צוין בגופו שהפרויקט במימון העמותה. כמו-כן מצוין כי בסוף החודש מתעתד להתקיים אירוע השקה בנוכחות משלחת מקטאר.

מסמך 2ב'- קישור לסרט דוקמנטרי אודות הפרויקט.

מסמך 2 ג' – כתבה מהעיתוננות מיום 12 מאי \2010 אודות חתימת הסכם הפרויקט בנוכחות שר התכנון ושר הדתות ברשות הפלסטינית.

מסמך 2 ד' – הסכמי הפרויקט

2

מסמך 2 ה׳- ידיעות מהעיתונות אודות בשקת הפרויקט בנוכחות ראש הממשלה סלאם פיאד ומשלחת מעתותת וקטאר אלחיייריה״ מדוחה מראשות ג׳אסם בן סאלם אלאנסארי.

3. **ידיעה מהעיתון והודעה לעיתונות מהאו״ם – משרד התיאום לעניינים הומנטאריים** – עריכת ישיבה בה השתתפה העמותה עם מספר רב שך עמותות תחת מטריית הרשות לצורך תיאום ועידוד הפעילות ההומנטארית בשטחים.

מסמך 3א׳ – הודעת העיתונות של האו״ם.

מסמך 3ב׳ – הכתבה מהעיתונות.

4. **התכתבויות וזכרונות דברים עם הרשות הפלסטינית:**

מסמך 4 א׳ – מיום 4 מאי 2015 פתיחת חשבון לעמותה וחידושו – התכתבות עם משרד הפנים ברשות הפלסטינית.

מסמך 4ב׳ הודעה מיום 1מרץ 2011 ממשרד הדתות לראש הרשות מר מחמוד עבאס בדבר הפרויקטים של העמותה.

מסמך 4ג׳- הודעות על פטור ממס לאחד מהפרויקטים של העמותה

מסמך 4ד׳ – זיכרון דברים מיום 9 ספטמבר 2009 בין העמותה לרשות הפלסטינית – בו מציינת הרשות כי תסייע לעמותה בפתיחת משרדה החדש ברמאללה ובמקביל בסגירת המשרד בחברון והחזרת הרכוש שנלקח ממנו. כמו-כן תסייע הרשות לעמותה בהוצאת אשרות כניסה לשליחיה לרשות הפלסטינית.

מסמך 4ה׳ – זיכרון דברים מחודש אפריל 2014 ין משרד החינוך ברשות הפלסטינית לבין העמותה בעניין פרויקט : ״ שיפור איכות הלימודים למספר בתי ספר ממשלתיים״. עלות הפרויקט $ 1,643,213.

מסמך 4ו׳ – בקשה לרשות מיום 9 מאי 2011 לסיוע בקבלת היתקי כניסה למשלחת הקטארית.

3

5. **פרסומים בעיתונות בדבר פרויקט החינוך של העמותה ונוכחות משלחת מקטאר ומשלחת מעמותה שותפה Reach Out To Asia (ROTA)**

מסמך 5א׳- ידיעות מהעיתונות מחודש אוקטובר 2014, וצילם מהעיתון לביקור משלחות מהעמותה בדוחה ועמותת ROTA ביריחו בעניין פרויקט שיפור איכות החינוך

נספח 5ב׳- תמונות מהביקור של משלחת ROTA להשקת הפרויקט של העמותה בחסות שרת החינוך וכן רכב הספרייה הנייד

מסמך 5 ג׳ – ידיעה מהעיתונות מיום 10 אפריל 2014 אודות חתימת זיכרון הדברים (מסמך 4ה׳) בין מר ג׳ודה אלג׳ימל לבין שר החינוך.

מסמך 5 ד׳ – חדחנה מהעיתון בדבר המשך פרויקט החינוך של העמותה בחודש מאי 2015.

מסמך 5 ה׳ – ידיעה מהעיתון מחודש יוני 2015 בדבר חלוקת מחשבים למורים ועריכת השתלמויות במסגרת פרויקט החינוך.

מסמך 5 ו׳ – מספר רב של ידיעות מהעיתונים ממועדים שונים בדבר פעילויות במסגרת פרויקט החינוך.

6. **מספר רב של מכרזים שפירסמה העמותה בשנים 2011, 2012 ו- 2015**

מסמך 6

7. **פרסומים רבים מהעיתונות אודות פעילות העמותה**- בעיקר בעניין פרויקט התיכה ביתומים ופרויקט נטיעת עצי פרי בכ- 12 מיליון דולר.

מסמך 7

8. **ידיעות מהעיתונות בדבר פרויקט חלוקת אוכל ברמדאן למשך שנים**, פרויקט שנהנו ממנו עשרות אלפי נזקקים

**בשנת 2011 – נהנו כ - 72,500 תושבי הרשות וירושלים.**

4

בשנת 2013 – נהנו מהפרויקט 17,000 תושבי הרשות וירושלים.

בשנת 2015- נהנו מהפרויקט כ – 28,000 תושבי הרשות וירושלים

9. ביקורי נציגי העמותה מקטאר בשנים 2010 ו- 2012 ברשות הפלסטינית והפגישות שלהם עם ראש הרשות מחמוד עבאס וראש הממשלה פיאד- קטעים מהעיתונות וכתובות האינטרנט של קטעי וידאו מהערוץ הרשמי של ראש הרשות הפלסטינית מר מחמוד עבאס, המתעד את טקס קבלת נציגי העמותה מקטאר.

מסמך 9א' – כתובות האינטרנט של קטעי הוידאו

מסמך 9 ב'- קטעים מהעיתונות אודות הביקורים.

10. הודעות דרושים לעבודה שפורסמו במהלך השנים האחרונות.

מסמך 10

לסיכום, יש בכל המסמכים המפורטים לעיל והמצורפים להודעה זו כדי לתמוך בטענת הנאשמים לפיה הגשת כתב-האישום עומדת בסתירה מהותית לעקרונות של צדק והגינות משפטית, ומתקיימים התנאים לביטולו כפי שנקבעו בהלכת בורוביץ' (ע"פ 40649/07, ניתן 18 בנובמבר 2008)

הנאשמים יטענו כי קיומו של ההליך הפלילי פוגע באופן ממשי בתחושת הצדק וההגינות- נפלו פגמים בהתנהלות הרשויות בהגשת כתב-אישום זה; הפגיעה בזכויות הנאשמים כתוצאה מהתנהגות הרשות והנסיבות שהביאו אליה מהווה פגיעה חריפה בתחושת הצדק וההגינות של הנאשמים; הסעד היחידי הראוי לריפוי הפגמים הינו ביטול כתב-האישום כנגד הנאשמים.

במהלך כשבע שנים פעלה העמותה, פעילותה התפרסמה בעיתונות, ביקרו שליחה בביקורים רשמיים ברשות הפלסטינית לאחר שקיבלו היתרים מישראל ועוד שלחה העמותה מסמכים על נייר הפירמה שלה לרשויות בישראל. בכל אלה ועוד שיתופי הפעולה עם הרשות הפלסטינית, חתימת זכרונות דברים המקלים על פעילות

5

העמותה ועשרות אלפי התושבים שנהנו מפעילות העמותה. בכל אלה יש כדי להוות מצג לנאשמים שפעילותם מותרת וכי הם אינם פועלים בניגוד לחוק.

ג'ואד בולוס, עו"ד

ב"כ המבקש