

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

August 16, 2022

**BY ECF**

The Honorable Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Force, et al. v. Qatar Charity, et al.*, 1:20-cv-02578-BMC

Dear Judge Cogan:

On behalf of Defendant Masraf Al Rayan ("MAR"), we write to inform the Court that service has been properly effected. MAR respectfully withdraws its previously filed challenges to service of process as asserted in MAR's pending Motion to Dismiss the Plaintiffs' Complaint. This letter is limited to the issue of service of process, and MAR's position remains that the Complaint should be dismissed for the remaining reasons stated in MAR's Motion to Dismiss.

Respectfully submitted,

*/s/ Carolina A. Fornos*

Carolina A. Fornos
Aryeh L. Kaplan (*pro hac vice*)
Markenzy Lapointe (*pro hac vice*)
*Counsel for Defendant Masraf Al Rayan*

cc:   All counsel of record (by ECF)

www.pillsburylaw.com

4888-0155-9596