**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STUART FORCE individually and as personal representative of the ESTATE OF TAYLOR FORCE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> QATAR NATIONAL BANK, ET AL. <br><br> *Defendant.* | Case No. 20-cv-2578 (BMC) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Mary E. Brust, the undersigned, hereby withdraws her appearance as counsel of record for Defendant Qatar National Bank. Ms. Brust will be leaving the law firm of Ropes & Gray LLP. Michael G. McGovern, Douglas Hallward-Driemeier, and Brittany Norfleet of Ropes & Gray LLP will continue to represent Qatar National Bank.

Respectfully submitted,

Dated: August 26, 2022

/s/ Mary E. Brust
Mary E. Brust
ROPES & GRAY LLP
1211 Avenue of Americas
New York, NY 10036
(212) 596-9000
Mary.Brust@ropesgray.com
*Attorney for Defendant*