IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE, Individually and as Personal Representative of the ESTATE OF TAYLOR FORCE, *et. al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>QATAR CHARITY, QATAR NATIONAL BANK, and MASRAF AL RAYAN,<br><br>        Defendants. | Case No. 1:20-cv-02578-BMC |

### MOTION TO WITHDRAW COUNSEL FOR DEFENDANT MASRAF AL RAYAN

To:    The Clerk of the Court and all parties of record:

Pursuant to Local Rule 1.4, undersigned counsel for Defendant Masraf Al Rayan hereby respectfully requests this Court to enter an Order granting permission for Markenzy Lapointe to withdraw as counsel of record in this case. In support of this Motion, the undersigned states as follows:

1.    Pillsbury Winthrop Shaw Pittman LLP will remain as counsel of record for Defendant Masraf Al Rayan in this matter.

2.    I entered a Notice of Appearance on November 29, 2021, pursuant to ECF No. 27. Aryeh L. Kaplan filed a Notice of Appearance on November 30, 2021, pursuant to ECF No. 36.

3.    Markenzy Lapointe entered a Notice of Appearance on November 30, 2021, pursuant to ECF No. 35.

4.    Pursuant to Local Civil Rule 1.4, there is good cause to permit the withdrawal of Markenzy Lapointe as counsel for Defendant Masraf Al Rayan because Mr. Lapointe is no longer with Pillsbury Winthrop Shaw Pittman LLP.

5.      Departing attorney, Markenzy Lapointe, is not asserting or retaining a charging lien in this matter.

WHEREFORE, undersigned counsel for Defendant Masraf Al Rayan respectfully requests that the Court grant this Motion to remove Markenzy Lapointe as counsel of record in this case.

Dated: February 3, 2023
       New York, New York                        Respectfully submitted,

                                                 */s/ Carolina A. Fornos*

                                                 Carolina A. Fornos
                                                 31 West 52nd Street
                                                 New York, NY 10019-6131
                                                 Tel.: (212) 858-1000
                                                 Fax: (212) 858-1500
                                                 carolina.fornos@pillsburylaw.com

                                                 *Attorney for Defendant Masraf Al Rayan*