

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T   212.335.4590
F   917.778.8590

March 17, 2023

*VIA ECF*

The Honorable Brian M. Cogan
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    **Re:**    *Force, et al. v. Qatar Charity, et al.*, **No. 1:20-cv-2578—**
>    **Letter Regarding Supplemental Authority**

Dear Judge Cogan:

On behalf of Defendant Qatar Charity, we respectfully write to notify the Court of the following supplemental authority in further support of its pending motion to dismiss (ECF No. 57):  *Przewozman et al. v. Qatar Charity et al.*, 1:20-cv-6088 (NGG)(TAM) (E.D.N.Y. March 17, 2023) (dismissing complaint without prejudice).  A copy of the order is attached as **<u>Exhibit A</u>**.

Respectfully submitted,

*/s/ John M. Hillebrecht*
John M. Hillebrecht

*Counsel for Qatar Charity*

Encl.

cc:    All counsel of record (by ECF)