

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
John.Hillebrecht@us.dlapiper.com
T  212.335.4590
F  917.778.8590

March 27, 2023

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *Force, et al. v. Qatar Charity, et al.*, No. 1:20-cv-2578—
> Plaintiffs' Supplemental Letter Briefing Opposing Defendants' Motions to Dismiss the Complaint

Dear Judge Cogan:

On behalf of Defendant Qatar Charity, we respectfully write to acknowledge the letter filed earlier today by Plaintiffs' counsel (ECF No. 84).

While Plaintiffs purport to advise the Court of recent supplemental authority, they fail to do so concisely or in a non-argumentative manner. *Compare* ECF No. 83 (58-word letter from Qatar Charity attaching March 17 *Przewozman* decision) *with* ECF No. 84 (2,820-word letter from Plaintiffs discussing Second Circuit's January 5 *Freeman* decision and *Przewozman*). Nor do they attach the referenced decision, which is not recent and about which Plaintiffs have been aware for some time.

Plaintiffs' letter is a poorly-veiled attempt at supplementing its prior briefing in further opposition to Qatar Charity's pending motion to dismiss (ECF No. 57). To the extent the Court is inclined to consider any of the points raised by Plaintiffs' letter, we would respectfully request leave to file a brief letter on behalf of Qatar Charity which responds in kind.

Respectfully submitted,

*/s/ John M. Hillebrecht*
John M. Hillebrecht

*Counsel for Qatar Charity*

cc:  All counsel of record (by ECF)