UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
STUART FORCE, individually and as a personal
representative of the ESTATE OF TAYLOR
FORCE, et al.,

        Plaintiffs,                  JUDGMENT
                                          20-cv-2578 (BMC)

  v.

QATAR CHARITY, QATAR NATIONAL BANK,
and MASRAF AL RAYAN,

        Defendants.
------------------------------------------------------------ X

    A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on January 7, 2025, granting Defendants' motions to dismiss for lack of personal jurisdiction; it is

    ORDERED and ADJUDGED that Defendants' motions to dismiss for lack of personal jurisdiction are granted.

Dated: Brooklyn, NY                                    Brenna B. Mahoney
       January 7, 2025                                  Clerk of Court


                                                     By: */s/Jalitza Poveda*
                                                             Deputy Clerk