UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
STUART FORCE individually and as personal
representative of the ESTATE OF TAYLOR FORCE,
*et al.*,

      Plaintiffs,

    -against-

QATAR CHARITY; QATAR NATIONAL BANK and
MASRAF AL RAYAN,
      Defendants.
------------------------------------------------------------------- X

Case No. 1:20-cv-2578-BMC

**NOTICE OF APPEAL**

  Notice is hereby given that Plaintiffs Stuart Force, individually and as personal representative of the Estate of Taylor Force, *et al.*, all of the plaintiffs in the above-captioned case, by and through their undersigned counsel of record, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on January 7, 2025 (ECF No. 92).

Dated: New York, New York
   February 4, 2025

                **FLEISCHMAN BONNER & ROCCO LLP**

                By: /s/ James P. Bonner
                James P. Bonner (jbonner@fbrllp.com)
                Patrick L. Rocco (procco@fbrllp.com)
                Susan M. Davies (sdavies@fbrllp.com)
                445 Hamilton Avenue, Suite 402
                White Plains  N.Y.  10601
                Telephone:  646-337-1426

                **THE BERKMAN LAW OFFICE, LLC**
                Robert J. Tolchin (rtolchin@berkmanlaw.com)
                111 Livingston Street, Suite 1928
                Brooklyn  N.Y.  11201
                Telephone:  718-855-3627

                *Attorneys for Plaintiffs*

**OF COUNSEL**

**PERLES LAW FIRM PC**
Steven R. Perles
Joshua K. Perles
816 Connecticut Ave. NW, 12th Floor
Washington D.C. 20006
Telephone: 202-955-9055

**NITSANA DARSHAN-LEITNER & CO.**
11 Havatikim Street
Petach Tikva, Israel 49389
972 (0) 52-383-7030
<u>nitsanaleitner@gmail.com</u>