MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand twenty-five,

_____

Stuart Force, individually and as personal representative of the Estate of Taylor Force, Robbi Force, Kristin Ann Force, Rina Ariel, individually, and as personal representative of the Estate of H.Y.A. (a minor), and as guardian of S.R.A and K.A. (minors), Amichai Ariel, individually, and as personal representative of the Estate of H.Y.A. (a minor), and as guardian of S.R.A. and K.A. (minors), Eli M. Borochov, Shari Mayer Borochov, Ronen Steven Borochov, Devora Sue Borochov, Josef S. Borochov, Shira Nechama Borochov, Avraham M. Borochov, Abraham Ron Fraenkel, individually, and as personal representative of the Estate of Y.N.F. (a minor), and as guardian of A.H.H.F., A.L.F., N.E.F., N.S.F., and S.R.F. (minors), Rachel Devora Sprecher Fraenkel, individually, and as personal representative of the Estate of Y.N.F. ( a minor), and as guardian of A.H.H.F., A.L.F., N.E.F.,N.S.F., AND S.R.F. (minors), Tzvi Amitay Fraenkel, Yehudah Glick, individually and as guardian of S.G. (a minor), Neria David Glick, Shlomo Glick, Hallel Glick, Micah Lakin Avni, individually, and as personal representative of the Estate of Richard Lakin, and as guardian of Y.L., R.A. and V.A. (minors), Manya Lakin, individually, and as personal representative of the Estate of Richard Lakin, and as guardian of D.A.B. (a minor), Rita Avni, individually, and as guardian of E.A., R.A. and V.A. (minors), Shachar Boteach, Shmuel Elimelech Braun, individually, and as personal representative of the Estate of C.Z.B. (a minor), Chana Braun, individually, and as personal representative of the Estate of C.Z.B. ( a minor), Shimson Sam Halperin, Sara Halperin, Murray Braun, Esther Braun, Menachem Mendel Rivkin, individually, and as guardian of S.S.R, M.M.R., R.M.R., S.Z.R., and S.R. (minors), Bracha Rivkin, individually, and as guardian of S.S.R., M.M.R., R.M.R., S.Z.R., and S.R. (minors), Yoav Golan, Rotem

**ORDER**
Docket No. 25-276

MANDATE ISSUED ON 03/20/2025

Shoshana Golan, Yehudit Golan, Matan Golan, Cici
Jacobson, Eddy Jacobson, Raphael Lisker,  AKA Rafi
Lisker, individually, and as guardian of D.Z.L. (a
minor), Shoshana Lisker, individually, and as guardian of
D.Z.L. (a minor), Jonathan Issac Lisker, Avital Kerem
Lisker, Tamar Penina Lisker, Noam Michael Shamba,
individually, and as guardian of H.S., T.M.S., O.S., M.S.,
N.E.S., and N.S. (minors), Yana Shamba, individually,
and as guardian of H.S., T.M.S, O.S., M.S., N.E.S, and
N.S. (minors), Yaffa Glick, individually and as guardian
of S.G. (a minor),

        Plaintiff - Appellants,

  v.

Qatar Charity, Qatar National Bank, Masraf Al Rayan,

        Defendants - Appellees.

_____

       The parties in the above-referenced case have filed a stipulation withdrawing this appeal
pursuant to FRAP 42.

       The stipulation is hereby "So Ordered".

                                   For The Court:

                                   Catherine O'Hagan Wolfe,
                                   Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit